```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0032--CV (JKS)
            "DARYL MEADOWS V SCHLUMBERGER TECHNOLOGY CORP"

       Including terminated parties, excluding terminated counsel
```

```
Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 02/18/05
          Closed: NO

    Jurisdiction: (4) Diversity (see citizenship of parties)
   PLF Diversity: (2) Citizen of Another State
   DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

  Nature of Suit: (360) Other personal injury

          Origin: (1) Original Proceeding
          Demand: 75
      Filing fee: Paid $250.00 on 02/18/05 receipt # 00125112
        Trial by: Jury
```

Parties of Record:                              Counsel of Record:

PLF 1.1           MEADOWS, DARYL                Robert A. Sparks
                                                Law Offices Robert Sparks
                                                1552 Noble Street
                                                Fairbanks, AK 99701
                                                907-451-0875
                                                FAX 907-451-9385

                                                Mark Colbert
                                                Colbert & Colbert
                                                POB 2169
                                                Ardmore, OK 73402
                                                580-226-1911

DEF 1.1           SCHLUMBERGER TECHNOLOGY CORP  Brewster H. Jamieson
                                                Lane Powell et al
                                                301 W. Northern Lights Boulevard
                                                Suite 301
                                                Anchorage, AK 99503-2648
                                                907-277-9511
                                                FAX 907-276-2631

```
┌─────────────────────────────────────────────────────────────────────────────┐
│              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA        │
│                 CIVIL DOCKET ENTRIES FOR CASE A05-0032--CV (JKS)            │
│                  "DARYL MEADOWS V SCHLUMBERGER TECHNOLOGY CORP"             │
├─────────────────────────────────────────────────────────────────────────────┤
│                              For all filing dates                           │
└─────────────────────────────────────────────────────────────────────────────┘
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 02/18/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (2) Citizen of Another State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (360) Other personal injury

           Origin: (1) Original Proceeding
           Demand: 75
       Filing fee: Paid $250.00 on 02/18/05 receipt # 00125112
         Trial by: Jury
```

| Document # |   | Filed    | Docket text |
|------------|---|----------|-------------|
| 1 -        | 1 | 02/18/05 | Complaint filed; Summons issued. |
| 2 -        | 1 | 03/18/05 | Stipulation for extension of time until 4/15/05 to file answer to complaint. |
| 2 -        | 2 | 03/30/05 | JWS Order granting stipulation for extension of time until 4/15/05 to file answer to comp (2-1).  cc: cnsl |
| 3 -        | 1 | 04/07/05 | DEF 1 Joint motion for substitution of counsel allowing Cynthia Ducey to withdraw as counsel and Brewster Jamieson to substitute in as counsel for def. |
| 4 -        | 1 | 04/11/05 | DEF 1 Jury Demand. |
| 5 -        | 1 | 04/11/05 | DEF 1 Answer to Complaint. |
| 3 -        | 2 | 04/12/05 | JKS Order granting Joint motion for substitution of counsel allowing Cynthia Ducey to withdraw and substituting Brewster Jamieson as counsel for def (3-1).  cc: cnsl |
| 6 -        | 1 | 04/13/05 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 7 -        | 1 | 05/09/05 | PLF 1; DEF 1 S & P Conf Report. |
| 8 -        | 1 | 05/16/05 | JKS Scheduling and Planning Order setting pretrial deadlines: Original discovery 09/30/05; Dispositive motions deadline 10/30/05; Estimate of trial 8 days. cc: cnsl |
| 9 -        | 1 | 06/16/05 | PLF 1; DEF 1 Stipulation to extend certain pretrial deadlines. |
| 9 -        | 2 | 06/22/05 | JKS Order granting stipulation to extend certain pretrial deadlines (9-1) & setting the following dates: Dispositive motions deadline 11/30/05. cc: cnsl |
| 10 -       | 1 | 07/05/05 | PLF 1; DEF 1 Stipulation to ext time to 8/8/05 to amend pleadings & add parties. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A05-0032--CV (JKS)
                      "DARYL MEADOWS V SCHLUMBERGER TECHNOLOGY CORP"

                                  For all filing dates


Document #     Filed     Docket text

  10 -   2    07/05/05   JKS Order granting stipulation to ext time to 8/8/05 to amend pleadings
                         & add parties (10-1). cc: cnsl

  11 -   1    07/19/05   PLF 1 motion for permission for Mark Colbert to appear & participate pro
                         hac vice.

  11 -   2    07/26/05   JKS Order granting motion for permission for Mark Colbert to appear &
                         participate pro hac vice (11-1) effective upon pymt of the pro hav vice
                         fee. cc: cnsl

  12 -   1    08/19/05   DEF 1 motion for rule of law to allocate fault to pltf's employer at
                         trial

  13 -   1    09/07/05   PLF 1 Unopposed motion for ext of time to 9/13 to file oppo to mot for
                         rule of law to allocate fault to plf's employer at trial w/att aff.

  14 -   1    09/12/05   JKS Order granting unopposed motion for ext of time to 9/13 to file oppo
                         to mot for rule of law to allocate fault to plf's employer at trial
                         (13-1). cc: cnsl

  15 -   1    09/13/05   PLF 1; DEF 1 Stipulation for ext of time re deadlines.

  15 -   2    09/15/05   JKS Order granting stipulation for ext of time re deadlines (15-1) &
                         setting the following dates: Discovery to close 10/31/05; Dispositive
                         motions deadline 12/01/05; plf's oppo to mot for rule of law due
                         9/20/05; def's reply due 2 weeks thereafter. cc: cnsl

  16 -   1    09/20/05   PLF 1 opposition to DEF 1 motion for rule of law to allocate fault to
                         pltf's employer at trial (12-1).

  17 -   1    09/26/05   PLF 1 Request for Oral Argument re: DEF 1 motion for rule of law to
                         allocate fault to pltf's employer at trial (12-1).

  18 -   1    09/28/05   DEF 1 reply to opposition to DEF 1 motion for rule of law to allocate
                         fault to pltf's employer at trial (12-1).

  19 -   1    10/04/05   JKS Order granting motion for rule of law to allocate fault to pltf's
                         employer at trial (12-1); denying motion for oral argument (17-1). cc:
                         cnsl

  20 -   1    10/14/05   PLF 1; DEF 1 Stipulation to ext deadlines.

  20 -   2    10/20/05   JWS Order setting the following dates: Dispositive motions deadline
                         01/10/06. cc: cnsl

  21 -   1    10/31/05   PLF 1 Witness List.
```