FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 21 PM 3: 24

Shannon W. Martin, ASBA 0105028
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
Email:         martins@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

DARYL MEADOWS,

　　　　　　　　　　Plaintiff,

v.

SCHLUMBERGER TECHNOLOGY
COPORATION, a foreign corporation,

　　　　　　　　　　Defendant.

Case No. A05-0032 CV (JKS)

**STIPULATION TO EXTEND
DEADLINE FOR REPORTS FROM
RETAINED EXPERTS**

COME NOW the parties, by and through their respective counsel, and stipulate to extend the deadline for reports from retained experts to January 31, 2006. The parties previously agreed to extend this deadline to December 30, 2005, in order to allow additional time for the plaintiff to undergo diagnostic studies of his right leg. Due to scheduling conflicts, Mr. Meadows is unable to undergo these diagnostic studies until early January, and the parties will need additional time to forward the studies to their respective experts for evaluation and reporting.

ROBERT A. SPARKS
Attorney for Plaintiff

Dated: December ___, 2005

By _____
Robert A. Sparks, ASBA No. 8611139

LANE POWELL LLC
Attorneys for Defendant

Dated: December 21st, 2005

By _____
Shannon W. Martin, ASBA 0105028

FILED
DEC 22 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

**ORDER**

IT IS SO ORDERED.

Date 12/22/05

_____
The Honorable James K. Singleton, Jr.
United States District Court Judge

115223.0018/152631.1

A05-0032--CV (JKS)
B. JAMIESON (LANE)
R. SPARKS

ORIGINAL

25