Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska  99701
Phone:  (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARYL MEADOWS | ) |
| | ) |
| Plaintiff, | ) Case No:A05-032-CV |
| | ) |
| vs. | ) |
| | ) |
| SCHLUMBERGER TECHNOLOGY | ) |
| CORPORATION | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**PLAINTIFF'S WITNESS LIST**

**COME NOW** the Plaintiff, Daryl Meadows, in the above-styled action and provides

his witness list as follows:

|  | **Name** | **Proposed Testimony** |
|---|---|---|
| 1. | BP Medical<br>BP Exploration (Alaska), Inc.<br>GPB Medical Facility<br>P.O. Box 196612, PRB-9<br>Anchorage, AK 99519-6612 | Treatment of Plaintiff |
| 2. | Oklahoma Sports<br>P.O. Box 1998<br>Oklahoma City, OK 73101-1998 | Treatment of Plaintiff |
| 3. | Ardmore Physical Therapy<br>29 N. Commerce<br>Ardmore, OK 73401 | Treatment of Plaintiff |

1

4.    Orthopedic Specialists, PLLC          Treatment of Plaintiff
      5920 Forest Park Road
      Dallas, TX 75235

5.    Lifeguard Emergency Travel           Treatment of Plaintiff

6.    Mercy Memorial Hospital              Treatment of Plaintiff
      1011 14th N.W.
      Ardmore, OK 73401

7.    Carl E. Noe, M.D.                    Treatment of Plaintiff
      P.O. Box 741928
      Dallas, TX 75374

8.    Baylor Pain Management               Treatment of Plaintiff
      3600 Gaston Ave.
      Wadley Tower, Suite 360
      Dallas, TX 75246

9.    M. Lewis Frazier, Jr., M.D.          Treatment of Plaintiff
      4780 N. Josey Lane
      Carrollton, TX 75010

10.   Marion Meadows                       Plaintiff's health before and
      P.O. Box 279                         after accident.
      Roff, OK 74865

11.   Margaret Kelsay                      Job qualifications under
      Vocational Rehabilitation            current health
      2809 N.W. Expressway, Suite 212
      Oklahoma City, OK 73112

12.   Johnie N. Haynes                     Investigation of incident
      3720 Eastwind Dr.
      Anchorage, Alaska 99516
      907-263-6005

13.   Ron Downing                          Plaintiff's failure to qualify
      Total Refinery                       for employment at Total

14.   Schlumberger Representative          Investigation of incident.
      30(b)(6) Deposition.

2

15.    Robert C. Tilbury                          Investigation of incident
       13521 Baywind
       Drive
       Anchorage, Alaska 99516
       (907)-345-1590


16.    Don A. Enslow                             Investigation of incident
       900 East Benson Blvd
       Mail Stop 11-6
       Anchorage, Alaska 99508
       (907) 564-5495


17.    Ruth Germany-Bice                         Investigation of incident
       501 Westlake Park Blvd
       Houston, Texas 77079
       (281) 366-2000


18.    Jim Woods                                 Cause of incident
       Fairland, Oklahoma


19.    Jeff Hoppert                              Damages
       20 C Grindstone
       Prosper, Texas 75078
       (972) 548-0296


20.     Jody Hoppert                             Damages
       20 C Grindstone
       Prosper, Texas 75078
       (972) 548-0296


21.    Jackie Davis                              Damages
       P.O. Bo T-23
       Connerville, OK 74836
       (580) 7371-5969.



_____                    _____
  date                          Robert A. Sparks, ABA #861139
                                LAW OFFICE OF ROBERT A. SPARKS
                                1552 Noble Street
                                Fairbanks, Alaska 99701
                                (907) 451-0875
                                (907) 451-9385 Facsimile



3