Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska  99701
Phone:  (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARYL MEADOWS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SCHLUMBERGER TECHNOLOGY )<br>CORPORATION )<br>)<br>Defendant. )<br>_____) | Case No. A05-0032 CIV |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE WITNESS LIST**

Plaintiff Daryl Meadows, by and through his attorney, Robert A. Sparks, hereby moves this Court for an extension of time within which to file Plaintiff's lay witness list in this case. Defendant Schlumberger Technology Corporation's attorney, Shannon Martin, has stated that he does not oppose this motion.

The parties had stipulated to the filing of lay witness lists on January 6, 2006.  Plaintiff Daryl Meadows initially attempted to file a hard copy of his lay witness list in this case on the 6th day of January 2006.  The hard-copy document was returned to Plaintiff's attorney by the Clerk's Office.

Meadows v. Schlumberger
page 1

Plaintiff Meadows witness list was electronically filed with the court on January 11, 2006.

Defendant's attorney received the witness list via mail shortly following Plaintiff Meadow's attorney's attempt to file this document with the court.

Plaintiff Meadows respectfully requests leave to file his lay witness list electronically in this case until January 11, 2006.

DATED at Fairbanks, Alaska this ___ day of January, 2006.

THE LAW OFFICE OF ROBERT A. SPARKS

_____
Robert A. Sparks
Attorney for Plaintiff Meadows
Membership No.: 8611139