Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska  99701
Phone:  (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARYL MEADOWS )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SCHLUMBERGER TECHNOLOGY )<br>CORPORATION )<br>)<br>Defendant. )<br>_____) | Case No. A05-0032 CIV |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED**
**MOTION FOR EXTENSION OF TIME TO FILE WITNESS LIST**

Plaintiff Daryl Meadows, by and through his attorney, Robert A. Sparks, moved this Court for an extension of time within which to file Plaintiff's lay witness list in this case, Defendant Schlumberger Technology Corporation's attorney, Shannon Martin, does not oppose this motion;

IT IS HEREBY ORDERED THAT Plaintiff Meadows shall have an extension of time until January 11, 2006, for the electronic filing of Plaintiff's Lay Witness List.

Order Granting Extension
Meadows v. Schlumberger
page 1

_____   _____
Hon. Timothy Burgess,                        Date
U.S. District Court Judge


CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February, 2006, a copy of forgoing was served by E-Mail on:

Shannon W. Martin
Lane Powell LLC

and by regular mail to:

Mark Colbert, Esq


By: /s/ Robert A. Sparks


_____











Order Granting Extension
Meadows v. Schlumberger
page 2