Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska  99701
Phone:  (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARYL MEADOWS | ) |
| Plaintiff, | ) Case No.: A05-032-CV |
| vs. | ) |
| SCHLUMBERGER TECHNOLOGY CORPORATION, | ) |
| Defendant. | ) |

**AFFIDAVIT OF ROBERT A. SPARKS**

Robert A. Sparks, being duly sworn, deposes and states as follows:

1. That I am the attorney for Plaintiff, Daryl Meadows in the above-captioned case.

2. That, all of the facts stated in Plaintiff's Motion for Extension of Time are true and correct to the best of my knowledge.

3. That, I contacted Defendant's Attorney, Shannon Martin and Mr. Martin stated that he did not oppose the requested extension of time for the electronic filing of Plaintiff's Lay Witness List.

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

DATED this __ day of February, 2006, at Fairbanks, Alaska.

_____
Robert A. Sparks

SUBSCRIBED AND SWORN TO before me this 15th day of September, 2004, at Fairbanks, Alaska.

_____
Notary Public in and for Alaska
My Commission Expires 10/31/08

**NOTARY PUBLIC
BRITNY M. WARREN
STATE OF ALASKA**

CERTIFICATE OF SERVICE

I hereby certify that on the _15th day of February, 2006, a copy of forgoing was served by E-Mail on:

Shannon W. Martin
Lane Powell LLC

and by regular mail to:

Mark Colbert, Esq

By: /s/ Robert A. Sparks

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385