Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska  99701
Phone:  (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARYL MEADOWS ) | |
| ) | |
| Plaintiff, ) | Case No. A05-0032 CIV |
| ) | |
| vs. ) | |
| ) | |
| SCHLUMBERGER TECHNOLOGY ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |
| _____) | |
| _____) | |

ORDER GRANTING MOTION IN LIMINE
FOR EXCLUSION OF WITNESSES AND EVIDENCE

Plaintiff Daryl Meadows, by and through his counsel, having moved this court for exclusion of evidence and witnesses Defendant intentionally failed to timely disclose from the trial of this matter; the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:  Defendant may not call at trial its investigators:  Ben Cox, Robert Cox, Scott Crowe, Ali Elner, Cody Green, Michael Hayes, Blake Honeycutt, Jon Hull, Jay Rider, Lance West and Joe Wolf, all of whom Defendant intentionally

failed to list on its timely filed lay witness list in this case;

IT IS HEREBY FURTHER ORDERED THAT: the supplemental report by Defendant's medical expert, Dr. Neil Pitzer, is hereby barred from being introduced into evidence at the trial or being mentioned by Dr. Pitzer or Defendant's counsel, because Defendant Schlumberger intentionally failed to timely disclose the materials and information upon which the supplemental expert report was based prior to the doctor's deposition in Colorado;

IT IS HEREBY FURTHER ORDERED THAT: Dr. Pitzer's supplement report is also excluded from evidence at trial or from being mentioned by Dr. Pitzer or Defendant's counsel, because it would not be helpful to the jury.

_____        _____
Hon. Timothy M. Burgess               Date
U.S. District Court Judge

Order Granting
Motion In Limine
Meadows v. Schlumberger
page 2