Shannon W. Martin, ASBA No. 0105028
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: martins@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS,<br><br>Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY COPORATION, a foreign corporation,<br><br>Defendant. | Case No. A05-00032 CV (TMB)<br><br>**DISCLOSURE OF DR. PITZER'S SUPPLEMENTAL REPORT** |

Defendants, by and through counsel, hereby attach the supplemental expert report of Dr. Pitzer. A signed report will be supplemented upon receipt.

DATED this ___ day of February, 2006.

I certify that on February __, 2006, a copy of the foregoing was served by fax and mail on:

Robert A. Sparks
Mark Colbert, Esq.

115223.0018/153444.1

LANE POWELL LLC
Attorneys for Defendant

By _____
Shannon W. Martin, ASBA No. 0105028
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimle: 907-276-2631
Email: MartinS@LanePowell.com

Rehabilitation Associates of Colorado
125 E. Hampden Ave.                    Darryl Meadows
Englewood, CO 80110
Phone (303) 788-9297
Fax (303) 788-9337

## ADDENDUM TO RECENT IME

DATE:. 2-4-06

CC:. attorney Shannon Martin

Surveillance videos are available for review on Mr. Meadows from August, September, November and December of 2005. At most times the video shows Mr. Meadows walking without a cane. Sometimes he has a relatively slow gait. Occasionally he will limp. In September, it does show him pulling a bag at an airport and using a cane. It appears when he got home he was able to carry his luggage and did not require a cane. He is walking in public without a cane, driving and fueling his truck without difficulty. It also appears he is walking at a work site for a house being built and is walking without a cane. In December 2005 it appears uses his cane primarily as a pointing device, rather than a gait aid. He is also shown apparently climbing a ladder for short period of time.

It would appear that Mr. Meadows does not require a cane for ambulation. It is likely given his September 14 video that he is using a cane when in public view, but does not require a cane for ambulation. It is likely that he is not experiencing significant leg pain as his need for a cane is clearly not indicated by the surveillance video. I suspect there is symptom magnification or malingering present based on the video and my previous examination and his recent normal testing.

Should you have any further questions, do not hesitate to contact me.


Neil L. Pitzer M.D.
Fellow, American Board of Physical Medicine and Rehabilitation
Fellow, American Board of Electrodiagnostic Medicine
Associate Clinical Professor, Department of Rehabilitation Medicine, University of Colorado Health Sciences Center



# LANE POWELL
ATTORNEYS & COUNSELORS

## FACSIMILE COVER PAGE

**Date:** February 6, 2006

**Client No.:** 115223.18
**Operator:** Lani/Jeri Ann

Please deliver the following pages to:

**To:** Robert A. Sparks, Esq. .................................................................... 907-451-9385

Mark H. Colbert, Esq., Colbert Law Firm ................................................ 580-226-1907

**From:** Shannon W. Martin, Esq.

**Re:** *Meadows v. Schlumberger Technology Corp.*, Case No. A05-0032 CV (JKS)

If you do not receive the total number of pages ( 16 ), please call 907-264-3308 / 3305

Original Document to be mailed:   ☒ Yes   ☐ No

### MESSAGE

Please see the attached Defendant's First Supplemental Responses to Plaintiff's Second Discovery Requests.

115223.0018/152632.1

| www.lanepowell.com | A PROFESSIONAL CORPORATION | LAW OFFICES |
|---|---|---|
| T. 907.277.9511 | SUITE 301 | ANCHORAGE, AK . OLYMPIA, WA |
| F. 907.276.2831 | 301 WEST NORTHERN LIGHTS BLVD. | PORTLAND, OR . SEATTLE, WA |
|  | ANCHORAGE, ALASKA 99503-2648 | LONDON, ENGLAND |

The information in this message is intended only for the addressee's authorized agent. The message may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the reader of this message is not the intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution, or copying of this message is prohibited. If you have received this message in error, please notify the sender by telephone and return the original and any copies of the message by mail to the sender at the address stated above.

Please be advised that, If this communication includes federal tax advice, it cannot be used for the purpose of avoiding tax penalties unless you have expressly engaged us to provide written advice in a form that satisfies IRS standards for "covered opinions" or we have informed you that those standards do not apply to this communication.