Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska 99701
Phone: (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARYL MEADOWS | )<br>) |
| Plaintiff, | ) Case No. A05-0032 CIV<br>) |
| vs. | )<br>) |
| SCHLUMBERGER TECHNOLOGY<br>CORPORATION | )<br>)<br>) |
| Defendant. | )<br>) |

### AFFIDAVIT OF ROBERT A. SPARKS

The undersigned, Robert A. Sparks, being first duly sworn upon oath, deposes and states as follows:

1. The parties stipulated to the filing of Lay Witness Lists in this case for December 31, 2005, and the exchange of expert witness reports and disclosures for January 31, 2006, Dockets 22, 25.

2. Defendant Schlumberger's counsel, Shannon Martin negotiated the terms for Defendant's medical expert, Dr. Neil Pitzer's, deposition with Plaintiff Meadows' co-counsel, Attorney Mark Colbert from Ardmore, Oklahoma. Plaintiff's medical expert

Meadows v. Schlumberger
page 1

witness was deposed on February 3, 2006, prior to Defendant's disclosures.

3. Defendant's attorney, Mr. Martin, was aware that Mr. Colbert would be attending Dr. Pitzer's deposition on February 7, 2006, in Colorado.

4. On Monday, February 6, 2006, the day prior Dr. Pitzer's deposition, Defendant's attorney delivered via express mail (sent February 3, 2006), copies of Surveillance Reports and computer disks containing videotaped surveillance footage of Plaintiff Meadows. Defendant also provided on February 6, 2006, a supplemental report by Dr. Pitzer, which is based on the surveillance footage.

5. I was unable to contact Mr. Colbert by phone prior to the deposition scheduled in Colorado on Tuesday, February 7, 2006. It is my understanding from speaking with Mr. Colbert that he did not receive the materials at his office in Oklahoma until after he had already left for Colorado. Mr. Colbert's office was unable to get in touch with him prior to Dr. Pitzer's deposition on February 7, 2006. Mr. Colbert had no opportunity to review the supplemental expert report by Dr. Pitzer or the surveillance videotapes on which it was based prior to Dr. Pitzer's deposition.

6. Defendant Schlumberger subsequently filed late Amended

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

Meadows v. Schlumberger
page 2

and Second Amended Witness Lists including 11 private investigators who had shot the surveillance footage. See documents 31, 32. Witnesses no. 4, 5, 6, 10, 15, 17, 22, 23, 44, 48 and 50 are the investigators. Ben Cox, Robert Cox, Scott Crowe, Ali Elner, Cody Green, Michael Hayes, Blake Honeycutt, Jon Hull, Jay Rider, Lance West and Joe Wolf .

7. Defendant has failed to provide Plaintiff Meadows with any reasonable explanation as to why it did not list any of these lay witnesses on its timely filed lay witness list in this case.

8. Mr. Martin has admitted that there is an additional video of surveillance footage that was reviewed by Dr. Pitzer in preparing his supplement report that Defendant has not yet produced to Plaintiff's Attorneys.

END OF AFFIDAVIT.

DATED this 15th day of February, 2006, at Fairbanks, Alaska.

_____
Robert A. Sparks

SUBSCRIBED AND SWORN TO before me this 15th day of February, 2006, at Fairbanks, Alaska.

_____
Carolyn J. Sparks
Notary Public in and for AK
My Commission Expires: 1-25-08

[Notary Public seal: CAROLYN J. SPARKS, STATE OF ALASKA]

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

Meadows v. Schlumberger
page 3