Plaintiff Meadows witness list was electronically filed with the court on January 11, 2006. Defendant's attorney received the witness list via mail shortly following Plaintiff Meadow's attorney's attempt to file this document with the court.

Plaintiff Meadows respectfully requests an extension of time to file his lay witness list electronically in this case until January 11, 2006.

DATED at Fairbanks, Alaska this ___ day of February, 2006.

THE LAW OFFICE OF ROBERT A. SPARKS

/s/ Robert A. Sparks
Robert A. Sparks
Attorney for Plaintiff Meadows
Membership No.: 8611139

CERTIFICATE OF SERVICE

I hereby certify that on the _15th day of February, 2006, a copy of forgoing was served by E-Mail on:

Shannon W. Martin
Lane Powell LLC

and by regular mail to:

Mark Colbert, Esq

By: /s/ Robert A. Sparks

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

Meadows v. Schlumberger
page 2