Conclusion

Plaintiff Meadows respectfully requests that this Court grant Plaintiff's Motion In Limine and strike Defendant's investigators Ben Cox, Robert Cox, Scott Crowe, Ali Elner, Cody Green, Michael Hayes, Blake Honeycutt, Jon Hull, Jay Rider, Lance West and Joe Wolf from the Defendant's witness list. Plaintiff further requests that the Court strike Dr. Pitzer's supplemental report from evidence, because of Defendant's failure to timely disclose the evidence supporting the report to allow effective cross-examination at the doctor's deposition and because the report would not be helpful to the jury.

DATED this _____ day of February, 2006, at Fairbanks, Alaska.

THE LAW OFFICE OF ROBERT A. SPARKS

/s/ Robert A. Sparks
Robert A. Sparks
Attorney for Plaintiff
1552 Noble Street
Fairbanks, Alaska 99701
(907) 451-0875
Fax: (907) 451-9385
E-mail: sparkslawoffice@yahoo.com
Membership No.: 8611139

CERTIFICATE OF SERVICE

I hereby certify that on the _15th day of February, 2006, a copy of forgoing was served by E-Mail on:
Shannon W. Martin
Lane Powell LLC
and by regular mail to:
Mark Colbert, Esq

By: /s/ Robert A. Sparks

Meadows v. Schlumberger
page 7

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385