Shannon W. Martin, ASBA No. 0105028
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:   907-277-9511
Facsimile:   907-276-2631
Email:        martins@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS,<br><br>               Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY<br>COPORATION, a foreign corporation,<br><br>               Defendant. | Case No. 3:05-cv-00032-TMB<br><br>[PROPOSED]<br>**<u>ORDER</u>** |

THIS COURT, having considered plaintiff's Motion and Memorandum *in limine* for Exclusion of Witnesses and Evidence, all responses thereto, as well as applicable law;

IT IS HEREBY ORDERED that plaintiff's motion is DENIED.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

I certify that on March 1, 2006, a copy
of the foregoing was served by ECF on:

Robert A. Sparks  sparkslawoffice@yahoo.com

and by mail on:
Mark Colbert, Esq.

_s/Shannon W. Martin_____
115223.0018/153877.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631