Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2         FOR THE DISTRICT OF ALASKA AT ANCHORAGE
 3
    DARYL MEADOWS,                    )
 4                                    )
              Plaintiff,              )
 5                                    )
    vs.                               )
 6                                    )
    SCHLUMBERGER TECHNOLOGY           )
 7  CORPORATION, a foreign            )
    corporation,                      )
 8                                    )
              Defendant.              )
 9  _____)
    Case No. A05-0032 CV (JKS)
10
11
12       VIDEOTAPED DEPOSITION OF DARYL MEADOWS
13                   August 11, 2005
                       10:00 a.m.
14
15                      Taken at
         The Law Offices of Lane Powell LLC
16    301 West Northern Lights Boulevard, Suite 301
                    Anchorage, Alaska
17
18
19
20
21   Reported by:  Leslie J. Knisley
                   Shorthand Reporter
22
23
24                                      EXHIBIT   A
25                                      PAGE   1   OF   2
```

Page 46

1  Q  Okay. Tingling and increased pain to
2  light touch on the lateral aspect of the right
3  knee, which is increased with walking and/or any
4  activity, right?
5  A  Yes.
6  Q  Speaking of activities, do you stay
7  active currently?
8  A  No.
9  Q  And did you before the accident?
10 A  Extremely active.
11 Q  Doing?
12 A  Worked on motorcycles, riding
13 motorcycles, played golf every once in a while,
14 played a little softball, doing repair work on
15 home or friend's or family's homes, such nature.
16 Just, I was pretty much always on the go.
17 Q  Since the accident none of those
18 things?
19 A  No.
20 Q  So what does a -- what does a routine
21 days look like for you these days?
22 A  I get up. I'll do as many leg
23 exercises from what they've taught me in
24 physical therapy as I can. And I'll go to the
25 backyard and sit under a shade tree and throw a

Page 47

1  ball with the dog, and go back in the house for
2  a while, and go out to my mother-in-law,
3  father-in-law's, visit with them for a minute.
4  In the evenings I'll do some exercises again to
5  what I can do, and that's --
6  Q  Are you currently being treated by any
7  physical therapists or doctors?
8  A  Currently?
9  Q  Yes.
10 A  Dr. Noe, the neurologist, yes.
11 Q  How often have you seen him?
12 A  I haven't seen him -- I'd have to
13 look -- but I have an appointment scheduled with
14 him the 22nd of this month.
15 Q  When's the last time you saw him?
16 A  I'd have to look. I can't remember
17 what the date was on that.
18 Q  A month ago? Two months? Three
19 months?
20 A  Three to four months I'd say.
21 Q  During that time, have you received
22 any rehabilitation or physical therapy?
23 A  No. Just continuing the physical
24 therapy exercises that I do at home.
25 Q  When did you stop receiving

Page 48

1  out-sourced physical therapy of any kind?
2  A  Last physical therapy I had was back
3  in -- right after I had the appointment with
4  Dr. Hines.
5  Q  Okay. Jan, '04?
6  A  Yeah, that was the actual, I guess,
7  in -- medical-advised physical therapy.
8  Q  Then you underwent the needle in the
9  back?
10 A  Yes.
11 Q  And the arthroscopic in November, '04?
12 A  Yes, and they gave me some additional
13 exercises after I did the -- got the knee
14 scoped, and I incorporated them with the
15 physical therapy exercise.
16 Q  Okay. So all of the -- all of the
17 prescribed therapy has been at-home therapy?
18 A  The prescribed was the physical
19 therapy in with Dr. Hines. And then Dr. Noe
20 asked of what activities and things that I do,
21 and I explained to him the physical therapy
22 exercises that I do at home.
23 Q  Right. Right.
24 A  And he told me just continue with
25 those until I get into their four-week program.

Page 49

1  Q  And you have not gotten into that
2  program?
3  A  And I have not been able to get into
4  that.
5  Q  Okay. So, just so I'm clear on this.
6  Hines prescribed some physical therapy.
7  A  Right.
8  Q  The last time you received that
9  physical therapy was about January of '04?
10 Physical therapy of an out-sourced type of --
11 A  Yes, I believe that's when it was, was
12 in January.
13 Q  All right. You then see
14 Dr. Montgomery for a second opinion.
15 A  Right.
16 Q  And Dr. Montgomery recommends an MRI.
17 A  Uh-huh.
18 Q  You undergo an MRI.
19 A  Right.
20 Q  He reads it. Dr. Noe recommends the
21 needle in the back?
22 A  Well, that's -- Dr. Montgomery
23 recommended me to Dr. Noe.
24 Q  To see Dr. Noe.
25 A  For the neurological problem.

13 (Pages 46 to 49)

Northern Lights Realtime & Reporting, Inc.
(907) 337-2221

EXHIBIT  A
PAGE  2  OF  2

d98fe808-9d7b-4ba8-a9a3-7d5b363f3154