Page 1

BAYLOR CENTER FOR PAIN MANAGEMENT
3600 Gaston Ave, Ste 360
Dallas, TX  75246
214-820-7526

RESULTS OF BEHAVIORAL MEDICINE ASSESSMENT

PATIENT: Meadows, Daryl Glen
CASE #:  923278001
AGE/DATE OF BIRTH:  34, 01/23/1970

DATE OF EVALUATION:   04/28/2004
ATTENDING PHYSICIAN: Carl E Noe, MD
ADMITTING DIAGNOSIS:  Knee pain.

PROCEDURES ADMINISTERED:

<u>Detailed history of problem</u>: Including duration and course of pain, past medical treatment, response to treatment, medication.
<u>Detailed review of current status</u>: Including pain severity, location, and quality; impact of pain on functioning including hours resting, vocational function, financial status, personal activities of daily living, home care, recreation, social relationships, emotional status.
<u>Personal History</u>:  Including history of childhood development, education, marital and social relationships, vocational functioning, medical history, and psychiatric history.
<u>Psychometric Evaluation of Current Functioning</u>: Including Multidimensional Pain Inventory (MPI), Personality Assessment Inventory (PAI), Beck Depression Inventory, Beck Anxiety Inventory, Daily Life Questionnaire
<u>Detailed Treatment Planning</u>:  Review of coordinated interdisciplinary treatment options with patient with specific focus on patient's functional goals.

MENTAL STATUS/BEHAVIORAL OBSERVATIONS: Mr. Meadows was appropriately dressed and groomed. He did not dem significant pain behavior. He was alert and oriented in all spheres with no evidence of deficit in cognitive, language or memory functions. Thought was coherent and goal oriented with no evidence of hallucinations, delusions, loosening of associations. He appeared in generally good spirits with normal range of affect. He was cooperative and pleasant.

PAIN HISTORY:

<u>Medical History</u>: Mr. Meadows reports that he was injured on the job in October 2003 when he was struck in the right leg by a 120 pound piece of iron that was under pressure. He completed several weeks of physical therapy. He has been initiated on Elavil and Lidoderm by Dr. Noe.

<u>Client's Description of Pain</u>: Mr. Meadows reported a current pain intensity of 8, using a scale in which 0 represents no pain and 10 represents excruciating pain. These pain severity ratings are high compared to other persons seen at

923278001

Meadows, Daryl Glen
Timothy Clark, Ph.D.

EXHIBIT  B
PAGE  1  OF  4

RECEIVED
NAI
AUG 13 2004
Workers' Comp.

DEF 00262
Meadows v. Schlumberger

Page 2

this center. He reports pain primarily in the right knee.

Impact of Pain on Psychosocial Functioning: Mr. Meadows indicates significant negative impact of pain on life functions. He lives in Oklahoma with his spouse. His job involves him flying to Alaska where he works on an oil rig. He has not been able to return to that work since February 2004 because he indicated the pain was interfering with his ability to do activities needed. He currently receives workers' compensation. He is unable to do functions for the family, such as a handyman. He no longer can play golf. He does have adequate emotional and social support from the family and from spouse.

COGNITIVE/BEHAVIORAL ANALYSIS:

Client's Goals/Expectations: Mr. Meadows reports his goal is to be able to return to regular employment. He understands there my be alternative vocational plans, but his primary goal is to return to his previous employment. He would also like to be able to return to doing handyman functions for the family.

Client's Self Report of Psychological Status: Mr. Meadows reports intermittent irritability but denied symptoms of major depression or anxiety disorder. He denied high levels of tension.

Life stressors include his injury, being off work and some financial stress.

Psychometric Evaluation of Psychological Status: Mr. Meadows obtain a score of 7 on the Beck Anxiety Inventory, a score of 6 on the Beck Depression Inventory-II, placing him in the non-depressive, non-anxious range.

Mr. Meadows responses on the Personality Assessment Inventory was of limited validity. He presented himself in a very positive manner, denying even common problems. Clinical profile was within normal limits as is expected with this type of approach.

PERSONAL HISTORY: Mr. Meadows was reared by his parents. He is one of four children. One of his brothers was killed in a motor vehicle accident in 1991. Childhood years were unremarkable. He graduated high school and attended two years college. He has worked for an oil company and oil field workers since 1991. He has been married for 10 years and has no children.

He denied major medical problems. He reports several concussions in the past. He has no history of depression, anxiety or any type mental health care. He occasionally uses alcohol but has no history of alcohol abuse, illegal substance abuse or abuse of pain medications.

SUMMARY AND DIAGNOSIS IMPRESSION: Mr. Meadows is a 34-year-old male with a history of knee pain following an on the job injury. He lives with his spouse in Oklahoma. He is not able to do his job in the oil field in Alaska.

Behavioral medicine assessment revealed several factors which could impact treatment planning:

1. Mr. Meadows reported intermittent irritability but denied symptoms of major depression or anxiety disorder.

923278001

Meadows, Daryl Glen
Timothy Clark, Ph.D.

EXHIBIT B
PAGE 2 OF 4

RECEIVED
NAI
AUG 13 2004
Workers' Comp.

DEF 00263
Meadows v. Schlumberger

Page 3

2. Mr. Meadows has had to discontinue some physical therapy attempted initially. He has had no other interdisciplinary care.
3. Mr. Meadows reports that as a result of his pain, he is not able to work, is unable to do handyman type chores for the family, and play golf.
4. Mr. Meadows has no significant psychiatric history of history of substance abuse.
5. Mr. Meadows reports strong goals of being able to return to work and return to productive life functions.

DSM-IV DIAGNOSTIC IMPRESSION

Axis I:     No diagnosis.
Axis II:    No diagnosis.
Axis III:   Knee pain.
Axis IV:    Injury, off work.
Axis V:     Current GAF - 78.

RECOMMENDATIONS

1. We are recommending that the patient participate in the Comprehensive Outpatient Program at the Baylor Center for Pain Management. Carefully integrated interdisciplinary treatment is provided to meet specific goals on a daily basis (8:00 AM to 4:00PM.) for three full weeks and part days for a fourth week. We will provide the patient with the resources to manage pain more effectively, reduce suffering, and regain more productive functional life activities. Treatment will include physical conditioning, aquatics exercise, training in methods for adaptive activities of daily living (ADL), training in skills for self-management of pain and chronic muscular tension, cognitive/behavioral group psychotherapy, and individual counseling and biofeedback training. Pre-vocational counseling and testing is also available.

923278001

Meadows, Daryl Glen
Timothy Clark, Ph.D.

EXHIBIT _B_
PAGE _3_ OF _4_

RECEIVED
NAI
AUG 1 3 2004
Workers' Comp.

DEF 00264
Meadows v. Schlumberger

Workers' Comp.

Page 4

2. It is recommended that Mr. Meadows be evaluated by Christopher Garrison, MD, physiatrist, who consults with our program, to help in assessing vocational potential and limitations.

Thank you for this referral. Should further questions arise, please feel free to contact me.

Timothy S. Clark, Ph.D.
Licensed Psychologist
Program Director, Comprehensive Outpatient Program

> "The Baylor Center for Pain Management ethically provides health care services with core values of honesty, integrity, competence, respect, compassion and beneficence."

05/07/2004/12:27 P
05/11/2004  6:07 P

923278001

Meadows, Daryl Glen
Timothy Clark, Ph.D.

EXHIBIT B
PAGE 4 OF 4

RECEIVED
NAI
AUG 1 3 2004

Workers' Comp.

DEF 00265
Meadows v. Schlumberger