Shannon W. Martin, ASBA No. 0105028
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
Email:         martins@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS,<br><br>                             Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY COPORATION, a foreign corporation,<br><br>                             Defendant. | FILE COPY<br><br>Case No. A05-00032 CV (TMB)<br><br>**DISCLOSURE OF EXPERT WITNESS REPORTS** |

Defendants, by and through counsel, hereby disclosre the following expert witness reports:

1. Pitzer, MD Neil L.
   Rehabilitation Associates of Colorado
   125 E. Hampton Avenue
   Englewood CO 80110
   303-788-9297

   Dr. Pitzer is a medical expert that performed an IME on plaintiff and will testify regarding same.

2. Williams, Herb
   HSE Consultant
   RigSafe, Inc.
   9050 Rocky Cove Drive
   Anchorage, Alaska  99507-4907
   (907) 344-7163

   Mr. Williams is a safety expert and will testify re safety practices applicable to incident herein.

EXHIBIT  C
PAGE  1  OF  11

DATED this 31st day of January, 2006.

           LANE POWELL LLC
           Attorneys for Defendant

By _____
Shannon W. Martin, ASBA No. 0105028
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimle:   907-276-2631
Email:  MartinS@LanePowell.com

I certify that on January 31, 2006, a copy of the foregoing was served by fax and mail on:

Robert A. Sparks
Mark Colbert, Esq.
_____
Jennifer A. Heck
115223.0018/153406.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

EXHIBIT **C**
PAGE **2** OF **11**

**EXPERT WITNESS DISCLOSURES**
*Daryl Meadows v. Schlumberger Technology Corporation* (Case No. A05-00032 CV (TMB))    Page 2 of 2

Rehabilitation Associates of Colorado
125 E. Hampden Ave.                    Daryl Meadows
Englewood, CO 80110                    # 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
Phone (303) 788-9297
Fax (303) 788-9337

CC:. Attorney Shannon Martin

## COMPREHENSIVE RECORD REVIEW

INDEPENDENT MEDICAL EVALUATION 9-13-05:.

CHIEF COMPLAINT:.

Mr. Meadows is a 35-year-old male referred by Northern Adjusters for evaluation of injury sustained in the course of employment from 10-16-03. Mr. Meadows relates assisting some people changing out a blowout prevention valve when the valve apparently exploded and he was struck in the upper mid right thigh by a large piece of metal. He did have some grazing on the left thigh but no sequelae. He relates he was knocked back approximately 6 feet. He denies specific head trauma or loss of consciousness but may have been dazed. He did note the position of his right foot was unusual. He was taken off the oilrig to a local facility and had x-rays, which were apparently negative and was treated with Tylenol. He subsequently returned Oklahoma for two weeks during his normal off. He later returned to work for approximately 1-1.5 weeks before he had significantly increasing pain, which caused him to discontinue work.

Records are provided from Northern Adjusters.

MEDICAL RECORD REVIEW:.

Evaluation by Dr. Hines on 1-13-04 notes a date of injury of 10-16-03. He reports the parts of machinery blew up and hit the right quadriceps area. He had pain in the quadriceps since that time. He had a bit of hypesthesia on the lateral aspect of the knee. Exam showed significant quadriceps weakness and atrophy. There was tenderness along the portion of the quadriceps. Knee exam was normal. Impression was quadriceps contusion of atrophy and hypesthesia. Surgery was not recommended. He was started on Celebrex and recommended rehabilitation.

Therapy evaluation from 1-15-04 for hamstring flexibility on the right. No tight quadriceps. They noted generalized weakness of the right hip and knee with gluteus Maximus strength of 3+/5, gluteus medius 4-/5, quadriceps 3+/5, hamstrings 4/5. goals were to improve motion, decrease edema and improve

1

EXHIBIT  C
PAGE  3  OF  11

muscle flexibility.

On 1-20-04 Dr. Hines noted he could not do therapy up Alaska and he needed to perform therapy there in Oklahoma City. He felt he was temporally totally disabled.

Therapy note by 1-28-04 notes as overall pain was not gait. It burning in the thigh and knee throbbing. He was doing better with exercises. He completed seven sessions of physical therapy by that time.

Orthopedic evaluation by Dr. Montgomery in 2-12-04 notes that he was struck by a 120 pound piece of iron in the right thigh. Pain was 8/10 since the injury with swelling, instability, locking and catching. Exam noted minimal interarticular symptoms although he did have increased her fluid and mild swelling. Exam showed no ligamentous instability meniscus was normal. He did recommend an MRI.

Right knee MRI was performed on 2-16-04. Conclusion with borderline increase in the amount of joint fluid otherwise normal.

On 2-24-04, Dr. Montgomery noted the normal MRI and recommended pain management for the patient.

Pain questionnaire was completed on 3-24-04. He noted a sharp knifelike pain that was constant and he had had pain since 10-3-03. Pain diagram she has pain in the anterior mid right thigh and right knee laterally. The patient saw Dr. Noe on 4-6-04. Pain in his right knee. He was on Neurontin at that time. Exam showed atrophy in the right calf and diminished sensation to a cold right leg. He had allodynia on the lateral knee. Impression was knee pain with possible sympathetic pain. He recommended TENS unit trial, tricyclic trial, Lidoderm patch and consideration of a lumbar sympathetic block.

Physical therapy note on 4-28-04 notes use it by flying metal weighing 140 to 160 pounds. He had lateral knee pain with any activity was well a swelling and bruising. Pain in the thigh with activity. He also complained of weakness and had difficulty with walking, climbing stairs or anything that stresses the leg. He was on Lidoderm patches and a oral medication at night.

Psychology evaluation is available from 4-28-04. Some testing was performed. He noted intermittent irritability but denied symptoms of major depression or anxiety disorder. He had to discontinue physical therapy attempted initially. As a result of this pain he cannot work, do handyman chores or play golf. No psychiatric history. There is **no Axis I or Axis II diagnosis**. They recommended comprehensive outpatient pain program at the Baylor Center for pain management.

EXHIBIT C
PAGE 4 OF 11
2

IME evaluation was performed by Dr. Frazier on 6-29-04. He noted the patient's injury. Pain is a 10/10. He noted by circumference was equal in the legs. Range of motion of the right thigh was 0-90° and left thigh was 0-145°. There was no effusion in the right knee. He had exquisite tenderness along the lateral joint line with an area of ecchymosis measuring 5 x 5 cm. Intact strength sensation, reflexes and other neurologic testing. There is no medial joint line tenderness. He noted severe right thigh contusion with probable partial vastus medialis muscle tear with residual lateral knee pain and ecchymosis and negative on the MRI. Dr. Frazier felt the patient was not at MMI and would recommend chronic pain management.

The patient underwent a right lumbar sympathetic block at L2 by Dr. Noe on 9-9-04. **No report of the outcome of the block is available.**

Orthopedic up by Dr. Montgomery on 10-7-04 notes patient had been referred properly for pain therapy and management with Dr. Noe. He had blocks. He continues to have flareups in the knee. He is referred back for his interarticular pathology and recommended a scope with he recommended a scope and possible synovectomy.

Surgical report from 11-8-04 notes operation performed was arthroscopy and synovectomy. Diagnosis was painful right knee. Operative findings included normal patella, media femoral condyles, medial meniscus, medial tibial plateau, anterior cruciate ligament, lateral femoral condyles, lateral meniscus, lateral tibial plateau and trochlear groove. The did note a ligamentum mucosum which was hypertrophied and excised.

Follow-up with Dr. Montgomery on 12-16-04 noted that he need continued Dr. Noe for treatment of his RSD flares.

The patient seen again by Dr. Frazier on 2-18-05. He had been treated with arthroscopy and sympathetic blocks. He was currently performing a home exercise program. He was on Neurontin and pain medication. Pain was a 7-8/10. Exam showed right knee motion of 0-75°. 1 cm of atrophy of the right thigh. Ligaments were intact and there was no effusion. He has hyperesthesia throughout the entire right lower. Impression was status post severe right thigh contusion right lower extremity RSD and status post knee arthroscopy. He recommend continued pain management and was not considered a MMI at that point. He noted that would not anticipate medical stability for two years after treatment of RSD. He was not released to work as a floor hand and he anticipated he would not be able to return to work for two years after his lumbar sympathetic block of 9-9-04, therefore he can return to work on 9-9-06.

There is a letter from Dr. Frazier on 4-20-05 notes the patient did have atrophy in the thigh. He had objective evidence of deterioration of his condition and he was not medically stable.

3

EXHIBIT _C_
PAGE _5_ OF _11_

CURRENT PAIN DESCRIPTION:.

Includes pain 8 out of 10 on the best day, 15-20 out of 10 on the worst day. He describes stabbing, aching and numbness, both anteriorly and posteriorly in the entire right thigh from the inguinal ligament/gluteal fold to the foot. He denies left leg or low back symptoms.

DIAGNOSTIC TESTING:.

MRI of the right knee. He has not had electrodiagnostic testing to assess his thigh atrophy. He has not had any imaging of the right thigh itself.

PREVIOUS INTERVENTIONS:.

1.5 weeks of physical therapy with electrostimulation and exercise which aggravate his pain. He does find warm water baths to be helpful. He did have one lumbar sympathetic block which noted some decrease of his hypersensitivity for 1-1.5 days and gave mild decrement of his burning pain for less than one day. Has never had an injection of his knee joint or thigh . He did note some slight improvement after his knee surgery but overall has had a steady decline of his function and increasing pain since that time.

CURRENT MEDICATIONS:.

Neurontin 300 mg tablets. This is prescribed three times a day. Although he does find as useful healing takes approximately 1-2 tablets per week. Tramadol 50 mg tablets. He has had this prescription for one month and has taken approximately 2 tablets. Ibuprofen p.r.n. on good days.

ALLERGIES:.

Penicillin .

SURGICAL HISTORY:.

Denies surgery other than his right knee arthroscopy

PAST MEDICAL HISTORY:.

Denies chronic surgical problems.

ACTIVITY LEVEL:.

Walking for 5-10 minutes. Sitting for 15-20 minutes. Standing for 20-25 minutes. Driving for 45-60 minutes. Activities which have been restricted -- riding

EXHIBIT C
PAGE 6 OF 11

4

motorcycles, golf and softball. He relates he does use a cane for essentially any walking.

PSYCHOLOGICAL HISTORY:.

Negative.

REVIEW OF SYSTEMS:.

He does relate some easy bruising and headaches from the accident. Also stiff joints and night sweats.

OCCUPATIONAL HISTORY:.

Last worked in October 2003. He has not worked in any capacity since that time.

SOCIAL HISTORY:.

Smoking:. one half pack per day which is a decrease from his previous 1.5 packs per day. Alcohol use:. 6-8 beers per week. He states this does not impact his pain.

FAMILY HISTORY:.

Negative for neuromuscular or orthopedic disorders.

PHYSICAL EXAMINATION:.

Shows a pleasant male in mild distress throughout most of the examination. Lower extremity neurologic evaluation: 2+ and symmetric patellar, medial hamstring and Achilles reflexes. Normal sensation to light touch and pinprick on the left, but there is diffuse complaints of pain and sensitivity to light touch or pinprick throughout the entire right lower extremity. Strength is 5/5 without focal atrophy or deficits on the left leg. The patient does have relatively well preserved knee flexion, knee extension, plantar flexion and dorsi flexion strength, but complains of diffuse leg pain. Dystrophic changes of the hair, skin and nails are not present, but there is spotty bruising throughout the anterior, medial and lateral right thigh. There is tenderness with firmness of the tissue in the distal aspect of the middle third of the right thigh anteriorly. Gait is antalgic on the right and he uses a cane. Heel and toe walking is not tested due to pain. Romberg is negative. Right rate knee range of motion shows -3° extension and 84° flexion. No obvious ligamentous instability is noted but examination is limited due to pain. Circumferential thigh measurements were performed. 15 cm proximal to the patella shows 49.0 cm on the right and 49.0 cm on the left. 10 cm proximal to the patella shows 44.1 cm on the right and 43.9 cm on the left. Temperature measurements were performed using an infrared scan thermometer. Medial

EXHIBIT C    5
PAGE 7 OF 11

ankle reading showed 88.0° on the right and 88.3° on the left. Patellar reading showed 83.7° on the right and 84.1° on the left. Midthigh reading showed 93.0° on the right and 92.7° on the left.

TELEPHONE INTERVIEW 12-12-05:.

Mr. Meadows relates he has recently had an evaluation by Dr. Schade, a pain medicine specialist, but this evaluation is not available for review. He is scheduled for diagnostic testing on 12-13-05 including MRI, bone scan and apparently electrodiagnostic testing. He has not seen a physician since my last evaluation in September 2005. He has apparently increased his tramadol use to one tablet q.4-6 hours with some relief of pain. He has not changed his Neurontin dosing despite the fact that it helps him significantly when he has a flare of pain. When he has a severe flare of pain he will sit in a hot bath, which he states, is 120° for two or three hours. Pain level is a 6-7/10 on his average pain is worse pain is a 10 +/10. He is still taking only one tablet of Neurontin approximately two times per week. He does not note any changes in his gait and still uses a cane all the time for ambulation and states he can walk approximately 15 minutes maximum with a cane. He has not had any follow-up nerve blocks or injections since my last visit and he has not had any physical therapy, but he relates they are investigating the possibility for pool therapy. He does a home exercise program with leg lifts and wall sits, but this is limited by pain. He performs as daily but does not relate any improvement in his ability to perform at an increase exercise level.

I asked him about previous leg fractures as was noted on his employment application in 1997 and he relates he had bilateral wrist fractures from football, but denies any previous leg fractures. His work application from January 2004 was for a job in operations at a gas refinery, but he relates he was unable to pass the physical for this job, but these records are not available. He relates he has had progressive atrophy of the right thigh and also had increased hair growth and decreased hair growth in a patchy pattern throughout the lower extremities, as well as increased nail growth and some shininess of the skin. He also relates he is having lower left leg pain with hypersensitivity which he would grade as approximately 4-5/10. He denies any bowel or bladder changes. He still notes intermittent bruising in the right leg which comes and goes.

MEDICAL RECORD SUMMARY:.

Other medical records include a work application for Valero dated 1-20-04 relates his reason for leaving his previous employment was travel getting too expensive and too many layoffs. He noted he would be available from for employment on 3-30-04. There is no mention of any work injury.

Initial physical therapy evaluation from 1-15-04 notes his past medical history was significant for motor vehicle accident as a teenager including **ejection from**

6

EXHIBIT _C_
PAGE _8_ OF _11_

**a vehicle and multiple fractures.**

There is a questionnaire from Dolese Bros. dated 6-10-97 and he relates previous injuries including **broken wrist, arm and leg.**

DIAGNOSTIC TESTING: 1-18-06

X-rays of the right femur from 12-15-05 are negative. No heterotopic ossification was noted.

CT scan of the right lower extremity and right femur showed a grossly negative CT scan. There is no evidence of fracture or bone destruction and no obvious soft tissue calcifications were noted.

Right thigh MRI from 12-15-05 shows small area of increased signal intensity of the distal right rectus femoris consistent with grade 1 muscle sprain. No evidence of contusion or occult fracture. No signal voids in the right thigh to suspect calcification or ossification.

Right lower extremity electrodiagnostic testing from 1-4-06 was negative with no evidence of a right femoral neuropathy or lumbar radiculopathy. Dr. Shah also gave an assessment of CRPS type I. He noted the patient was on medication was about to have another sympathetic block. He discussed blood work to be done and even discussed a possible spinal cord stimulator. Physical examination by Dr. Shah noted intact pulses. There was no bruising. There was no skin or nail bed changes. He had no atrophy. His skin was shiny around the knee, but there were no temperature changes. He had some swelling around the superior pole of patella. **His leg was shaven.** He was sensitive to light touch, pinprick and had allodynic features. He also had hyper-paresthesias. His impression was CRPS type I.

Whole body bone scan from 1-5-06 was negative with no evidence of myositis ossificans in the proximal right leg. Questionable activity in the acromioclavicular joints.

There is a note from Dr. Schade dated 1-17-06. He notes a psychology report from Dr. Bradley, which diagnosed posttraumatic stress disorder which is chronic and a pain disorder associated with psychological factors and a general medical condition. Dr. Schade noted the PTSD might not require treatment per the psychology report. He also reviewed all the diagnostic testing. He felt the patient had a high degree of medical probability for a classic case of chronic regional pain syndrome in the right lower extremity. He felt the 10-16-03 injury was the proximate cause of CRPS type 1, chronic intractable pain of the right leg, anxiety, depression, myalgia and myositis and PTSD. No specific treatment plan was offered.

EXHIBIT C
PAGE 9 OF 11
7

IMPRESSION:

I think there are concerns about Mr. Meadow's presentation. It appears he applied for a different job during the time he was supposedly having severe leg problems and did not report any work injury or inability to perform his normal duties. I'm also concerned about his presentation to my evaluation where he reported his worst pain was a 15-20/10. This would imply likely symptom magnification and/or nonphysiologic factors.

Extensive diagnostic testing has now been completed and has all been normal including EMG of the right leg, bone scan, CT scan and x-rays. MRI showed findings possibly consistent with strain but no obvious muscular atrophy consistent with trauma or other changes that might be seen with significant muscle damage or injury.

Although Dr. Schade feels the patient has a classic case of complex regional pain syndrome, the only real obvious finding consistent with CRPS in Mr. Meadows is his complaint of pain. Although he had an apparent injury, any sequelae from the injury has resolved based on extensive diagnostic testing and my previous examination. He has had some treatment without significant improvement with blocks and has only been using a low dose of medication but has had relatively little treatment over the past year. During his recent phone interview, he reports he will sit in a hot tub for several hours, which is not consistent with reflex sympathetic dystrophy or complex regional pain syndrome with neuropathic symptoms based on my extensive experience in dealing with patients with CRPS at University of Colorado and with patient in the Peripheral Nerve Injury Clinic.

No objective findings are noted in Mr. Meadows. On my evaluation there was some spotty bruising or the thigh, which could very well be self-inflicted and limited range of motion, which could also be self-limiting behavior. The psychological report does tend to corroborate somatization type complaints. I suspect that Mr. Meadows was at a point of medical stability from his injury on or about February 24, 2004 when his right knee MRI was noted to be normal.

At this time, Mr. Meadows has a pain complaint without any diagnostic evidence of any significant injury. I suspect that further treatment will not be successful for him and will likely promote further dependency, deconditioning and a sense of disability. Given his psychological profile, it is unlikely that a spinal stimulator would be of any significant benefit. The patient should be encouraged to perform his exercises and rehabilitate his lower extremity rather than continuing a plan of "rest". Although criteria of CRPS could be considered to be met in this case, there are no objective findings and I'm very suspicious regarding the validity about his current pain complaints.

CONCLUSIONS:

8

EXHIBIT C
PAGE 10 OF 11

At this time, based on my previous medical record review and physical examination, as well as recent diagnostic testing, there is nothing did well specifically indicate that Mr. Meadows has complex regional pain syndrome type I or reflex sympathetic dystrophy. His diagnostic testing has all been essentially normal and during my initial evaluation I saw no evidence of any significant dystrophic changes that would lead me to believe he has a diagnosable condition of CRPS. Dr. Schade relates the diagnosis based on ISP criteria. The patient does have complaints of pain with light touch and other symptomatology, which can be consistent with CRPS, but these are all **subjective complaints** and no significant objective findings are present. Given also what appears to be a high likelihood of somatization on the limited psychological testing performed by Dr. Bradley and his initial pain report during my initial evaluation where he reported his worst pain was a 15-20/10, I suspect there is a high likelihood of symptom magnification and/or somatization.

Overall, I do not feel that Mr. Meadows has complex regional pain syndrome. He has complaints of pain, without a specific diagnosable condition. The diagnostic testing is consistent with no demonstrable residual deficits from his right thigh contusion.

Neil L. Pitzer M.D.
Fellow, American Board of Physical Medicine and Rehabilitation
Fellow, American Board of Electrodiagnostic Medicine
Associate Clinical Professor, Department of Rehabilitation Medicine, University of Colorado Health Sciences Center
Attending Physiatrist, University Of Colorado Peripheral Nerve Injury Clinic