QuickLook™
# FUNCTIONAL CAPACITY EVALUATION SUMMARY REPORT

**Client:** Mr. Daryl Meadows
**Account number:** 124097
**Date of service:** 9/13/2005
**Diagnosis:** The client was injured when an explosion occurred, with a cylinder striking the client's right thigh. Current diagnoses include right thigh contusion, Reflex Sympathetic Dystrophy of the right lower extremity, and status post right knee arthroscopy.
**Job at time of injury:** Oil Rig "Floor hand"
**Date of injury:** 10/16/2003
**Date last worked:** 12/29/2003
**Worked Since:** 9/1/2001
**Work Status:** Not currently working
**Position:** Oil Well Floorhand
**Referred by:** Dr. Neil Pitzer

## Reasons for Referral

Mr. Meadows was referred to this facility to answer the following questions about his current work/functional ability:

Did Mr. Meadows provide full physical effort during testing?
What are Mr. Meadows' physical work tolerances?

In order to answer the referral source's questions, Mr. Meadows underwent a functional capacity evaluation on 9/13/2005. A synopsis of the findings of the evaluation follows. A full report is appended hereto or is available by contacting the clinic.

## Physical Effort Findings

Overall test findings, in combination with clinical observations, suggest the presence of full physical effort on Mr. Meadows' behalf.

## Reliability of Client Reports Findings

Overall test findings, in combination with clinical observations, identify Mr. Meadows' subjective reports of pain and associated disability to be both reasonable and reliable.

## Summary of Findings

According to the evaluation that was completed over 3 hours, the client falls into the light-medium work category. He was tested to his tolerance during the course of this evaluation.

*RECEIVED SEP 19 2005 NAI Workers' Comp.*

The Matheson System© of Work Evaluation (800) 443-7690

EXHIBIT __E__
PAGE __1__ OF __7__

DEF 00216
Meadows v. Schlumberger

Perceived Ability: The client appears to view his physical abilities as being within the less than sedentary work category as evidenced by his score on the P.A.C.T. Spinal Function Sort.

Jamar: The client underwent a formal screening procedure to query maximum voluntary effort. Studies indicate that out of 10 coefficients of variation calculated, no more than two will exceed experimentally derived "cut-points" if the individual is demonstrating maximum voluntary effort. He demonstrated zero coefficients above the experimentally derived cutpoint, which suggests full effort. He was also able to reproduce a bell shaped curve, which is indicative of full effort.

Safety/Body Mechanics: The client required minimal visual and/or verbal cueing to enhance safety during dynamic activities.

Adaptive Equipment: The client utilized the assistance of a straight cane during the entire course of the evaluation.

Job Description with D.O.T.#: Well Service Floor Worker, D.O.T.#930.684-014, was referenced. This is indicative of the heavy work category. The reader is also referred to the attached job description provided by the client's employer.

Pain Behavior: Facial wincing/grimacing, requesting to sit, and increased leaning on supportive surfaces were noted during the evaluation.

Pre-Pain Rating: Verbal report of "5/10," visual analog scale of 8 cm.

Post-Pain Rating: Verbal report of "7/10," visual analog scale of 9 cm.

Lifting: Floor to Knuckle: 40 pounds with R UE solely, using the L UE for support - occasional basis
    Knuckle to shoulder: 50 pounds with R UE solely, using the L UE for support - occasional basis
    Shoulder to overhead: 20 pounds with R UE solely, using the L UE for support - occasional basis

Unilateral Carrying (L UE): 30 lbs. for a distance of 50 feet, occasional basis

Pushing: Unable to safely demonstrate either static or dynamic pushing.

Pulling: Static tolerance of 70 lbs. Dynamic pulling tolerance was not tested due to safety reasons.

Squat/Crouch: Unable to safely demonstrate.

Crawl: Unable to safely demonstrate.

RECEIVED
NAI
SEP 1 9 2005
Workers' Comp.

The Matheson System© of Work Evaluation (800) 443-7690

EXHIBIT __E__
PAGE __2__ OF __7__

DEF 00217
Meadows v. Schlumberger

303+788+9265   BRONCO SPORTS ME   03:00:37 p.m.   09-13-2005   6/10

Kneel: Unable to safely demonstrate.

Climb: The client was able to ascend/descend 6 stairs with the use of external support, utilizing a non-reciprocal gait pattern. Ladder climbing was not attempted for safety reasons.

Sitting Tolerance: Approx 45 minutes sustained sitting was demonstrated, with frequent weight shifting noted. The R LE was supported by the L LE, in a "long-sitting" position.

Sustained Standing/Walking Tolerance: Approx 20 minutes of sustained dynamic standing/walking was demonstrated, with the use of a straight cane for support.

Noted Limitations Include: The client was limited in his ability to perform dynamic activities below knee level, due to poor tolerance to end-range knee flexion, limited balance with sole weight bearing on the L LE, poor weight bearing capacity through the R LE, and pain reports with dynamic activities in general.

Significant Abilities: The client appeared to exert both consistent and maximal effort with all evaluation tasks.

ROM measurements per AMA guidelines are not attached.

The above information is subject to further interpretation and determination of validity by the treating physician.

If you have any questions concerning this report, please feel free to contact me at 303-788-9200.

Thank you for referring this client to the Bronco Sports Medicine/Rehabilitation--Englewood.

**Recommendations**

The client should incorporate correct use of body mechanics techniques in his return to work plans and/or in his activities of daily living in order to maximize symptom management. This may include use of dynamic lumbar stability, particularly with dynamic lifting and carrying activities.

The client may benefit from avoidance of squatting, crouching or kneeling activities in order to promote both symptom management and safety.

The client may benefit from avoidance of working above ground level in order to facilitate maximal safety, due to limited balance and concurrent limited tolerance to R LE weight bearing.

EXHIBIT  E
PAGE  3  OF  7

The Matheson System© of Work Evaluation (800) 443-7690

DEF 00218
Meadows v. Schlumberger

The client may benefit from limited participation in stair climbing tasks to an occasional basis, and only with bilateral external assistance in order to promote safety. Ladder climbing should be avoided in order to maximize safety.

The client should limit his functional lifting tasks to those involving less than 40 pounds below knee level, 50 pounds from knee to shoulder levels, and 20 pounds to the overhead, all with the use of external support with the L UE.

The client should limit his exposure to vibration in order to maximize symptom management.

The client should continue to participate in an independent exercise program 3-5x a week to include stretching, strengthening and aerobic conditioning of at least his upper extremities and trunk, with lower extremity involvement to his tolerance.

The client may benefit from a gradual transition back into the work force, (i.e. 4 hours/day initially progressing to 6 hours/day etc.).

The client should incorporate symptom control techniques throughout the day in order to effectively manage his symptoms. This may include alternating of sitting with standing/walking approx. each 30 minutes.

The client may benefit from continued use of his straight cane for enhanced safety and/or symptom management.

It is strongly recommended that the findings in this evaluation be correlated with other objective clinical findings. The client is to follow up with the referring physician for return to work recommendations and or restrictions.

Thank you for your referral of Mr. Meadows.

Signed,

*[signature]*, OTR
Ginny Haight, OTR

HealthONE Clinic Services - BSM Englewood
125 E. Hampden Ave.
Englewood, CO 8011080210

*RECEIVED NAI SEP 19 2005 Workers' Comp*

EXHIBIT __E__
PAGE __4__ OF __7__

The Matheson System© of Work Evaluation (800) 443-7690

DEF 00219
Meadows v. Schlumberger

## Physical Abilities and Job Match

The following table compares the client's demonstrated physical abilities to the critical physical demands of the job in question.

Mr. Meadows' target job is Oil Rig "Floor hand". The typical work day is 1080 minutes long with 1800 minutes of lunch and other breaks resulting in a net time worked of -720 minutes.

The physical demands of the target job were determined by reference to a written job description provided by Mr. Meadows' employer/supervisor, an interview with Mr. Meadows, and The Dictionary of Occupational Titles.

| | Job Demand | Demonstrated Ability |
|---|---|---|
| **Strength** | | |
| Lifting | Very Heavy. 150 lbs. from 0 to 36 inches with arm/leg controls while pushing/pulling. Occasional (Up to 1/3 Day). Lifting rigging parts, etc. Essential. | 40 pounds, floor to knuckle, occasional basis. Use of R UE to perform actual lift, with the L UE on a supportive surface. |
| Lifting | Very Heavy. 150 lbs. from 37 to 48 inches with arm/leg controls while pushing/pulling. Occasional (Up to 1/3 Day). Lifting rigging parts, etc. Essential. | 50 pounds, knuckle to shoulder, occasional basis. R UE solely to perform actual lift, with the L UE on a supportive surface. |
| Lifting | Heavy. 75 lbs. from 49 to 72 inches with arm/leg controls while pushing/pulling. Occasional (Up to 1/3 Day). Lifting parts Essential. | 20 pounds, shoulder to overhead, occasional basis. R UE used solely to perform lift, with the L UE on a supportive surface. |
| Carrying | Very Heavy. 200 lbs. for 50 feet. Occasional (Up to 1/3 Day). Carrying parts, etc. Essential. | 30 lbs. x 50 feet (unilateral L UE, with the assistance of a straight cane in the R hand). |
| Pushing | Very Heavy. 300 lbs. for 30 feet. Occasional (Up to 1/3 Day). Moving full pallet-jacks Essential. | Isometric pushing was attempted - the client was unsafe with this task secondary to limited R LE weight bearing. Dynamic pushing was not attempted due to safety concerns. |
| Pulling | Very Heavy. 300 lbs. for 30 feet. Occasional (Up to 1/3 Day). Moving full pallet-jacks Essential. | Isometric pulling force of 70 pounds on an occasional basis. The client did not attempt dynamic pulling secondary to limited R LE weight bearing. |
| **Mobility** | | |
| Sitting | 30 minutes longest duration, 30 minutes per shift. Occasional (Up to 1/3 Day). Occasional break | Approx 45 minutes sustained sitting was observed this date. |
| Static Standing | 10 minutes longest duration, 120 minutes per shift. Occasional (Up to 1/3 Day). General work duties Essential. | Approx 20 minutes of sustained static standing was observed this date, with the support of a straight cane. |

EXHIBIT  E
PAGE  5  OF  7

The Matheson System© of Work Evaluation (800) 443-7690

DEF 00220
Meadows v. Schlumberger

| | | |
|---|---|---|
| Dynamic Standing | 180 minutes longest duration, 620 minutes per shift. Constant(Greater Than 2/3 Day). Oil rig duties; climbing stairs Essential. | Approx 20 minutes of sustained dynamic standing was observed this date, with the support of a straight cane. |
| Walking | 10 minutes longest duration, 180 minutes per shift. Frequent (1/3 to 2/3 Day). Moving around rig; Moving/unloading pallets; Essential. | Approx 4 minutes of sustained ambulation was observed this date, on level and even terrain, with the support of a straight cane. |
| **Agility** | | |
| Stairs/Ladders | 160 steps/feet. Frequent (1/3 to 2/3 Day). Climbing around oil rigs Essential. | 5 steps, occasional basis, with external support bilaterally. A non-reciprocal gait pattern was observed, with limited weight bearing through the R LE. Ladder climbing was not attempted for safety reasons. |
| Balancing | 200 feet with slippery conditions. Frequent (1/3 to 2/3 Day). Climbing on rigs Essential. | Basic balance testing was completed with the assistance of a straight cane solely. |
| Bending/Stooping | Frequent (1/3 to 2/3 Day). General work duties Essential. | Forward and lateral bending was tolerated with the use of external support, on an occasional basis only. |
| Crouching/Squatting | Frequent (1/3 to 2/3 Day). General work duties Essential. | The client was unable to perform crouching or squatting. |
| Crawling | 10 feet. Occasional (Up to 1/3 Day). Crawling on platform Essential. | The client was unable to demonstrate crawling. |
| Twisting/Spinal Rotation | Frequent (1/3 to 2/3 Day). General work duties Essential. | No functional limitations were noted. |
| Above-Shoulder Work | To 84 inches. Occasional (Up to 1/3 Day). Reaching to rigging, etc. Essential. | No functional limitations were noted, with unilateral above shoulder work, with contralateral UE support. |
| Low-Level Work | Frequent (1/3 to 2/3 Day). General work duties Essential. | Not recommended below knee level due to balance and safety issues. |
| Prolonged Neck Positioning | Occasional (Up to 1/3 Day). Overhead work Essential. | No functional limitations were noted. |
| Impact/Jarring | Frequent (1/3 to 2/3 Day). General tool use Essential. | Not formally tested. |
| **Dexterity** | | |
| Fine Finger | Occasional (Up to 1/3 Day). General work duties Essential. | No functional limitations were noted. |
| Grasping - Light | Occasional (Up to 1/3 Day). General work duties Essential. | No functional limitations were noted. |
| Grasping - Firm | Frequent (1/3 to 2/3 Day). General work duties Essential. | No functional limitations were noted. |
| Pinching | Occasional (Up to 1/3 Day). General work duties Essential. | No functional limitations were noted. |
| Reaching Forward | Frequent (1/3 to 2/3 Day). General work duties Essential. | No functional limitations were noted. |
| Writing | Occasional (Up to 1/3 Day). Filling out reports Essential. | No functional limitations were noted. |
| **Coordination** | | |
| Eye - Hand | Constant(Greater Than 2/3 Day). General work duties Essential. | No functional limitations were noted. |

EXHIBIT E
PAGE 6 OF 7

The Matheson System© of Work Evaluation (800) 443-7690

DEF 00221
Meadows v. Schlumberger

RECEIVED SEP 19 2005 Workers' Comp

| | | |
|---|---|---|
| Eye - Hand - Foot | Constant(Greater Than 2/3 Day). Walking on uneven surfaces, on platforms Essential. | Poor balance and poor weight bearing were noted through the R LE. |
| Driving | | Not applicable - not tested. |
| **Vision/Hearing** | | |
| Near Acuity (<20 in.) | Constant(Greater Than 2/3 Day). General work duties Essential. | No limitations noted. |
| Far Acuity (>20 ft.) | Constant(Greater Than 2/3 Day). General work duties Essential. | No limitations noted. |
| Color Vision | Frequent (1/3 to 2/3 Day). General work duties Essential. | No limitations noted. |
| Depth Perception | Constant(Greater Than 2/3 Day). General work duties Essential. | No limitations noted. |
| Hearing | Constant(Greater Than 2/3 Day). General work duties Essential. | No limitations noted. |

EXHIBIT __E__

PAGE __7__ OF __7__

The Matheson System© of Work Evaluation (800) 443-7690

RECEIVED SEP 1 9 2005 Workers' Comp

DEF 00222
Meadows v. Schlumberger