FUNCTIONAL CAPACITY EVALUATION

OF

**Mr. Daryl Meadows**

REQUESTED BY

Dr. Neil Pitzer

Rehabilitation Associates of Colorado

125 E Hampden

Englewood, Co 80110

PREPARED BY

Ginny Haight, OTR

HealthONE Clinic Services - BSM Englewood

125 E. Hampden Ave.

Englewood, CO 80110

ASSESSED

9/13/2005

EXHIBIT F
PAGE 1 OF 19

## TABLE OF CONTENTS

Client Profile ........................................................................................... 3
Job Demands .......................................................................................... 5
Grip Strength .......................................................................................... 8
Fitness .................................................................................................... 9
Mobility .................................................................................................. 9
Material Handling ................................................................................ 11
Timer Analysis ..................................................................................... 12
Physical Effort Findings ...................................................................... 12
Reliability Of Client Reports .............................................................. 15
Summary of Findings .......................................................................... 17
Recommendations ............................................................................... 19
Next Day Follow-up ............................................................................ 20

EXHIBIT _F_
PAGE _2_ OF _19_

The Matheson System© of Work Evaluation (800) 443-7690

# CLIENT PROFILE

|  |  |
|---|---|
| Client: | Mr. Daryl Meadows |
| Account number: | 124097 |
| Date of service: | 9/13/2005 |
| Diagnosis: | The client was injured when an explosion occurred, with a cylinder striking the client's right thigh. Current diagnoses include right thigh contusion, Reflex Sympathetic Dystrophy of the right lower extremity, and status post right knee arthroscopy. |
| Job at time of injury: | Oil Rig "Floor hand" |
| Date of injury: | 10/16/2003 |
| Date last worked: | 12/29/2003 |
| Worked Since: | 9/1/2001 |
| Work Status: | Not currently working |
| Position: | Oil Well Floorhand |
| Referred by: | Dr. Neil Pitzer |

## Reasons for Referral

Mr. Meadows was referred to this facility to answer the following questions about his current work/functional ability:

Did Mr. Meadows provide full physical effort during testing?
What are Mr. Meadows' physical work tolerances?

Prior to beginning the evaluation, an intake interview was performed. During the interview Mr. Meadows signed a "Consent to Evaluate and Treat" release. Present at the interview were evaluator and evaluee. The following information was obtained during the interview:

| Previous Problems | None reported. |
|---|---|
| Precautions/Contradictions | ALLERGIES: Penicillin. Current work restrictions include cessation of activities when pain increases, per client report. |
| Hand Dominance | Right |
| Date of Birth | 1/23/1970 |
| Height | 77 Inches |
| Weight | 195 Pounds |
| Social Security Number | 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 |
| Account Number | 100091812 |
| Claim Number | 10323487LB |

Mr. Meadows' resting heart rate was 72 beats per minute.

## Previous Treatment

EXHIBIT _F_
PAGE _3_ OF _19_

Mr. Meadows reports having attended the following treatments in an attempt to rehabilitate his condition:

| Treatment | Results/Comments |
|---|---|
| Physical Therapy | 6 sessions with limited results reported |
| Pain Program | Seeing pain management specialist in Dallas, TX since 03/04; discussed enrolling in pain program |
| Other | HEP daily with limited results; Lidoderm patches w/ limited results |

## Investigations

Mr. Meadows reports having had the following investigations:

| Investigation | Results/Comments |
|---|---|
| X-Ray | Several per client report |
| MRI | Prior to knee arthroscopy |

## Medical History

Mr. Meadows indicates the following medical history:

| Medical History Checklist |
|---|
| Numbness/Tingling |
| Hearing Problems |
| Balance Problems |
| Joint Injury/Pain |
| Stress |
| Smoked For 16 Years |
| Smokes 1 Pack of Cigarettes Per Day |

Mr. Meadows also provides the following medical history and medication information:

| Area | Description |
|---|---|
| Surgeries | Right knee arthroscopy (11/08/2004); |
| Prescription Medications | Neurontin (300mg as needed for severe pain); Tramadol (as needed for moderate pain); |
| Non-Prescription Medications | Ibuprofen (as needed for moderate pain) |
| Medication Allergies | Penicillin |
| Medical Devices | Straight cane used at all times |
| Additional Medical History | None reported |

Mr. Meadows' home environment is as follows:

| Resides With | Husband/Wife |
|---|---|
| Type of Residence | Single Level House |

The Matheson System© of Work Evaluation (800) 443-7690

EXHIBIT F
PAGE 4 OF 19

| Activity Level | Sedentary |
|---|---|
| Education Completed | 1 1/2 years college in Oklahoma |

## Reported Functional Tolerances

Mr. Meadows reports his functional tolerances as follows:

|  | Client's Estimate of Maximum Tolerance |
|---|---|
| **Strength** | |
| Lifting | Approximately 100 lb. limitation reported |
| Lifting | Approximately 100 lb. limitation reported |
| Lifting | Approximately 100 lb. limitation reported |
| Carrying | Approximately 100 lb. in one hand reported |
| Pushing | Approximately 100 lb. limitation reported |
| Pulling | Approx. 100 lb. limitation reported |
| **Mobility** | |
| Sitting | 30 min. limitation reported |
| Static Standing | 10 min. limitation reported |
| Dynamic Standing | 40 min. limitation reported |
| Walking | 200 ft. limitation (2 blocks) limitation reported |
| **Agility** | |
| Stairs/Ladders | Extreme difficulty with stairs/unable to climb ladders |
| Balancing | Unable to balance without "walking cane" |
| Bending/Stooping | Difficulty reported; Able to bend if "I can kick leg out of the way" |
| Crouching/Squatting | Difficulty reported |
| Crawling | Unable to perform |
| Low-Level Work | Difficulty reported due to leg pain |
| Impact/Jarring | Unable to perform due to vibration associated with increase in pain |
| **Coordination** | |
| Eye – Hand – Foot | Extreme difficulty; walking cane required for most standing activities |
| Driving | 1 hr. limitation reported |
| **Vision/Hearing** | |
| Hearing | Difficulty prior to work-related injury |

## Client's Work-Related Goals

Mr. Meadows states that his current vocational goals are: Return to regular duty, determine permanent work restrictions per client report.

# JOB DEMANDS

The table below reflects the job demands considered in this functional capacity evaluation.

EXHIBIT  F
PAGE  5  OF  19

The Matheson System© of Work Evaluation (800) 443-7690

These values were determined by reference to an interview with Mr. Meadows' employer/supervisor, an interview with Mr. Meadows, and The Dictionary of Occupational Titles.

Mr. Meadows' target job is Floor Worker, Well Service (DOT Code 930.684-014) in the "Petroleum And Natural Gas Production" industry classification (Industry Code 5365).

The DOT describes the target job as:

Rigs well service pulling machine on oil well and assembles and disassembles rod and tubing sections, using hand wrenches or power tongs: Pulls lever or turns handle to extend hydraulic or screw-type jacks to support and level pulling machine and derrick. Fastens derrick guy lines to ground-anchors to stabilize derrick. Unloads handtools and power tools from truck and attaches power tools to cables hanging from derrick. Connects pulling machine hydraulic hoses to rod and tubing tongs and other power tools. Unscrews connections on wellhead, using handtools and removes pumping unit head. Attaches lifting clamp (rod elevator) to rod sections in wellhole and places lifting clamp on hook of hoist line. Disconnects rod sections as they are removed from wellhole, using hand wrenches or power tongs. Disconnects and removes hook from hoist line after rod sections have been removed from wellhole and attaches tubing lifting clamp (tubing elevator). Attaches lifting clamps to tubing in wellhole. Disconnects tubing sections as they are removed from wellhole, using hand wrenches or power tongs. Guides uncoupled tubing sections from wellhole to racking board to stand pipe in derrick or guides end of tubing section to ground rack and pushes section to slide it down rack and lay it on ground. Guides tubing and rod sections from derrick or ground rack to wellhole and connects to sections in wellhole, using hand wrenches or power tongs, after repairing oil well pump, replacing defective tubing, or performing similar oil well service. Detaches lifting clamps from sections lowered into wellhole. Assembles and tightens wellhead connections, using hand wrenches and replaces pumping unit head. Disconnects hydraulic hoses and cables from power tools and loads on truck. Unfastens derrick guy lines from ground-anchors and pushes lever or turns handle to contract hydraulic or screw-type jacks. Performs minor maintenance on tools and equipment, such as changing dies in tongs and hand wrenches and changing worn hydraulic hoses on power equipment. Washes tools, equipment, and pulling machine with diesel fuel or other cleaning solution. Shovels dirt around well location to cover spilled oil and cleans oil from wellhead connections.

The Industry Description is:

This designation includes occupations concerned with extracting crude petroleum and natural gas from the earth through wells drilled into oil-bearing or gas-bearing strata. Activities include prospecting for gas or oil; drilling wells; controlling the natural flow of the fluids; pumping of the fluids; maintenance and cleaning out of productive wells; and maintenance of oil or gas well storage facilities, treating facilities, flow lines, and other lease facilities and equipment. Occupations primarily concerned with petroleum refining are included in the PETROLEUM REFINING INDUSTRY (petrol. refin.). Occupations

primarily concerned with the transportation of petroleum and gas products through pipelines are included in the PIPE LINES INDUSTRY (pipe lines).

The typical work day is 1080 minutes long with 1800 minutes of lunch and other breaks resulting in a net time worked of -720 minutes.

|  | Job Demand | Client Concerns |
|---|---|---|
| **Strength** | | |
| Lifting | Very Heavy. 150 lbs. from 0 to 36 inches with arm/leg controls while pushing/pulling. Occasional (Up to 1/3 Day). Lifting rigging parts, etc. Essential. | Limited tolerance currently reported |
| Lifting | Very Heavy. 150 lbs. from 37 to 48 inches with arm/leg controls while pushing/pulling. Occasional (Up to 1/3 Day). Lifting rigging parts, etc. Essential. | Limited tolerance currently reported |
| Lifting | Heavy. 75 lbs. from 49 to 72 inches with arm/leg controls while pushing/pulling. Occasional (Up to 1/3 Day). Lifting parts Essential. | Limited tolerance currently reported |
| Carrying | Very Heavy. 200 lbs. for 50 feet. Occasional (Up to 1/3 Day). Carrying parts, etc. Essential. | Limited tolerance currently reported |
| Pushing | Very Heavy. 300 lbs. for 30 feet. Occasional (Up to 1/3 Day). Moving full pallet-jacks Essential. | Limited tolerance secondary to weight bearing |
| Pulling | Very Heavy. 300 lbs. for 30 feet. Occasional (Up to 1/3 Day). Moving full pallet-jacks Essential. | Limited tolerance currently reported |
| **Mobility** | | |
| Sitting | 30 minutes longest duration, 30 minutes per shift. Occasional (Up to 1/3 Day). Occasional break | |
| Static Standing | 10 minutes longest duration, 120 minutes per shift. Occasional (Up to 1/3 Day). General work duties Essential. | Limited tolerance secondary to poor weight bearing |
| Dynamic Standing | 180 minutes longest duration, 620 minutes per shift. Constant(Greater Than 2/3 Day). Oil rig duties; climbing stairs Essential. | Limited tolerance currently reported |
| Walking | 10 minutes longest duration, 180 minutes per shift. Frequent (1/3 to 2/3 Day). Moving around rig; Moving/unloading pallets; Essential. | Limited tolerance currently reported |
| **Agility** | | |
| Stairs/Ladders | 160 steps/feet. Frequent (1/3 to 2/3 Day). Climbing around oil rigs Essential. | Limited tolerance currently reported |
| Balancing | 200 feet with slippery conditions. Frequent (1/3 to 2/3 Day). Climbing on rigs Essential. | Limited ability currently reported |
| Bending/Stooping | Frequent (1/3 to 2/3 Day). General work duties Essential. | Limited tolerance currently reported |
| Crouching/Squatting | Frequent (1/3 to 2/3 Day). General work duties Essential. | Limited tolerance currently reported |
| Crawling | 10 feet. Occasional (Up to 1/3 Day). Crawling on platform Essential. | Limited tolerance currently reported |
| Twisting/Spinal Rotation | Frequent (1/3 to 2/3 Day). General work duties Essential. | |
| Above-Shoulder Work | To 84 inches. Occasional (Up to 1/3 Day). Reaching to rigging, etc. Essential. | |

The Matheson System© of Work Evaluation (800) 443-7690

| Low-Level Work | Frequent (1/3 to 2/3 Day). General work duties Essential. | Limited tolerance currently reported |
|---|---|---|
| Prolonged Neck Positioning | Occasional (Up to 1/3 Day). Overhead work Essential. | |
| Impact/Jarring | Frequent (1/3 to 2/3 Day). General tool use Essential. | Limited tolerance currently reported |
| **Dexterity** | | |
| Fine Finger | Occasional (Up to 1/3 Day). General work duties Essential. | |
| Grasping - Light | Occasional (Up to 1/3 Day). General work duties Essential. | |
| Grasping - Firm | Frequent (1/3 to 2/3 Day). General work duties Essential. | |
| Pinching | Occasional (Up to 1/3 Day). General work duties Essential. | |
| Reaching Forward | Frequent (1/3 to 2/3 Day). General work duties Essential. | |
| Writing | Occasional (Up to 1/3 Day). Filling out reports Essential. | |
| **Coordination** | | |
| Eye - Hand | Constant (Greater Than 2/3 Day). General work duties Essential. | |
| Eye - Hand - Foot | Constant (Greater Than 2/3 Day). Walking on uneven surfaces, on platforms Essential. | |
| **Vision/Hearing** | | |
| Near Acuity (<20 in.) | Constant (Greater Than 2/3 Day). General work duties Essential. | |
| Far Acuity (>20 ft.) | Constant (Greater Than 2/3 Day). General work duties Essential. | |
| Color Vision | Frequent (1/3 to 2/3 Day). General work duties Essential. | |
| Depth Perception | Constant (Greater Than 2/3 Day). General work duties Essential. | |
| Hearing | Constant (Greater Than 2/3 Day). General work duties Essential. | |

## GRIP STRENGTH

As a function of Jamar Hand Dynamometer testing, information about the client's grip strength was collected. Using the five scores from his strongest grip span, he compares to a normative group using a six-grip test as:

| Dominant (Right) Hand Grip Strength | | Non-Dominant (Left) Hand Grip Strength | |
|---|---|---|---|
| Client | Norm Group | Client | Norm Group |
| 142 | 119.7 | 130.67 | 112.9 |

Results are in pounds. As can be seen from this table, the client demonstrates the dominant hand as being stronger than the normative group. His non-dominant hand

The Matheson System© of Work Evaluation (800) 443-7690

EXHIBIT F
PAGE 8 OF 19

demonstrates as being stronger than the normative group. Jamar serial number 10150073 was used for this portion of the test.

During the grip strength test, the client was noted to show no signs of physical discomfort.

Mr. Meadows was observed to demonstrate no signs of competitive test performance during grip strength testing.

## FITNESS

Functional capacity testing screens are designed to match aerobic demands to energy expenditure required on the job. The client participated in an aerobic screen consisting of a 4-minute walking test.

Total Time: 4 minutes
Max Speed: Just over 1 m.p.h.
Max BP: 142/88
Max HR: 72
Estimated METS: 1.77

The client demonstrated an ability to perform at a MET level of 1.77. The client's job is classified in the heavy work category. The average MET level for this classification is 6.4-7.5 METs.

Reason for test termination was per client request, due to an increase in his R LE pain, described as "burning" in nature.

## MOBILITY

### Trunk Flexibility

The National Back Fitness Test was used to evaluate Trunk Flexibility. Forward bending was completed 1 out of 3 times to 28 inches from the floor. Right side bending was completed 1 out of 3 times to 27 inches from the floor. Left side bending was completed 1 of 3 times 26 inches from the floor.

Mr. Meadows demonstrated the following sign of physical discomfort during this test: facial wince.

He demonstrated the following sign of competitive test performance: compensatory body postures.

The client utilized the assistance of external support in order to safely perform trunk flexion.

### Balance

Mr. Meadows was observed to partake in both upper- and lower-level balance testing using a 10-foot-long, 3.5-inch-wide, level and even area of terrain.

The client was unable to perform weight bearing through the R LE solely, as with attempted heel-to-toe walking. Pain in the R LE was reported, described as "burning" in nature.

### Crouching/Squatting

The client was unable to safely perform a crouching position.

The client was unable to perform a safe squatting position.

### Kneeling/Floor Mobility

Mr. Meadows was observed to perform kneeling/floor mobility as follows:

|  | Result (Seconds) |
|---|---|
| Right Knee | Unable |
| Left Knee | Unable |
| Both Knees | Unable |
| Sitting Back on Calves and Heels | Unable |

Mr. Meadows was able to move into a seated position on the floor. He was observed to prefer a floor position of sit knee-chest. The client was noted to rise smoothly with the need of adjacent support.

The client was unable to safely demonstrate a functional kneel, crouch or squat secondary to anticipated increase in R LE pain.

### Climbing and Descending Stairs

Mr. Meadows was observed to climb and descend 1 floor of 6 steps. He completed this without a break.

Antalgia was noted at the onset of the test on the right. The client was noted to slow down during the test.

The client demonstrated the following sign of physical discomfort during the stairs test: increased lean on nearby surfaces.

Mr. Meadows demonstrated no signs of competitive test performance.

The client utilized a L LE lead with stair ascent, and a R LE lead (without actual weight bearing) for stair descent. he utilized the external assistance of a straight cane with his R hand, and a handrail with his L hand for both ascent and descent.

### Ladder Mobility

The client did not wish to attempt ladder climbing, secondary to anticipated increase in R LE symptoms. It was also not an activity which would promote safe completion, via the evaluator's opinion.

### The WEST VII Bus Bench

The WEST VII Bus Bench was used to help evaluate Mr. Meadows' tolerance to prolonged bending or sustained low-level work. He was observed to partake in a light-strength work sample in a position of <30° - 45° (mild - moderate) bending for a period of 18 minutes and 24 seconds.

The client demonstrated the following signs of physical discomfort during the test: increased lean on nearby surfaces and requesting to sit on floor.

The client demonstrated no signs of competitive test performance.

The client's subjective report of his ability to handle such a test correlates favorably with his actual performance.

The client completed the disassembly/reassembly task from a seated position, due to reported intolerance to squatting, kneeling or crouching positions. He maintained his R LE in a position of knee extension in order to manage his symptoms.

## MATERIAL HANDLING

The results for the 13 inch width (center of body to hands) of this evaluation are as follows:

| Test | Max. Weight | Final Weight | Heart Rate | Pain | %ile | Comments |
|---|---|---|---|---|---|---|
| Floor-Knuckle | 40 | 30 | | 7 | < 10 | |
| 12"-Knuckle | 50 | 50 | | 7 | | Using R UE, L UE for supportive surface |
| Knuckle-Shoulder | 50 | 40 | | 7 | 16 | Using R UE, L UE for supportive surface |
| Shoulder-Overhead | 20 | 20 | | 7 | < 10 | Using R UE solely |
| Carry 50 feet | 30 | 30 | | 7 | < 10 | x50 feet |
| Static Pulling | 70 | 70 | | 7 | 77 | |

The Matheson System© of Work Evaluation (800) 443-7690

EXHIBIT __F__

PAGE __11__ OF __19__

The client demonstrated the following signs of physical discomfort during the test: increased lean on nearby surfaces, pausing intermittently, facial grimace, and facial wince.

The test was terminated due to request to stop (increase in reported symptoms).

## TIMER ANALYSIS

During the functional capacity evaluation, Mr. Meadows' total sitting, standing, walking, and other position and combinations of positions time was recorded. His results from this continuous observation and recording is presented as follows:

|  | Total Time (Hrs. and Min.) | Longest Duration |
|---|---|---|
| Sitting | 01:37 | 00:43 |
| Standing | 00:54 | 00:18 |
| Walking | 00:31 | 00:03 |
|  |  |  |
| Total Time for Evaluation | 03:02 |  |
| Preferred Position On Breaks | Sitting, Standing | |

## PHYSICAL EFFORT FINDINGS

Physical Effort testing is used to evaluate whether or not attained physical data truly represents a client's physical maximums. If a client does not partake in his testing day with full physical effort, an evaluator cannot be certain that observed performances truly represent maximal abilities.

### Maximum Voluntary Effort (MVE) Testing

Jamar Five-Position Grip

Mr. Meadows underwent a formal screening procedure to query maximum voluntary effort during testing. This test uses the Jamar Hand Dynamometer (serial number 10150073) to measure isometric force generated by the hand. The Jamar is used to present ten maximum gripping measurements, each repeated three times. Studies indicate that out of 10 coefficients of variation calculated, no more than two will exceed experimentally derived "cut-points" if the individual is demonstrating maximum voluntary effort.

The results (in pounds) of Mr. Meadows' Jamar testing is presented below:

| Grip Span | Test 1 | | Test 2 | | Test 3 | | Comments |
|---|---|---|---|---|---|---|---|
|  | Dom | Non | Dom | Non | Dom | Non |  |
| 1 1/4" | 100 | 105 | 91 | 103 | 85 | 96 |  |
| 1 3/4" | 146 | 134 | 145 | 138 | 135 | 120 |  |
| 2 1/4" | 132 | 132 | 132 | 135 | 128 | 122 |  |

The Matheson System© of Work Evaluation (800) 443-7690

EXHIBIT F
PAGE 12 OF 19

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 3/4" | 116 | 111 | 110 | 104 | 109 | 105 |
| 3 1/4" | 97 | 92 | 91 | 87 | 88 | 85 |

| Grip Span | Coefficient of Variation | | Exceed Cut Point? | |
|---|---|---|---|---|
| | Dom | Non | Dom | Non |
| 1 1/4" | 6.7 | 3.81 | No | No |
| 1 3/4" | 3.5 | 5.91 | No | No |
| 2 1/4" | 1.44 | 4.29 | No | No |
| 2 3/4" | 2.77 | 2.9 | No | No |
| 3 1/4" | 4.07 | 3.35 | No | No |



Un-Impaired Dominant Upper Extremity



Un-Impaired Non-Dominant Upper Extremity

Analysis of the client's scores demonstrates no coefficient of variation above the permissible cut-points. As a total of two scores are allowed above the cut-points, this is suggestive of maximum voluntary effort during testing.

Grip Curve Analysis

A second method of screening for the presence of maximal voluntary effort relates to the analysis of score distribution. If an evaluee is providing maximum effort on the Jamar, a bell curve pattern of score distribution is expected.

The Matheson System© of Work Evaluation (800) 443-7690

EXHIBIT F
PAGE 13 OF 19



Score Distribution

Such a bell curve pattern was observed in Mr. Meadows' case for his right hand and was present for his left hand, suggestive of maximum voluntary effort on the right and of maximum voluntary effort on the left. Jamar serial number 10150073 was used for this portion of the test.

A second method of using bell curve analysis to gauge a client's level of physical effort relates to analysis of standard deviation. Clinical studies indicate that if a person is partaking in testing with full physical effort, a specific pattern of score distribution is expected.

Right Upper Extremity: Mr. Meadows' right hand grip scores, produced a well distributed bell curve (S.D. = 20.17). Clinical studies suggest this standard deviation to be indicative of good effort.

Left Upper Extremity: Mr. Meadows' left hand grip scores, produced a well distributed bell curve (S.D. = 16.59). Clinical studies suggest this standard deviation to be indicative of good effort.

## Competitive Test Performance©

Matheson-trained functional capacity evaluators are trained to look for examples of competitive test performance (CTP) in persons who participate in tests that entail high levels of physical effort. Such examples may include (but are not exclusive to): starting tests prior to the uttered "START" command, continuing to work after the uttered "STOP" command, asking for extra practice time, asking to repeat a slow trial, postural accommodation to improve performance, etc.

In Mr. Meadows' case, such examples were sporadic throughout his testing day.

## Clinical Consistency

Matheson-trained functional capacity evaluators are trained to look for high levels of clinical consistency in clients who partake in testing which entails full physical effort. Persons providing full physical effort should remain consistent in functional presentation despite multi-hour tests under distraction-based clinical testing situations.

The Matheson System© of Work Evaluation (800) 443-7690

During 3 hours and 2 minutes of constant distraction-based clinical testing, Mr. Meadows' performance remained clinically consistent, suggestive of good consistent effort on his behalf.

**Summary of Physical Effort Findings**

Overall test findings, in combination with clinical observations, suggest the presence of full physical effort on Mr. Meadows' behalf.

## RELIABILITY OF CLIENT REPORTS

Reliability of Client Report testing is comprised of a battery of tests designed to better assess the dependability and accuracy of the client's subjective reports of pain and/or disability. The battery includes tests which evaluate the presence or absence of non-organic findings (findings that have more to do with illness behavior than underlying physical disease) as well as tests which compare a client's subjective reports to what he is actually capable of doing through the use of distraction based testing and observations of ability/disability.

Areas of testing, which fall under the Reliability of Client Reports umbrella, include: symptom magnification, inappropriate illness behavior, somatic amplification, and non-organic signs.

**Pain Scales**

Various pain scales were implemented with Mr. Meadows to evaluate both the consistency and reliability of his subjective (verbal) reports. Visual Analog Pain Scale ratings correlated not at all with Functional Pain Scale ratings. Subjective ratings of pain matched well with distraction-based clinical observations.

**Subjective Pain Levels**

Mr. Meadows states that he is experiencing pain in the areas indicated in the following table (these are based on the 0-10+ Functional Pain Rating Scale where 0 represents no pain and 10+ represents emergency pain warranting immediate emergency department care or hospitalization):

|             | Pre-Test Pain | Post-Test Pain |
|-------------|---------------|----------------|
| (R) Thigh   | 5/10          | 7/10           |
| (R) Knee    | 5/10          | 7/10           |
| (R) Lower Leg | 5/10        | 7/10           |
| (R) Ankle   | 4/10          | 6/10           |

Mr. Meadows reported the following additional pain rating data:

The Matheson System© of Work Evaluation (800) 443-7690

|                              | Functional Pain Rating |
|------------------------------|------------------------|
| Present Rating               | 5/10                   |
| Best Rating Over Past 30 Days| 4/10                   |
| Worst Rating Over Past 30 Days| 7/10                  |

The Visual Analog Pain Scale (Huskisson, 1973) was also used to evaluate the client's pain before and after the evaluation. The client's score at the beginning of the evaluation was 8 and the score at the end of the evaluation was 9. This indicates a difference of 1 point. These scores and their trend should be compared with the functional pain ratings recorded at the same time.

## Pain Assessment/Questionnaires

Mr. Meadows completed a number of standard assessment questionnaires to assess the presence and impact of Chronic Pain Syndrome. These questionnaires have been published in peer-reviewed journals and are widely used in the industrial rehabilitation field.

| Questionnaire/Assessment       | Score |
|--------------------------------|-------|
| The Visual Analog Scale (Today)| 8 cm  |

## Comments

During the intake interview process, the client was noted to show the following signs of physical discomfort: shifting within chair and brief rise (< 1 minute).

## PACT Spinal Function Sort

The PACT Spinal Function Sort is used to quantify an individual's perception of his ability to perform work tasks. The responses on this instrument can be used to test reliability.

Mr. Meadows' ratings on the Spinal Function Sort were as follows:

| Rating of Perceived Capacity (RPC) | 55                                       |
|------------------------------------|------------------------------------------|
| Perceived DOL Rating               | Less Than Sedentary                      |
| Norm vs. Healthy Employed          | Below the 5th percentile, rated inferior.|
| Norm vs. Injured Unemployed        | At the 10th percentile, rated inferior.  |

Results of reliability check testing indicated a reliable profile. The client perceives himself as meeting the physical requirements for less than sedentary strength work, according to Department of Labor standards.

The Matheson System© of Work Evaluation (800) 443-7690

EXHIBIT ___F___
PAGE _16_ OF _19_

Post-Pain Rating: Verbal report of "7/10," visual analog scale of 9 cm.

Lifting: Floor to Knuckle: 40 pounds with R UE solely, using the L UE for support - occasional basis
    Knuckle to shoulder: 50 pounds with R UE solely, using the L UE for support - occasional basis
    Shoulder to overhead: 20 pounds with R UE solely, using the L UE for support - occasional basis

Unilateral Carrying (L UE): 30 lbs. for a distance of 50 feet, occasional basis

Pushing: Unable to safely demonstrate either static or dynamic pushing.

Pulling: Static tolerance of 70 lbs. Dynamic pulling tolerance was not tested due to safety reasons.

Squat/Crouch: Unable to safely demonstrate.

Crawl: Unable to safely demonstrate.

Kneel: Unable to safely demonstrate.

Climb: The client was able to ascend/descend 6 stairs with the use of external support, utilizing a non-reciprocal gait pattern. Ladder climbing was not attempted for safety reasons.

Sitting Tolerance: Approx 45 minutes sustained sitting was demonstrated, with frequent weight shifting noted. The R LE was supported by the L LE, in a "long-sitting" position.

Sustained Standing/Walking Tolerance: Approx 20 minutes of sustained dynamic standing/walking was demonstrated, with the use of a straight cane for support.

Noted Limitations Include: The client was limited in his ability to perform dynamic activities below knee level, due to poor tolerance to end-range knee flexion, limited balance with sole weight bearing on the L LE, poor weight bearing capacity through the R LE, and pain reports with dynamic activities in general.

Significant Abilities: The client appeared to exert both consistent and maximal effort with all evaluation tasks.

ROM measurements per AMA guidelines are not attached.

The above information is subject to further interpretation and determination of validity by the treating physician.

If you have any questions concerning this report, please feel free to contact me at 303-

The Matheson System© of Work Evaluation (800) 443-7690

EXHIBIT __F__
PAGE _17_ OF _19_

788-9200.

Thank you for referring this client to the Bronco Sports Medicine/Rehabilitation--Englewood.

## RECOMMENDATIONS

The client should incorporate correct use of body mechanics techniques in his return to work plans and/or in his activities of daily living in order to maximize symptom management. This may include use of dynamic lumbar stability, particularly with dynamic lifting and carrying activities.

The client may benefit from avoidance of squatting, crouching or kneeling activities in order to promote both symptom management and safety.

The client may benefit from avoidance of working above ground level in order to facilitate maximal safety, due to limited balance and concurrent limited tolerance to R LE weight bearing.

The client may benefit from limited participation in stair climbing tasks to an occasional basis, and only with bilateral external assistance in order to promote safety. Ladder climbing should be avoided in order to maximize safety.

The client should limit his functional lifting tasks to those involving less than 40 pounds below knee level, 50 pounds from knee to shoulder levels, and 20 pounds to the overhead, all with the use of external support with the L UE.

The client should limit his exposure to vibration in order to maximize symptom management.

The client should continue to participate in an independent exercise program 3-5x a week to include stretching, strengthening and aerobic conditioning of at least his upper extremities and trunk, with lower extremity involvement to his tolerance.

The client may benefit from a gradual transition back into the work force, (i.e. 4 hours/day initially progressing to 6 hours/day etc.).

The client should incorporate symptom control techniques throughout the day in order to effectively manage his symptoms. This may include alternating of sitting with standing/walking approx each 30 minutes.

The client may benefit from continued use of his straight cane for enhanced safety and/or symptom management.

It is strongly recommended that the findings in this evaluation be correlated with other

objective clinical findings. The client is to follow up with the referring physician for return to work recommendations and or restrictions.

## NEXT DAY FOLLOW-UP

Mr. Meadows states that he is experiencing pain in the areas indicated in the following table (these are based on the 0-10+ Functional Pain Rating scale where 0 represents no pain and 10+ represents emergency pain warranting immediate emergency department care or hospitalization):

|  | Pre-Test Pain | Post-Test Pain |
|---|---|---|
| (R) Thigh | 5/10 | 7/10 |
| (R) Knee | 5/10 | 7/10 |
| (R) Lower Leg | 5/10 | 7/10 |
| (R) Ankle | 4/10 | 6/10 |

The client was to follow up with the referring physician immediately following his testing this date.