RECEIVED
JAN 17 2006
BY:_____

# MIKE SHAH, MD, PA

*Physical Medicine & Rehabilitation and Pain Management*
2800 W. 15th Street
Plano, TX 75075
Phone: 972-499-4266
Fax: 972-499-4267

## ELECTRODIAGNOSTIC CONSULTATION

| | |
|---|---|
| NAME: | DARYL MEADOWS |
| DATE OF BIRTH: | 1/23/70 |
| DATE OF INJURY: | 10/16/03 |
| DATE OF VISIT: | 1/04/06 |
| REFERRING DOCTOR: | Dr. Schade |
| ATTORNEY: | Mark Colbert |

**CHIEF COMPLAINT:** Right lower extremity pain.

**HISTORY OF PRESENT ILLNESS:** I have been asked by Dr. Schade for an electrodiagnostic consultation and EMG/NCV of the right lower extremity for Mr. Meadows for the possibility of a femoral nerve injury. Mr. Meadows is a 35 y/o gentleman presenting today with right lower extremity pain. He states that he has constant 7 to 8 out of 10 burning, pins and needles, pain in the anterior thigh that radiates down his leg in a non-dermatomal pattern. He has zig-zagging pain and a bug crawling sensation on his leg. He has no numbness at this time, but feels like his whole leg is weak. The pain is worse with touching or any type of activity including walking. He denies any back pain. He does have some left leg symptoms from the knee down. He feels like his leg is occasionally swollen and on fire. He denies any previous injury to the right lower extremity.

Diagnostically: MRI right knee - report not available. EMG - none. X-rays and bone scan - pending.

Therapeutically, he has been treated with physical therapy, medications, knee surgery (11/8/04 - arthroscopy with synovectomy). He had sympathetic blocks in the past, which gave him one to two days worth of relief.

His injury occurred on 10/16/03 where parts of machinery blew up and grazed his left leg and he caused blunt trauma to his right upper thigh.

| | |
|---|---|
| **PAST MEDICAL HISTORY:** | None. |
| **PAST SURGICAL HISTORY:** | As above |
| **SOCIAL HISTORY:** | Married with no children. Occupation: oil field worker, currently inactive. He smokes and occasionally drinks. |
| **FUNCTIONAL HISTORY:** | He uses a cane for ambulation. |
| **FAMILY HISTORY:** | Non-contributory. |
| **MEDICATIONS:** | Lyrica 50mg 3 tablets q6h. |
| **ALLERGIES:** | Penicillin. |
| **REVIEW OF SYSTEMS:** | No fevers, chills, bowel or bladder problems. No chest pain or SOB. No balance issues. No nausea, vomiting. No genital numbness. |

EXHIBIT  G
PAGE  1  OF  2

C

001077

NAME:   DARYL MEADOWS
DATE:   1/04/06

RECEIVED
JAN 17 2006

## PHYSICAL EXAMINATION:
Height – 6'4"   Weight – 180 pounds   R 15   P 80
Well developed, well nourished gentleman in no acute distress. Alert and oriented x3. Gait examination is markedly antalgic using a cane on the right lower extremity. He is unable to toe and heel walk due to pain. No evidence of foot drop.

On lumbar spine examination, he is able to flex and extend with minimal difficulty. Negative seated and supine SLR, however, it does cause pain. Right lower extremity examination shows complaints of sensitivity to light touch and pinprick and allodynic type features. He has hyper-paresthesias as well. His leg is shaven. There is no skin or nailbed changes. No bruising is noted today. On knee examination, he has range of motion to about 120° for flexion and full extension. He has some swelling around the superior patellar pole. He has marked tenderness at the lateral joint line, but not at the medial joint line. There is no atrophy noted. His skin is extremely shiny around the knee. There are no temperature changes.

On vascular examination revealed 2+ DP and PT pulses.

On neurological examination, he is intact from L2 to S1 as well as sural, saphonous and superficial peroneal for light touch; however, pain on the right side. Motor strength is pain-limited on the right and intact on the left. Reflexes are symmetrical.

## ELECTRODIAGNOSTIC RESULTS
*Nerve Conduction Studies:*
No requested. Only the EMG was needed.

*Electromyography:*
Multiple muscles of the left lower extremity were examined with a needle electrode. Attention was directed toward the femoral innervated muscles distal to the site of injury as suggested by the peer reviewing physicians. All muscles examined were normal.

*Impression of the test:*
This is a normal study. There is no electrophysiological evidence of a right femoral neuropathy or lumbar radiculopathy based on needle examination. There were no signs of denervation or re-innervation for the femoral innervated muscles.

## ASSESSMENT:
Complex regional pain syndrome, type I (reflex sympathetic dystrophy).

## RECOMMENDATIONS:
His clinical signs and examination suggest complex regional pain syndrome type I. He is on neuropathic medication and is about to have another sympathetic block with Dr. Schade. The EMG does not show any evidence of femoral nerve damage distal to the site of injury as there is no denervation. It is highly unlikely that he has heterotopic ossification given his good range of motion and no obvious palpation of bone formation. He is apparently going to have an MRI of the thigh to confirm this. Basic blood work can also be done, such as an Alk phos to evaluate for this. He is under Dr. Schade's care. He may require additional neuropathic agents, injection therapy, or possibly a spinal cord stimulator for his pain. He will follow up with Dr. Schade for his care.

Thank you for allowing me to participate in the evaluation of this patient. Please contact me if you have any questions.

Mike Shah, MD

CC:   Dr. Schade (972-494-5224) / Mr. Colbert (580-226-1907)

EXHIBIT   G
PAGE   2   OF   2

001078