Daryl Meadows DOB: 23.Jan.1970 (35)
Report of Psychological Evaluation 13.Dec.2005

# CENTER for PAIN CONTROL

**C. M. SCHADE, MD, PhD, PE, PA**
ABA BOARD CERTIFIED IN PAIN MANAGEMENT
FELLOW OF INTERVENTIONAL PAIN PRACTICE
DIPLOMATE:
AMERICAN BOARD OF ANESTHESIOLOGY
AMERICAN BOARD OF PAIN MEDICINE
AMERICAN ACADEMY OF PAIN MANAGEMENT

**ROBERT W. BRADLEY, PhD**
CLINICAL PSYCHOLOGIST

**J. H. PINOTTI, DC**
PHYSICAL REHABILITATION, CHRONIC PAIN MANAGEMENT

**ANNIE ABRAHAM, RN, MSN, FNP**
FAMILY NURSE PRACTITIONER

2692 W. Walnut Street, Suite 105 • Garland, Texas 75042 • (972) 494-2676 • Fax (972) 494-5224

## Report of Psychological Evaluation

*This document is strictly CONFIDENTIAL and is for the information of the person to whom it is addressed. No responsibility can be accepted if it is made available to another person, INCLUDING THE PATIENT. Contents may also be protected by patient/doctor confidentiality law or may represent privileged attorney/client material.*

Prior to testing, the patient gave informed consent to complete psychological assessment. Following testing, a verbal report will be communicated to the patient and disclosure of findings will be provided to the professional caregiver.

**Patient:** DARYL MEADOWS
**Chart #:** 695
**Date of Injury:** 10/16/2003
**Date of Evaluation:** 12/13/2005
**Referring Physician:** C. M. Schade, MD, Ph.D.

**Evaluation Procedures:** Clinical Interview of Patient, Review of Records, Minnesota Multiphasic Personality Inventory-Second Edition (MMPI-2), Symptom Check List-90 Revised (SCL-90R).

**Reason for Referral:** For psychological evaluation and psychophysiological assessment to assess for the possibility of biofeedback treatment for his chronic regional pain syndrome.

**Chief Complaint:** The patient complains of pain in his "entire" right lower extremity rated today at 7 on a scale of 0-10. His pain is increased by getting up in the morning, temperature changes, and exposure of the leg to wind. At its worst, his pain is "10+". Pain is decreased by Neurontin and hot baths. At its least, his pain is 5-6. The patient notes that his pain has tended to increase over time.

**History of Present Injury:** The patient suffered an on-the-job injury while working for a pipeline company in Alaska. Dr. Schade provides extensive medical records and these are reviewed prior to the patient's evaluation. The patient states, "I remember the boom and the pressure release...It felt like my leg was on fire. At first I thought my leg was blown off." He estimates that he remained at the site of the accident for 30-40 minutes before a helicopter arrived to take him to the shore

2692 W. Walnut Street, Suite 105 • Garland, Texas 75042 • (972) 494-2676 • Fax (972) 494-5224

EXHIBIT __H__
PAGE __1__ OF __4__

001068

Daryl Meadows DOB: 23.Jan.1970 (35)
Report of Psychological Evaluation 13.Dec.2005

Daryl Meadows
Psychological Evaluation
Page 2 of 4

and by that time, he thought he had a broken leg. When he arrived at the medical facility, they took x-rays and found no fracture, so he was returned to the camp. After returning to the camp, he spent most of his time in bed doing "some computer work for safety." His leg continued to hurt but his expectation, after learning his leg was not broken, was that he thought it would "be OK." At the time of his injury, he was working on a shift requiring him to be in the camp for 2 weeks then off for 2 weeks. When his shift ended, he returned home and sought additional medical treatment. The extensive records of that treatment indicate no improvement in his pain. Because the patient's pain did not improve, he was eventually referred to Dr. Schade. He was seen for initial evaluation on 11/21/2005. At that time, his leg pain was rated at 7 out of 10 and his self-report of his current functioning on the Oswestry Disability Scale placed him in the "severely disabled" range. He also produced elevated scores on all scales of the Brief Symptom Inventory-18 (BSI-18). The BSI-18 is a screening test used to identify medical patients who are experiencing clinical levels of psychological distress. Dr. Schada's evaluation found the presence of complex regional pain syndrome (type I) in the right leg secondary to the crush injury resulting from the pipeline blowout. He ordered some additional testing, referred him for EMG/NCV of the right lower extremity and for this evaluation.

**Current Functioning:** The patient is not presently working. The patient's responses to the Oswestry Disability Scale indicates that he is able to take care of all personal needs but it does cause extra pain. His walking is limited by pain to no more than 10 minutes. He estimates that pain prevents him from sitting more than 30 minutes. He describes pain limiting his standing to 30 minutes. His sleep is disturbed, and even with medications, he reports less than 6 hours of sleep. His social life is restricted and he does not go out very often. His sex life is severely restricted due to pain. He notes that traveling increases his pain, but he can manage journeys over 2 hours. The patient remarks, "I have adapted. I find a way to do what needs to be done." On a typical day now, he may sit outside if the weather is nice, play "fetch" with his dog, and spend time on the computer. He may watch football on the television for fun and occasionally go out to eat. About once monthly, he may visit with friends. He describes his sleep as "not good." His appetite is "not what it used to be." He notes that he has lost weight since his accident. He can drive himself to destinations but finds it necessary to make frequent stops to rest or stretch. He also notes he is "a little bit nervous" when driving in the city.

**Current Medication:** Neurontin 300 mg, tramadol hydrochloride 50 mg, ibuprofen, vitamins.

**Subjective Mood Experience:** The patient describes his mood as "pretty good" but also remarks "there are days I get ticked off...every once in a while I lose my temper." He also notes he will experience a "flash" of the blowup about 2 times a month. He reports that if he hears a "loud boom, I jump." He relates that he will have the "flash" of the accident more frequently if he talks about it and, when he drives past an oil rig, "I get to thinking about it."

**Attention/Concentration/Memory:** The patient denies any difficulty except to note that he has "always" had a problem remembering names.

**History of Head Injury or Other Neuropathological Insult:** The patient denies.

Daryl Meadows  DOB: 23.Jan.1970 (35)
Report of Psychological Evaluation 13.Dec.2005

Daryl Meadows
Psychological Evaluation
Page 3 of 4

**Medical History:** Noncontributory.

**Psychological/Psychiatric History:** The patient denies except for a brief evaluation by Dr. Noe at Baylor Hospital.

**Substance Abuse History:** The patient drinks alcohol, about "6 or 8 beers weekly." He smokes about ½ pack of cigarettes daily. He denies any use of recreational drugs.

**Social History:** The patient was born 1/23/1970 in Fort Worth, Texas. He is the youngest of 4 children, although his older brother died in 1991. The family moved when he was about 3 years old and he grew up in Ardmore, Oklahoma. His father worked for an oil refinery and his mother was a homemaker. The patient recalls that in school he was a "pretty good student" and best in math and science. He played sports, including football and track. He graduated from high school in 1988 and attended one year of college. Prior to his current job, he worked at a convenience store and in construction. He has been married for 11 years and has no children.

**Mental Status Examination:** The patient is a slender man who is neat, clean and well-groomed. He is casually dressed in a sweat suit. Nails on his right hand are very closely trimmed with his fourth fingernail split and broken secondary to a remote injury to that digit. He stands with some difficulty and the use of a cane. He walks with a cane and a moderately limping gait. He sits about 60 minutes with 2 episodes of shifting. On examination, he is alert, attentive and oriented in all spheres. He is responsive to questions and his speech is fluent and normal in rate, tone and volume. Thought processes are logical and goal-directed. Spontaneous speech has no evidence of delusional beliefs or perceptual distortions. His mood is euthymic and his affect appropriate. A good range of affect is displayed.

**Psychological test results:** On the SCL-90, the patient produces scores elevated above the 95th percentile compared to adult male non-psychiatric patients on the global severity index and the positive symptom distress index. This indicates that the patient endorses more symptoms and those symptoms as causing him more problems than 95% of the non-patient group. He produces specific elevations, also above the 95th percentile, on the somatization, obsessive/compulsive, depression and phobic anxiety scales. This indicates distress rising from bodily dysfunction, intrusive, unpleasant thoughts that are difficult to keep out of his mind, loss of interest, withdrawal, decreased pleasure and ruminative worry.

On the MMPI-2, the patient's responses to the "validity" scales indicates a tendency to minimize the presents of any psychological or emotional distress. His elevations on the MMPI-2 are found in the areas of concern about physical symptoms, a sense of lassitude or malaise, leaving him without energy, and concerns about his physical well-being.

**Conclusions:** This examination found continuing and worsening chronic pain complaints, significant functional limitations which would place the patient in the "severely disabled" range of functioning, a history of intrusive recollections of the events leading to his injury and significant concern about

EXHIBIT  H
PAGE  3  OF  4

001070

Daryl Meadows  DOB: 23.Jan.1970 (35)
Report of Psychological Evaluation 13.Dec.2005

Daryl Meadows
Psychological Evaluation
Page 4 of 4

his physical well-being. Although the patient tends to minimize the presence of symptoms of emotional distress, his responses to psychological tests indicate the presence of ruminative worry, elevated concerns about his physical well-being, a lack of energy and activity, and provide support for the presence of his reported re-experiencing of the trauma related to his injury.

Diagnosis:

Axis I:
1. Posttraumatic stress disorder, chronic (309.81).
2. Pain disorder associated with both psychological factors and a general medical condition (307.89), chronic.

Axis II: No Diagnosis

Axis III: Obtained from medical record:
1. Complex regional pain syndrome (type I) right lower extremity—primary.
2. Chronic intractable pain secondary to crush injury right leg.
3. Anxiety secondary to chronic intractable pain.
4. Depression secondary to chronic intractable pain.
5. Myalgia and myositis, unspecified, status-post crush injury right leg.

Axis IV: Moderate: Pain, disability, functional limitations, and occupational concerns

Axis V: Current GAF = 70. Highest GAF in the Past Year = 80.

Recommendations: The patient does have signs of a posttraumatic stress disorder but it is not clear at present that it will require specific treatment. It is possible, if biofeedback is indicated for his RSD that it might also serve as a means to improve his PTSD symptoms. Because the patient lives some distance from this office I will schedule him for psychophysiological assessment at the time of his next visit and provide you with any indicated treatment recommendations.

I hope this information is helpful to you in planning the care of your patient. If I can be of further assistance, please feel free to contact me.

Robert W. Bradley, Ph.D.
Clinical Psychologist
RWB/MEDLL0001

EXHIBIT H
PAGE 4 OF 4

001071