# Martin, Shannon

**From:** Martin, Shannon
**Sent:** Thursday, February 02, 2006 2:30 PM
**To:** Npitzermd@aol.com
**Subject:** RE: Darryl Meadows Video


Dr. Pitzer, when you click on the link your computer should route to Windows Media Player after which the video will take a while to "boot up" or "buffer". The last clip is the longest and consequently takes the longest to "boot up." Call me if questions.  Shannon

-----Original Message-----
From: Dawn Jones [mailto:djones@winstonok.com]
Sent: Thursday, February 02, 2006 2:15 PM
To: Martin, Shannon
Cc: Npitzermd@aol.com
Subject: FW: Darryl Meadows Video



-----Original Message-----
From: Robert Cox [mailto:rcox@winstonok.com]
Sent: Thursday, February 02, 2006 5:07 PM
To: 'Dawn Jones'
Subject: FW: Darryl Meadows Video



Robert Cox
405-364-9898
Winston Services

-----Original Message-----
From: Amy [mailto:amy@winstonok.com]
Sent: Thursday, February 02, 2006 4:55 PM
To: rcox@winstonok.com
Subject: Darryl Meadows Video

http://www.winstonok.com/web/lanepowell/darrylmeadows1web.wmv

http://www.winstonok.com/web/lanepowell/darrylmeadows2web.wmv

http://www.winstonok.com/web/lanepowell/darrylmeadows3web.wmv

http://www.winstonok.com/web/lanepowell/darrylmeadows4web.wmv

http://www.winstonok.com/web/lanepowell/darrylmeadows5web.wmv


EXHIBIT _F_
PAGE _1_ OF _1_

DEF 01308
*Meadows v. Schlumberger*