*Daryl Meadows v. Schlumberger Technology Corporation*

**Schlumberger's Opposition to Plaintiff's
Motion in Limine for Exclusion of Witnesses and Evidence**

## EXHIBITS TABLE OF CONTENTS

**Description**                                                                                          **Exhibit**

Deposition Transcript of Daryl Meadows (excerpt), dated August 11, 2005 ..................... A

Behavioral Assessment Report, dated April 24, 2004, marked DEF 262-265 .................... B

Defendants' Expert Report Disclosure, dated January 31, 2006 ........................................ C

Vocational Assessment, dated January 12, 2006 ............................................................. D

Functional Capacity Evaluation Summary Report, dated September 13,
2005, marked DEF 216-222 .......................................................................................... E

Functional Capacity Evaluation, dated September 13, 2005 ............................................. F

Electrodiagnostic Consultation, dated January 4, 2006, marked 001077-
001078 ........................................................................................................................ G

Report of Psychological Evaluation, dated October 13, 2005, marked
001068-001071 ............................................................................................................ H

E-mail from S. Martin, dated February 2, 2006 ............................................................... I

Defendant's Fifth Supplemental Disclosure, dated February 3, 2006 ................................ J

Defendant's First Supplemental Responses to Plaintiff's Second Discovery
Requests, dated February 6, 2006 .................................................................................. K

Deposition Transcript of Dr. Neil Pitzer (excerpt), dated February 7, 2006 ...................... L

Letter from R. Sparks, dated February 9, 2006 ............................................................... M

Letter from S. Martin, dated February 10, 2006 .............................................................. N