Robert A. Sparks, Esq.
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska    99701
907-451-0875

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| DARYL MEADOWS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   vs. | ) |
| | ) |
| SCHLUMBERGER TECHNOLOGY | ) |
| CORPORATION, a foreign corporation | ) |
| | ) |
|     Defendant. | ) |

Case No. A05-0032 CV (TMB)

**MOTION AND MEMORANDUM FOR EXTENSION OF TIME**

COMES NOW, Robert A. Sparks, and hereby moves this court for an extension of time until March 22, 2006, within which to provide this Court with Plaintiff's Reply to Defendant's Opposition to Plaintiff Meadow's Motion in Limine as discussed in the Affidavit of Robert A. Sparks, filed herewith.

Robert Sparks respectfully requests that this Court grant him an extension of time until March 22, 2005, within which to provide a Reply to Defendant's Opposition to Motion in Limine, until March.

DATED this ___ day of March, 2006, at Fairbanks, Alaska.

THE LAW OFFICE OF ROBERT A. SPARKS

/s/ Robert A. Sparks
Robert A. Sparks
Attorney for Plaintiff
Membership No.: 8611139

CERTIFICATE OF SERVICE
I hereby certify that a true copy
of the above document, affidavit
of R. Sparks and proposed order
were all [x] e mailed to:
Shannon Martin.
this 8th day of March, 2006.
LAW OFFICE OF ROBERT A. SPARKS
/s/ Robert A. Sparks