Robert A. Sparks, Esq.
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska 99701
907-451-0875

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| DARYL MEADOWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SCHLUMBERGER TECHNOLOGY | ) |
| CORPORATION, a foreign Corporation, | ) |
| | ) |
| Defendant. | ) |

Case No. A05-0032 CV

### ORDER GRANTING EXTENSION OF TIME

Robert A. Sparks, having moved this Court for an extension of time until Monday, March 23, 2006, in which to file his Reply to Opposition to Motion in Limine. The Court having considered all relevant matters;

IT IS HEREBY ORDERED that Robert A. Sparks will have an extension of time until Monday, March 23, 2006, in which to file his Reply to Opposition to Motion in Limine.

DATED this _____ day of March, 2006.

_____
HONORABLE RALPH BEISTLINE
U.S. DISTRICT COURT

Page 2