IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

DARYL MEADOWS,                          )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )
                                        )
SCHLUMBERGER TECHNOLOGY                 )
CORPORATION, a foreign Corp.,           )
        Defendant.                      )
_____   )

Case No. A05-0032 Civil

## AFFIDAVIT OF COUNSEL IN SUPPORT
## OF MOTION FOR EXTENSION OF TIME

ROBERT A. SPARKS, being first duly sworn upon oath, deposes and states as follows:

1) I am the attorney of record for Plaintiff, Daryl Meadows in the above captioned matter.

2) I have been extremely busy the last two weeks preparing Plaintiff's Opposition to the Defendants' Motion for Summary Judgment in Bolt v. United States, F02-0021, which involved very complicated issues of discretionary immunity and required the preparation of affidavits for my Client, her husband, and an expert witness on liability, Robert Tilly

3) I am scheduled to leave tonight to attend a Rotary Club training session in Seattle, Washington, which is a requirement of my Rotary Club Presidency and cannot be changed. I will be heavily involved in training and will not have any opportunity to

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH. (907) 451-0875
FAX. (907) 451-9385

work on any other matters or to even visit in the Seattle area until this training is completed on Sunday afternoon.  On Sunday afternoon have commitments to travel to Vancouver, Canada, return to Seattle on Monday and to return to Fairbanks on Tuesday night.

5)  I will need a week following my return on March 15, 2006, within which to address Defendant's Opposition, or until March 23, 2006

END OF AFFIDAVIT.

DATED this 8TH day of March, 2006, at Fairbanks, Alaska.

_____
ROBERT A. SPARKS

SUBSCRIBED AND SWORN TO before me this 8TH day of March 2006.



_____
Notary Public in and for Alaska
My Commission expires: 10/31/08

CERTIFICATE OF SERVICE
I hereby certify that a true copy of
the above document  was [x] E-mailed
[] faxed [] hand-delivered to:
Shannon Martin
this 8TH day of March, 2006.
LAW OFFICE OF ROBERT A. SPARKS
/S/Robert A. Sparks

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

Page 2