Shannon W. Martin, ASBA No. 0105028
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
Email:  martins@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS,<br><br>Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY COPORATION, a foreign corporation,<br><br>Defendant. | Case No. 3:05-cv-00032-TMB<br><br>**NON-OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |

Defendant Schlumberger does not oppose plaintiff's Motion for Extension of Time Re Defendant's Opposition to Motion to Strike.  Plaintiff's motion was unnecessary as defendant's counsel most certainly would have agreed to the extra time being requested.

DATED this 8th day of March, 2006.

LANE POWELL LLC
Attorneys for Defendant


By  s/ Shannon W. Martin
   Shannon W. Martin, ASBA No. 0105028
   301 West Northern Lights Boulevard, Suite 301
   Anchorage, Alaska 99503-2648
   Telephone:  907-277-9511
   Facsimile:  907-276-2631
   Email:  MartinS@LanePowell.com

I certify that on March 8, 2006, a copy
of the foregoing was served by ECF on:

Robert A. Sparks  sparkslawoffice@yahoo.com

and by mail on:
Mark Colbert, Esq.

  s/Shannon W. Martin
115223.0018/153990.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**LANE POWELL LLC**
301 WestNorthern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631