## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Meadows v. Schlumberger Tech. Corp.*
Case No. 3:05-cv-0032-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

Plaintiff moves for an extension of time to reply to Defendant's opposition to the motion in limine at Docket No. 34. Docket No. 44. Defendants have filed a non-opposition to the motion. Docket No. 46.

**IT IS THEREFORE ORDERED:**

The motion for an extension of time at **Docket No. 44** is **GRANTED**. Plaintiff's reply shall be filed **on or before Thursday, March 23, 2006**.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: March 10, 2006