Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska  99701
Phone:  (907) 451-0875

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARYL MEADOWS,          )<br>                         )<br>        Plaintiff,    )<br>                         )<br>    vs.                  )<br>                         )<br>SCHLUMBERGER TECHNOLOGY  )<br>CORPORATION              )<br>                         )<br>        Defendant.       )<br>_____) | Case No. A05-0032 CIV |

**RESPONSE TO ORDER**
**(Certification of Readiness for Trial)**

　　Plaintiff Daryl Meadows, by and through his attorney, Robert A. Sparks, and Defendant Schlumberger Technology Corporation hereby jointly certify as follows:

　　1.　Discovery is complete, subject to resolution of production of remaining BP Safety documents by Defendant and completion of expert witness trial depositions by Plaintiff Meadows currently scheduled for March 27, 29 and 30th.

　　2.　Other than the discovery issue mentioned in paragraph 1, and pending motion in limine, there are no other procedural or

Meadows v. Schlumberger
page 1

legal issues of which the parties are currently aware that are appropriate for resolution by motion at this time.

    3.   The parties request a settlement conference before a judge.

    4.   The parties are ready for trial beginning the week of October 9, and continuing through the end of the week of October 16, or beginning the week of November 6 and continuing through the week of November 13, 2006.

    DATED at Fairbanks, Alaska this ___ day of March, 2006.

THE LAW OFFICE OF ROBERT A. SPARKS


/s/Robert A. Sparks
Robert A. Sparks
Attorney for Plaintiff Meadows
Membership No.: 8611139

    DATED at Anchorage, Alaska this ___ day of March, 2006.

LANE POWELL LLC


/s/Shannon Martin
Shannon Martin
Attorney for Defendant Schlumberger
Membership No.: 0105028

Meadows v. Schlumberger
page 2

CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of March, 2006, the foregoing document was served via e-mail to the following attorney of record:

Shannon W. Martin
Lane Powell LLC
301 West Northern Lights Boulevard,
Suite 301
Anchorage, Alaska 99503-2648


By: /s/Robert A. Sparks

Meadows v. Schlumberger
page 3