## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Meadows v. Schlumberger Technology Corp.*
Case No. 3:05-cv-0032-TMB

By:            THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:   ORDER FROM CHAMBERS

      This matter has been referred to the Honorable James A. von der Heydt for a settlement conference. In light of the referral, all pending motions are **DENIED WITHOUT PREJUDICE** to refiling should settlement negotiations break down.

      **IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  April 20, 2006