UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

DARYL MEADOWS,                )
                              )
        Plaintiff,            )
                              )   Case No. 3:05-cv-00032-TMB
v.                            )
                              )   ORDER REGARDING DEFENDANT'S
SCHLUMBERGER TECHNOLOGY       )   SETTLEMENT MEMORANDUM
CORPORATION, a foreign        )
corporation,                  )
                              )
        Defendant.            )
_____)

After careful review of parties' positions, the settlement judge finds little to suggest that a conference in this case would be fruitful. The court notes that plaintiff has complied with briefing instructions (Appendix) accompanying Judge Burgess's referral order. Defendant, on the other hand, appears to have ignored item (4) of the appendix.

Defendant may have until April 26, 2006, to comply

with item(4) of the Appendix.

     DATED at Anchorage, Alaska, this Twentieth day of April 2006.

                              **REDACTED SIGNATURE**
                              James A. von der Heydt
                              UNITED STATES DISTRICT JUDGE