MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Daryl Meadows*          v.          *Schlumberger Technology*

Case No. 3:05-cv-32 TMB

THE HONORABLE JAMES A. VON DER HEYDT, DISTRICT JUDGE

Appearances
    Plaintiff: Mark Colbert, Robert A. Sparks
    Defendant: Brewster Jamieson, Shannon Martin
l. davis, secretary

---

**ORDER FROM CHAMBERS**

    It has come to the court's attention that the order dated April 25 may not have been served on all parties. That order set May 1, 2006, as the date by which counsel should notify the court whether any compromise may be made the parties' positions. The May 1 deadline is hereby extended to Monday, May 8, 2006.

    The clerk is requested to link docket entry 54 with the appropriate order and re-serve parties.

DATED: May 2, 2006                                   by: mld