UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| DARYL MEADOWS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SCHLUMBERGER TECHNOLOGY )<br>CORPORATION, a foreign )<br>corporation, )<br>)<br>Defendant. )<br>_____) | Case No. 3:05-cv-00032-TMB<br><br>ORDER |

     The court has reviewed all settlement briefs. A very substantial difference exists between the parties. However, the court is willing to make an effort to settle the case. If either party is unwilling to consider reasonable movement from its present position, the court on or before May 1, 2006, should be so advised; as in such case, no settlement appears feasible. It then will be recommended that either party move to set the case for trial.

     DATED at Anchorage, Alaska, this Twenty-fifth day of April 2006.

**REDACTED SIGNATURE**

James A. von der Heydt
UNITED STATES DISTRICT JUDGE