# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| DARYL MEADOWS, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>SCHLUMBERGER TECHNOLOGY )<br>CORPORATION, a foreign )<br>corporation, )<br>)<br>    Defendant. )<br>_____ ) | Case No. 3:05-cv-00032 TMB<br><br><u>ORDER SCHEDULING</u><br><u>SETTLEMENT CONFERENCE</u> |

      IT IS ORDERED:

      1. THAT a settlement conference convene in the Anchorage chambers of the undersigned judge on Tuesday, June 6, 2006, at 9:30 a..m.

      2. THAT at said conference all counsel appear with full authority to settle all issues of this litigation; and, if such is impossible to obtain, counsel shall have their clients, with full settlement authority, available in person or by telephone at the time above-specified.

      DATED at Anchorage, Alaska, this Tenth day of May 2006.

                                        <u>/s/ James A. von der Heydt</u>
                                        United States District Judge