**MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA**

*Daryl Meadows*               v.        *Schlumberger Technology*

                                         Case No. 3:05-cv-00032 TMB

        THE HONORABLE JAMES A. VON DER HEYDT, DISTRICT JUDGE

Appearances
    Plaintiff:
    Defendant:
l. davis, secretary

---

**ORDER FROM CHAMBERS**

At the request of defendant and with consent of plaintiff, the settlement conference earlier scheduled for June 6 is hereby vacated and reset on **Monday, June 5, 2006, at 9:30 a.m.** in chambers.

DATED: May 10, 2006                            by: mld