**MINUTES OF THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

*Daryl Meadows*                    v.        *Schlumberger Technology Corp.*

                                        Case No. 3:05-CV-00032 TMB

         THE HONORABLE JAMES A. VON DER HEYDT, DISTRICT JUDGE

Appearances
    Plaintiff: Robert A. Sparks
    Defendant: Shannon Martin
l. davis, secretary

---

**ORDER FROM CHAMBERS**

     Settlement conference held. Impossible to settle at this time. It is recommended that the case be tried. Any party may request additional conference at any time prior to date of trial.

DATED: June 5, 2006                              by: mld