```
Shannon W. Martin
ASBA No. 0105028
GRACE HOLLIS LOWE HANSON & SCHAEFFER, LLP
One Ridgegate, Ste. 215
Temecula, CA 92590
(951) 676-3445
(951) 676-9294- Fax
smartin@gracehollis.com
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS, ) | Case No. 3:05-cv-00032-TMB |
|         Plaintiff, ) | |
| ) | **NOTICE OF CHANGE OF ADDRESS** |
| vs. ) | **OF CO-COUNSEL OF RECORD** |
| ) | |
| SCHLUMBERGER TECHNOLOGY ) | |
| CORPORATION, a foreign ) | |
| corporation, ) | |
| ) | |
|         Defendant. ) | |

**COMES NOW** the law firm of Grace Hollis Lowe Hanson & Schaeffer, LLP, and notifies the Court that undersigned counsel is now working with a new law firm, Grace Hollis, and therefore requests that copies of all pleadings filed in this action be mailed or delivered to its offices at One Ridgegate, Ste. 215, Temecula, CA 92590; and, for purposes of electronic court filing, the undersigned's email address is smartin@gracehollis.com

The undersigned was formerly employed by Lane Powell LLC, and recently relocated to Temecula, California, to begin working for Grace Hollis. The undersigned is licensed by the Alaska Bar, and has

represented the defendant in this case since inception. The undersigned will continue to represent the defendant as co-counsel of record with Lane Powell LLC, and no delay in pretrial proceedings will result from this transition. Lastly, defendant Schlumberger has consented to the undersigned's continued representation with his new law firm, Grace Hollis.

DATED: August 7, 2006

By s/ Shannon W. Martin
One Ridgegate, Suite 215
Temecula, California 92590-5506
Telephone: 951-676-3445
Facsimile: 915-676-9294
Email: smartin@gracehollis.com
ASBA No. 0105028

## CERTIFICATE OF SERVICE

I certify that on August 7, 2006, a copy of the foregoing was served by electronic court filing on Robert A. Sparks, Esq.; and, by mail on Mark H. Colbert, Esq. at the following address:

Mark H. Colbert, Esq.
Colbert Law Firm
200 Stanley
Post Office Box 2169
Ardmore, Oklahoma 73402

_____
Nanci L. Biggerstaff, CPS, PLS