08/15/2006 05:24 FAX 19185424401      ALLSTATE INSURANCE              ☒002/004

From: GRACE HOLLIS - Temecula      951 676 9294      08/15/2006 15:13 #815 P.002/004

Shannon W. Martin
ASBA No. 0105028
GRACE HOLLIS LOWE HANSON & SCHAEFFER, LLP
One Ridgegate, Ste. 215
Temecula, CA 92590
(951) 676-3445
(951) 676-9294- Fax
smartin@gracehollis.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS, | Case No. 3:05-cv-00032-TMB |
| Plaintiff, | |
| vs. | DECLARATION OF JIM WOOD |
| SCHLUMBERGER TECHNOLOGY CORPORATION, a foreign corporation, | |
| Defendant. | |

I, Jim Wood, declare as follows:

1. I have personal knowledge of all items stated in this declaration. This declaration is being submitted in connection with defendant Schlumberger's Motion to Permit Presentation of Witness (Jim Wood's) Testimony in Open Court by Contemporaneous Video Transmission from Oklahoma, or, In the Alternative, to Allow Mr. Wood's Trial Testimony to be Captured by Videotape Deposition Prior to Trial.

2. My physical address is 15750 South 600 Road, Fairland, Oklahoma, 74343. My mailing address is P.O. Box 295, Fairland, Ok, 74343.

1

DECLARATION OF JIM WOOD

From:GRACE HOLLIS - Temecula        951 676 9294           08/15/2006 15:13 #815 P.003/004

3.  I was employed as a Driller for Nabors Alaska Drilling, Inc. in October 2003, and was present on Nabors' Rig 33E when Darryl Meadows was allegedly injured.

4.  I am presently employed as a Toolpusher for Helmerich & Payne. My current work schedule is week on/week off, and I am scheduled to go back to work on Wednesday, August 16, 2006. I will therefore be off work from Wednesday, October 4, 2006, through Wednesday, October 11, 2006, and will return to work from Wednesday, October 11, 2006, through October 18, 2006.

5.  My current jobsite is Wheeler Texas, and I drive to and from Wheeler every Wednesday to get to work and back home, as the case may be. Wheeler is approximately 420 miles from Fairland, and it takes roughly 7 hours to drive to Wheeler, and 7 hours to return from Wheeler.

6.  Therefore, Wednesday of every week I am essentially driving to or from work. Given my work commitments, it is simply not possible for me to appear in person in Anchorage, Alaska, for this trial. I am however, able to testify in open court by contemporaneous video transmission from Miami, Oklahoma, or Oklahoma City (whichever is most feasible), on Tuesday, October 10, 2006. Alternatively, I am available to testify prior to trial by videotape deposition, in Miami, Oklahoma.

/ / /
/ / /
/ / /

2

DECLARATION OF JIM WOOD

08/15/2006 05:24 FAX 19185424407    ALLSTATEINSURANCE                    ☒004/004
From:GRACE HOLLIS - Temecula      951 676 9294         08/15/2006 15:13 #815 P.004/004

1  I declare under penalty of perjury under the laws of the United
2  States of America that the foregoing is true and correct.
3  Executed this 8- 15 day of August, 2006 in Fairland, Oklahoma.
4
5
6                                    _____
                                      JIM WOOD
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

DECLARATION OF JIM WOOD