Shannon W. Martin
ASBA No. 0105028
GRACE HOLLIS LOWE HANSON & SCHAEFFER, LLP
One Ridgegate, Ste. 215
Temecula, CA 92590
(951) 676-3445
(951) 676-9294- Fax
smartin@gracehollis.com

Attorneys for Defendant

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS, | Case No. 3:05-cv-00032-TMB |
| Plaintiff, | |
| vs. | **DECLARATION OF GRANT A. OWEN** |
| SCHLUMBERGER TECHNOLOGY CORPORATION, a foreign corporation, | |
| Defendant. | |

I, Grant Owen, declare as follows:

1. I have personal knowledge of all items stated in this declaration. This declaration is being submitted in connection with defendant Schlumberger's Motion to Permit Presentation of Witness (Grant Owen's) Testimony in Open Court by Contemporaneous Video Transmission from Oklahoma, or, In the Alternative, to Allow Mr. Owen's Trial Testimony to be Captured by Videotape Deposition Prior to Trial.

2. I am the Project Manager for Fenix Constuctors, Inc. Fenix Constructors is located in Ardmore, Oklahoma. I have worked

1

**DECLARATION OF GRANT A. OWEN**

08/17/2006  14:30   5802234315                    FENIX                            PAGE  02

1  for this company in this position since 1996.

2      3.   Darryl Meadows worked for Fenix Constructors between July 1998 and September 2001. During this time frame, Mr. Meadows was a Project Superintendent, and I was his Supervisor. Therefore, I have an opinion regarding Mr. Meadows' work habits, dependability, skills, etc., including whether Mr. Meadows' is eligible for rehire with Fenix in a same or similar position to that which he previously held with Fenix.

      4.   I have spoken with counsel for defendant Schlumberger Technology Corporation, Shannon W. Martin, on a couple occasions in connection with this lawsuit. On August 10, 2006, I informed Mr. Martin that I will be unable to travel to Anchorage in October to provide live trial testimony in this case. My job commitments are far too demanding, and I simply cannot break away to travel to Anchorage as such a trip would require that I miss at least two days of work, and perhaps three.

      5.   I am however, willing and able to testify in open court by contemporaneous video transmission from Ardmore, Oklahoma, at a mutually agreed time and place, or in the alternative, prior to trial by videotape deposition conducted in Ardmore, Oklahoma, at a mutually agreed time and place.

      6.   In my earlier conversations with Mr. Martin, I assured him that I would be available to testify at trial in this case, though I may not have mentioned that I would be unable to testify in person at the trial in Anchorage. Mr. Martin and I discussed this misunderstanding during our most recent telephone conversation

**DECLARATION OF GRANT A. OWEN**

1  on August 10, 2006.

3     I declare under penalty of perjury under the laws of the United
4  States of America that the foregoing is true and correct.
5     Executed this __16__ day of August, 2006 in Ardmore,
6  Oklahoma.

                                            *[signature]*
                                            GRANT A. OWEN

**DECLARATION OF GRANT A. OWEN**