Shannon W. Martin
ASBA No. 0105028
GRACE HOLLIS LOWE HANSON & SCHAEFFER, LLP
One Ridgegate, Ste. 215
Temecula, CA 92590
(951) 676-3445
(951) 676-9294- Fax
smartin@gracehollis.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS, | Case No. 3:05-cv-00032-TMB |
| Plaintiff, | |
| vs. | **DECLARATION OF SHANNON W. MARTIN** |
| SCHLUMBERGER TECHNOLOGY CORPORATION, a foreign corporation, | |
| Defendant. | |

I, Shannon W. Martin, declare as follows:

1. I have personal knowledge of all items stated in this declaration. This declaration is being submitted in connection with defendant Schlumberger's Motion to Permit Presentation of Witness (Grant Owen's) Testimony in Open Court by Contemporaneous Transmission from Oklahoma, or, In the Alternative, to Allow Mr. Owen's Trial Testimony to be Captured by Videotape Deposition Prior to Trial.

2. I am co-counsel of record on behalf of defendant Schlumberger. I have spoken with Grant A. Owen by telephone on a couple of occasions in connection with this lawsuit, including most

1

**DECLARATION OF SHANNON W. MARTIN**

1 | recently on August 10, 2006.

2 |     3.    During our most recent conversation, Mr. Owen informed me that he would be unable to travel to Anchorage in October to provide trial testimony in this case. Mr. Owen stated that his job commitments are far too demanding to travel to Anchorage to provide live testimony. Mr. Owen stated that he is willing to testify in open court by contemporaneos transmission from Ardmore, Oklahoma, or in the alternative, prior to trial by videotape deposition conducted in Ardmore, Oklahoma, at a mutually agreed time and place.

    4.    In previous telephone conversations with Mr. Owen, he assured me that he would be available to testify at trial in this case, which I reasonably understood to mean that he would be available to appear in person. Mr. Owen did not previously mention to me that he would be unable to testify in person at trial. In our most recent telephone conversation on August 10, 2006, Mr. Owen informed me that he had assumed his trial testimony would be conducted telephonically from Ardmore, Oklahoma, and that under no circumstances could he appear in person at trial.

    5.    Mr. Owen's testimony is important to the defense as he supervised Mr. Meadows for over three years, and he has personal knowledge of plaintiff Meadows' professional work habits and skills, and will state an opinion to this effect at trial. Moreover, Mr. Owen will testify as to whether Mr. Meadows is eligible for rehire at Fenix Constructors, Inc. Defendant Schlumberger will be prejudiced if the jury is not permitted to

**DECLARATION OF SHANNON W. MARTIN**

listen to Mr. Owen's important trial testimony.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this \_\_16th\_\_ day of August, 2006 in Temecula, California.

*Shannon W. Martin*
SHANNON W. MARTIN

3

DECLARATION OF SHANNON W. MARTIN