Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: martins@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS,<br><br>                          Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY COPORATION, a foreign corporation,<br><br>                         Defendant. | Case No. 3:05-cv-00032-TMB<br><br>**ORDER GRANTING MOTION TO PERMIT PRESENTATION OF WITNESS (GRANT OWEN'S) TESTIMONY IN OPEN COURT BY CONTEMPORANEOUS TRANSMISSION FROM OKLAHOMA** |

Defendant Schlumberger Technology Corporation having moved pursuant to FRCP 43(a) for an order allowing the testimony of Grant Owen to be presented in open court at trial by contemporaneous transmission from Mr. Owen's home-state of Oklahoma; and the Court having considered the response thereto and being fully advised in the premises;

IT IS ORDERED that the motion is GRANTED. Mr. Owen's testimony may be presented at trial by contemporaneous video transmission. If it is not possible to arrange video transmission, Mr. Owen may testify by contemporaneous audio transmission.

DATED this ____ day of September, 2006.

                                                                                  The Honorable Timothy M. Burgess
                                                                                   United States District Court Judge

I certify that on August 18, 2006, a copy
of the foregoing was served by ECF on:

Robert A. Sparks  sparkslawoffice@yahoo.com

and by mail on: Mark Colbert, Esq.

  s/Brewster H. Jamieson
115223.0018/156224.1