Brewster H. Jamieson, ASBA No. 8411122
Shannon W. Martin, ASBA No. 0105028
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:   907-277-9511
Facsimile:    907-276-2631
Email:          martins@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

DARYL MEADOWS,

                      Plaintiff,

v.

SCHLUMBERGER TECHNOLOGY COPORATION, a foreign corporation,

                      Defendant.

Case No. 3:05-cv-00032-TMB

**DEFENDANT'S EXHIBIT LIST**

      Defendant, SCHLUMBERGER TECHNOLOGY CORPORATION, by and through counsel, provides its exhibit list for trial as follows:

| NO. | DESCRIPTION | ADM | ID |
|---|---|---|---|
| A | Accident Report DEF 1-4 | X | |
| B | Jim Wood 10/14/05 Deposition Transcript and Video (video to be used if witness is unavailable to testify live; transcript to be used for impeachment as warranted) | | X |
| C | Wood Deposition Exhibit A - BPXA 238 Written statement from Jim Wood | | X |
| D | Wood Deposition Exhibit B - BPXA 9-10 Incident Description and Response | X | |
| E | Wood Deposition Exhibit C - Excerpt from the Health Safety Environmental and Operational (HSEO) Manual on Meetings | X | |
| F | Wood Deposition Exhibit D - "Hazard Assessment and Elimination or Mitigation" | X | |
| G | Wood Deposition Exhibit E - BPXA 125, 130 James Lott's Statement | | X |
| H | Weekly Safety Meeting Agenda and Pre-tour Meeting Sign-In Sheets from Nabors, DEF 01416-1419 | X | |

| NO. | DESCRIPTION | ADM | ID |
|---|---|---|---|
| I | Robert Tilbury 9/29/05 Deposition Transcript and Video (to be used if witness is unavailable to testify live) |  | X |
| J | Tilbury Deposition Exhibit A – BPXA 122 Hand-drawing of system | X |  |
| K | BPXA 235 – Statement by Rick Lister |  | X |
| L | BPXA 237 – Statement by Aaron Lorentzon |  | X |
| M | James Lott 12/12/05 Deposition Transcript and Video (to be used if witness is unavailable to testify live) |  | X |
| N | John Haynes 9/30/05 Deposition Transcript and Video (to be used if witness is unavailable to testify live) |  | X |
| O | Haynes Deposition Exhibit 2 – BPXA 211, HIPO Incident Report | X |  |
| P | Haynes Deposition – BPXA 125-127 Tour Report for 10-16-2003 | X |  |
| Q | Haynes Deposition – BPXA 35-59 Investigation Report IR No. 651141 | X |  |
| R | Haynes Deposition – BPXA 60-69 BPXA Traction Report | X |  |
| S | Haynes Deposition Exhibit 4 "NAD Driller's Book" | X |  |
| T | Nabor's Health & Safety Policies Manual (DEF 1438) | X |  |
| U | Herb Williams 2/23/06 Deposition Transcript and Video (to be used if witness is unavailable to testify live) |  | X |
| V | Herb Williams Report Dated January 30, 2006 |  | X |
| W | Herb Williams CV |  | X |
| X | Model Well Tree (to scale) (to be used as demonstrative aid) |  | X |
| Y | Poster of Drilling Rig (to be used as demonstrative aid) |  | X |
| Z | Sheri Hall 11/8/05 Deposition Transcript and Video (to be used in lieu of live testimony) |  | X |
| AA | Hall Deposition Exhibit A | X |  |
| AB | Schade 3/30/06 Deposition Transcript and Video |  | X |
| AC | Schade Deposition Exhibit A – Ardmore PT Records | X |  |
| AD | Schade Deposition Exhibit B – Jan 16-Feb 14, 2006 PT Records | X |  |
| AE | Schade Deposition Exhibit C – Article "An Updated Interdisciplinary Clinical Pathway for CRPS report of an Expert Panel" 1029-1044 | X |  |
| AF | Schade Deposition Exhibit D – 4/28/04 Baylor Records 1133-1140 | X |  |
| AG | Schade Deposition Exhibit E – 12/13/05 Evaluation 1068-1071 | X |  |

**LANE POWELL** LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

| NO. | DESCRIPTION | ADM | ID |
|---|---|---|---|
| AH | Schade Deposition Exhibit F – Schade Fee Agreement | X | |
| AI | Schade Deposition Exhibit G – Survey "Complex Regional Pain Syndrome (CRPS): Survey of Current Practices" | X | |
| AJ | Schade Deposition Exhibit H – 10/19/01 Mikulecky, MD Records DEF 1027-1041 | X | |
| AK | Schade Deposition Exhibit I – Dolese Employment App. DEF 1102 | X | |
| AL | Schade Deposition Exhibit J – Article "Mechanism-Based Treatment for Complex Regional Pain Syndrome: Back to Basics" 1021-1025 | X | |
| AM | Schade Deposition Exhibit K – Care First Records 1253 | X | |
| AN | Schade Deposition Exhibit L – Ginny Haight, OTR Functional Capacity Report dated 9/13/05 | X | |
| AO | Schade Deposition Exhibit M – 12/15/05 Right Femur X-Ray Report, 12/15/05 MRI of Right Femur, and 1/4/06 EMG and Nerve Conduction Report | X | |
| AP | Neil Pitzer, MD 2/7/06 Deposition Transcript and Video (to be used if witness is unavailable to testify live) | | X |
| AQ | Rehabilitation Associate's Self-Evaluation Questionnaire dated September 2, 2005 | X | |
| AR | Pitzer Medical Evaluation Report dated 9/13/05 (on behalf of Northern Adjusters) | | X |
| AS | Pitzer Expert Report dated 1/8/06 (on behalf of Schlumberger) | | X |
| AT | Pitzer Supplemental Expert Report dated 2/4/06 (on behalf of Schlumberger) | | X |
| AU | Pitzer Fee Schedule and CV | | X |
| AV | Jackson 3/29/06 Deposition Transcript and Video | | X |
| AW | 2002 Tax Return for Daryl Meadows (Jackson Ex. A) | X | |
| AX | 2003 Tax Return for Daryl Meadows (Jackson Ex. B) | X | |
| AY | Pay stub vouchers for Daryl Meadows (Jackson Ex. C) | X | |
| AZ | Retainer fee agreement for Margaret Kelsay (Jackson Ex. D) | X | |
| BA | Kelsay 3/27/06 Deposition Transcript and Video | | X |
| BB | Valero Application for Employment (Kelsay Ex. A) | X | |
| BC | Murray State College Transcript (Kelsay Ex. B) | X | |
| BD | High School Transcript (Kelsay Ex. C) | X | |
| BE | Kelsay Retainer Letter (Kelsay Ex. D) | X | |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Defendant's Exhibit List**
*Daryl Meadows v. Schlumberger Technology Corporation* (Case No. 3:05-cv-00032-TMB)   Page 3 of 4

| NO. | DESCRIPTION | ADM | ID |
|---|---|---|---|
| BF | Professional Reference Info. From Grant Owen (Kelsay Ex. E) | X | |
| BG | Valero Records (Kelsay Ex. F) | X | |
| BH | Fenix Construction Employment Records, DEF 01072-1083 | X | |
| BI | Winston Services reports dated: September 22, 2005, DEF 1272-1278 | | X |
| BJ | Winston Services reports dated: October 31, 2005, DEF 1269-1271 | | X |
| BK | Winston Services reports dated: November 22, 2005 DEF 1263-1268 | | X |
| BL | Winston Services reports dated: November 30, 2005, DEF 1279-1285 | | X |
| BM | Winston Services reports dated: December 14-28, 2005, DEF 1286-1291 | | X |
| BN | Surveillance disk from Winston Services 8/30, 9/9/2005 | X | |
| BO | Surveillance disk from Winston Services 9/14/2005 | X | |
| BP | Surveillance disk from Winston Services 11/02, 11/10/2005 | X | |
| BQ | Surveillance disk from Winston Services 11/22-23/2005 | X | |
| BR | Surveillance disk from Winston Services 12/14/2005 | X | |

DATED this 18th day of August, 2006.

LANE POWELL LLC
Attorneys for Defendant


By_s/ Brewster H. Jamieson_
   Brewster H. Jamieson, ASBA No. 8411122
   301 West Northern Lights Boulevard, Suite 301
   Anchorage, Alaska 99503-2648
   Telephone: 907-277-9511
   Facsimile:  907-276-2631
   Email:  jamiesonb@lanepowell.com

I certify that on August 18, 2006, a copy of the foregoing was served by ECF on:

Robert A. Sparks  sparkslawoffice@yahoo.com

and by mail on:
Mark Colbert, Esq.

 s/Brewster H. Jamieson
115223.0018/156205.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631