Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS,<br><br>       Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY COPORATION, a foreign corporation,<br><br>       Defendant. | Case No. 3:05-cv-00032-TMB<br><br>**ERRATA RE RULE 43 MOTION<br>RE TESTIMONY OF JIM WOOD** |

  Defendant, by and through counsel, files this errata regarding its Motion to Permit Presentation of Witness (Jim Wood's) Testimony in Open Court by Contemporaneous Transmission From Oklahoma, or, in the Alternative, to Allow Mr. Wood's Trial Testimony to be Captured By Videotape Deposition Prior to Trial (Docket No. 61).  This errata is to correct the following:  the name "Owen" is mistakenly used instead of the name "Wood" at the end of the fifth line of the title in the caption and at the beginning of the third line in the footer.

  DATED this 18th day of August, 2006.

                LANE POWELL LLC
                Attorneys for Defendant

                By  s/ Brewster H. Jamieson
                 Brewster H. Jamieson, ASBA No. 8411122
                 301 West Northern Lights Boulevard, Suite 301
                 Anchorage, Alaska 99503-2648
                 Telephone: 907-277-9511
                 Facsimile: 907-276-2631
                 Email: jamiesonb@lanepowell.com

I certify that on August 18, 2006, a copy
of the foregoing was served by ECF on:

Robert A. Sparks  sparkslawoffice@yahoo.com

and by mail on:  Mark Colbert, Esq.

 s/Brewster H. Jamieson
115223.0018/156233.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631