IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
DARYL MEADOWS,                        )
                                      )
          Plaintiff,                  )
v.                                    )
                                      )
SCHLUMBERGER TECHNOLOGY,              )
CORPORATION, a Foreign Corporation    )
          Defendant,                  )
_____)
Case No. A05-0032 CV (TMB)
```

## PLAINTIFF'S TRIAL EXHIBIT LIST

| EXH | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| 1 | Deposition of Ruth G. Bice | x | | |
| 2 | Video Tape of deposition of Ruth Germany Bice | x | | |
| 3 | Investigation Report, Northstar Well 29, Wireline Valve Incident, October 16, 2003, IR No. 651141, Investigation Initiated October 17, 2004 corresponding Exhibit 1 to deposition of Ruth Germany Bice of August 4, 2005 | | x | |
| 4 | Investigation Report, Nabors 33E, Wireline Valve Incident, October 16, 2003, IR No. 651141, Investigation Initiated October 17, 2004 corresponding Exhibit 1 to deposition of Ruth Germany Bice of August 4, 2005 | | x | |
| 5 | Deposition of Jim Wood dated October 24, 2005 | x | | |
| 6 | Video Tape Deposition of Jim Wood dated October 24, 2005 | x | | |
| 7 | Jim Wood's written account of incident on October 16, 2003 corresponding Exhibit A to deposition of Jim Wood of October 24, 2005 | | x | |

| | | | | |
|---|---|---|---|---|
| 8 | Incident Description and Response corresponding Exhibit B to deposition of Jim Wood of October 24, 2005 | | x | |
| 9 | Health Safety, Environmental and Operation (HSEO) Meetings corresponding Exhibit C to deposition of Jim Wood of October 24, 2005 | | x | |
| 10 | Hazard Assessment and Elimination or Mitigation corresponding Exhibit D to deposition of Jim Wood of October 24, 2005 | | x | |
| 11 | James Lott's written account of incident on October 16, 2003 corresponding Exhibit E to deposition of Jim Wood of October 24, 2005 | | x | |
| 12 | Deposition of Neil L. Pitzer, M.D. | X | | |
| 13 | Deposition of C.M. Schade, M.D. dated March 30, 2006 | x | | |
| 14 | Video tape of deposition of C.M. Schade dated March 30, 2006 | x | | |
| 15 | Curriculum Vitae of C.M. Schade, M.D. | | X | |
| 16 | Deposition of Margaret Kelsay dates March 27, 2006 | x | | |
| 17 | Video tape of deposition of Margaret Kelsay dated March 27, 2006 | x | | |
| 18 | Curriculum Vitae of Margaret Kelsay | | x | |
| 19 | Retraining Option Summaries of Margaret Kelsay | | x | |
| 20 | Deposition of Donald Jackson, CPA of March 29, 2006 | x | | |
| 21 | Video tape of deposition of Donald Jackson, CPA of March 29, 2006 | x | | |
| 22 | Curriculum Vitae of Donald Jackson, CPA | | x | |
| 23 | Economic Valuation Report | | x | |
| 24 | Illustration of sympathetic nerves by C.M. Schade, M.D. | | x | |
| 25 | CRPS-1 (Reflex Sympathetic Dystrophy) Criteria | | x | |
| 26 | Medical Summary referenced in report of November 26, 2005 of C.M. Schade, M.D. | | X | |

| | | | | |
|---|---|---|---|---|
| 27 | BP Medical Record of injury referenced in report of November 26, 2005 of C.M. Schade, M.D. | | x | |
| 28 | Oklahoma Sports/Robert F. Hines, M.D. medical records referenced in report of November 26, 2005 of C.M. Schade, M.D. | | x | |
| 29 | Ardmore Physical Therapy notes referenced in report of November 26, 2005 of C.M. Schade, M.D. | | x | |
| 30 | Orthopedic Specialists, PLL/James B. Montgomery, M.D. medical records referenced in report of November 26, 2005 of C.M. Schade, M.D. | | x | |
| 31 | Wal-Mart Pharmacy drug information sheets referenced in report of November 26, 2005 of C.M. Schade, M.D. | | x | |
| 32 | Right Knee MRI report 02-16-04 referenced in report of November 26, 2005 of C.M. Schade, M.D. | | x | |
| 33 | Carl Noe, MD medical records referenced in report of November 26, 2005 of C.M. Schade, M.D. | | x | |
| 34 | Metro Crest Orthopedics, M. Lewis Frazier, Jr., MD billing records referenced in report of November 26, 2005 of C.M. Schade, M.D. | | x | |
| 35 | 06/29/2004-Independent Medical Evaluation report done by M. Lewis Frazier, Jr., MD attached to report of November 26, 2005 of C.M. Schade, M.D. | | x | |
| 36 | 02/18/2005-Independent Medical Evaluation report done by M. Lewis Frazier, Jr., MD attached to report of November 26, 2005 of C.M. Schade, M.D. | | x | |
| 37 | Functional Capacity Evaluation summary report dated 09/13/2005 referenced in report of November 26, 2005 of C.M. Schade, M.D. | | x | |
| 38 | 09/13/2005 02/18/2005-Independent Medical Evaluation report done by Neil L. Pitzer, M.D. referenced in report of November 26, 2005 of C.M. Schade, M.D. | x | | |
| 39 | An Updated Interdisciplinary Clinic Pathway for CRPS: Report of an Expert Panel by Michael D. Stanton-Hicks, MD, et al. Attached to report of November 26, 2005 of C.M. Schade, M.D. | | x | |

| | | | | |
|---|---|---|---|---|
| 40 | Mechanism -Based Treatment for Complex Regional Pain Syndrome: Back to Basics by Craig T. Hartrick, M.D. attached to report of November 26, 2005 of C.M. Schade, M.D. Complex Regional Pain Syndrome (CRPS): Survey of Current Practices by Allen W. Burton, MD, et al. | | x | |
| 41 | Medical Report of January 17, 2006 by C.M. Schade Report of Psychological Evaluation attached to the Medical Report of January 17, 2006 by C.M. Schade | | x | |
| 42 | Report of Psychological Evaluation attached to the Medical Report of January 17, 2006 by C.M. Schade | | x | |
| 43 | X-Ray Report of Right Femur attached to Medical Report of January 17, 2006 by C.M. Schade, M.D. | | x | |
| 44 | MRI Report Right Femur attached to Medical Report of January 17, 2006 by C.M. Schade, M.D. | | X | |
| 45 | CT Report Right Femur attached to Medical Report of January 17, 2006 by C.M. Schade, M.D. | | x | |
| 46 | CT Report Right Femur attached to Medical Report of January 17, 2006 by C.M. Schade, M.D. | | x | |
| 47 | Electromyography Nerve Conduction Report attached to Medical Report of January 17, 2006 by C.M. Schade, M.D. | | x | |

| | | | | |
|---|---|---|---|---|
| 48 | Bone Scan Report attached to Medical Record of January 17, 2006 by C.M. Schade, M.D. | | x | |
| 49 | Treatment records of C.M. Schade, M.D. | | x | |
| 50 | Baylor Center for Pain Management Records dated 4/28/04; | | x | |
| 51 | Baylor Center for Pain Management Records dated 4/28/04; | | x | |
| 52 | Baylor Center for Pain Management initial evaluation physical therapy notes dated 04-28-04; | | x | |
| 53 | Baylor Pain Center dated 03/27/04 | | x | |
| 54 | Dr. Hines records dated 01/22/04; | | x | |
| 55 | Dr. Hines Records dated 05-17-04; | | x | |

| # | Description | | | |
|---|---|---|---|---|
| 56 | Operative Report of Dr. Montgomery dated 11/08/04; | | x | |
| 57 | Dr. Noe's records dated 04/06/04; | | x | |
| 58 | Dr. Noe's records dated 05/17/04; | | x | |
| 59 | Dr. Noe's operative report dated 09/09/04; | | x | |
| 60 | Dr. Frazier's Initial Consult for IME evaluation dated 06/29/04; and | | x | |
| 61 | Dr. Frazier's IME evaluation of right knee dated 02/18/05. | | X | |
| 62 | Baylor Center for Pain Management Sedation Record dated 09/09/04 | | x | |
| 63 | Deposition of Sherri Hall | x | | |
| 64 | Medical records and bills of Ardmore Physical Therapy, corresponding Exhibit A to deposition of Sherri Hall of November 8, 2005 | | x | |
| 65 | Medical Summary | | x | |
| 66 | Medical records of BP Medical | | x | |
| 67 | Medical records of Robert F. Hines, M.D. | | x | |
| 68 | Medical records of Ardmore Physical Therapy | | x | |
| 69 | Medical records of James B. Montgomery, M.D. | | x | |
| 70 | Medical records of Mercy Memorial Hospital | | x | |

Case 3:05-cv-00032-TMB    Document 67    Filed 08/18/2006    Page 5 of 11

| | | | | |
|---|---|---|---|---|
| 71 | Medical records of Carl E. Noe, M.D. | | x | |
| 72 | Medical records of Baylor University Medical Center | | x | |
| 73 | Medical records of M. Lewis Frazier, Jr., M.D. | | x | |
| 74 | Medical records of Neil L. Pitzer, M.D. | x | | |
| 75 | Medical records of HealthOne Clinic Services, Ginny Haight, OTR | | x | |
| 76 | Medical records of Vista Hospital of Dallas | | x | |
| 77 | Medical records of Preferred Imaging of Garland | | x | |
| 78 | Medical records of Mike Shah, M.D., P.A. | | x | |
| 79 | Medical records of Baylor Medical Center at Garland | | x | |
| 80 | Medical bills of Oklahoma Sports/Robert F. Hines, M.D. | | x | |
| 81 | Medical bills of Ardmore Physical Therapy | | x | |
| 82 | Medical bills of Orthopedic Specialists, PLLC/James B. Montgomery, M.D. | | x | |
| 83 | Medical bills of Mercy Memorial Hospital | | x | |
| 84 | Medical bills of Wal-Mart Pharmacy | | x | |
| 85 | Medical bills of Carl E. Noe, M.D. | | x | |
| 86 | Medical bills of Baylor University Medical Center | | x | |
| 87 | Medical bills of M. Lewis Frazier, Jr., M.D. | | x | |
| 88 | Medical records of Care First, Inc. | | X | |

| | | | | |
|---|---|---|---|---|
| 89 | Medical bills of C.M. Schade, M.D., P.A. | | x | |
| 90 | Medical bills of Vista Hospital of Dallas | | x | |
| 91 | Medical bills of Preferred Imaging of Garland | | x | |
| 92 | Medical bills of Mike Shah, M.D., P.A. | | x | |
| 93 | Medical bills of Baylor Medical Center at Garland | | x | |
| 94 | Medical bills of Pinnacle Anesthesia Consultants | | x | |
| 95 | Medical bills of Care First | | x | |
| 96 | Summary of Lost Future Wages | | x | |
| 97 | Summary of Future Medical Costs | | x | |
| 98 | Medical bills of Access Mediquip, LLC | | x | |
| 99 | Valero Employment Application Records | | x | |
| 100 | Medical bills of Gaven, P.A | | x | |
| 101 | Medical bills of Steele Drug | | x | |
| 102 | Photographs of surgical scars 2 days after surgery | | x | |
| 103 | Photographs of surgical scars 2 days after surgery | | x | |
| 104 | Photographs of surgical scars 2 days after surgery | | x | |
| 105 | Photographs of surgical scars 3 days after surgery | | x | |
| 106 | Photographs of surgical scars 3 days after surgery | | x | |
| 107 | Photographs of surgical scars 4 days after surgery | | | |

| | | | | |
|---|---|---|---|---|
| 108 | Photographs of surgical scars 4 days after surgery | | x | |
| 109 | Photographs of surgical scars 4 days after surgery | | x | |
| 110 | Photographs of surgical scars 5 days after surgery | | x | |
| 111 | Photographs of surgical scars 5 days after surgery | | x | |
| 112 | Photographs of surgical scars 5 days after surgery | | x | |
| 113 | Photographs of surgical scars 7 days after surgery | | x | |
| 114 | Photographs of surgical scars 7 days after surgery | | x | |
| 115 | Photographs of surgical scars 7 days after surgery | | x | |
| 116 | Photographs of surgical scars 7 days after surgery | | x | |
| 117 | Current Medical Summary | | x | |
| 118 | Interview Notes of Dave Hendricks | | x | |
| 119 | drawing of rig piping | | x | |
| 120 | Responses to Plaintiff's 1st Discovery Requests | x | | |
| 121 | Defendant's Discovery Responses | x | | |
| 122 | withdrawn | x | | |
| 123 | Responses to Plaintiff's 2nd Discovery Requests | x | | |
| 124 | Notice of 30 (b)(6) Deposition (Schlumberger) 10-20-05 | x | | |
| 125 | Notice of 30 (b)(6) Deposition (Schlumberger) 11-21-05 | x | | |

| | | | | |
|---|---|---|---|---|
| 126 | Defendant's 3rd Supplemental Responses to Plaintiff's 1st Discovery Requests | x | | |
| 127 | Defendant's 1st Supplemental Responses to Plaintiff's 2nd Discovery Requests | x | | |
| 128 | Nabors Alaska Drilling Book 11-03 | | x | |
| 129 | Letter w/ Amended Williams Subpoena | x | | |
| 130 | RigSafe Ltr to Lane Powell 9/28/00 | x | | |
| 131 | Schlumberger QHSE statement | | x | |
| 132 | RigSafe invoices | x | | |
| 133 | RigSafe letters to Shannon Martin | x | | |
| 134 | BP Contract w/Nabors | | x | |
| 135 | email from Douglas with statement | | x | |
| 136 | Defendant's 4th Supp. Resp. D.R. | X | | |
| 137 | email and terms of reference for investigation | | x | |
| 138 | Defendant's 2nd Supp. Responses D.R. | | x | |
| 139 | BP Safety Bulletin | | x | |
| 140 | Incident Report 2003-IR-651141 | | x | |
| 141 | Risk Assessment Record | | x | |
| 142 | BP Medical Report | | x | |
| 143 | Nabor's supervisor's report | | x | |
| 144 | Notes | | x | |
| 145 | notes | | x | |
| 146 | McBrides' Notes | | x | |
| 147 | John Haynes Notes | | x | |
| 148 | Employee Statements | | x | |
| 149 | Amendment No. 1 to BP Nabors Contract | | x | |

| | | | | |
|---|---|---|---|---|
| 150 | RSD medical illustration | | x | |
| 151 | 30 (b)(6) Videotape Deposition of Nabors Drilling, Johnie N. Haynes | x | | |
| 152 | Videotape Deposition of Robert C. Tilbury | x | | |
| 153 | 30 (b)(6) Deposition of British Petroleum (Alaska) Don A. Enslow Vol. I + II | x | | |
| 154 | 30 (b)(6) Deposition of Schlumberger Technology Corporation | x | | |
| 155 | Videotaped Deposition of James Craig Lott | x | | |
| 156 | Videotaped Deposition of Roy Herbert Williams | x | | |
| 157 | Video tape of 30 (b)(6) Deposition of Nabors Drilling, Johnie N. Haynes | x | | |
| 158 | Video tape of Deposition of Robert Tilbury | x | | |
| 159 | Video tape of Deposition of James Craig Lott | x | | |
| 160 | Video tape of Deposition of Roy Herbert Williams | x | | |
| 161 | | | | |

DATED at Fairbanks, Alaska this 18th day of August, 2006.

THE LAW OFFICE OF ROBERT A. SPARKS


/s/Robert A. Sparks
Attorney for Plaintiff Meadows
Membership No.: 8611139

CERTIFICATE OF SERVICE

I hereby certify that on the 18th_ day of August, 2006, I served a copy of the foregoing document via email on the following attorneys of record:

Shannon W. Martin
Grace Hollis


By: /s/ Robert A. Sparks