Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska  99701
Phone:  (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| DARYL MEADOWS | ) | |
| | ) | |
| Plaintiff, | ) | Case No. A05-0032 CIV |
| | ) | |
| vs. | ) | |
| | ) | |
| SCHLUMBERGER TECHNOLOGY CORPORATION | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**<u>PLAINTIFF'S DEPOSITION DESIGNATIONS</u>**

Plaintiff Daryl Meadows, by and through his attorney, Robert A. Sparks, hereby provides Plaintiff Daryl Meadows' Deposition Designations trial of this case:

<u>Name</u>

1.  30(b)(6) Deponent
    Ruth Germany-Bice
    501 Westlake Park Blvd
    Houston, Texas 77079

designation: page 1/ line 7 - page 24/line 24; page 47; line 7 - page 49/ line 1.

Meadows v. Schlumberger
page 1

    2.    30(b)(6) Deponent
         Don A. Enslow
         900 East Benson Blvd
         Mail stop 11-6
         Anchorage, AK 99508

         Page 3 - 6, page 9-25, page 26 - 71, page 79, page 81 - 102, page 105, page 106-107, page 109 - 121, page 124, page 126 - 129, page 140 -141, page 196 - 215, page 219 - 220, page 221 - 223.

    3.    Robert C. Tilbury
         13521 Baywind Dr.
         Anchorage, AK 99516
         (907) 345-1590

    page 4 - 70, 97, 116.

    4.    30(b)(6) deponent
         Graeme Lawrie
         c/o Schlumberger
         2525 Gambell St,
         Ste. 400
         Anchorage, AK 99503

    page 5- 117, page 131-134.

    5.    30(b)(6) deponent
         Johnie N. Haynes
         c/o Nabors
         2525 C. Street
         Anchorage, AK 99503
         (907) 263-6000

    page 4 - 54, 75, 86.

Meadows v. Schlumberger
page 2

    6.   Jim Woods
        Fairland, Ok

page 5/ line 1-8; line 21 - page 26/ line 2; page 26/line 11 - page 37/line 22; page 38/line 10 - page 39/line 1; page 39/ line 19 - page 49/line 11; page 52/line 9 - page 55/line 21; page 56/line 24 - page 62/line 2; page 71/line 19 - page 73/line 12; page 78/line 2 - page 79/ line 14; page 80/line 25 - page 82/ line 9.  Page 83/line 5 - line 15; page 84/line 3 - page 85/ line 4; page 93/line 2 - page 95/line 9; page 95/ line 11 - page 98/line 7


    7.   James Lott
        Anchorage, AK 99501
        (907) 272-0092

Page 46-52


    10.   Sherri Hall
        Ardmore Phy. Ther.
        29 N. Commerce Dr.
        Ardmore, Ok 73402
        (580) 223-1923

Page 25 - 31.


    11.   C.M. Schade, M.D.,
        Ph.D. P.E.,
        2692 Walnut Street,
        Suite 105
        Garland, Tx 75042
        (972) 494-2676.

Page 7/line 22 - page 47/line 15.  Page 55/line 15 - page56/line 15; page 62/line 18 - page 63/ line 10; page 76/line 20 - page 79/line 8; page 79/line 22 - page/80/line 1; page 81/line 2 - page 82/line 14; page 83/line 8 - line 15; page

Meadows v. Schlumberger
page 3

119/line 6 - page 120/line 15.  Page 127/line 17 - page 128/line 14.

    12.  Margaret Kelsay,
        3501 N. Rockwell
        Bethany, Ok 73008
        405-842-9531

Page 3/line 14 - page 21/ line 13.  Page 33/line 24 - page 34/line 2; page 35/line 25 - page 36/line 7; page 37/line 6 - page 38/line 18.

    13.  Donald L. Jackson
        Chambers and Jackson
        C.P.A.s
        P.O. Box 1171
        129 C. Northwest
        Ardmore, Ok 73402.

Page 3 - 13, page 43-44.

DATED at Fairbanks, Alaska this 18th day of August, 2006.

          THE LAW OFFICE OF ROBERT A. SPARKS

          <u>/s/Robert A. Sparks</u>
          Attorney for Plaintiff Meadows
          Membership No.: 8611139

<u>        CERTIFICATE OF SERVICE</u>

I hereby certify that on the 18th_ day of August, 2006, I served a copy of the foregoing document via email on the following attorneys of record:

Shannon W. Martin
Grace Hollis

Brewster H. Jamieson
Lane Powell PC


By: /s/ Robert A. Sparks

Meadows v. Schlumberger
page 5