Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska  99701
Phone:  (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARYL MEADOWS ) | |
| ) | |
| Plaintiff, ) | Case No. A05-0032 CIV |
| ) | |
| vs. ) | |
| ) | |
| SCHLUMBERGER TECHNOLOGY ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |

<u>PLAINTIFF MEADOWS' ERRATA TO PLAINTIFF'S FINAL WITNESS LIST</u>

Plaintiff Daryl Meadows, by and through his attorney, Robert A. Sparks, hereby provides the following errata to Plaintiff's Final Witness List:

Attached hereto are the C.V.s for Plaintiff's expert witnesses Donald Jackson, Margaret Kelsay, Dr. C.M. Schade, M.D.Ph.d, PE, PA

Meadows v. Schlumberger
page 1

DATED this 21st day of August, 2006, at Fairbanks, Alaska.

THE LAW OFFICE OF ROBERT A. SPARKS

/s/ Robert A. Sparks
Robert A. Sparks
Attorney for Plaintiff
1552 Noble Street
Fairbanks, Alaska 99701
(907) 451-0875
Fax: (907) 451-9385
E-mail: sparkslawoffice@yahoo.com
Membership No.: 8611139

CERTIFICATE OF SERVICE

I hereby certify that on the _21st day of August, 2006, a copy of forgoing was served by E-Mail on:
Shannon W. Martin
Lane Powell LLC
and by regular mail to:
Mark Colbert, Esq

By: /s/ Robert A. Sparks

_____

Meadows v. Schlumberger
page 2