NOV. 30. 2005    2:28PM    COLBERT&COLBERT                    NO.770    P.3

# MARGARET KELSAY, LPC, CRC
## REHABILITATION COUNSELOR

3501 N. Rockwell
Bethany, Oklahoma 73008

Telephone: (405) 842-9531
mkelsay@coxinet.net

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1980 - Present | Rehabilitation Services Associates, Inc.<br>Owner - Director and Rehabilitation Counselor |
| 1996 - 01/1999 | Impartial Hearing Officer - State Dept. of Rehabilitation Services |
| 1969 - 1980 | State of Oklahoma, Department of Human Services<br>Vocational Rehabilitation Counselor |

| | | |
|---|---|---|
| | 1969 - 1972 | Field Caseload plus C.P. Workshop<br>Traumatic and Acquired Brain Injury and Multiple Handicapped |
| | 1972 - 1975 | Field Caseload |
| | 1975 – 1980 | Special Assignment - SSI/SSDI - Severely Disabled Caseload; developed special programs to return severely disabled persons to employment. |

| | |
|---|---|
| 1968 - 1969 | Oklahoma Travelers Aid<br>Assistance Counselor |
| 1965 - 1967 | Oklahoma County Children's Court<br>Intake and Probation Counselor - Oklahoma |

## PROFESSIONAL AFFILIATIONS

| | |
|---|---|
| NRA | National Rehabilitation Association<br>1978 - Task Force Member - Administration and Supervision |
| ORA | Oklahoma Rehabilitation Association - Past board Member<br>1983 - 1985 - Program Committee |
| ORCA | Oklahoma Rehabilitation Counseling Association<br>1982 - Membership Chairperson    1983 - Board of Directors<br>Past Editor, Voice of ORCA<br>Past Member - Counselors Communication Advisory Committee<br>Past Member Job Placement Division |
| IARP | International Association of Rehabilitation Professionals (Formally NARPPS)<br>1981 - 1982    Five State Region Member, Board of Directors<br>2004    Taskforce on Membership Retention – Atlanta, Georgia |
| OKARPPS | Oklahoma Association of Rehabilitation Professionals in the Private Sector<br>1982 - Member Ad hoc Committee - Oklahoma Chapter<br>1983 - Secretary - Oklahoma Chapter<br>1984 - 1985 - Vice President - Oklahoma Chapter<br>1986 - 1987 - Vice President - Oklahoma Chapter<br>1992 - 1994 - Standards and Ethics Chairperson<br>1994 - 1995 - President<br>1997 – Organization Disbanded |

## EDUCATION

| | |
|---|---|
| Masters of Education | 1967 - Oklahoma City University  (Emphasis in Counseling) |
| Bachelor of Arts | 1965 - Oklahoma City University |
| Special Coursework | 1982 - Workers' Compensation, Oklahoma City Community College |
| Post Graduate Course of Study | 1999 - Life Care Planning for Advanced Catastrophic Case Management University of Florida, Department of Rehabilitation Counseling and the Rehabilitation Training Institute |

## CERTIFICATION

| | |
|---|---|
| CRC | 1975 - Certified Rehabilitation Counselor # 4779  (maintenance required) |
| Vocational Expert | 1985 - Social Security Administration United States Office of Hearings and Appeals |
| CVC | Certified Vocational Counselor Certification # 16-37 1986 - United States Department of Labor |
| CDMS | 1985 - Certified Disability Management Specialist # 00257   (maintenance required) |
| CCM | 1993 - Certified Case Manager  (maintenance required) |
| NCC | 1987 - National Certified Counselor (maintenance required) |
| CLCP | 2002 - Certified Life Care Planner (maintenance required) |

## SPECIAL APPOINTMENTS

| | |
|---|---|
| Governor's Committee | Appointed November 18, 1991 (through February 1, 1996). Governor's Advisory Council on Traumatic Spinal Cord and Traumatic Brain Injury |
| Dept of Rehabilitation Services | Impartial Hearing Officer (1998-2000) |

## LICENSE

| | |
|---|---|
| LPC | Licensed Professional Counselor # 829, State of Oklahoma, Department of Health |

## PUBLICATIONS

Margaret Kelsay, etal., (2005) **The Quick Desk Reference for Forensic Consultants**, Athens, GA:  Elliot & Fitzpatrick, Inc.

Margaret Kelsay, Tim Field, Cloie Johnson, Ann Neulicht, and Terry Blackwell (2005) **The Vocational Expert:  Revised and Updated**, Athens, GA:  Elliot & Fitzpatrick, Inc.

Margaret Kelsay, Contributor (2002) **Approaches to Lost Earnings; Strategies for the Rehabilitation Consultant**, Athens, GA:  Elliot & Fitzpatrick, Inc.

Margaret Kelsay M.Ed., John Kilcher MA, Donna Taylor M.Ed., Editors (2001) **A Comprehensive Study Guide for the exams of Certification of Disability Management Specialist (CDMS), Case Manager Certification (CCM), Certified Life Care Planner (CLCP)**, Athens, GA:  Elliot & Fitzpatrick, Inc.

NOV.30.2005   2:29PM   COL  RT&COLBERT                    NO.770   P.5

Margaret Kelsay, Contributor (1998) **Forensic Casebook**, Athens, GA:  Elliot & Fitzpatrick, Inc.

Margaret Kelsay, Contributor (1997) **Rehabilitation Consultants in the Courtroom**, Athens, GA:  Elliot & Fitzpatrick, Inc.

Margaret Kelsay, Contributor (1997) **A Study guide for the Certified Disability Management Specialist (Revised Addition)**, Athens, GA:  Elliot & Fitzpatrick, Inc.

Margaret Kelsay, Contributor (1995) **Advisory Council on Traumatic Spinal Cord & Traumatic Brain Injury (Third Annual Summary of Recommendations)**, Athens, GA:  Elliot & Fitzpatrick, Inc.

Margaret Kelsay, Contributor (1994) **Advisory Council on Traumatic Spinal Cord & Traumatic Brain Injury (Second Annual Summary of Recommendations)**, Published by State of Oklahoma.

Margaret Kelsay, Contributor (1994) **A Study Guide for the Certified Case Manager's Examination**, Published by State of Oklahoma.

Margaret Kelsay, Contributor (1993) **Advisory Council on Traumatic Spinal Cord & Traumatic Brain Injury (First Annual Summary of Recommendations)**, Published by State of Oklahoma.

## PRESENTATIONS

Department of Human Services - Oklahoma City, Oklahoma
"Hiring the Disabled under 503-504 of the Rehabilitation Act"

Department of Human Services - Tulsa, Oklahoma
"Hiring the Disabled under 503-504 of the Rehabilitation Act"

Oklahoma City University School of Law  Continuing Education Program
"The Function of the Rehabilitation Counselor in the Workers' Compensation System"

OKARPPS      "Credentialing and Licensure Maintenance "

Medical-Legal Seminar
"Vocational Recovery of the Traumatically Injured"

Medical-Legal Seminar
"Ethical Considerations in the Private Sector"

Rose State College      "Private vs. Public Sector Rehabilitation"

Rose State College      "Career Opportunity in Vocational Rehabilitation"

Oklahoma University Department of Continuing Legal Education/Legal Aid of Western Oklahoma
"The Vocational Expert in the Social Security System"

Oklahoma Head Injury Foundation
"SSDI Application for the Brain Injury Survivor"

NARPPS Southwest Regional - 1994
"Future of Rehabilitation Professionals Beyond 2000"

Oklahoma Chapter, National Organization of Social Security Representatives
"The Vocational Relevance of the WAIS-R"

ORCA & VEWAA Mid-Year Training Conference - 1995
"Rehabilitation in Oklahoma - - What to Expect in the Next 10 Years"

University of North Texas
"Private Rehabilitation Strategies" Cost Effective Case Management

ORCA/OVEWAA Training Symposium - 1999
"Ethical Issues in Rehabilitation"

Oklahoma NeuroRestorative Center-2000 and Brain Injury Association of Oklahoma
"Life Care Planning"

Issues in Forensic Rehabilitation -Sept. 2000    A National Seminar in New Orleans
"Preparing the Life Care Plan with Daubert in Mind"

Issues in Forensic Rehabilitation -Sept. 2000    A National Seminar in New Orleans
Daubert Challenges"

International Association of Rehabilitation Professionals
National Conference and Exposition May 2001
"Life Care Plan with Daubert in Mind"

Carib Group 2004, Kauai, Hawaii
"The VR Prospective of the Class Action Suit"

Oklahoma Bar Association May 2005 – Oklahoma City, Oklahoma
"The Vocational Expert and Informational Validity"

NOV.30.2005   2:29PM   COL...PT&COLBERT                                    NO.770 ...P.7

**Margaret Kelsay, M.Ed.**
**Vocational Rehabilitation Counselor**
**Licensed Professional Counselor, OK. No. 629**
**CRC No. 4779 Board Certified Counselor**
**Certified Life Care Planner No. 0454**

## 2005 FEE SCHEDULE

### Professional Services

Legal Case Preparation                                              $130.00 per hour
Workers' Compensation, LTD, or Insurance Case Management      $ 70.00 per hour
Expenses                                                            Billed in full

### Retainer (required for Litigation Cases only)

**$1,000.00 retainer required for each Wage Loss or Vocational Evaluation.**
**$2,000.00 retainer required for each Medical Needs Assessment or Life Care Plan.**

### Deposition and Trial

**Outstanding invoices must be cleared prior to depositions or trials.**

All fees are charged to the retaining attorney, including deposition.

Depositions and Trials are billed in half-day rates.

$  520.00 for up to four hours
$1,040.00 for over four hours

**A FEE WILL BE BILLED FOR SHORT NOTICE CANCELLATIONS OF TRIAL OR
DEPOSITION.**

*Time spent in preparation of response to challenges will be billed at $130.00 per hour.  I
reserve the right to respond.*

Revised 05/04/04

## MARGARET KELSAY, LPC, CRC
### REHABILITATION COUNSELOR

3501 N. Rockwell
Bethany, Oklahoma 73008

Licensed Professional Counselor, OK No. 829
CRC No. 4779 Board Certified Counselor
Board Certified Life Care Planner No. 0454

Telephone: (405) 842-9531
mkelsay@coxinet.net

## 2006 FEE SCHEDULE

### Professional Services

| | |
|---|---|
| Legal Case Preparation | $150.00 per hour |
| Workers' Compensation, LTD, or Insurance Case Management | $ 80.00 per hour |
| Expenses | Billed in full |

### Retainer (required for Litigation Cases only)

**$1,000.00 retainer required for each Wage Loss or Vocational Evaluation.**
**$2,000.00 retainer required for each Medical Needs Assessment or Life Care Plan.**

### Deposition and Trial

*Outstanding invoices must be cleared prior to depositions or trials.*

All fees are charged to the retaining attorney, including deposition.

Depositions and Trials are billed in half-day rates.

$ 520.00 for up to four hours
$1,040.00 for over four hours

**A FEE WILL BE BILLED FOR SHORT NOTICE CANCELLATIONS OF TRIAL OR DEPOSITION.**

*Time spent in preparation of response to challenges will be billed at $150.00 per hour. I reserve the right to respond to any challenges.*

*List of cases in which Margaret Kelsay has testified as an Expert at Trial or by Deposition within the preceding five years:*

| Deposition/Trial Date | Client |
| --- | --- |
| 1/11/00 (Depo) | Charles Gragson vs ME Welding 98-401-B (Plaintiff) |
| 2/1/00 (Depo) | John Pederson vs Midwest HMA CJ-99-432-61 (Defense) |
| 2/9/00 (Depo) | Dominic Escato (Plaintiff) 2-99CV-182-J |
| 3/13/00 (Depo) | Harold Wayne Sams vs. Cowarts Construction CJ-98-120 (Plaintiff) |
| 4/3/00 (Depo) | Jessica Lee vs. Preferred Risk Mutual Cj-99-04-01 (Plaintiff) |
| 4/20/00 (Depo) | James "Kevin" Trueblood vs. Basin Bit Co. CIV 99-499-S (Plaintiff) |
| 5/3/00 (Depo) | Brent Thompson CIV 99-504 (Plaintiff) |
| 8/4/00 (Depo) | Don Chapman vs Union Pacific Railroad CJ 9978 (Plaintiff) |
| 9/7/00 (Depo) | Stacy Mesko Hudson- CIV 97-04151K (Plaintiff) |
| 10/13/00 (Depo) | Tyler Tipton vs USA CIV 99-701-B (P) |
| 11/10/00 (Depo) | Denny Cox (Plaintiff) |
| 11/28/00 (Depo) | Jonathan McDonald vs Omniplex CIV 99-954-L (Defense) |
| 12/14/00 (Depo) | Franklin Hughes (Defendant) |
| 12/18/00 (Depo) | LeEtta Osborn (Plaintiff) 499-CV-0924-Y |
| 1/15/01 (Depo) | James Lowe (Plaintiff) CIV-00-093-S |
| 02/15/01 (Trial) | Don Chapman v. Union Pacific RR C-J-99-78 |
| 03/05/01 (Trial) | James Lowe (Plaintiff) CIV-00-093-S |
| 03/29/01 (Trial) | LeEtta Osborn (Plaintiff) 499-CV-0924-4 |
| 05/24/01 (Depo) | Shannon Corry (Plaintiff) WCC #96-9383K |
| 06/04/01 (Depo) | Alicia Jimenez vs. Galen Hospitals (Plaintiff) Cause # 00-08084-M |
| 06/06/01 (Depo) | Jill Ritter vs. Wittwer Construction (Plaintiff) CJ 2000-449 |
| 06/11/01 (Depo) | Paul Senkoff vs. Lonewolf Public Works WCC #1999-14471L (Neither Plaintiff or Defense) |
| 06/29/01 (Depo) | Janie Tigner, et al vs. Edward Simon Bodner, et al CIV-00-767-X |

| Deposition/Trial Date | Client |
|---|---|
| 08-16-01 (Depo) | Harold Shields (Plaintiff) vs. MBM Corp.<br>WCC# 98-16898L |
| 09-24-01 (Depo) | Timothy Dysinger (Plaintiff)<br>CIV-2000-1323-M |
| 03-08-02 (Depo) | Brian Huckaby (Plaintiff) vs. The Arkansas and Missouri Railroad Company<br>CJ-01-73 |
| 01-21-02 (Depo) | Leslie Rinn (Plaintiff) vs. Ford Motor Company<br>CJ-2000-2404 |
| 04/03/02 | Fred Davis (WCC) |
| 09-18-02 | Leroy Leingang (Plaintiff) vs BNSF<br>348-180898-99 |
| 12-11-02 | Patricia Zook vs. Cracker Barrel (Court Ordered)<br>WCC 1997-18072 |
| 02-12-03 (Depo) | Herd vs. Ascaro, et al. (Plaintiff)<br>Case Number 01 CV-891 H (M) |
| 02-27-03 (Depo) | Abernathy vs. Ingersoll-Rand (Plaintiff)<br>CJ-2001-3490 |
| 03-04-03 (Depo) | Michael Todd and Kathy E. Taylor v. Weatherford Enterra Inc. et al (Plaintiff) CIV-02-667-T |
| 03-27-03 (Depo) | Orr vs. Deaconess (Plaintiff) CJ 2001167763 |
| 06-27-03 | Gay Orr vs. Deaconess Hospital (Plaintiff)<br>CJ-2001-1677-63 |
| 06-30-03 (Depo) | Jim Diamond vs. Edbin J.Gonzales, et al. (Plaintiff)<br>CIV-02-458-P |
| 07/14/03 (Depo) | Sharon Rappe vs. Corporate Express (Plaintiff)<br>WCC 1998-12537-F |
| 07/16/03 (Depo) | Cheryl Gates vs. OK State Workers' Compensation Court (WCC)<br>WCC 2002-03633-A |
| 08/11/03 (Depo) | Barbara Goulsby vs. Tulsa Regional Medical Center (Plaintiff)<br>WCC 2001-01459R |
| 08/19/03 (Depo) | State of Texas vs. Jorge Reyes and United Parcel Service (Plaintiff)<br>DV00-00451-C Dallas County District Court |
| 10/16/03 (Depo) | Blake Holcom vs. Leslie Fecrer & Farmers Insurance Co. (Plaintiff)<br>CJ-2002-57 |
| 10/28/03 (Depo) | Shawn Daye Lancy vs. OK State Workers' Compensation Court (WCC)<br>WCC 2001-07457-A |
| 02/09/04 (Depo) | Zachary David Smith vs. Dano's Convenience Store, Inc. (Plaintiff)<br>CJ-2001-479 |
| 03/04/04 (Depo) | Brian D. Vaughn vs Goodyear Tire (Plaintiff)<br>CJ-1997-983 |
| 03/09/04 (Arbitration) | Larry Spike vs Bituminous Casualty Insurance Company (WCC) |
| 05/27/04 (Depo) | Kathy Jo Russell vs Hitch Enterprises (WCC)<br>WCC 2001-10449X |

10/11/05 Rev.

| Deposition/Trial Date | Client |
|---|---|
| 06/14/04 (Depo) | Debra Simmons-Corman vs Pardners, Inc. (WCC) WCC 1994-23345X |
| 07/21/04 (Depo) | Paul Dillow vs Stamper House Moving (Plaintiff) CJ-2002-01463 |
| 08/24/04 (Depo) | Floyd and Phyllis Gann vs Allied Waste Industries, Inc. (Plaintiff) CIV-03-652-WH |
| 09/14/04 (Trial) | Paul Dillow vs Stamper House Moving (Plaintiff) CJ-2002-01463 |
| 10/21/04 (Depo) | James Lockhart vs Michael Gately (Plaintiff) CJ-03-1280 BH |
| 10/25/04 (Trial) | Floyd and Phyllis Gann vs Allied Waste Industries, Inc. (Plaintiff) CIV-03-652-WH |
| 11/08/04 (Depo) | Judy Jackson vs Hormael Foods, Inc. (WCC) WCC 2000-12033L |
| 11/16/04 (Depo) | Larry D. Glass vs Express Transit, Inc. (Plaintiff) WCC 2004-6804Q |
| 12/08/04 (Depo) | Jo Ella Davis, and Amy Davis vs Roadtex Transportation, Inc. (Plaintiff) CJ-04-481 |
| 12/11/04 (Depo) | Danny Hewitt & Dana Hewitt vs RDI Group (Plaintiff) 03-CV-0576-EA(M) |
| 12/15/04 (Depo) | Thomas House vs Ft. Towson Public Schools (WCC) WCC 2001-02268Y |
| 02/17/05 (Depo) | Jack Muse vs Sykes Enterprises, Inc. (WCC) WCC 2002-13806Y |
| 03/09/05 (Depo) | Kristi Chambers and Donita Rollings vs Longhorn International, Inc. (Plaintiff) CV-2004-242 |
| 03/14/05 (Depo) | Ronald Sanders vs Omni Service (Plaintiff) WCC 2000-13119A |
| 03/16/05 (Depo) | Kathy J. Limones vs Homeland Stores, Inc. (WCC) WCC 2000-12962A |
| 04/13/05 (Depo) | Patsy Valtierra v Bomo's Nursing Facility (Plaintiff) WCC 2000-04799Y |
| 04/18/05 (Depo) | Donnie Dell Lowry v American Home Assurance (Plaintiff) CJ-2003-190 |
| 06/03/05 (Depo) | Alison Zorger vs Git-N-Go, Inc. (Plaintiff) CJ-2004-00022 |
| 07/27/05 (Depo) | James Roland Pass vs City of Ryan (WCC) WCC 2002-15666L |
| 10/04/05 (Depo) | Lois fox vs Texhoma Schools (WCC) WCC 2001-14978F |
| 10/05/05 (Depo) | Jesse Barrientex vs Sherri's Diner (WCC) WCC 2002-04811Y |

Margaret Kelsay, M.Ed., CRC # 4779
Licensed Professional Counselor, Oklahoma #829
Board Certified Counselor
Certified Life Care Planner #0454

NOV.30.2005   2:29PM    CC   RT&COLBERT                                     NO.770   P.12

**CHAMBERS AND JACKSON**
A Professional Corporation
Certified Public Accountants
PO Box 1171 * 129 C Northwest
Ardmore, Oklahoma 73402-1171
James A. Chambers III CPA
Donald L. Jackson CPA

Voice (580) 223-1877 Fax (580) 223-1880
www.cpa-ok.com
james.clcpa@sbcglobal.net
don.cicpa@sbcglobal.net

## DONALD L. JACKSON
## VITAE

## PRESENT POSITION:

Certified Public Accountant, Officer and Shareholder in Chambers and Jackson, PC, a local public accounting firm located in South Central Oklahoma.

## EXPERIENCE IN PUBLIC PRACTICE:

### 1983 to Present:

I have primary responsibility for the audit and accounting functions of the firm. Audit and accounting clientele consist of governmental entities and other not-for-profit organizations, manufacturers, contractors and personal service entities. Other duties include planning for, preparation of, and review of Federal and state income tax returns for individuals, partnerships and corporations. In addition, I occasionally provide litigation support in a variety of cases including business or estate valuation, divorce, and personal injury. List of cases available.

Managerial duties include certain personnel functions, such as participation in employee evaluations, oversight of employee benefits, scheduling of continuing professional education for employees, and employee recruitment.

Recent projects include successful creation and implementation of a multi-media marketing plan utilizing television, radio and print media. In addition, I prepared successful proposals for new services offered by the firm: pension plan administration, and grant solicitation and administration. I also wrote and presented a continuing education course for CPAs regarding specialized tax credits available for Oklahoma.

### 1980 to 1983:

Senior accountant for Stanfield and O'Dell, CPAs, of Lawton, Oklahoma.

Responsibilities included accounting and auditing functions for varied clientele such as construction and oil and gas. Besides preparation of Federal and state income tax returns, I also performed review of other accountants tax preparation.

## EXPERIENCE IN PUBLIC PRACTICE-CONTINUED

### 1980:

Junior accountant for Williamson, Graf and Dickey, CPAs of Vernon, Texas.

Entry level accounting responsibilities in tax and auditing.

## EXPERIENCE IN ACCOUNTING EDUCATION:

Adjunct faculty for Southeastern Oklahoma State University, Durant, Oklahoma, and Murray State College, Tishomingo, Oklahoma. Courses taught are available.

Continuing professional education discussion leader for several state societies of Certified Public Accountants. Courses taught on attached sheet.

## PROFESSIONAL:

Certified Public Accountant, licensed in Texas and Oklahoma. Member of the American Institute of Certified Public Accountants, Texas Society of Certified Public Accountants, and Oklahoma Society of Certified Public Accountants.

Member of the Ethics Investigative Committee of the Oklahoma Accountancy Board.

South Central Chapter of the Oklahoma Society of Certified Public Accountants,
President-elect       1994-1995.
President,            1995-1996.

Treasurer, Ardmore Habitat for Humanity, Inc. 1994-1996

Chairman, Ardmore Downtown Executive Airport Advisory Board, 1994-2000

Treasurer, Ardmore Village

## EDUCATION:

Master of Business Administration, Oklahoma City University, Oklahoma City, Oklahoma: August 1988. Emphasis in management.

Bachelor of Business Administration, Midwestern State University, Wichita Falls, Texas: December 1979. Major in accounting, minors in business administration and English.

**WRITING:**

"Are They Really Independent Contractors?"
    CPA Views, November, 1990

"What If I Don't File My Income Tax Return?"
    CPA Views, March, 1991

Weekly column entitled "Tax Tips" for the *Carter County Courier*, a local weekly newspaper.

February 15, 1995    Filing Long Form Can Be Beneficial
March 1, 1995        Pension Plans
March 8, 1995        Flat Tax Not Any More Simple
March 15, 1995       Mutual Funds Affect Taxes
March 22, 1995       Mutual Funds Can Change Taxes
March 30, 1995       Buying Time to Pay Your Taxes
April 5, 1995        Deducting Home Office Expenses
April 12, 1995       Making a Move?  Deduct Expenses
April 19, 1995       Contract With America to Have Impact on Your Tax Picture
April 26, 1995       How to File Amended Tax Return
May 3, 1995          Renting House Has Financial Implications
May 17, 1995         Disaster Has Tax Impact
May 24, 1995         Earn $30,000 and Pay No Taxes
June 7, 1995         Examining Myths about Social Security
June 14, 1995        Myths Held About Social Security
June 28, 1995        Legislators Respond to SS Changes
July 5, 1995         Scholarships Can Raise Tax Issues
July 12, 1995        Oklahomans At High Risk of Tax Audit
July 19, 1995        Check Your Withholding
July 26, 1995        Avoiding Owing Taxes Requires Care
August 2, 1995       The Democratic Tax Plan
August 9, 1995       Donating a Used Car to Charity
August 16, 1995      Sales Taxes Benefit Local Economy
August 23, 1995      100% Trust Fund Penalty
August 30, 1995      Deducting Cost of a Home Computer
September 6, 1995    Filing Status During Divorce
September 13, 1995   Deducting Job Hunting Expenses
September 20, 1995   Contract Labor or Employee—Who Pays the Taxes?
September 27, 1995   401(k) Plans:  Withdrawing Your Contributions
October 4, 1995      IRS Institutes New Audit Tool
October 11, 1995     Taxes and Caring For Elderly Relatives
October 18, 1995     Year-End Tax Reform:  Flat Tax Not Likely
October 25, 1995     Electronic Tax Filing:  New for 1996
November 1, 1995     Head of Household:  Favorable Tax Status
November 8, 1995     Early Planning for Estates Saves Problems Later
November 15, 1995    Gifts and Taxes:  Who Pays?
November 22, 1995    A Pause Before Year-End
November 29, 1995    Deductible Home Improvements:  Medical Expenditures
December 6, 1995     Campaign Support:  No Deduction
December 20, 1995    Maximizing Deductions:  Using Section 179
December 27, 1995    Beginning a Basic Estate Plan:  Plan Now
January 3, 1996      Estate Planning:  How to Begin
January 10, 1996     Planning Your Estate:  Locating the Debts

NOV.30.2005     2:30PM     CC     RT&COLBERT

| | |
|---|---|
| January 24, 1996 | Claiming Donations to Charities: Records More Important Than Ever |
| January 31, 1996 | Offers-In-Compromise |
| February 7, 1996 | Tax Refunds: Why Loan the IRS Money For Nothing? |
| February 14, 1996 | Deducting Teacher's Expenses |
| February 21, 1996 | Teachers' Classroom Expenses: Keep the Records |
| February 28, 1996 | Military Duty and Taxes |
| March 13, 1996 | The Tax Return: Understand What You Sign |
| March 20, 1996 | Tax Deadline: What If You Can't Pay |
| March 27, 1996 | Common Errors: Review Your Return Closely |
| April 10, 1996 | Budget Reconciliation: The President's Proposals |
| April 24, 1996 | Retrieving Lost Tax Information From the IRS |
| May 1, 1996 | Travel For Charities: Keep Good Records |
| May 15, 1996 | Taxes and the Internet: Where to Start |
| May 22, 1996 | Social Security Changes for 1996 |
| May 29, 1996 | The IRA: Who is Your Beneficiary? |
| June 5, 1996 | The Viatical Settlement: Receive Your Life Insurance Before You Die |
| June 12, 1996 | IRS Notices: Respond Immediately |
| June 29, 1996 | Artists, Authors and Musicians: Business or Hobby? |

**PERSONAL:**

Home address:
P.O. Box 462
2000 Yorktown Court
Ardmore, Oklahoma 73402
(580) 223-0365
email: djackson@brightok.net

## ADDENDA

INSTRUCTOR:      UNIVERSITY COURSES

Murray State College
    Principles of Accounting                          1989

Southeastern Oklahoma State University
    Advanced Accounting                              1990
    Auditing                                         1991
    Individual Income Taxation                       1990
    Intermediate Accounting                          1991, 1992


DISCUSSION LEADER: CONTINUING PROFESSIONAL EDUCATION

Accounting and Auditing Standards Refresher
    Arkansas Society of CPAs                    1991, 1992

Audits of Small Business: Applying Selected SASs
    Beall & Co, CPAs                                 1991

Audit Risk and Materiality
    Oklahoma Society of CPAs                         1992

Compilation and Review of Financial Statements:
        Practical Case Studies
    Oklahoma Society of CPAs                  1990, 1991, 1992
    Illinois CPA Foundation                          1992
    Beall & Co                                       1992

Compliance Auditing (Formally Compliance with SAS 63)
    Illinois CPA Foundation                     1991(2),1992
    Oklahoma Society of CPAs                         1991

Emerging FASB Issues
    Arkansas Society of CPAs                         1994

How to Audit a Non-Profit Organization
    Arkansas Society of CPAs                         1993

Intermediate Auditing of Federal State,
        and Local Governments
    Texas Society of CPAs                            1993

## DISCUSSION LEADER: CONTINUED

Internal Control:  Auditor's Responsibilities
      Oklahoma Society of CPAs                     1990
      Illinois Society of CPAs                       1991, 1992
      Arkansas Society of CPAs                   1993

Reporting and Disclosure Problems for
      Small Business
      Beall & Co                              1992
      Oklahoma Society of CPAs                   1992, 1993, 1994
      Texas Society of CPAs                     1993

Standards for Compilation and Review
      South Carolina Association of CPAs         1991

Ethics for Accountants
      Oklahoma Society of CPAs                   2001,2002,2003,2005

**ARTICLES PUBLISHED:**

"Are They Really Independent Contractors?"
   CPA Views, November, 1990

"What If I Don't File My Income Tax Return?"
   CPA Views, March, 1991

Weekly column entitled "Tax Tips" for the *Carter County Courier*, a local weekly
newspaper.

| | |
|---|---|
| February 15, 1995 | Filing Long Form Can Be Beneficial |
| March 1, 1995 | Pension Plans |
| March 8, 1995 | Flat Tax Not Any More Simple |
| March 15, 1995 | Mutual Funds Affect Taxes |
| March 22, 1995 | Mutual Funds Can Change Taxes |
| March 30, 1995 | Buying Time to Pay Your Taxes |
| April 5, 1995 | Deducting Home Office Expenses |
| April 12, 1995 | Making a Move?  Deduct Expenses |
| April 19, 1995 | Contract With America to Have Impact on Tax Picture |
| April 26, 1995 | How to File Amended Tax Return |
| May 3, 1995 | Renting House Has Financial Implications |
| May 17, 1995 | Disaster Has Tax Impact |
| May 24, 1995 | Earn $30,000 and Pay No Taxes |
| June 7, 1995 | Examining Myths about Social Security |
| June 14, 1995 | Myths Held About Social Security |
| June 28, 1995 | Legislators Respond to SS Changes |
| July 5, 1995 | Scholarships Can Raise Tax Issues |
| July 12, 1995 | Oklahomans At High Risk of Tax Audit |
| July 19, 1995 | Check Your Withholding |
| July 26, 1995 | Avoiding Owing Taxes Requires Care |
| August 2, 1995 | The Democratic Tax Plan |
| August 9, 1995 | Donating a Used Car to Charity |
| August 16, 1995 | Sales Taxes Benefit Local Economy |
| August 23, 1995 | 100% Trust Fund Penalty |
| August 30, 1995 | Deducting Cost of a Home Computer |
| September 6, 1995 | Filing Status During Divorce |
| September 13, 1995 | Deducting Job Hunting Expenses |
| September 20, 1995 | Contract Labor or Employee-–Who Pays the Taxes? |
| September 27, 1995 | 401(k) Plans:  Withdrawing Your Contributions |
| October 4, 1995 | IRS Institutes New Audit Tool |
| October 11, 1995 | Taxes and Caring For Elderly Relatives |
| October 18, 1995 | Year-End Tax Reform:  Flat Tax Not Likely |
| October 25, 1995 | Electronic Tax Filing:  New for 1996 |
| November 1, 1995 | Head of Household:  Favorable Tax Status |
| November 8, 1995 | Early Planning for Estates Saves Problems Later |
| November 15, 1995 | Gifts and Taxes; Who Pays? |
| November 22, 1995 | A Pause Before Year-End |

| | |
|---|---|
| November 29, 1995 | Deductible Home Improvements: Medical Expenditures |
| December 6, 1995 | Campaign Support: No Deduction |
| December 20, 1995 | Maximizing Deductions: Using Section 179 |
| December 27, 1995 | Estate Planning: How to Begin |
| January 10, 1996 | Planning Your Estate: Locating the Debts |
| January 24, 1996 | Claiming Donations to Charities: Records More Important Than Ever |
| January 31, 1996 | Offers-In-Compromise |
| February 7, 1996 | Tax Refunds: Why Loan the IRS Money For Nothing? |
| February 14, 1996 | Deducting Teacher's Expenses |
| February 21, 1996 | Teachers' Classroom Expenses: Keep the Records |
| February 28, 1996 | Military Duty and Taxes |
| March 13, 1996 | The Tax Return: Understand What You Sign |
| March 20, 1996 | Tax Deadline: What If You Can't Pay |
| March 27, 1996 | Common Errors: Review Your Return Closely |
| April 10, 1996 | Budget Reconciliation: The President's Proposals |
| April 24, 1996 | Retrieving Lost Tax Information From the IRS |
| May 1, 1996 | Travel For Charities: Keep Good Records |
| May 15, 1996 | Taxes and the Internet: Where to Start |
| May 22, 1996 | Social Security Changes for 1996 |
| May 29, 1996 | The IRA: Who is Your Beneficiary? |
| June 5, 1996 | The Viatical Settlement: Receive Your Life Insurance Before You Die |
| June 12, 1996 | IRS Notices: Respond Immediately |
| June 26, 1996 | Artists, Authors and Musicians: Business or Hobby? |
| July 10, 1996 | Tax-Exempt Status: What It Means? |
| July 17, 1996 | Newlyweds: Financial Adjustments |
| July 24, 1996 | Summer Tax Update |
| August 7, 1996 | Last Week: More Tax Changes |

## LITIGATION SUPPORT

Petroleum Wholesalers V Ollie Slaughter, 1987
    Attorney:        Harry Bickford
    Issues:           Unreported sales, rental assessments

Butler V Southern Oklahoma Surgical Center, Inc., 1989
    Attorney:        James Clark
    Issues:           Personal injury

Parrott V Muse, 1989
    Attorney:        James Clark
    Issues:           Personal Injury

Armstrong V Watkins, 1990
    Attorney:        James Clark
    Issues:           Wrongful death
                    Deposition

Capshaw V Capshaw, 1990
    Attorney:        Laura Gordon
    Issues:           Marital estate, dance studio
                    Testimony

Gores V Gores, 1991
    Attorney:        Charles Migliorino
    Issues:           Marital estate, professional practice, cattle breeding

Smith V Smith, 1991
    Attorney:        James Clark
    Issues:           Marital estate, painting contractor, oil & gas properties
                    Testimony

Pletcher V Pletcher, 1992
    Attorney:        James Clark
    Issues:           Marital estate, farms, businesses
                    Deposition, Testimony

Rains V Rains, 1994
    Attorney:        James Clark
    Issues:           Marital estate, farms, feed business
                    Testimony

Jackson V Lomping, et al, 1996
    Federal Court
    Attorney:        James Clark, Phil Adams
    Issues:           Personal injury, lost income
                    Deposition

Havens V Golden Peanut, 1996
  Federal Court
  Attorney:              Mark Colbert
  Issues:               Personal injury, lost income
                        Deposition
                        Testimony

Myers V Myers, 1996
  Special appointment by Associate District Judge
  Issues:               Valuation and tax effects concerning pension plan division

Carmack V McCutcheon, 1998
  Attorney:             Philip Feist
  Issue:                Valuation of decedent's estate
                        Deposition
                        Testimony

Charles V Charles, 2000
  Attorney:             Ron Worthen
  Issue:                Business valuation:  Trucking company
                        Testimony

Hockersmith V Hockersmith, 2003
  Attorney              Ron Worthen
  Issue:                Business valuation:  Welding business
                        Testimony

McMurry V McMurry, 2003
  Attorney              Michael Hester
  Issue:                Business valuation: Shipping business
                        Testimony

Leming V Leming, 2003
  Attorney              Michael Hester
  Issue:                Business valuation: Construction business
                        Testimony

Pearce V Pearce, 2004
  Attorney:             Todd Hicks
  Issue                 Pension valuation
                        Report

St Clair V St Clair, 2004
  Attorney:             Ronald Worthen
  Issue:                Business valuation: Oil filed service company
                        Testimony

Walls V Walls, 2004
    Attorney:       David Blankenship
    Issue:          Business valuation: Chiropractic practice
                  Testimony

Batson V Batson, 2005
    Attorney        Ronald Worthen
    Issue:          Pension valuation
                  Testimony

McMillan V McMillan, 2005
    Attorney        David Blankenship
    Issue:          Business valuation:  Payday loan company
                  Testimony

Howell V Dundon, 2005
    Attorney        Cheri Clark
    Issue:          Pension valuation
                  Testimony

NOV.30.2005   2:31PM   CC: ᴿRT&COLBERT                    NO.770   P.23

# CHAMBERS AND JACKSON
## A Professional Corporation
### Certified Public Accountants

PO Box 1171 * 129 C Northwest                                 Voice (580) 223-1877 Fax (580) 223-1860
Ardmore, Oklahoma 73402-1171                                                     www.cpa-ok.com
James A. Chambers III CPA                                            james.c]cpa@sbcglobal.net
Donald L. Jackson CPA                                                don.c]cpa@sbcglobal.net

Mr Mark Colvert
Attorney at Law
Ardmore, OK

    By facsimile:   580-226-1907

Dear Mr. Colvert:

My fees for professional services for litigation support are as follows:

Retainer:       $1,000.00
Hourly rate:    $100.00 per hour

We appreciate the opportunity to be of service.


    For the firm,


    Donald L Jackson CPA

-2-

# CENTER *for* PAIN CONTROL

**C M SCHADE, MD, PhD, PE, PA**
ABA BOARD CERTIFIED IN PAIN MANAGEMENT
FELLOW OF INTERVENTIONAL PAIN PRACTICE

DIPLOMATE
AMERICAN BOARD OF ANESTHESIOLOGY
AMERICAN BOARD OF PAIN MEDICINE

AMERICAN ACADEMY OF PAIN MANAGEMENT

**ROBERT W. BRADLEY, PhD**
CLINICAL PSYCHOLOGIST

**J. H. PINOTTI, DC**
PHYSICAL REHABILITATION, CHRONIC PAIN MANAGEMENT

**ANNIE ABRAHAM, RN, MSN, FNP**
FAMILY NURSE PRACTITIONER

2692 W. Walnut Street, Suite 105 · Garland, Texas 75042 · (972) 494-2676 · Fax (972) 494-5224

***C. M. Schade, M.D., Ph.D., P.E.***
***Curriculum Vitae***
***November 26, 2005***
Page 1

1. *EDUCATION:*

| | |
|---|---|
| B.S. Electrical Engineering and Computer Science | |
| University of California at Berkley | 1968 |
| M.S. Electrical Engineering | |
| Stanford University | 1969 |
| Ph.D. Electrical Engineering | |
| Stanford University | 1971 |
| Ph.D. Computer Science (Minor) | |
| Stanford University | 1971 |
| P.E. Registered Professional Engineer | 1974 |
| M.D. University of Miami School of Medicine, Miami, Florida | 1976 |
| Internship—Internal Medicine | |
| David Grant USAF Medical Center, Travis AFB, California | 1976-1977 |
| Residency—Anesthesiology | |
| Wilford Hall USAF Medical Center, Lackland AFB, Texas | 1977-1979 |
| Diplomate | |
| American Board of Anesthesiology | 1980 |
| American Academy of Pain Management | 1989 |
| American Board of Pain Medicine | 1994 |
| (Formerly: Fellow, American College of Pain Medicine) | |
| Certificate of Added Qualifications in Pain Management | |
| American Board of Anesthesiology | 1994 &2004 |
| Senior Disability Analyst and Diplomate | |
| American Board Disability Analysts | 1996 |
| Fellow of Interventional Pain Practice | 2004 |
| Certified in Controlled Substance Management | 2005 |
| Certified in Coding, Compliance and Practice Management | 2005 |
| American Board of Interventional Pain Physicians-Board Eligible | 2005 |

**C. M. Schade, M.D., Ph.D., P.E.**
*Curriculum Vitae*
*November 26, 2005*
Page 2

2.    *PROFESSIONAL POSITIONS:*

| | |
|---|---|
| Digital Systems Engineer, Berkeley Scientific Laboratories | 1965-1966 |
| Assistant Research Engineer, Hewlett-Packard Laboratories | 1965-1966 |
| Digital Systems Engineering, Hewlett-Packard Company, Microwave Systems Group | 1968-1969 |
| Instructor of Electrical Engineering, Stanford University | 1969-1971 |
| Associate Professor of Electrical Engineering, U. S. Air Force Academy | 1971-1974 |
| United States Air Force, Lieutenant Colonel, MC, FS | 1971-1981 |
| Member, Board of Directors, Rocky Mountain Bioengineering Society | 1971-1986 |
| Professional Engineer, State of Colorado Registration No. 12908 | 1974-present |
| Technical Director of the Intensive Care Laboratory, Wilford Hall USAF Medical Center | 1977-1981 |
| Licensed to practice medicine in the: | |
| State of Texas | 1978-present |
| State of Nevada | 1978-present |
| Schade Anesthesiology Associates (dba) | 1979-1981 |
| Teaching Staff (part time), Wilford Hall USAF Medical Center | 1979-1981 |
| Medical Research Officer, USAF School of Aerospace Medicine | 1979-1981 |
| Anesthesia Consultants (dba) | 1981-1988 |
| Chairman, Emergency Room Committee, Charter Suburban Hospital | 1981-1983 |
| Member, Executive Committee, Charter Suburban Hospital | 1981-1984 |
| Director, Department of Anesthesiology, Charter Suburban Hospital | 1981-1988 |
| Vice Chief of Staff, Charter Suburban Hospital | 1983-1984 |
| Member, Board of Directors, Charter Suburban Hospital | 1983-1984 |
| Medical Director, Department of Physical Therapy, Charter Suburban Hospital | 1986-1988 |
| Medical Director, Advanced Orthopedic Services | 1987-1988 |
| Medical Director, Center for Pain Control | 1991-present |
| Faculty, International Spine Injection Society | 1992-1994 |
| Member, Medical Executive Committee, Garland Community Hospital | 1992-2001 |
| Member, Board of Trustees, Garland Community Hospital | 1993-2000 |
| Chairman, Quality Management Committee, Garland Community Hospital | 1994-1995 |
| Medical Director, Positive Pain Management | 1995-1998 |
| Faculty, Current Concept in Pain Management | 1995-1997 |
| Chief of Staff—Elect, Garland Community Hospital | 1996-1997 |
| Chairman, Board of Directors, Patient Advocates of Texas | 1996-present |
| Chief of Staff, Garland Community Hospital | 1998-1999 |
| President-Elect, Texas Pain Society | 1998-2000 |
| Member TMA House of Delegates | 2000-present |
| President, Texas Pain Society | 2000-2002 |
| Director Emeritus, Texas Pain Society | 2002-present |
| President, Alacrity Management, LLC | 2001-present |
| Member, Board of Directors, Leland Medical Plaza | 2002-present |
| Chairman, Board of Directors, Vista Hospital of Dallas | 2004-present |

**C. M. Schade, M.D., Ph.D., P.E.**
**Curriculum Vitae**
**November 26, 2005**
Page 3

3.     *RECENT PROFESSIONAL MEETINGS AND REVIEW COURSES :*

| | |
|---|---|
| Texas Health Resources Acute & Post op Pain Management | |
|  Dallas, Texas | 2001 |
| University of North Texas – The Impact of Previous Addiction on Opioid Therapy | |
| Forth Worth, Texas | 2001 |
| 18th Annual Pain Symposium - Lubbock, Texas | 2001 |
| University of North Texas Health Science Center – Migraine Headaches | |
|  Fort Worth, Texas | 2001 |
| TMA Summit 2001 – Pain Medicine & Managing Uncertainty | |
|  Dallas, Texas | 2001 |
| Texas Health Resources Acute & Post-Op Pain Management | |
|  Dallas, Texas | 2001 |
| Texas Health Resources 2nd Annual Pain Management Symposium | |
|  Dallas, Texas | 2001 |
| Bio terrorism and Anthrax - Garland, Texas | 2001 |
| Psychopharmacological Advances in the Treatment of Depression and Anxiety | |
|  Dallas, Texas | 2002 |
| 5th Annual Update in Pain Management - Dallas, Texas | 2002 |
| TEXMED02     Pain Management – Dallas, Texas | 2002 |
| The University of Texas Southwestern Medical Center at Dallas | |
|  Myth vs. Truth about Opioid Prescribing | 2002 |
| 19th Annual Pain Symposium – Lubbock, Texas | 2002 |
| ISIS 10th Annual Scientific Meeting - Austin, Texas | 2002 |
| TMA Coping w/ Stress of Malpractice Litigation - Garland, Texas | 2002 |
| TMA Winter Conference, Austin, Texas | 2003 |
| TEXMED 2003 Pain Management, San Antonio, Texas | 2003 |
| Texas Academy of Physicians "Remission Innovation: The Norepinephrine Factor" | |
|  Dallas, Texas | 2003 |
| 22nd Annual Scientific Meeting/Pre-conference Events, American Pain Society | |
|  Chicago, IL | 2003 |
| 20th Annual Pain Symposium-Lubbock, Texas | 2003 |
| Clinical Advancements to improve efficacy for chronic pain, | |
|  Minneapolis, MN | 2003 |
| TMA Coping with Stress of Malpractice Litigation-Garland, Texas | 2003 |
| Optimizing response in treatment experienced HIV infected patients | |
|  Foundation for better health—Dallas, Texas | 2003 |
| Use of Buraprenorphine in the management of opioid dependence, | |
|  Dallas, Texas | 2004 |
| TMA Physician stress/burnout by P.A. Cook, MD | 2004 |
| TMA 2004 Winter Conference, Austin, Texas | 2004 |
| Texas Spine Society's 16 Annual Meeting-Austin, Texas | 2004 |
| TEXMED 2004 Pain Medicine, Austin, Texas | 2004 |
| 21st Annual Pain Symposium Lubbock, Texas | 2004 |
| BioChallenger-Diagnosis & treatment of Biological Exposure | |
|  The Virtual Lecture Hall | 2005 |
| TEXMED 2005 Pain Medicine, Dallas, TX | 2005 |
| ASIPP Competency Certification Review Course in Coding Compliance and Practice Mgmt | 2005 |
|  Washington, DC | |

NNOV.29.2005MO 3:05PM AM C  ERT&COLBERT CONTROL    FAX NO.  · 494 522NO.719    P.12  05

**C. M. Schade, M.D., Ph.D., P.E.**
**Curriculum Vitae**
**November 28, 2005**
Page 4

4.    MEMBERSHIP ON HOSPITAL STAFFS:

| | |
|---|---|
| David Grant USAF Medical Center, Travis AFB, California | 1976-1977 |
| Wilford Hall USAF Medical Center, Lackland AFB, Texas | 1977-1981 |
| Medina Memorial Hospital, Hondo, Texas | 1979-1981 |
| Medical Center Hospital, Conroe, Texas | 1979-1981 |
| Frio Hospital, Pearsall, Texas | 1979-1981 |
| Charter Suburban Hospital, Mesquite, Texas | 1981-1989 |
| Leland Medical Plaza formerly known as Garland Community Hospital, Garland, Texas | 1982-2003 |
| Garland Memorial Hospital, Garland, Texas | 1989-1993 |
| Medical Center at Terrell, Terrell, Texas | 2001-2004 |
| Baylor Medical Center, Garland, Texas | 2001-present |
| Richardson Regional Medical Center, Richardson, Texas | 2003-present |
| Vista Hospital of Dallas, Garland, Texas | 2003-present |

5.    REFERENCES:

Furnished upon request

6.    HONORS AND PROFESSIONAL MEMBERSHIPS:

Graduated with "Highest Honors" at the University of California at Berkeley
Graduated number one in my class of Electrical Engineers at the University of California at Berkeley
Phi Kappa Psi Fraternity
Phi Beta Kappa
Tau Beta Pi (Vice President, 1968)
American Medical Association
Texas Medical Association
Dallas County Medical Society
American Academy of Pain Management
International Spinal Injection Society
Texas Medical Foundation, Lifetime member
American Academy of Pain Medicine
American Pain Society
Texas Pain Society
American Society of Addiction Medicine
American Neuromodulation Society, Inc.
National Forum of Independent Pain Clinicians
Association of Pain Management Anesthesiologists
American Society of Interventional Pain Physicians
American Board of Pain Medicine
Honorary Member, Texas Spine Society
World Institute of Pain
2004 Healthcare Education Hero of the Year Award

7.    FELLOWSHIPS:

| | |
|---|---|
| Air Force Institute of Technology Postdoctoral (36-13) Program, | |
| University of Miami School of Medicine | 1974-76 |
| National Science Foundation Fellow, Stanford University | 1969-71 |
| Tau Beta Pi Fellow, Stanford University | 1968-69 |
| Stanford Fellow, Stanford University | 1968-69 |
| President's Undergraduate Fellow, University of California at Berkeley | 1967-68 |

**C. M. Schade, M.D., Ph.D., P.E.**
**Curriculum Vitae**
**November 26, 2005**
Page 5

8.   PUBLICATIONS:

Super Stim – Treating Chronic Neck Pain, MD News, 2005

Spinal Cord Stimulation – Best Practices – Reducing Common Complications, Medtronic DVD, 2005 & submitted for publication, co-author

Review Article, COADMINISTRATION OF AN OPIOID AGONIST AND ANTAGONIST FOR PAIN CONTROL, 2005 World Institute of Pain, Pain Practice, Volume 5, Issue. 2005 11-17 – co-author

FLUROSCOPIC SAFETY, Worldwide Pain Conference
San Francisco, CA, July 2000

Activa Electrode Screening for Low Back Pain, Worldwide Pain Conference
San Francisco, CA, July 2000

Guidelines for Implantation of a Percutaneous Spinal Cord Stimulator, 1993.

"Women's G Tolerance," Aviation Space Environmental Medicine, 57: 745-53, 1986, co-author.

"Women's + $G_z$ Tolerance," In:  Preprints of the Aerospace Medical Association Annual Scientific Meeting, Washington, D.C., Aerospace Medical Association, 982:24-5, co-author.

"Nitrous Oxide-Oxygen Sedation:  USAF Dental Guideline," Aeromedical Review, USAF School of Aerospace Medicine, Brooks AFB, Texas, November, 1981, co-author.

"Processing of the Leg Volume Data Obtained on the MO92 Skylab Missions," Instrumentation Laboratory Report, Department of Electrical Engineering, United States Air Force Academy, Colorado, 1974, co-author.

"Manuals for Medical Instrumentation," Instrument Society of American Draft Standard, 1973, co-author.

"The Adaptive Control of Therapeutic Procedures," Research Animals in Medicine, National Heart and Lung Institute, DHEW Publication No. (NIH) 72-333, 1973, co-author.

"Optimal Regulation of Physiological Systems via Real Time Adaptive Model Synthesis," (TRNo.6792-2), Stanford Electronics Laboratories, Stanford, California, 1971.

"Introduction to Heuristics of Invention and Discovery," SU-DMS-70-T-14, Stanford University, 1969, co-author.

"ADAC-An Automatic System for Measuring Hall Effect in Semiconductors," Hewlett-Packard Journal, November 1966, co-author.

First Interim Technical Report, "Solid State Image Intensifier Panels," DA-44-009-AMC-1250 (T), U. S. Army, Fort Belvoir, Virginia, 1966, co-author.

NNOV.29.2005MU 3:06PM AM CC ⌐ERT&COLBERT CONTROL        FAX NO. ›    494 522⁴⁰.719    P.14› 07

### C. M. Schade, M.D., Ph.D., P.E.
### Curriculum Vitae
### November 26, 2005
#### Page 6

9.    *PATENTS:*

I filed for a Photon Amplifier patent in 1966, and it was patented December 23, 1969, as #3,486,028. This invention relates to an electronic circuit for amplifying an incident photon signal by taking advantage of the non-linear unidirectional conductivity characteristics of an electroluminescent diode.

In March 1970, Dr. E. E. Loebner and I disclosed an invention relating to a coding for multi-digit number indicating scales for use with time, angular, or linear measuring and/or recording devices.

In October 1993, I filed patent application number 08/453,570 for a surgical x-ray instrument for use in doing cervical discograms.  Patent 5531737 was issued on July 2, 1996 for this instrument, which increases safety to the operating physician as well as the patient.

## ATTACHMENT A

'A list of other cases in which C. M. Schade, MD, PhD has testified as an expert at trial or by deposition within the preceding four (4) years."

| DATE | CASE | TESTIMONY | PLAINTIFF/ DEFENDANT |
|------|------|-----------|----------------------|
| 6/27/2005 | No. 02-12643-A - Martha Marcus, Plaintiff, vs International House of Pancakes, et al, Defendants in the County Court at Law No. 1, Dallas, County, TX | Deposition | Plaintiff |
| 3/11/2005 | No. 2003-48497 - Gail Dentler, Individually and as Legal Representative of Marty Dentler, Deceased and A/N/F of Kate Dentler, Megan Dentler, Minors, Martin Dentler, and Aline Burris vs Orthopedic Hospital, LTD. D/B/A Texas Orthopedic Hospital, Burke T. Bradley, M.D., Gary W. Flores, M.D., and Greater Houston Anesthesiology, P.A. In the District Court of Harris County, Texas, 234th Judicial District. | Deposition | Plaintiff |
| 11/2/2004 | No. 03-08875-H - Roy Dean Horton, Individually as Administrator of the Estate of Claudia Horton, Deceased, and as Next Friend of Kyle Horton, a Minor, and April Horton, a Minor, and James Horton and Elsie Hamilton, Individually, Plaintiffs, vs. Baylor Medical Center at Grapevine, Emcare, Inc., John Harrison Martin, D.O., and Nicole Martin, R.N., Defendants. In the District Court Dallas County, Texas 160th Judicial District. | Deposition | Defendant |
| 10/28/2004 | No. 352-201138-03 - Tommy Ray Eldridge, Plaintiff vs. Waymon E. Lewis, Jr., DPM, and Weatherford Podiatry Clinics, PA, Defendants. In the District Court Tarrant County, Texas, 352nd Judicial District | Deposition | Plaintiff |
| 5/27/2004 | No. 1-03-331 - Phillip L. Schwartz, Plaintiff vs. Central Freight Lines, Inc., and Frank B. Elkins, Defendant. In the 382nd District Court | Deposition | Plaintiff |
| 1/14/2004 | No. 342-192893-02 - Patrick Murphy vs. Weldon Fowler and Gladys Fowler. In the 342nd District Court, Tarrant County, Texas. | Deposition | Plaintiff |
| 4/9/2003 | No. 2001-64096 - Julie Kay Cotton and Roger Cotton vs. Joseph H. Liu, M.D., The Houston Center for Pain Management and Houston Northwest Partners, Ltd. d/b/a Houston Northwest Medical Center. In the 151st Judicial District Court of Harris County, Texas. | Deposition | Plaintiff |
| 3/5/2003 | No. 2001-CI-04347 - Jose M. Jimenez et al vs. Medtronic, Inc. et al. | Deposition | Plaintiff |
| 11/15/2002 | No. 348-180898-99 - Leroy A. Leingang, Plaintiff, vs. Burlington Northern Santa Fe Railway Co., Defendant. In the District court of Tarrant county, Texas, 348th Judicial District | Deposition | Defendant |
| 7/2/2002 | No. 02 CV 458150 - Gary Robertson, Sr., et al vs. The Cleveland Clinic Foundation, et al. Judge Burt W. Griffin, Cuyahoga County Court of Common Pleas. | Deposition | Plaintiff |
| 8/22/2001 | No. 200003504 - Tamara Mortensen, Plaintiff vs. Jeffrey Charnov, M.D., Ali Azimpoor, M.D., Todd Price, M.D., William E. Lupper, M.D., Jerome S. Wilkenfeld, M.D., J.S. Wilkenfeld, M.D. & Associates, Spring Branch Medical Center, Inc., Pain and Health Management Center, P.A., West Houston Surgicare, Inc.; d/b/a West Houston Surgicare and Advanced Neuromodulation Systems, Inc. f/k/a Neuromed, Inc. and/or Quest Medical and Atrium Corp., Defendants. In the District Court of Harris County, Texas, 165th Judicial District | Deposition | Defendant |