Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska  99701
Phone:  (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARYL MEADOWS ) | |
| ) | |
| Plaintiff, ) | Case No. A05-0032 CIV |
| ) | |
| vs. ) | |
| ) | |
| SCHLUMBERGER TECHNOLOGY ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |
| _____) | |
| _____) | |

PARTIES JOINT STATEMENT OF UNCONTESTED FACTS

On October 16, 2003, Nabors Alaska Drilling, a large and experienced drilling contractor, was operating one of its drilling rigs on Alaska's North Slope in an oilfield owned by BP Exploration Alaska, Inc. (BPXA).  Defendant Schlumberger is a large and experienced oilfield services subcontractor that was subcontracted to perform work on this particular Nabors rig.  At approximately 1830 hours on October 16, 2003, a Schlumberger crew (being assisted by two Nabors crew members, including plaintiff Meadows) was attempting to dislodge a wireline ram out of a blow

Meadows v. Schlumberger
page 1

out prevention device (BOP) when the ram suddenly ejected under pressure, and contacted Mr. Meadows' right thigh.  At the time of this ejection, the BOP was connected to a live well "tree" at the rig floor level, and the bleed valve on the BOP was closed.

DATED this 22nf day of August, 2006, at Fairbanks, Alaska.

THE LAW OFFICE OF ROBERT A. SPARKS

/s/ Robert A. Sparks
Robert A. Sparks
Attorney for Plaintiff
1552 Noble Street
Fairbanks, Alaska 99701
(907) 451-0875
Fax: (907) 451-9385
E-mail: sparkslawoffice@yahoo.com
Membership No.: 8611139

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August, 2006,  a copy of forgoing was served by E-Mail on:

Shannon W. Martin
Grace Hollis

Brewster H. Jamieson
Lane Powell LLC

and by regular mail to:
Mark Colbert, Esq

By: /s/ Robert A. Sparks

Meadows v. Schlumberger
page 2