Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska  99701
Phone:  (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARYL MEADOWS ) | |
| ) | |
| Plaintiff, ) | Case No. A05-0032 CIV |
| ) | |
| vs. ) | |
| ) | |
| SCHLUMBERGER TECHNOLOGY ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |

PARTIES' JOINT STATEMENT OF ISSUES

Plaintiff Meadows claims that he was harmed because of the negligence of Defendant Schlumberger, and wants compensation for such harm.

Defendant Schlumberger claims that if Plaintiff Meadows suffered any harm, then such harm, in whole in part, resulted from the negligence of Nabors Alaska Drilling, Inc.; and, though Nabors is not a named party in this lawsuit, fault may be allocated to Nabors pursuant to AS 09.17.080, and pursuant to this Court's Order dated October 3, 2005.

Meadows v. Schlumberger
page 1

Therefore, the issues are:

1. Whether Schlumberger or Nabors or both were negligent, and if so, the percentage of fault attributable to each (must total 100%);

2. Whether such negligence was a legal cause of the plaintiff's harm.

3. Whether the plaintiff was actually harmed; and

4. What are the plaintiff's damages, if any?

DATED this 22nd day of August, 2006, at Fairbanks, Alaska.

THE LAW OFFICE OF ROBERT A. SPARKS

/s/ Robert A. Sparks
Robert A. Sparks
Attorney for Plaintiff
1552 Noble Street
Fairbanks, Alaska 99701
(907) 451-0875
Fax: (907) 451-9385
E-mail: sparkslawoffice@yahoo.com
Membership No.: 8611139

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August, 2006, a copy of forgoing was served by E-Mail on:

Shannon W. Martin
Grace Hollis

Brewster H. Jamieson
Lane Powell LLC

and by regular mail to:
Mark Colbert, Esq

By: /s/ Robert A. Sparks

Meadows v. Schlumberger
page 2