Brewster H. Jamieson, ASBA No. 8411122
Shannon W. Martin, ASBA No. 0105028
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:   907-277-9511
Facsimile:    907-276-2631
Email:          martins@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY COPORATION, a foreign corporation,<br><br>　　　　　　　　　　　Defendant. | Case No. 3:05-cv-00032-TMB<br><br>**JOINT MOTION TO THE COURT TO ALLOW PARTIES TO AMEND EXHIBITS ON FILE WITH THE COURT** |

　　　　COMES NOW, the parties, by and through counsel, and hereby moves this Court to allow them to amend the exhibits on file with the Court.

　　　　The basis for this motion is that the parties mutually misunderstood the clerk's instructions at the exhibit review hearing on August 18, 2006, and thus, inadvertently marked certain exhibits "ADM" which should have been marked "ID." The parties have since amended their respective exhibit lists, and will be filing same this week. Instead of filing entirely new and amended exhibit binders, the parties have decided that it would be more efficient and cost effective to seek an appointment with the clerk to review and amend the exhibit binders on file with the Court to make the same correspond with the parties' amended exhibit lists. This way the parties will only be replacing the first pages of any amended exhibits to reflect the appropriate marking, "ID" or "ADM", as the case may be.

For the reasons stated above, the parties respectfully request an appointment with the clerk to make the exhibit binders on file with the Court correspond to the parties' amended exhibit lists (to be filed this week).

DATED this 24th day of August, 2006.   LANE POWELL LLC
Attorneys for Defendant

By  s/ Brewster H. Jamieson
Brewster H. Jamieson, ASBA No. 8411122
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile:  907-276-2631
Email:  jamiesonb@lanepowell.com

I certify that on August 24, 2006, a copy of the foregoing was served by HAND and Exhibit List by E-Mail on:

Robert A. Sparks  sparkslawoffice@yahoo.com

and by mail on:
Mark Colbert, Esq.

 s/Brewster H. Jamieson
115223.0018/156273.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Joint Motion to Amend Exhibits on File With Court**
*Daryl Meadows v. Schlumberger* **(Case No. 3:05-cv-00032-TMB)**                                                                 Page 2 of 2