Brewster H. Jamieson, ASBA No. 8411122
Shannon W. Martin, ASBA No. 0105028
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
Email:       martins@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

|  |  |
|---|---|
| DARYL MEADOWS,<br><br>                              Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY<br>COPORATION, a foreign corporation,<br><br>                              Defendant. | Case No. 3:05-cv-00032-TMB<br><br><br>**PROPOSED ORDER** |

THIS COURT, having considered the Joint Motion To Allow Parties To Amend Exhibits On File With The Court, as well as the applicable law;

IT IS HEREBY ORDERED that the motion is GRANTED as follows:

1.    The parties shall meet with the clerk to correct their exhibits on _____ at _____ o'clock __.m. in room _____ at the Federal Courthouse.

DATED this ____ day of _____, 2006.

_____
The Honorable James K. Singleton, Jr.
United States District Court Judge

I certify that on August 24, 2006, a copy
of the foregoing was served by HAND
and Exhibit List by E-Mail on:

Robert A. Sparks  sparkslawoffice@yahoo.com

and by mail on:
Mark Colbert, Esq.

 s/Brewster H. Jamieson