Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska  99701
Phone:  (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARYL MEADOWS ) | |
| ) | |
|     Plaintiff, ) | Case No. A05-0032 CIV |
| ) | |
|   vs. ) | |
| ) | |
| SCHLUMBERGER TECHNOLOGY ) | |
| CORPORATION ) | |
| ) | |
|     Defendant. ) | |
| _____) | |

ERRATA TO PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBITS

    Plaintiff Daryl Meadows, by and through his counsel, hereby submits this errata to Plaintiff's Objections to Defendant's Exhibits:

Exhibit V: Same objections as to Mr. Williams deposition testimony and additionally object that expert reports constitute hearsay under the FRE 801 and are cumulative of the expert's testimony.

Exhibit AS, AT: Same objections as to Dr. Pitzer's testimony and additionally object that expert reports constitute hearsay under

Objection to Defendant's Exhibits
Meadows v. Schlumberger
page 1

the FRE 801 and are cumulative of the expert's testimony. The Certificate of service for the document should have stated that it was served on August 25, 2006. Counsel for Plaintiff regrets these errors and apologizes for any inconvenience this errata may cause to the Court and opposing counsel.

DATED this 27th day of August, 2006, at Fairbanks, Alaska.

THE LAW OFFICE OF ROBERT A. SPARKS

/s/ Robert A. Sparks
Robert A. Sparks
Attorney for Plaintiff
1552 Noble Street
Fairbanks, Alaska 99701
(907) 451-0875
Fax: (907) 451-9385
E-mail: sparkslawoffice@yahoo.com
Membership No.: 8611139

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of August, 2006, a copy of forgoing was served by E-Mail on:

Shannon W. Martin

Brewster Jamison
Lane Powell LLC

and by regular mail to:
Mark Colbert, Esq

By: /s/ Robert A. Sparks

---

Objection to Defendant's Exhibits
Meadows v. Schlumberger
page 2