```
 1          IN THE UNITED STATES DISTRICT COURT
 2       FOR THE DISTRICT OF ALASKA AT ANCHORAGE
 3
   DARYL MEADOWS,                          )
 4                                         )
            Plaintiff,                     )
 5                                         )
   vs.                                     )
 6                                         )
   SCHLUMBERGER TECHNOLOGY                 )
 7 CORPORATION, a foreign                  )
   corporation,                            )
 8                                         )
            Defendant.                     )
 9 _____)
   Case No. A05-0032 CV (JKS)
10
11
12       VIDEOTAPED DEPOSITION OF DARYL MEADOWS
13                  August 11, 2005
                      10:00 a.m.
14
15                     Taken at
         The Law Offices of Lane Powell LLC
16   301 West Northern Lights Boulevard, Suite 301
                  Anchorage, Alaska
17
18
19
20
21 Reported by:  Leslie J. Knisley
                 Shorthand Reporter
22
23
24                                       EXHIBIT  A
25                                       PAGE  1  OF  2
```

Page 46

1  Q  Okay. Tingling and increased pain to
2  light touch on the lateral aspect of the right
3  knee, which is increased with walking and/or any
4  activity, right?
5  A  Yes.
6  Q  Speaking of activities, do you stay
7  active currently?
8  A  No.
9  Q  And did you before the accident?
10  A  Extremely active.
11  Q  Doing?
12  A  Worked on motorcycles, riding
13  motorcycles, played golf every once in a while,
14  played a little softball, doing repair work on
15  home or friend's or family's homes, such nature.
16  Just, I was pretty much always on the go.
17  Q  Since the accident none of those
18  things?
19  A  No.
20  Q  So what does a -- what does a routine
21  days look like for you these days?
22  A  I get up. I'll do as many leg
23  exercises from what they've taught me in
24  physical therapy as I can. And I'll go to the
25  backyard and sit under a shade tree and throw a

Page 47

1  ball with the dog, and go back in the house for
2  a while, and go out to my mother-in-law,
3  father-in-law's, visit with them for a minute.
4  In the evenings I'll do some exercises again to
5  what I can do, and that's --
6  Q  Are you currently being treated by any
7  physical therapists or doctors?
8  A  Currently?
9  Q  Yes.
10  A  Dr. Noe, the neurologist, yes.
11  Q  How often have you seen him?
12  A  I haven't seen him -- I'd have to
13  look -- but I have an appointment scheduled with
14  him the 22nd of this month.
15  Q  When's the last time you saw him?
16  A  I'd have to look. I can't remember
17  what the date was on that.
18  Q  A month ago? Two months? Three
19  months?
20  A  Three to four months I'd say.
21  Q  During that time, have you received
22  any rehabilitation or physical therapy?
23  A  No. Just continuing the physical
24  therapy exercises that I do at home.
25  Q  When did you stop receiving

Page 48

1  out-sourced physical therapy of any kind?
2  A  Last physical therapy I had was back
3  in -- right after I had the appointment with
4  Dr. Hines.
5  Q  Okay. Jan, '04?
6  A  Yeah, that was the actual, I guess,
7  in -- medical-advised physical therapy.
8  Q  Then you underwent the needle in the
9  back?
10  A  Yes.
11  Q  And the arthroscopic in November, '04?
12  A  Yes, and they gave me some additional
13  exercises after I did the -- got the knee
14  scoped, and I incorporated them with the
15  physical therapy exercise.
16  Q  Okay. So all of the -- all of the
17  prescribed therapy has been at-home therapy?
18  A  The prescribed was the physical
19  therapy in with Dr. Hines. And then Dr. Noe
20  asked of what activities and things that I do,
21  and I explained to him the physical therapy
22  exercises that I do at home.
23  Q  Right. Right.
24  A  And he told me just continue with
25  those until I get into their four-week program.

Page 49

1  Q  And you have not gotten into that
2  program?
3  A  And I have not been able to get into
4  that.
5  Q  Okay. So, just so I'm clear on this.
6  Hines prescribed some physical therapy.
7  A  Right.
8  Q  The last time you received that
9  physical therapy was about January of '04?
10  Physical therapy of an out-sourced type of --
11  A  Yes, I believe that's when it was, was
12  in January.
13  Q  All right. You then see
14  Dr. Montgomery for a second opinion.
15  A  Right.
16  Q  And Dr. Montgomery recommends an MRI.
17  A  Uh-huh.
18  Q  You undergo an MRI.
19  A  Right.
20  Q  He reads it. Dr. Noe recommends the
21  needle in the back?
22  A  Well, that's -- Dr. Montgomery
23  recommended me to Dr. Noe.
24  Q  To see Dr. Noe.
25  A  For the neurological problem.

13 (Pages 46 to 49)

Northern Lights Realtime & Reporting, Inc.
(907) 337-2221

EXHIBIT  A
PAGE  2  OF  2

d98fe808-9d7b-4ba8-a9a3-7d5b363f3154