

**Rehabilitation Services Associates, Inc.**
3501 N. Rockwell    Bethany, Oklahoma  73008    (405) 842-9531
Fax    (405) 603-6036

*Margaret Kelsay, MEd, LPC, CRC - Director*

# VOCATIONAL ASSESSMENT

# DARYL GLEN MEADOWS

# January 12, 2006

**Prepared for:**

Mark H. Colbert
Attorney At Law

Colbert Law Firm
200 Stanley/P.O. Box 2169
Ardmore, OK  73402

**Prepared by:**

Margaret Kelsay, LPC, CRC
Rehabilitation Counselor

EXHIBIT ___D___
PAGE __1__ OF __7__

# VOCATIONAL ASSESSMENT

## DARYL GLEN MEADOWS

### January 12, 2006

This counselor was contacted 12/2/05 by Mark H. Colbert, Attorney at Law, who requested that we meet with his client Daryl Glen Meadows for the purposes of a vocational assessment. Information was received in our office on 12/5/05 and a file was opened at that time. Mr. Meadows was contacted by phone and agreed to come in promptly and did come to our office on 12/9/05. He arrived for his interview unaccompanied having driven from Roff, Oklahoma. He participated fully in the interview and in vocational testing.

In the preparation of this report, this counselor has considered our interview with Mr. Meadows, his vocational testing, and medical information provided to this office by his attorney Mark Colbert. Specific vocational and occupational research was also conducted.

**SOCIAL/FINANCIAL HISTORY:**

Daryl Meadows was born 1/23/70 and was 35 years old at the date of our interview with him. He is 6'4" and weighs 195 pounds. He states that he has both lost and gained since his injury but his current weight remains far lower than his preinjury weight. Mr. Meadows is married. His wife Marion is 34 years old. The Meadows have been married 11 years. Ms. Meadows works as a Customer Support Director for Liberty Benefits. The Meadows have no children and no others dependent upon them for support. They have lived in Roff, Oklahoma, a community south of Ada, Oklahoma for the last 11 years. They own their home and are established in the community.

**EDUCATIONAL HISTORY:**

Mr. Meadows obtained his GED in 1989 and completed 1 year of college at Murray State College in Tishomingo, Oklahoma. The only additional training he has completed was a 3-day screening program in blueprints and shop math. He has no military service to report.

**GENERAL INTERESTS:**

Pre-injury, Mr. Meadows' hobbies included riding motorcycles, working on motorcycles, doing woodworking and carpentry, and playing golf and softball. Currently, he is able to do very little in any of these hobby activities. Mr. Meadows stated his best subjects in school were Science and Mathematics and his worst were English and History. He states that he has knowledge of using a wide variety of hand and power tools, welding equipment, and cutting equipment.

**WORK HISTORY:**

Mr. Meadows is not working now and has not worked since his injury of 10/16/04. At the time of this injury, he was working for Nabors Alaska Drilling Company and worked in Prudhoe Bay, Alaska. His job title was Floor Hand. He stated that he worked from October 2001 until his final separation with the company January 2004. This was several months after his injury but was the time when his inability to return to work was medically determined.

EXHIBIT D
PAGE 2 OF 7

Mr. Meadows states that he made somewhat more than $22.00 an hour in his employment. He stated that he worked 12 to 14 hour days and worked 14 days on and 14 days off. During his 14 days off, he would return to his home in Roff, Oklahoma from Alaska. He stated that his travel cost was not covered by his employer. He traveled by airplane. He states that he averaged about $4,000.00 a month in this employment.

Prior to his employment with Nabors, Mr. Meadows worked at Phoenix Construction, Inc. of Ardmore, Oklahoma as a Construction Worker and Construction Supervisor. He worked there 6 years until October 2001 when he left this employment for the better job with Nabors Alaska Drilling. He stated that in this job he oversaw all daily progress. He managed to maintain schedules on construction sites. He scheduled materials delivery. He did materials ordering and payroll. He was also a working supervisor doing elements of concrete work, framing, plumbing, and electrical work. He stated that he built commercial structures such as a chapel, a retirement home, and an MRI suite among other things. His job included inspecting all phases of the work activity. In this job, he averaged between $650.00 and $675.00 per week.

Prior to his employment with Phoenix, he worked other construction jobs, did concrete work, heavy equipment operation, and blueprint layout.

The work activity of a Construction Worker performed by Mr. Meadows was a semiskilled work activity and the physical demands of this job were described by the Department of Labor's Dictionary of Occupational Titles as Heavy; requiring the exertion of a force of 50 pounds occasionally to 25 to 50 pounds frequently. This job also requires frequent climbing, stooping, kneeling, crouching, reaching, handling, fingering. It requires occasional balancing, talking and hearing.

The work activity of Supervisor is highly skilled work and in of its itself is Medium, that is, if the Supervisor were only doing supervisory activities as opposed to being a working supervisor, the physical demands required would be the exertion force of 20 to 50 pounds occasionally, 10 to 25 pounds frequently or up to 10 pounds constantly. In this job, the other physical demands are frequent reaching, handling, fingering, talking, and hearing and occasional climbing, balance and stooping, medium crouching and feeling.

The job of Floor Worker, Well Service, is described in the Dictionary of Occupational Titles as semiskilled work with physical demands in the Heavy level, exerting force of 50 to 100 pounds occasionally with 25 to 50 pounds frequently. This job has the additional physical demand requirements of frequent stooping, frequent reaching, frequent handling.

The work activities that come under the DOT title Rotary Driller Helper which included some of the activities that Mr. Meadows was required to do is characterized as semiskilled work with physical requirements of Heavy, exerting force of 50 to 100 pounds occasionally or 25 to 50 pounds frequently, with the frequent requirement to reach and handle and the occasional (up to 1/3 of the work day) requirement to climb, balance, stoop, kneel, crouch, finger or feel.

**MEDICAL/DISABILITY RELATED INFORMATION:**

Mr. Meadows was injured 10/16/04 while in the employment of Nabors Alaska Drilling working as a Floor Hand. He states that he was hit in the leg by a blowout valve. Medical records reviewed indicate that Mr. Meadows was struck in the right thigh with approximately 140

pounds cylinder after an explosion with an estimated force of approximately 2,400 pounds while working on an oil rig. The medicals this counselor has most recently reviewed indicate that Mr. Meadows has not reached maximum medical improvement and chronic pain management is expected to continue. Additionally, he is being treated specifically for RSD or Chronic Regional Pain Syndrome. He has had one arthroscopy to his knee. Currently, he is being treated for pain with medication and continues to be evaluated for treatment for RSD. At the writing of this report, he was on Neurontin one time per day and Tramodol every 4 to 6 hours. He advises that even his clothes touching his leg is painful and he was observed to walk with a cane. When asked if this was required, he stated that he was not able to walk without the cane and that the cane was recommended by Dr. Noe.

## VOCATIONAL TESTING:

Mr. Meadows was provided the WRAT-3, a test of academic achievement. On this instrument, his reading-word recognition scores were at 109, the 73rd percentile, a grade equivalency of post high school. His spelling scores were in the average range, 45th percentile with a standard score of 98 and within the high school range. His arithmetic was also in the average range at the 32nd percentile, a high school level.

Mr. Meadows also completed the Shipley Institute of Living Scale, a vocabulary and abstraction test that results in a WAIS IQ equivalency. On this instrument, Mr. Meadows scored at the 70th percentile with a WAIS IQ equivalency of 114 and the WAIS-R equivalency of a 104. Significance of vocational testing is that Mr. Meadows has above average reading ability and average to above average intellectual capacity. He has the ability to benefit from training.

## VOCATIONAL CONSIDERATIONS:

In order to determine Mr. Meadows' vocational options, we have looked at return to work options in a sequential manner.

### Prior Work

Mr. Meadows' prior work as an Oil Field Worker has been Heavy. He is currently restricted to Sedentary work and if this does not change dramatically will have no reasonable access to his prior work.

### Other Work With the Same Employer

The nature of oil field work does not afford Mr. Meadows the opportunity to work at the Sedentary level in this field for the same or any other employer.

### The Ability to Access Work Based on Transferable Skills

Mr. Meadows, from his construction supervising work background has some transferable skills that would afford him some access to employment as a Payroll Clerk or Order Clerk; since his access based on transferable skills is so limited it is not seen as a viable option for him.

## Unskilled Work

Mr. Meadows as a younger individual has the ability to access unskilled work. Because he is limited to Sedentary work, I would advise the reader of the report that the Sedentary unskilled work base is approximately 2.5% of all the jobs that exist in the economy. While Mr. Meadows would be a competitive applicant for these jobs, they are found very infrequently in the economy and are, of course, are at the lower end of the pay skills, minimum wage and slightly above.

## The Ability to Access Employment Through Retraining

The vocational testing shows that Mr. Meadows is a bright young man and certainly would have the ability to benefit from training. Training would enhance his work life and greatly increase his vocational options. He showed a high potential for, engineering and related, mechanical and electrical, and management activities. He certainly could build, in part, upon his prior transferable skills in mechanical, electrical, construction, and management activities. Building on his existing skills and enhancing those skills to work that could be done in a Sedentary manner would be this counselor's best recommendation for return to work. We had discussed this with Mr. Meadows and he agreed. He stated that he had already been thinking and talking with his wife about advanced education in some engineering field. At the conclusion of our interviewing follow up conference, he agreed to do some further research on his own.

Mr. Meadows did research his vocational preferences and advised he was most interested in training which would allow him to work in the Petroleum Engineering field.

Sedentary jobs which could be accessed with a degree in Petroleum Engineering include; Superintendent of Well Services, Chief Engineer, District Supervisor of Well Services.

This vocational choice is appropriate given Mr. Meadows transferable skills base, his tested interests, and his academic abilities and intellect. However, it is likely to be very challenging given his years out of school and his reported and documented level of pain. Weekend driving home and returning to school is usually described by RSD patients as very difficult due to pain. I have, therefore, looked at other options.

I have researched the nearest facility for a degree in Petroleum Engineering, The University of Oklahoma. Due to pain issues, I assume the 125 our program would take approximately 6 years to complete rather that the usual 4 years.

I. **University of Oklahoma, Norman** – 160 miles round trip to Roff

   Bachelor of Science in Petroleum Engineering

   | | |
   |---|---|
   | Tuition: | $ 20,256.50 |
   | Books: | $ 4,200.00 |
   | Misc. Fees: | $ 709.75 |
   | Mileage (If commuting daily-1,160 days x 160 miles x .445 cents/mile) | $ 82,592.00 |
   | If Mr. Meadows gets an apartment in Norman and makes 1 weekly trip home on weekends during the school months (232 weeks), the mileage would be – approx. 232 trips | $ 16,518.40 |

EXHIBIT  D
PAGE  5  OF  7


| | |
|---|---|
| Apartment Option: $465.00/month for furnished apartment x approx. 72 months (6 years) | $33,480.00 |
| **TOTAL COST OF OU** (with Apartment Option and Weekly Travel to Roff, OK) | **$ 75,164.65** |
| **TOTAL COST OF OU** (with Daily Commute Still Living in Roff) | **$ 107,758.25** |

*Costs are all estimations based on current tuition and fees

Other options would include a more general degree in a facility closer to home.

II. **East Central University**, Ada – 32 miles round trip to Roff

They offer programs in Accounting, Art, Biology, Business Administration, Chemistry, Criminal Justice, Education, History, Human Services, Communications, Math, Music, and Speech, and Social Work.

| | |
|---|---|
| Tuition: | $12,573.60 |
| Books: | $ 5,000.00 |
| Misc. Fees: | $ 992.20 |
| Mileage: for approx 1,160 days of classes over 6 years (12 Fall and Spring semesters and 5 possible Summer semesters); (1,160 days x 32 miles x .445 cents/mile = $16,518.40) | $16,518.40 |
| **TOTAL COST:** | **$35,084.20** |

*Costs are all estimations based on current tuition and fees

**Southeastern Oklahoma State University**, Durant – 160 miles round trip

Bachelor of Science Degree in Graphic Design and Visual Media

| | |
|---|---|
| Tuition: | $ 9,070.60 |
| Books: | $ 4,200.00 |
| Misc. Fees: | $ 5,494.80 |
| Mileage: If commuting daily - (1,160 days x 160 miles x .445 cents/mile) | $ 82,592.00 |
| **TOTAL COST:** | **$ 101,357.40** |

*Costs are all estimations based on current tuition and fees

The easiest return to work would be through retraining at the vo-tech level.

III. **Pontotoc Technology Center**, Ada – 32 miles round trip

Computer Information Services Technology program – 1 year, full-time, quarterly start dates, no summer.

| | |
|---|---|
| Tuition/Books/Fees/Certification Tests: | $ 3,728.00 |
| Mileage: If commuting daily; (160 days, x 32 miles, x .445 cents/mile) | $ 2,278.40 |
| **TOTAL COST:** | **$ 6,006.40** |

*Costs are all estimations based on current tuition and fees

EXHIBIT _D_
PAGE _6_ OF _7_

Wage loss should be considered total from the time of injury to the completion of training plus an additional 6 months for job placement.

An economist may address the various wage loss scenarios recalling Mr. Meadows earned $4,000.00 per month.

Wage research was conducted for various job titles from the above training programs. The Occupational Outlook Handbook was utilized:

- Petroleum Engineer - $76,294.00-$88,504.00/year- $42.55/hour median wage, no starting salary reported - (OU)
- Graphic Designer - $23,220 per year lower 10%/starting, $29,360-$50,840/year median – (SE OU)
- Computer Operator – Median earnings $29,650.00 in 2004 – (vo-tech)

I. I declare under penalty of perjury that I have examined this report and all statements contained herein and to the best of my knowledge believe they are true, correct and complete.

Respectfully submitted,

*Margaret Kelsay*

Margaret Kelsay, LPC, CRC
Rehabilitation Counselor

MK/

cc: