Shannon W. Martin, ASBA 0105028
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: martins@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS,<br><br>        Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY COPORATION, a foreign corporation,<br><br>        Defendant. | Case No. A05-0032 CV (JKS)<br><br>**DEFENDANT'S FIFTH SUPPLEMENTAL DISCLOSURES** |

Defendants, by and through counsel, make the following supplemental disclosures pursuant to Civil Rule 26(e).

    **B.**  **Documents, Data Compilations and Tangible Things**: Defendant provides the attached supplemental disclosures:

    1.  DEF 316-324: September 20, 2005, Hub Enterprises Surveillance Report.

    2.  DEF 01263-1291: Winston Services reports dated: September 22, 2005, October 31, 2005, November 22, 2005, November 30, 2005, and January 3, 2006.

    3.  Four (4) surveillance discs from Winston Services.

    4.  September 2, 2005, Rehabilitation Associate's Self-Evaluation Questionnaire (DEF 1292-1297).

    DATED this 3rd day of February, 2006.

| | |
|---|---|
| I certify that on February 3rd, 2006, a copy of the foregoing was served by express mail on:<br><br>Robert A. Sparks, 1552 Noble Street, Fairbanks, Alaska 99701-6225<br>Mark H. Colbert, 200 Stanley Street SW, Ardmore, Oklahoma 73401<br><br>_/s/ Jennifer A. Heck_<br>Jennifer A. Heck<br>115223.0018/153442.1 | LANE POWELL LLC<br>Attorneys for Defendant<br><br><br>By _/s/ Shannon W. Martin_<br>  Shannon W. Martin, ASBA 0105028 |

EXHIBIT J
PAGE 1 OF 1