*Daryl Meadows v. Schlumberger Technology Corporation*

**Schlumberger's Opposition to Plaintiff's
Motion in Limine for Exclusion of Witnesses and Evidence at Docket No. 70**

**EXHIBITS TABLE OF CONTENTS**

| Description | Exhibit |
|---|---|
| Deposition Transcript of Daryl Meadows (excerpt), dated August 11, 2005 | A |
| Sheri Hall Treatment Records | B |
| Sheri Hall Deposition Excerpts | C |
| Dolese Bros. Employment Records | D |
| Medical Arts Clinic Records | E |
| Dr. Schade's Expert Report | F |
| Article "An Updated Interdisciplinary Clinical Pathway for CRPS: Report of an Expert Panel | G |
| Colbert Letter dated October 18, 2005 | H |
| Letter dated January 23, 2006 | I |
| Schade Discovery Deposition Excerpts | J |
| Schade Perpetuation Deposition Excerpts | K |
| Haynes Deposition Excerpts | L |