Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2       FOR THE DISTRICT OF ALASKA AT ANCHORAGE
 3
     DARYL MEADOWS,                    )
 4                                     )
               Plaintiff,              )
 5                                     )
     vs.                               )
 6                                     )
     SCHLUMBERGER TECHNOLOGY           )
 7   CORPORATION, a foreign            )
     corporation,                      )
 8                                     )
               Defendant.              )
 9   _____)
     Case No. A05-0032 CV (JKS)
10
11
12       VIDEOTAPED DEPOSITION OF DARYL MEADOWS
13                  August 11, 2005
                      10:00 a.m.
14
15                    Taken at
          The Law Offices of Lane Powell LLC
16    301 West Northern Lights Boulevard, Suite 301
                   Anchorage, Alaska
17
18
19
20
21   Reported by:  Leslie J. Knisley
                   Shorthand Reporter
22
23
24
25
```

Page 34

1  Q  Under no circumstances do you believe
2  that you could perform that job?
3  A  There would have to be specific
4  details, you know, stating that, you know, I had
5  limitations to it.
6  Q  Okay. So not only can you not work
7  for Nabors, your testimony is that you could
8  not -- you could not work for Fenix if offered a
9  job today?
10  A  Not fairly, no.
11  Q  What do you mean "not fairly"?
12  A  I would not be able to do all of the
13  details of a -- of a job site superintendent.
14  Q  Have you contacted Mr. Owen and asked
15  him if you could go to work for him again?
16  A  No, I have not.
17  Q  And do you have any reason why you
18  would not want to do that?
19  A  Because I'm still under doctor's care,
20  and until we finish the process of the treatment
21  with the doctor, I honestly haven't thought
22  about that, until I go through all of my
23  treatment.
24  Q  Has any doctor told you that you would
25  be unable to perform all of those administrative

Page 35

1  items that I just discussed with you?
2  A  Administrative items?
3  Q  Yeah.
4  A  No. The physical aspects, yes.
5  Q  So has any doctor looked at the job
6  description that you filled out for Fenix and
7  said, Mr. Meadows, given your condition, you
8  can't do that job?
9  A  No.
10  Q  Has any doctor told you that you can't
11  do the job that you were doing for Nabors?
12  A  Yes.
13  Q  What doctor?
14  A  Dr. -- Dr. Montgomery and Noe.
15  Q  Noe?
16  A  Yes. N-o-e.
17  Q  I saw his name in here.
18  A  He's the neurologist.
19  Q  Okay. What about Dr. Hines? What did
20  he have to say?
21  A  He was the first doctor I saw about
22  the injury --
23  Q  Uh-huh.
24  A  -- right after it happened. And upon
25  his -- what do you call it -- I can't even think

Page 36

1  of the word.
2  Q  His review?
3  A  His review of the injury --
4  Q  Uh-huh.
5  A  -- he considered it just a deep
6  contusion and that it would -- shouldn't have
7  any pain or any issues whatsoever. And he sent
8  me through physical therapy and released me to
9  go back to work. And upon so, that's when I
10  noticed the increased pain, the increased
11  burning. So I contacted another -- I contacted
12  another doctor for a second opinion, and that's
13  when they realized that I had RSD.
14  Q  Okay. Which is this condition where
15  you experience pain in your leg?
16  A  I experience pain, burning, the
17  hypersensitivity. I experience bruising,
18  swelling, rapid temperature change.
19  Q  Okay. RSD.
20  A  Yeah. It's reflex sympathetic
21  dystrophy syndrome.
22  Q  RSD, right?
23  A  Yeah.
24  Q  Okay. So according to Hines,
25  Dr. Hines, in January of '04 you had no

Page 37

1  permanent partial medical impairment?
2  A  Right.
3  Q  He released you to work for Nabors.
4  A  Yes.
5  Q  And that was without any restrictions?
6  A  Right.
7  Q  You got a second opinion?
8  A  Yes.
9  Q  Dr. Hines opined that he believed that
10  you could return to regular duty, but you were
11  in need of strengthening of the right lower
12  extremity, right?
13  A  Yes.
14  Q  Okay. And did you undergo or attempt
15  to engage in any sort of treatment to strengthen
16  your right lower extremity?
17  A  Yes, that was the physical therapy.
18  Q  Okay. And then the next doctor that
19  you saw for a second opinion was who?
20  A  I went to Dr. Montgomery, which is the
21  orthopedic doctor.
22  Q  Right. He took an MRI, right?
23  A  Yes.
24  Q  The MRI was negative, correct?
25  A  It showed to have scar tissue and

Page 38

1  fluid on my knee, yes.
2      Q   Okay. According to Dr. Montgomery's
3  note from February of '04, the patient is in for
4  follow-up borderline increasing joint fluid.
5  Normal MRI reviewed by me.
6           So, according to Dr. Montgomery's
7  notes, the MRI was normal?
8      A   Right. It just showed the excessive
9  fluid and scar tissue.
10     Q   Okay. Recommended for pain
11 management, and then he says, I think his pain
12 is neurological at this time.
13          Do you know what he means by
14 that?
15     A   No. That's when -- that's when he
16 was -- basically discussed with me what RSD was
17 and that it was a possibility that I had that.
18     Q   Okay. The pain -- I want to focus on
19 your symptoms. Okay?
20     A   Uh-huh.
21     Q   And your symptoms are -- you've
22 described them. But they're localized would you
23 say between your hip and your foot, basically,
24 of your right leg?
25     A   Yes.

Page 39

1      Q   Okay. So that it's not -- it's not
2  anywhere above that area in your stomach, in
3  your back; is that correct?
4      A   That's correct.
5      Q   The -- those symptoms, then, in your
6  right leg, had you ever experienced before
7  October 16th, '03 --
8      A   No.
9      Q   -- symptoms similar in any degree to
10 that which you began experiencing after that
11 date?
12     A   No.
13     Q   Had you ever injured your right leg in
14 any form, any capacity before October 16th, '03?
15     A   I have pulled a muscle playing
16 softball and things of that nature, but
17 it's -- kind of like a mild cramp. It's no pain
18 that extends.
19     Q   Right. So just sports-related muscle
20 pulls?
21     A   Yeah. Like a little cramp, a little
22 pull. Nothing.
23     Q   Ever any -- any fractures to your
24 right leg?
25     A   No.

Page 40

1      Q   Ever involved in -- I know your -- I
2  know that you responded in your discovery to the
3  question that I just asked you.
4      A   Yeah.
5      Q   Describe in detail every bodily injury
6  sustained for which you have sought medical care
7  during your lifetime, including in your answer a
8  description of the nature of each injury, the
9  date or dates of its occurrence and the extent
10 of recovery that was experienced as of the date
11 of the accident.
12          You indicated: Fractured left
13 wrist, football injury, 1986, brace for three
14 months, treated at Held --
15     A   Hilton.
16     Q   -- Hilton Hospital emergency room.
17     A   Uh-huh.
18     Q   In Oklahoma?
19     A   Yes.
20     Q   Fractured right wrist, again, football
21 injury, '87, another brace, treated at Mercy
22 Memorial.
23     A   Yes.
24     Q   And right forearm, cut on sheet metal
25 on race car fender.

Page 41

1      A   Yes.
2      Q   Twelve stitches, '92. How did that
3  accident happen?
4      A   The cut?
5      Q   Yeah, the race car injury.
6      A   My brother drove a dirt car, circle
7  track dirt car, and I was changing the tire out
8  on it and the bodies are just sheet aluminum.
9  And whenever I was pulling the tire off, it came
10 off at an odd angle and I just bumped my forearm
11 on that fender and it just cut it.
12     Q   Have you ever been involved in any
13 motor vehicle accident?
14     A   No.
15     Q   Never been --
16     A   I've been in, you know, just little
17 minor bumps, but no -- no big collisions or
18 anything, no.
19     Q   Never been involved in any accident
20 where you were ejected from any vehicle?
21     A   Oh, no.
22     Q   And have you ever had any fractures
23 anywhere on your body?
24     A   No, just the -- just the wrists.
25     Q   Okay. I just -- I want to show you a

11 (Pages 38 to 41)

Page 42

1  doctor's report.
2  A  Uh-huh.
3  Q  It's -- it looks like it's a physical
4  therapist from -- it's an initial evaluation in
5  January of '04, and it's Bates stamped
6  Plaintiff's 21 and 22. And at the bottom of the
7  History section, there's a sentence there that I
8  wanted you to read and just tell me if -- tell
9  me what that's about.
10      See the History section towards
11 the top?
12 A  History, yes.
13 Q  It's the last sentence. Would you
14 read that out loud?
15 A  "Patient's past medical history is
16 positive for motor vehicle accident as teenager
17 including ejection from a vehicle and multiple
18 fractures." No.
19 Q  That's not true?
20 A  That's not true. My brother was
21 killed in a motor vehicle accident, but, no,
22 that's not true for me.
23 Q  Was he ejected from a vehicle?
24 A  No. He was inside -- he was half in
25 and out.

Page 43

1  Q  All right. Did you tell her about
2  your brother's accident?
3  A  Yes. She was -- one of the physical
4  therapists there was a good friend of mine --
5  Q  Okay.
6  A  -- and we were discussing that, and
7  that would be the only thing I could think of.
8  Q  All right. So that sentence there, if
9  anything, refers to an accident your brother
10 would have been involved in?
11 A  Yes.
12 Q  But not you?
13 A  Not me, no.
14 Q  And Ms. Hall would corroborate that?
15 She would agree with that?
16 A  Yes.
17 Q  Okay. And did you also undergo an
18 MRI -- or I'm sorry -- MRI -- an IME?
19 A  Yes.
20 Q  Which is an independent medical exam?
21 A  Medical evaluation. Yeah. Yeah.
22 Yes, I did.
23 Q  And this was Frazier?
24 A  Dr. Frazier, yes.
25 Q  I think I have a portion of that

Page 44

1  report. I'm not sure that I have all of it.
2  But let's see. Maybe I do. It's just out of
3  order, I think. So Dr. Frazier described, and
4  this is June of '04 -- this is at the request of
5  the workers' comp carrier; is that correct?
6  A  Yes.
7      MR. MARTIN: Can you pick me up
8  okay?
9      THE VIDEOGRAPHER: Pardon.
10     MR. MARTIN: Can you pick me up
11 okay?
12     THE VIDEOGRAPHER: Yes, sir.
13 Q  (BY MR. MARTIN) The treatment you
14 were receiving was -- consists of medication,
15 including Neurontin?
16 A  Neurontin.
17 Q  Is that a -- what is that?
18 A  It's a -- I guess you'd call it a
19 nerve pill. It was for the pain of my leg,
20 yeah.
21 Q  Lidoderm patches?
22 A  Lidoderm, yes.
23 Q  What is that?
24 A  It's a -- about a four-by-four
25 adhesive patch that has -- I'm uncertain of what

Page 45

1  type of medication it is. It's for the
2  localized burning and things to help decrease
3  it.
4  Q  Okay. Physical therapy and scheduled
5  nerve block. The scheduled nerve block, is that
6  the needle in the back?
7  A  Yes.
8  Q  Okay. Past medical history, negative;
9  in other words, along the line of that which we
10 just discussed, you don't have any prior medical
11 issues with your -- with your right leg?
12 A  Correct.
13 Q  No prior injuries, for example, of the
14 nature that's reflected in that report from
15 Ms. Hall?
16 A  Correct.
17 Q  And this -- the current symptoms seem
18 to be consistent with that which you told me.
19 He does admit to having constant bruising on the
20 lateral side of his right knee. He denies any
21 direct trauma.
22     Does that statement mean that
23 you -- are these spontaneous bruises that just
24 appear? Is that what that means?
25 A  Yes.

12 (Pages 42 to 45)