**Ardmore Physical Therapy**
*Committed to Excellence in Patient Care*

Sheri Hall, P.T./Director
Lori Deere, P.T.
Carol Enkoji, P.T.
Amber McCullers, P.T.

## INITIAL EVALUATION

| | | | |
|---|---|---|---|
| PATIENT: | Meadows, Daryl | DATE: | 1/15/04 |
| DIAGNOSIS: | Right quadriceps contusion | EMPLOYER: | Nabors Alaska Drilling |
| PHYSICIAN: | Robert Hines, M.D. | DOI: | 1/23/70 |

HISTORY: The patient is a 33 year old male who reports being involved in a minor explosion at work. He states that he was leaning over holding onto a cylinder which weighed about 140 lbs and it blew apart. He states that the force was strong enough to blow him back 6 to 8 feet and with the air pressure blowing him back first it basically saved him from losing limbs since it was estimated that the total force was about 4200 lbs. Since that time he has had constant symptoms in his right thigh and also reports consistent knee symptoms, pain and popping. He states that his knee is especially problematic early in the day or with prolonged walking activities. He is able to rest most of the time at night, but does wake up occasionally with the knee bothering him. He is currently taking anti-inflammatories and he reports that he has had multiple x-rays, but no MRI of the knee. Patient's past medical history is positive for motor vehicle accident as a teenager including ejection from a vehicle and multiple fractures.

EVALUATION AND TREATMENT:

Posture: Forward head, increased thoracic kyphosis, decreased height of the right shoulder girdle, lateral shifting of the trunk to the left. Decreased height of the right iliac crest both anteriorly and posteriorly and the appearance of decreased gluteal muscles on the right. Patient stands with primary weight bearing on the left lower extremity, right knee slightly flexed.

Gait: Patient able to demonstrate fairly normal gait pattern on level surface and demonstrate both heel and toe walking. Trendelenburg is negative.

| Hip ROM: | Right | Left |
|---|---|---|
| Flexion | 90° | 145° |
| Internal rotation | 10° | 20° |
| External rotation | 45° | 50° |
| Extension | 0° | 15° |

| Knee ROM: | Right | Left |
|---|---|---|
| Flexion | 105° | 130° |
| Extension | 0° | -5° |

| Ankle ROM: | Right | Left |
|---|---|---|
| | WNL | WNL |

Circumferential measurements:

| | Right | Left |
|---|---|---|
| Mid patella | 40.0 cm | 39.6 cm |
| Down 5 cm | 36.8 cm | 36.5 cm |
| Down 10 cm | 35.8 cm | 35.6 cm |
| Up 5 cm | 39.0 cm | 39.2 cm |
| Up 10 cm | 43.6 cm | 43.8 cm |
| Up 15 cm | 48.0 cm | 48.0 cm |

EXHIBIT B
PAGE 1 OF 4

PAGE 2
PATIENT: Meadows, Daryl
DATE: 1/15/04

    **Flexibility:** Poor hamstring flexibility with -65° right and -50° left of active knee extension from the 90/90 supine position for hip and knee flexion. Extremely tight quadriceps with prone knee bending at 90° or less. Ober's test is positive on the right for ITB tightness. Thomas test for hip flexors not performed this date, but will perform at the next appointment.

    **Muscle strength:** Generalized weakness at the right hip and knee with gluteus maximus 3+/5, gluteus medius 4-/5, quadriceps 3+/5, hamstrings 4/5. Ankle is WNL.

    **Palpation:** Increase tone at the intersection of the middle and distal 1/3 of the quadriceps. Just superior to this there is an indention which patient reports may be muscle separation.

    **Treatment:** As of the appointment this date initiated treatment with pulsed ultrasound, soft tissue mobilization, instruction in flexibility exercises and ROM exercises. Reviewed self care activities for the hip and knee.

**ASSESSMENT:** Tightness and weakness, limited ROM present at both the hip and the knee. Minimal edema at the knee with circumferential measurements, however acutely tender at the lateral joint line, iliotibial band and lateral capsule.

**GOALS**
    **Short term goals:** Improve hip and knee ROM, decreased edema, edema inflammation, improve muscle flexibility.
    **Long term goals:** Improve strength and function of the right lower extremity necessary to perform work activities and home activities.

**PLAN:** Continue physical therapy 3 times a week for 4 weeks with progression as tolerated.

*Thank you for the referral.*

                                                                 Sheri Hall, P.T.
                                                                 OK Lic # 833

SH:jk

## Lower Body Questionnaire

Name... Daryl Meadows .................................. Sex: M/F    Date. 1./14./04
Date of Birth... 1./23./70 ........ Age. 33 ......................
Referred to Physical Therapy by.. Dr. Hines ............... Return to physician. 1./22/04
Occupation... Oil field ................. Duties/Chores. Heavy lifting, pushing, pulling...
Off work because of current episode? Yes/No  Since 12./29./03
Any restrictions?... n.o. .......................... cert. to work up to past 2 weeks.
Describe *current* symptoms...... Burning in right thigh and knee when walking.......
Present since 10./14./03 ............................... Improving/ Unchanging/ Worse
Condition as a result of:.. incident at work, minor explosion ...... OR No apparent cause
Describe *initial* symptoms: ... Burning in thigh and knee ......................
*Constant* symptoms: Back/ Thigh/ Leg/Other............................
*Occasional* symptoms: Back/Thigh/Leg/ Other.. knee ......................
Describe............................................
Previous Similar Episodes? Yes/ No   How often?... constant ...... Date of 1st episode? 10/16/03

| Please rate your *major* area of pain on a scale of 0 to 10 by circling the number of your pain, that corresponds to the appropriate word descriptors at the *present* time. |
| --- |
| No Pain  Weak Pain  Moderate  Strong  Very Strong  Very, Very Strong  Emergency/Hospitalization |
| 0          1-2         3-4       5        6-7          8-9                10 |
| What is the worst your pain has been in the past week? .9../10  /best?.5../10 |

What *worsens* symptoms?    bending    walking    sitting    turning neck/trunk    lying    rising
     A.M./ as the day progresses/ P.M.           when still/ on the move
     Other..........................................................

What *improves* symptoms?    bending    walking    sitting    turning neck/ trunk    lying    rising
     A.M./ as the day progresses  P.M.           when still/ on the move
     Other..........................................................

Disturbed sleep? Yes  No.......................... Pillows:..........................
Sleeping postures: stomach  back  side ( R )  (L)    Surface: firm  soft  sag  waterbed
Cough  sneeze  deep breath: Painful  Not Painful    Walking: normal  abnormal
Bowel Problems or Changes? Yes  No                 Bladder Problems or Changes? Yes  No
X-rays  MRI  CT Scan? Yes  No
*Current* Medications... None  Anti-Inflammatories  Muscle Relaxers  Steroids  Blood
Pressure  Other ..................................................................
Recent or Major surgeries?(list dates and types).... N/A ..........................
List any other hospitalizations and dates..... N/A ..............................
Previous Treatments:   Physical Therapy............  Chiropractic care....... Heat Ice..........
Medication............. Injections................. Surgeries........... Other.................
Did they help?... No .............................
Are you currently under the care of any other health care provider? No

Ø MRI knee

EXHIBIT    B

General Health  Good/ Fair/ Poor
Do you smoke? Yes/ No  If so, how much? *1/2/day*..Drink alcohol? Yes/No  If so, how much....
Have you ever had any chemical dependencies? (i.e., alcoholism) Yes/No

Have you <u>ever</u> OR do you currently have any of the following?   If so, please CIRCLE.

| | |
|---|---|
| (Concussion) | Eating Disorders |
| Periods of Unconsciousness | Unexplained Weight Loss or Gain |
| Head Injury | Ulcers |
| Facial Trauma | Diabetes |
| (Headaches) | Cancer |
| (Broken Bones) | Seizures |
| Rib/Chest Problems | Heart Problems |
| Back Problems | Stroke |
| Hip Problems | Dizziness |
| (Knee Problems) | High Blood Pressure |
| Ankle/Foot Problems | Low Blood Pressure |
| Other Joint Problems | Thyroid Problems |
| Arthritis (*rheumatoid or osteoarthritis*) | Circulation Problems |
| Multiple Sclerosis | Kidney Disease |
| Anemia | Tuberculosis |
| Joint Replacements or Implants | Hepatitis |
| Paralysis | Other Communicable Disease |
| (Allergies) or Skin Sensitivity | Depression |
| Asthma | Nervousness |
| Shortness of Breath | (Moving Vehicle Accidents) |
| Emphysema/ Bronchitis | Other............................... |

Is there *anything* else we need to know about your health?
Please describe.................................................................................................

Please shade all areas of discomfort caused by your current condition.



EXHIBIT  B
PAGE  4  OF  4