```
IN THE UNITED STATES DISTRICT COURT
  FOR THE DISTRICT OF ALASKA AT ANCHORAGE


DARYL MEADOWS,              )
                            )      COPY
         Plaintiff,         )
                            )
-vs-                        )  No. A05-0032 CV (JKS)
                            )
SCHLUMBERGER TECHNOLOGY     )
CORPORATION,                )
a foreign corporation,      )
                            )
         Defendant.         )


      VIDEOTAPED TELEPHONE DEPOSITION OF SHERRI HALL
          TAKEN ON BEHALF OF THE DEFENDANT
                 IN ARDMORE, OKLAHOMA
                 ON NOVEMBER 8, 2005




          REPORTED BY:  TRENA K. BLOYE, CSR
```



# REPORTING & VIDEO, INC.

ROBINSON RENAISSANCE  
119 N. Robinson, Suite 650  
Oklahoma City, Oklahoma 73102  
405-235-4106

MID-CONTINENT TOWER  
401 South Boston, Suite 310  
Tulsa, Oklahoma 74103  
918-599-0507

depo@drreporting.com

EXHIBIT   C  
PAGE   1   OF   3

1   happened to jot down, contemporaneous notes you
2   happened to jot down while interviewing Mr. Meadows.
3   Correct?
4       A   Correct.
5       Q   And this is information he personally told
6   you in the treating room?
7       A   Correct.
8       Q   So, the source of that information is
9   Daryl Meadows.  Correct?
10      A   Correct.
11      Q   Now, referring to the January 15th, '04,
12  initial evaluation, I note that the last sentence of
13  the first paragraph under History seems to refer to
14  those -- seems to refer to the moving vehicle
15  accidents; is that right?
16      A   Correct.
17      Q   And it says, "Patients' past medical
18  history is positive for motor vehicle accident as a
19  teen-ager, including ejection from a vehicle and
20  multiple fractures."  Again, the source of that
21  information is Daryl Meadows.  Correct?
22      A   Correct.
23      Q   All right.  Did Mr. Meadows tell you or do
24  you have any recollection of where he was treated
25  for those injuries that he told you about?

EXHIBIT   C
PAGE  2  OF  3

```
 1   only question is that which -- you have already
 2   answered my question.  So, um...
 3              Now, is it possible that Mr. Meadows told
 4   you that his brother had been involved in a motor
 5   vehicle accident, but you just simply misunderstood
 6   him to mean that he had been involved in this motor
 7   vehicle accident?
 8        A    No.
 9              MR. MARTIN:  Okay.  All right.  That
10   is the extent of my questions for you, Ms. Hall.  I
11   really appreciate your time.
12              THE WITNESS:  Okay.
13              MR. MARTIN:  Do you have any more
14   questions, Mark?
15              MR. COLBERT:  Yes, I do have some
16   questions.
17                    CROSS-EXAMINATION
18   BY MR. COLBERT:
19        Q    Ms. Hall, would you explain to the jury
20   what history you took from Mr. Meadows on the date
21   of your initial evaluation briefly, please?
22        A    Are you asking me to read?
23        Q    Yeah, from the initial evaluation.
24        A    Okay.  "The patient is a 33-year-old male
25   who reports being involved in a minor explosion at
```

EXHIBIT C
PAGE 3 OF 3