☐ DOT Physical
☐ Non-DOT Plant
☐ Office Physical

## DOLESE BROS. CO.

Applicant's Name: Daryl G. Meadows   Date: 10 June 97   Plant: Davis Quarry

Home Address: P.O. Box 279, Roff, OK 74865   Date of Birth: 23 January 1970

Occupation: _____

Soc. Sec. No: 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

### QUESTIONS TO BE ANSWERED BY APPLICANT

1. Have you now, or have you had, tuberculosis, syphilis, kidney trouble, diabetes, a rupture, epilepsy, heart trouble, varicose veins, varicocele, rheumatism, pneumonia, asthma, or any other serious sickness, injury or defect? **No**

   If so, what and when?

2. What injuries have you had? **Broken wrist, arm and leg.**

   Did you draw compensation? **No**

   Have you ever had a case before the Industrial Commission? **No**

3. What operations have you had, when, and how long ill? **None**

4. Have you been under the care of a doctor in the last five years? **No**

I HAVE READ THE FOREGOING AND THE ANSWERS ARE TRUE.

_Applicant's Signature_

### MEDICAL REPORT

Height: 6'2½"   Weight: 158   Age: 27

General Appearance:

Vision: R 20/1  L 20/13   With glasses: R 20/  L 20/
Color Vision: (Safe) / Unsafe for driving   Hearing: R 20/  L 20/
Heart: _____   Teeth: none   Pyorrhea: none
Lungs: Clear   Arteries: none
Abdomen: soft   Blood Pressure: Syst. 110  Diast. 80  Pulse 68
Varicocele: none   Skin: clean
Varicose Veins: none   Hydrocele: none   Hemorrhoids: none
Deformities: none   Nervous Sumps: _____
                   Scars: none
Vertebral Column: Flexion-Torsion: none   Urine: Albumin. neg   Sugar. neg
                                     Abnormalities: none
Inguinal Region: Ing. Rings: Normal R L / Enlarged R___ L___   Hernia R___ L___
Femoral: none   Direct ___   Indirect ___

Lumbar spine x-ray — normal

Do you recommend the above examined applicant for employment in the position designated above? **Yes**

Report Approved:

_William E. Taylor_   _W.S. Southern_
Supervisor's Signature   Doctor's Signature

M.A.C. 92 1 14th Ardmore, OK
Doctor's Address

EXHIBIT D

DEF 01102

Meadows v. Schlumberger