| | | |
|---|---|---|
| Name | Daryl Meadows | Date 10-19-01 |
| Age | Birth Date 1-23-70 | Responsible Party |
| Occupation | | Address Street |
| Address | | City and State |
| City and State | | Occupation |
| Phone 756-7892 | | |

| | |
|---|---|
| 10/19/01 | 31 y/o ♂ PMH: ⊖  PSH: ⊖  MEDS: ASA prn  All: PCN  Tobacco: ⊕ |
| 171 | 1) Bronchial pneumonia  Centrum performance  1ppd x15 |
| 112/68 | 6 yrs ago.  EtOH: 2 drinks/mo. |
| 57 | |
| 97⁶ | 2) Tobacco. |
| ↑ Bilirubin | |
| | 3) ↑ Bili = |
| | ⊘ IVDA ⊘ Hepatitis. |
| | ⊘ Fasting ⊘ Blood transfusion |
| | 4) Bad circ in feet & hands. |
| | feet cold / sweaty |
| | hands cold. |

Family history diagram: Kidney removed. Anemia. HTN. MVA. Pt.

DARYL MEADOWS
DOB: 1-23-70
10/19/01

This is a 31-year old white male with no significant past medical history that presents with two complaints:
1. Elevated bilirubin on screening physical exam. Patient reports first time blood has been checked and that he has had an elevation in his bilirubin without any history of Hepatitis, I.V. drug use, tattoos, sexually transmitted diseases or blood transfusions. Patient reports that he was fasting.
2. Poor circulation. Patient reports hands and feet are chronically cold, oftentimes sweaty. He reports that he was as cold in 68 degree humid weather as he was in Alaska at 8 degrees with dry climate.
3. Tobacco use. Patient interested in DC. Positive one pack per day x 15 years.

REVIEW OF SYSTEMS:
CONSTITUTIONAL: Negative.
SKIN: Negative
CARDIOVASCULAR: Negative
PULMONARY: Negative
ENDOCRINE: Negative
GASTROINTESTINAL: Negative
GENITOURINARY: Negative
MUSCULOSKELETAL: Negative
PSYCHIATRIC: Negative.
HEENT: Negative

PAST MEDICAL HISTORY:
Patient reports bronchial pneumonia six years ago.

PAST SURGICAL HISTORY:
None.

DEF 01031
Meadows v. Schlumberger

EXHIBIT E
PAGE 1 OF 1