# CENTER for PAIN CONTROL

**C. M. SCHADE, MD, PhD, PE, PA**
ABA BOARD CERTIFIED IN PAIN MANAGEMENT
FELLOW OF INTERVENTIONAL PAIN PRACTICE
DIPLOMATE:
AMERICAN BOARD OF ANESTHESIOLOGY
AMERICAN BOARD OF PAIN MEDICINE
AMERICAN ACADEMY OF PAIN MANAGEMENT

**ROBERT W. BRADLEY, PhD**
CLINICAL PSYCHOLOGIST

**J. H. PINOTTI, DC**
PHYSICAL REHABILITATION, CHRONIC PAIN MANAGEMENT

**ANNIE ABRAHAM, RN, MSN, FNP**
FAMILY NURSE PRACTITIONER

2692 W. Walnut Street, Suite 105 · Garland, Texas 75042 · (972) 494-2676 · Fax (972) 494-5224

November 26, 2005

Mark H. Colbert
Colbert Law Firm
P O 2169
Ardmore, OK 73402

Re: Daryl Meadows vs. Schlumberger Technology Corporation
    US District Court for Alaska
    Case No.: A05-0032 CV (JKS)

Re: Medical Expert Opinion

I am currently licensed as a medical physician in the state of Texas, and have been since 1978. My areas of specialization/interest include the fields of anesthesiology and pain management. Currently, I have a full time private practice and I am the Chief Medical Officer for the Center for Pain Control. I am board certified by the American Board of Anesthesiology in anesthesiology and pain management. I am the former Chief of Staff at Garland Community Hospital, the Past President of the Texas Pain Society, and the Texas Pain Society delegate to the Texas Medical Association.

Throughout my career, I have attended to and managed the care of a wide variety of acute and chronic pain patients pre-operatively, inter-operatively, and post-operatively. In this regard, I have performed, and taught and lectured to health care providers, including, physicians, nurse anesthetists, physician assistants, and nurses on many types of chronic pain syndromes including the diagnosis and treatment of complex regional pain syndrome (CRPS). I specialize in the treatment of CRPS and I have taken care of hundreds of patients with CRPS in my medical practice. I practice medicine full time and have many patients at the present time with the diagnosis of CRPS.

Details of my professional background and qualifications are set fourth in the enclosed *curriculum vitae*, which is fully incorporated herein, for all points and purposes.

EXHIBIT F
PAGE 1 OF 5

001000

Re: Medical Expert Opinion – C.M. Schade, MD, PhD
Page 2

Further, I have knowledge of and understand the following legal definitions:

"PROXIMATE CAUSE," means that cause, which in a natural and continuous sequence, produces an event, and without which cause such event would not have occurred; and in order to be a proximate cause, the act or mission complained of must be such that a physician using ordinary care would have seen that the event, or some similar event, might reasonably result therefrom. There may be more than one proximate cause or event.

I have reviewed all of the following records and documentation concerning Daryl Meadows in this case:

1. Medical summary.
2. BP Medical record of injury.
3. Oklahoma Sports Science and Orthopedics, Robert F. Hines, MD medical records.
4. Ardmore physical therapy notes.
5. Orthopedic Specialist, James Montgomery, MD medical records.
6. Wal-Mart Pharmacy drug information sheets.
7. Right knee MRI report 02/16/2004.
8. Carl Noe, MD medical records.
9. Metro Crest Orthopedics, M. Lewis Fraizier, Jr, MD billing records.
10. 06/29/2004 – Independent Medical Evaluation report done by M. Lewis Fraizier, Jr, MD.
11. 02/18/2005 – Independent Medical Evaluation report done by M. Lewis Fraizier, Jr, MD.
12. Functional Capacity Evaluation summary report dated 09/13/2005.
13. 09/13/2005 – Independent Medical Evaluation report done by Neil L. Pitzer, MD
14. An updated interdisciplinary clinical pathway for CRPS: Report of An Expert Panel by Michael D. Stanton-Hicks, MD, et al. (Ref #4)
15. Mechanism-Based Treatment for Complex Regional Pain Syndrome: Back to Basics by Craig T. Hartrick, MD. (Ref #5)
16. Complex Regional Pain Syndrome (CRPS): Survey of Current Practices by Allen W. Burton, MD, et al. (Ref #6)

"STATEMENT OF MEDICAL NECESSITY

Daryl has, within reasonable medical probability, more likely than not, a classic case of Complex Regional Pain Syndrome in his right lower extremity. If the MRI, CT, bone scan, and EMG of his right thigh are negative for the existence of conditions that would otherwise account for the degree of pain and dysfunction then Daryl has Complex Regional Pain Syndrome in his right lower extremity with a HIGH degree of medical probability. I recommend implementing treatment in accordance with the World Institute of Pain Updated Interdisciplinary Clinical Pathway for CRPS (reference #4: an Updated Interdisciplinary Clinical Pathway for CRPS; Report of an Expert Panel, Michael D. Stanton-Hicks, et al, Pain Practice Volume 2 #1 2002). There are 3 domains in treatment and they are rehabilitation, pain management, and psychological treatment. He meets all of the following criteria for CRPS Type I as established by the International Association for the study of pain diagnostic criteria and they are:

001001

EXHIBIT F

Medical Expert Opinion – C.M. Schade, MD, PhD
Page 3

1. 'The presence of initiating noxious event.
2. Continuing pain, allodynia, or hyperalgesia with which the pain is disproportionate to any inciting event.
3. Evidence of some type of edema, changes in skin blood flow, or abnormal sudomotor activity in the region of the pain.
4. Diagnosis is excluded by the existence of conditions that would otherwise account for the degree of pain and dysfunction'.

Daryl has examination findings of temperature and color changes, edema, hyperpathia, allodynia, and sudomotor changes."

Based on my knowledge, training, skills, experience, professional expertise, all the above-described records, documentation, and materials that I have reviewed in this case, in reasonable medical probability, I have formed the following opinions and conclusions in this matter concerning the causation of injury to the plaintiff:

## CAUSATION AND INJURIES

Based on all of the above and foregoing, and reasonable medical probabilities, it is my professional opinion based on my experience, training, and examination of Daryl Meadows that the explosion of the valve that occurred on October 16, 2003 were the PROXIMATE CAUSE of:

1. Complex Regional Pain Syndrome (CRPS), (Type 1) / Reflex Sympathetic Dystrophy (RSD) of the right lower extremity.
2. Chronic Intractable Pain secondary to crush injury right leg.
3. Anxiety secondary to chronic intractable pain.
4. Depression secondary to chronic intractable pain.
5. Myalgia and myositis, unspecified, status post crush injury right leg.

The following additional facts make the foregoing events and opinions on causation of Daryl Meadows' injuries even more probable to the point of high medical probability:

- Daryl Meadows was **NOT** experiencing any signs or symptoms of Complex Regional Pain Syndrome (Reflex Sympathetic Dystrophy) prior to the on the job injury on October 16, 2003. It is well documented in the medical literature that CRPS does occur after a crush injury, and/or strain or sprain injury like the ones Daryl Meadows sustained on October 16, 2003 (Ref #4).
- Daryl Meadows' pain secondary to his Complex Regional Pain Syndrome was significantly reduced after sympathetic blockade on September 9, 2004. This is highly clinically significant because anesthetic blockade of the sympathetic nerves **ONLY RELIEVES PAIN MEDIATED THROUGH THE SYMPATHETIC NERVES**. It is clearly documented in the medical literature that the pain of CRPS is mediated through the sympathetic nerves. Thus, this is objective documentation of the mechanism of his pain pathways and the diagnosis of CRPS. The sympathetic block is done with local anesthetic that lasts a few hours, therefore, it is very common for the pain to return after the anesthetic block has worn off, which is what happened to Daryl Meadows.

001002

EXHIBIT F
PAGE 3 OF 5

NOV.29.2005 10:18PM PM COLBERT&COLBERT CONTROL FAX NO.918/494/2006 P.05
Case 3:05-cv-00032-TMB   Document 85-8   Filed 03/24/2006   Page 4 of 5

Re: Medical Expert Opinion – C.M. Schade, MD, PhD
Page 4

- The weight of the medical evidence supports the diagnosis of Complex Regional Pain Syndrome (Reflex Sympathetic Dystrophy) as documented by the following physicians: Carl E. Noe, MD, M. Lewis Fraizier, Jr, MD, and C. M. Schade, MD, PhD.
- Neil L. Pitzer, MD's impression and discussion does NOT rule out the existence of Complex Regional Pain Syndrome (Reflex Sympathetic Dystrophy). Dr. Pitzer merely states "doubt the patient has Reflex Sympathetic Dystrophy or Complex Regional Pain Syndrome." He refers to the possible existence of some very unlikely medical conditions such as "heterotopic ossification (HO)," "myositis ossificans" or a possible femoral neuropathy. He has no objective evidence and cites no medical literature to support the existence of these conditions but rather suggests additional testing to rule them out. In fact, "heterotopic ossification" and "myositis ossificans" are so rare that they are not included in Kelly's (3254 page) Textbook of Internal Medicine. "Clinical Details: Following trauma, HO often begins as a painful palpable mass that gradually becomes nontender and smaller but firmer to palpation" (Ref #7). Neil L. Pitzer, MD does NOT refer to any literature or references for his reasons to doubt that Daryl Meadows has Complex Regional Pain Syndrome (Reflex Sympathetic Dystrophy), but my medical opinion IS supported by the medical literature and allows for an objective evaluation of Daryl's medical condition.

## ESTIMATED FUTURE MEDICAL COSTS

1. Pain management physician office visits:
   3-years to life. (estimate $1,500.00 per year x 3 years = $4,500.00, or at age 70 = $52,500.00).
2. Pharmacotherapy,
   3 years to life (1 months supply of analgesics = $100.00, membrane stabilizing medication = $400.00 = total of $500.00 per month (estimate 3 years = $18,000.00, or at age 70 = $210,000.00).
3. Spinal Cord Stimulation (SCS) trial and permanent implant (estimate $60,000.00).
4. There is a 19% chance of his requiring a sympathectomy (estimate $8,500.00) (ref #6, page 75).
5. Although not all patients require pain management and pharmacotherapy for life, it is more likely than not that Daryl Meadows will need lifetime pain management and pharmacotherapy.

## CONCLUSION

Thus, but for the on the job injury on October 16, 2003 there never would have been the trauma that resulted in:

1. Complex Regional Pain Syndrome (CRPS), (Type 1) / Reflex Sympathetic Dystrophy (RSD) of the right lower extremity.
2. Chronic Intractable Pain secondary to crush injury right leg.
3. Anxiety secondary to chronic intractable pain.
4. Depression secondary to chronic intractable pain.
5. Myalgia and myositis, unspecified, status post crush injury right leg.

001003

EXHIBIT  F
 4  OF 5

Re: Medical Expert Opinion – C.M. Schade, MD, PhD
Page 5

Consequently, the on the job injury on October 16, 2003 was the PROXIMATE CAUSE, with a high degree of medical probability, that resulted in the injuries and chronic intractable pain as set out in this report.

*C.M. Schade, MD*

C. M. Schade, MD, PhD

CMS/sll

Enclosures: 1. Attachment A, "A list of other cases"
2. C. M. Schade, MD, PhD - Curriculum Vitae
3. C. M. Schade, MD, PhD - Consultation November 21, 2005
4. An Updated Interdisciplinary Clinical Pathway for CRPS
5. Mechanism-based Treatment for Complex Regional Pain Syndrome
6. Complex Regional Pain Syndrome.
7. Heterotopic Ossification