# CENTER for PAIN CONTROL

**C M SCHADE, MD, PhD, PE, PA**
ABA BOARD CERTIFIED IN PAIN MANAGEMENT
FELLOW OF INTERVENTIONAL PAIN PRACTICE

DIPLOMATE
AMERICAN BOARD OF ANESTHESIOLOGY
AMERICAN BOARD OF PAIN MEDICINE

AMERICAN ACADEMY OF PAIN MANAGEMENT

**J. H. PINOTTI, DC**
PHYSICAL REHABILITAION, CHRONIC PAIN MANAGEMENT

**ROBERT W. BRADLEY, PhD**
CLINICAL PSYCHOLOGIST

**ANNIE ABRAHAM, RN, MSN, FNP**
FAMILY NURSE PRACTITIONER

2692 W. Walnut Street, Suite 105 · Garland, Texas 75042 · (972) 494-2676 · Fax (972) 494-5224

October 18, 2005

Mark Colbert
200 Stanley
P O Box 2169
Ardmore, OK  73402

FAX 580-226-1907
and US Mail

RE: Daryl Meadows vs. Schlumberger Technology Corp.

Dear Mr. Colbert,

I am available to consult with you on this case providing there are no conflicts of interest. My medical malpractice insurance company is:

> GE Medical Protective Insurance Company
> 5814 Reed Road/P.O. Box 15021
> Fort Wayne, IN  46885
> 800-463-3776

If GE Medical Protective Insurance Company is involved in this case then the opposition may claim that this is a conflict of interest. I don't think that this is a conflict of interest but I want you to concur before proceeding.

RETAINER:

All work requires a non-refundable initial retainer in the amount of $2,500.00 (two thousand five hundred dollars). All expenses and the consulting hourly fee shall be drawn from the retainer on a regular basis for such activities as record review, research, out of office appointments (travel is charged portal to portal), telephone consultation, report writing, and preparation for deposition and testimony.

When the deposited retainer fund is exhausted to a balance of $500.00 (five hundred dollars) or less, an additional payment of $2,500.00 (two thousand five hundred dollars) may be required to replenish it. However, any unused portion beyond the original retainer shall be refunded upon conclusion of services (except as noted below).

EXHIBIT  H

RE: Daryl Meadows vs. Schlumberger Technology Corp.
Page 2

FEES:

My fees are as follows:

1. Hourly consulting (review of records, medical research, etc.): $400.00 (four hundred dollars) per hour;

2. Travel – Time portal to portal @ $400.00 (four hundred dollars) per hour.

3. Depositions and administrative hearings: $400 (four hundred dollars) per hour, with a (4) four hour minimum if not done in my office, plus expenses (e.g., travel, parking, telephone, meals, lodging, etc);

4. Trials: $400.00 (four hundred dollars) per hour with a four (4) hour minimum plus expenses (e.g., travel, parking, telephone, meals, lodging, etc.).

DEPOSITS FOR DEPOSITIONS, ADMINISTRATIVE HEARINGS, AND TRIALS:

In order to schedule a deposition, administrative hearing, or trial in this matter I require that you furnish my office with a retainer payment to be negotiated based on the estimated time requirement (i.e., a six hour deposition at $ 0.00 per hour totals $2,400.00. This retainer shall be paid at least three (3) weeks in advance of the appearance date. Please try to schedule all depositions at my medical office in Garland, Texas.

All cancellations which are made with less than 72 (seventy-two) hours notice will result in the full retainer being retained as a cancellation fee.

BILLING AND PAYMENT OF SERVICES AND RESPONSIBILITY FOR SAME:

Invoices will be tendered as necessary. A detailed breakdown will be furnished itemizing each charge. Payment of the invoice is expected within 10 (ten) working days.

The payment of all fees and extraordinary expenses is the responsibility of the client(s) notwithstanding the client(s)' relationship with third parties. The payment of all fees and extraordinary expenses is in no way contingent upon the outcome or determination made at any administrative hearing or trial with regard to this matter.

EXHIBIT   H
PAGE  2  OF  3

Re: Daryl Meadows vs. Schlumberger Technology Corp.
Page 3

## TERMINATION OF CONTRACT:

Failure to retain a current account shall be deemed sufficient grounds at any point for me, as consultant:

1. To withdraw from consulting with you and/or

2. Not to release any work product created during the course of the consultancy.

Upon your review and acceptance of this retainer agreement, please sign below and return this agreement to my office. If you have any questions, please do not hesitate to contact me.

Sincerely,

*[signature: C M Schade md PhD]*

C. M. Schade, M.D., Ph.D.
Board Certified in Pain Management
Board Certified in Anesthesiology
Senior Disability Analyst and Diplomate

CMS/sll

I accept the terms of this agreement.

_____     _____
Signature                                                              Date

_____
(Printed Name)

nd  ure: CV

EXHIBIT __H__
PAGE  3 OF 3