# CENTER For PAIN CONTROL

**C. M. SCHADE, MD, PhD, PE, PA**
ABA BOARD CERTIFIED IN PAIN MANAGEMENT
FELLOW OF INTERVENTIONAL PAIN PRACTICE
DIPLOMATE:
AMERICAN BOARD OF ANESTHESIOLOGY
AMERICAN BOARD OF PAIN MEDICINE
AMERICAN ACADEMY OF PAIN MANAGEMENT

**ROBERT W. BRADLEY, PhD**
CLINICAL PSYCHOLOGIST

**J. H. PINOTTI, DC**
PHYSICAL REHABILITATION, CHRONIC PAIN MANAGEMENT

**ANNIE ABRAHAM, RN, MSN, FNP**
FAMILY NURSE PRACTITIONER

2692 W. Walnut Street, Suite 105 · Garland, Texas 75042 · (972) 494-2676 · Fax (972) 494-5224

January 23, 2006

Mark Colbert
P O Box 2169
Ardmore, OK   76402

VIA Fax 580-226-1907
and US Mail

Re: Darrell Meadows vs. Schlumberger Technology Corp.

Dear Mark,

I have reviewed the medical records from Medical Arts Clinic as requested. You wanted to insure that I have a complete medical record however I do not have the psychological testing report that was done on April 28, 2004. Please forward that to me at your earliest convenience.

Enclosed is my statement for services rendered to date. Please call me if you have any questions.

Sincerely,

C.M. Schade, MD, PhD.
Board Certified in Pain Medicine
Board Certified in Anesthesiology
Senior Disability Analyst and Diplomat

CMS/sll

EXHIBIT    I
PAGE   1   OF   2

ACCOUNT SUMMARY
January 23, 2006

Re: Darrell Meadows vs. Schlumberger Technology Corp.

| Date | Time | Description |
|---|---|---|
| 12/13/05 | NRT 0.3 hrs | Telephone call with Shawna Dunn – Coordinate schedule for deposition |
| 12/14/05 | NRT 0.4 hrs | Telephone call with Shawna Dunn – Coordinate schedule for depositions |
| 12/21/05 | NRT 0.6 hrs | Telephone call with Shawna Dunn – Confirmed deposition schedule and Deposition fees |
| 01/14/06 | CMS 3.2 hrs | Review records and draft supplemental report |
| 01/16/06 | NRT 0.2 hrs | Telephone call with Mark Colbert – Review procedure for forwarding records To Dr. Pitzer and Lana Powell |
| 01/17/06 | CMS 1.1 hrs | Finish supplemental report |
| 01/23/06 | CMS 0.9 hrs | Review medical records from Medical Arts Clinic |

*Professional services subtotal:*  NRT   1.5 hours @ $100.00 per hour       $150.00

　　　　　　　　　　　　　　　　CMS   5.2 hours @ $400.00 per hour       $2,080.00

　　　　　　　　　　　　　　　　Deposition Retainer                                    $1,600.00

　　　　　　　　　　*Balance due upon receipt:*                                   $3,830.00

EXHIBIT   I
PAGE  2  OF  2