1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

DARYL MEADOWS,                )
                              )
       Plaintiff,             )
                              )
v.                            ) Case No.
                              ) A05-0032 CV (JKS)
SCHLUMBERGER TECHNOLOGY       )
CORPORATION, a foreign       )
corporation,                  )
                              )
       Defendant.             )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VIDEOTAPED ORAL DEPOSITION OF
C.M. SCHADE, M.D., Ph.D., P.E.
FEBRUARY 3, 2006
VOLUME 1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

   VIDEOTAPED ORAL DEPOSITION OF C.M. SCHADE, M.D., Ph.D., P.E., produced as a witness at the instance of the Defendant, Schlumberger Technology Corporation, a foreign corporation, and duly sworn, was taken in the above-styled and numbered cause on the 3rd day of February, 2006, from 2:28 p.m. to 5:24 p.m., before LEICA TURNER, a Certified Shorthand Reporter in and for the State of Texas, reported by machine shorthand, at the Center for Pain Control, 2692 West Walnut Street, Suite 105, Garland, Texas  75042, pursuant to the Rules of Civil Procedure and the provisions stated on the record or attached hereto.

COMPEX LEGAL SERVICES
713-861-3900 * 800-899-3282

EXHIBIT  J
PAGE  1  OF  3

40

1  weather as they are in 8 degree weather, nothing about
2  that that would cause you to think this patient might be
3  exhibiting early signs of CRPS?
4      A.   No.
5      Q.   In the same article that I was referring to on
6  page 5 of the fax page, the page with the header
7  "Autonomic Signs and Symptoms," do you see that?
8      A.   Yes.
9      Q.   I think it's the third main page of the
10 article.
11     A.   Yes, I see it.
12     Q.   The first sentence is, "Autonomic signs and
13 symptoms are swelling, color and temperature changes and
14 sweating abnormalities." It appears from this October
15 19 record that Mr. Meadows was having sweating
16 abnormalities in his hands and feet and exhibiting
17 colder than usual temperature, feeling of colder than
18 usual temperature in his hands and feet. Aren't those
19 symptoms that are referred to here?
20     A.   Yes.
21     Q.   Do you have the second fax yet?
22     A.   Yes.
23     Q.   All right. The second fax is the employment
24 records that I referred to. And as I have described
25 earlier, it has a section there that is apparently

```
                                                           41
 1   filled out by Mr. Meadows and signed by him; and then
 2   there's another section that Dr. Gauthier seems to have
 3   filled out.  Do you have that document?
 4        A.   Yes.
 5        Q.   Do you see where it says, "What injuries have
 6   you had," and it says, "Broken wrist, arm, and leg"?
 7        A.   Yes.
 8        Q.   Assuming that Mr. Meadows wrote that, for the
 9   moment, did you discuss with Mr. Meadows a broken leg
10   that he had sustained before October '03?
11        A.   No.
12        Q.   There's no evidence of that in any of the
13   radiological studies that have been conducted,
14   correct?
15        A.   I don't understand your question.
16        Q.   There is no evidence of a prior broken leg in
17   any of the radiological studies that have been
18   conducted?  Have you seen any evidence of fractures or
19   broke -- an individual who's sustained a broken leg?
20        A.   I'm not trying to be argumentative, but I
21   don't understand your question.  Usually you diagnose a
22   fracture with an x-ray.
23        Q.   Okay.  Then I will -- I will restate my
24   question.  There have been -- you ordered five different
25   types of studies, an MRI, an x-ray, a CT scan, a bone
```