MEADOWS V. SCHLUMBERGER
CASE NO. A05-0032 CIV
PLAINTIFF'S REPLY MOTION IN LIMINE
LIST OF EXHIBITS

1. Pitzer Report dated 9-13-05

2. Pitzer Report dated 1-18-06

3. Pitzer Report dated 2-4-06

4. Dr Schade Deposition (excerpt)

5. Nabors Drilling 30(b)(6) Deposition (excerpt)