Rehabilitation Associates of Colorado
125 E. Hampden Ave.            Daryl Meadows
Englewood, CO 80110
Phone (303) 788-9297
Fax (303) 788-9337

## MEDICAL RECORD REVIEW

DATE:. 1-18-06

CC:. Attorney Shannon Martin

TELEPHONE INTERVIEW 12-12-05: .

Mr. Meadows relates he has recently had an evaluation by Dr. Schade , a pain medicine specialist, but this evaluation is not available for review . He is scheduled for diagnostic testing on 12-13-05 including MRI, bone scan and apparently electrodiagnostic testing. He has not seen a physician since my last evaluation in September 2005. He has apparently increased his tramadol use to one tablet q.4-6 hours with some relief of pain. He has not changed his Neurontin dosing despite the fact that it helps him significantly when he has a flare of pain. When he has a severe flare of pain he will sit in a hot bath, which he states, is 120° for two or three hours. Pain level is a 6-7/10 on his average pain is worse pain is a 10 +/10. He is still taking only one tablet of Neurontin approximately two times per week. He does not note any changes in his gait and still uses a cane all the time for ambulation and states he can walk approximately 15 minutes maximum with a cane. He has not had any follow-up nerve blocks or injections since my last visit and he has not had any physical therapy, but he relates they are investigating the possibility for pool therapy. He does a home exercise program with leg lifts and wall sits, but this is limited by pain. He performs as daily but does not relate any improvement in his ability to perform at an increase exercise level.

I asked him about previous leg fractures as was noted on his employment application in 1997 and he relates he had bilateral wrist fractures from football , but denies any previous leg fractures. His work application from January 2004 was for a job in operations at a gas refinery, but he relates he was unable to pass the physical for this job, but these records are not available. He relates he has had progressive atrophy of the right thigh and also had increased hair growth and decreased hair growth in a patchy pattern throughout the lower extremities, as well as increased nail growth and some shininess of the skin. He also relates he is having lower left leg pain with hypersensitivity which he would grade as approximately 4-5/10. He denies any bowel or bladder changes. He still notes intermittent bruising in the right leg which comes and goes.

MEDICAL RECORD SUMMARY:..

DEFENDANT'S EXHIBIT

CASE NO. CV-00032-TMB

EXHIBIT NO. AS

Other medical records include a work application for Valero dated 1-20-04 relates his reason for leaving his previous employment was travel getting too expensive and too many layoffs. He noted he would be available from for employment on 3-30-04. There is no mention of any work injury.

Initial physical therapy evaluation from 1-15-04 notes his past medical history was significant for motor vehicle accident as a teenager including **ejection from a vehicle and multiple fractures**.

There is a questionnaire from Dolese Bros. dated 6-10-97 and he relates previous injuries including **broken wrist, arm and leg**.

DIAGNOSTIC TESTING:.

X-rays of the right femur from 12-15-05 are negative. No heterotopic ossification was noted.

CT scan of the right lower extremity and right femur showed a grossly negative CT scan. There is no evidence of fracture or bone destruction and no obvious soft tissue calcifications were noted.

Right thigh MRI from 12-15-05 shows small area of increased signal intensity of the distal right rectus femoris consistent with grade 1 muscle sprain. No evidence of contusion or occult fracture. No signal voids in the right thigh to suspect calcification or ossification.

Right lower extremity electrodiagnostic testing from 1-4-06 was negative with no evidence of a right femoral neuropathy or lumbar radiculopathy. Dr. Shah also gave an assessment of CRPS type I. He noted the patient was on medication was about to have another sympathetic block. He discussed blood work to be done and even discussed a possible spinal cord stimulator.

Whole body bone scan from 1-5-06 was negative with no evidence of myositis ossificans in the proximal right leg. Questionable activity in the acromioclavicular joints.

There is a note from Dr. Schade dated 1-17-06. He notes a psychology report which diagnosed post traumatic stress disorder which is chronic and a pain disorder associated with psychological factors and a general medical condition. Dr. Schade noted the PTSD may not require treatment per the psychology report. He also reviewed all the diagnostic testing. He felt the patient had a high degree of medical probability for a classic case of chronic regional pain syndrome in the right lower extremity. He felt the 10-16-03 injury was the proximate cause of CRPS type 1, chronic intractable pain of the right leg, anxiety, depression, myalgia and myositis and PTSD. No specific treatment plan was offered.

IMPRESSION:.

I think there are concerns about Mr. Meadow's presentation. It appears he applied for a different job during the time he was supposedly having severe leg problems and did not report any work injury or inability to perform his normal duties. I'm also concerned about his presentation to my evaluation where he reported his worst pain was a 15-20/10. This would imply likely symptom magnification and/or nonphysiologic factors.

Extensive diagnostic testing has now been completed and has all been normal including EMG of the right leg, bone scan, CT scan and x-rays. MRI showed findings possibly consistent with strain but no obvious muscular atrophy consistent with trauma or other changes that might be seen with significant muscle damage or injury.

Although Dr. Schade feels the patient has a classic case of complex regional pain syndrome, the only real obvious finding consistent with CRPS in Mr. Meadows is his complaint of pain. Although he had an apparent injury, any sequelae from the injury has resolved based on extensive diagnostic testing and my previous examination. He has had some treatment without significant improvement with blocks and has only been using a low dose of medication but has had relatively little treatment over the past year. During his recent phone interview, he reports he will sit in a hot tub for several hours, which is not consistent with reflex sympathetic dystrophy or complex regional pain syndrome with neuropathic symptoms based on my extensive experience in dealing with patients with CRPS at University of Colorado and with patient in the Peripheral Nerve Injury Clinic.

No objective findings are noted in Mr. Meadows. On my evaluation there was some spotty bruising or the thigh, which could very well be self-inflicted and limited range of motion, which could also be self-limiting behavior. The psychological report does tend to corroborate somatization type complaints. I suspect that Mr. Meadows was at a point of medical stability from his injury on or about February 24, 2004 when his right knee MRI was noted to be normal.

At this time, Mr. Meadows has a pain complaint without any diagnostic evidence of any significant injury. I suspect that further treatment will not be successful for him and will likely promote further dependency, deconditioning and a sense of disability. Given his psychological profile, it is unlikely that a spinal stimulator would be of any significant benefit. The patient should be encouraged to perform his exercises and rehabilitate his lower extremity rather than continuing a plan of "rest". Although criteria of CRPS could be considered to be met in this case, there are no objective findings and I'm very suspicious regarding the validity about his current pain complaints.

3

*[signature]*

Neil L. Pitzer M.D.
Fellow, American Board of Physical Medicine and Rehabilitation
Fellow, American Board of Electrodiagnostic Medicine
Associate Clinical Professor, Department of Rehabilitation Medicine, University of Colorado Health Sciences Center