Rehabilitation Associates of Colorado
125 E. Hampden Ave.                      Darryl Meadows
Englewood, CO 80110
Phone (303) 788-9297
Fax (303) 788-9337

## ADDENDUM TO RECENT IME

DATE:. 2-4-06

CC:. attorney Shannon Martin

Surveillance videos are available for review on Mr. Meadows from August, September, November and December of 2005. At most times the video shows Mr. Meadows walking without a cane. Sometimes he has a relatively slow gait. Occasionally he will limp. In September, it does show him pulling a bag at an airport and using a cane. It appears when he got home he was able to carry his luggage and did not require a cane. He is walking in public without a cane, driving and fueling his truck without difficulty. It also appears he is walking at a work site for a house being built and is walking without a cane. In December 2005 it appears uses his cane primarily as a pointing device, rather than a gait aid. He is also shown apparently climbing a ladder for short period of time.

It would appear that Mr. Meadows does not require a cane for ambulation. It is likely given his September 14 video that he is using a cane when in public view, but does not require a cane for ambulation. It is likely that he is not experiencing significant leg pain as his need for a cane is clearly not indicated by the surveillance video. I suspect there is symptom magnification or malingering present based on the video and my previous examination and his recent normal testing.

Should you have any further questions, do not hesitate to contact me.

Neil L. Pitzer M.D.
Fellow, American Board of Physical Medicine and Rehabilitation
Fellow, American Board of Electrodiagnostic Medicine
Associate Clinical Professor, Department of Rehabilitation Medicine, University of Colorado Health Sciences Center

DEFENDANT'S EXHIBIT
CASE NO. CV-00032-TMB
EXHIBIT NO. AT