Robert A. Sparks  
Law Office of Robert A. Sparks  
1552 Noble Street  
Fairbanks, Alaska  99701  
Phone:  (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARYL MEADOWS ) | |
| ) | |
| Plaintiff, ) | Case No. A05-0032 CIV |
| ) | |
| vs. ) | |
| ) | |
| SCHLUMBERGER TECHNOLOGY ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |
| _____) | |
| _____) | |

<u>PLAINTIFF MEADOWS' REQUEST FOR ORAL ARGUMENT REGARDING
PLAINTIFF'S SECOND MOTION IN LIMINE</u>

Plaintiff Daryl Meadows, by and through his Attorney, Robert A. Sparks, and pursuant to L.D.R. 7.2, hereby requests Oral Argument on Plaintiff Meadows Second Motion in Limine.

DATED this 31st day of August, 2006, at Fairbanks, Alaska.

THE LAW OFFICE OF ROBERT A. SPARKS

/s/ Robert A. Sparks
Robert A. Sparks
Attorney for Plaintiff
1552 Noble Street
Fairbanks, Alaska 99701
(907) 451-0875
Fax: (907) 451-9385
E-mail: sparkslawoffice@yahoo.com
Membership No.: 8611139

CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August, 2006, a copy of forgoing was served by E-Mail on:

Shannon W. Martin
Grace Hollis

Brewster Jamieson
Lane Powell LLC

and by regular mail to:
Mark Colbert, Esq

By: /s/ Robert A. Sparks

Meadows v. Schlumberger
page 2