PLAINTIFF'S EXHIBIT
CASE NO. A05-0032 CV TMB
EXHIBIT NO. 13

C.M. SCHADE, M.D. - March 30, 2006

```
                IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA

DARYL MEADOWS,              )(
                            )(
      Plaintiff,            )(
                            )(
VS                          )(  CASE NO.: A05-032-CV
                            )(
SCHLUMBERGER TECHNOLOGY     )(
CORPORATION,                )(
                            )(
      Defendant.            )(
```

VIDEOTAPED ORAL DEPOSITION OF C.M. SCHADE, M.D.

MARCH 30, 2006

VIDEOTAPED ORAL DEPOSITION OF C.M. SCHADE, M.D., produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and above-numbered cause on the 30th day of March, 2006, from 2:47 p.m. to 6:44 p.m., before Lisa J. Gretarsson, CSR in and for the state of Texas, reported by machine shorthand, at the offices of Center for Pain Control, 2692 W. Walnut Street, Suite 105, located in the city of Garland, state of Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record.

**CONDENSED COPY**

PLAINTIFF'S EXHIBIT 13

**C.M. SCHADE, M.D. - March 30, 2006**

### 37

1  A. Number 38.
2  Q. Thirty-eight. Okay. That was -- all right.
3  Okay. That was Dr. Pitzer's.
4       Referring to Dr. Pitzer's report there,
5  Number 38 ...
6  A. Yeah.
7  Q. Do you see that?
8  A. Yes, I do.
9  Q. Well, let's ignore that for right now,
10 Doctor. I want to do one other housekeeping matter
11 before we -- before we finish here, Doctor.
12      At my request, have you reviewed
13 Plaintiff's Exhibit Numbers 65, which is medical
14 summary, and 81 through 96 -- excuse me -- and 81
15 through 96, which are the medical bills incurred by
16 Mr. Meadows?
17 A. Do you want these back?
18 Q. Yes.
19 A. Do you have a question before me?
20 Q. Yes, sir. Do those appear to be a medical
21 summary and attached medical bills, the corresponding
22 medical bills that Daryl Meadows has incurred?
23 A. Yes, they are.
24 Q. Okay.
25      MR. MARTIN: Mark, I'm just going to

### 38

1  state an objection as to Dr. Schade records being
2  listed as a medical bill.
3       MR. COLBERT: I'm going to take off the
4  top sheet. We'll take that off.
5       MR. MARTIN: Okay. But, I mean, as far
6  as substantively these being listed as medical bills.
7  Our position is that he's not a treating doctor.
8       MR. COLBERT: Okay. All right. Okay.
9       MR. MARTIN: So I want to make that
10 clear.
11      MR. COLBERT: Okay.
12 BY MR. COLBERT:
13 Q. Doctor, referring to the medical summary,
14 which is Exhibit Number 65, and then the medical bills,
15 which are Exhibit Numbers 80 through 95 --
16 A. I don't see something listed as Exhibit 65.
17 Q. Okay. Let's see if I can find that for you.
18      MR. MARTIN: Do I have the original?
19      MR. COLBERT: Yeah, you may have it.
20         (Counsel conferring off
21          the record.)
22 BY MR. COLBERT:
23 Q. Okay. Doctor, here's the Exhibit Number 65.
24 A. (Reviewing.)
25 Q. Doctor, my question is, is the treatment set

### 39

1  forth there on that summary and the attached medical
2  records, is that treatment reasonable and necessary
3  result of the type of injury that Daryl Meadows
4  sustained in this accident of October 16, 2003?
5  A. Yes.
6  Q. Okay. Lastly, Doctor, I'd like to summarize
7  this with the jury, please.
8       I'm going to hand you what's been marked
9  as Plaintiff's Exhibit Number 25. Does that set forth
10 the criteria -- does that set forth the criteria for a
11 diagnosis of reflex sympathetic dystrophy or chronic
12 regional pain syndrome such as what Daryl Meadows has?
13 A. Yes.
14 Q. Could you hold that up for the jury, please.
15 A. (Complies.)
16 Q. Okay. All right. Regarding number one, was
17 that -- that's a four-pronged criteria. Who put that
18 out?
19 A. This was published by the International
20 Association for the Study of Pain, IASP.
21 Q. Okay. All right. And the persons that put
22 out that study, are they the most renowned in the world
23 for the -- for sympathetic nerve treatment that you've
24 done?
25 A. Yes.

### 40

1  Q. And what are the four criteria they set
2  fourth?
3  A. Number one is "The presence of an initiating
4  noxious event, or a cause of immobilization."
5  Q. Okay. Do we have that?
6  A. Yes, we do.
7  Q. How do we have that?
8  A. We have it documented on the medical record
9  of injury, and then on the subsequent treating doctors.
10 Q. Okay. What about number two?
11 A. Number two is "Continuing pain, allodynia, or
12 hyperalgesia with which the pain is disproportionate to
13 any inciting event."
14 Q. Okay. And how do we have that, Doctor?
15 A. We have it throughout the medical record by
16 the treating doctors commenting on his continuing pain
17 and the patient's reporting of pain.
18 Q. Okay. All right. What about number three?
19 A. "Evidence at some time of edema, changes in
20 skin blood flow, or abnormal sudomotor activity in the
21 region of the pain."
22 Q. Okay. And how do we have that?
23 A. We have that again documented in the medical
24 records on 3-8-05, quote, Says right leg is really
25 bruised, and swelling entire leg up into hip, wants to

12 (Pages 45 to 48)

**C.M. SCHADE, M.D. - March 30, 2006**

---

Page 45

1   it's approximately 19 percent -- requiring a surgical
2   sympathectomy, estimated cost $18,500.
3       And then there also would be physical
4   therapy for work-conditioning and work-hardening. Cost
5   of that would be around 5,000.
6   Q.  Okay. And is that estimate of future cost
7   based on a reasonable medical certainty?
8   A.  Yes.
9   Q.  Okay. We could -- I think I'm about through.
10  If we could just go off the camera for a minute and let
11  me check.
12      THE VIDEOGRAPHER: We're going off the
13  record at 3:41.
14      (Recess taken 3:41 to 3:53)
15      THE VIDEOGRAPHER: Back on the record at
16  3:53.
17  BY MR. COLBERT:
18  Q.  Okay. Doctor, I have about one minute of
19  questions left.
20      Regarding Mr. Meadows' ability to return
21  to work at this time, have you reviewed the functional
22  capacity report and the report of Dr. Pitzer?
23  A.  Yes, I have.
24  Q.  Okay. What -- what -- what's your opinion as
25  to what level he's on at this time?

Page 46

1   A.  Sedentary.
2   Q.  Okay. What is sedentary?
3   A.  Sedentary is the most restrictive in the
4   Department of Labor categories of work functioning, and
5   it involves minimal lifting, minimal amount of
6   mobility.
7   Q.  Okay. All right. Now, lastly, I'd like the
8   jury to understand -- you said there's three types of
9   nerves, sensory, motor and sympathetic?
10  A.  Yes.
11  Q.  Okay. I'd like to show this, for
12  illustration, to the jury. And, Doctor, is this your
13  illustration from your office and your medical library?
14  A.  Yes. It's Frank Netter, M.D.'s Atlas of
15  Human Anatomy.
16  Q.  And, Doctor, I'm referring to the portion
17  that points to the muscles, sweat glands, hair
18  follicles, heart and other organs. Can you tell us
19  what -- what that page entails?
20  A.  Yes. This is a diagramatic representation of
21  the function of the sympathetic fibers, which are
22  represented there in red.
23      And you'll see along the right-hand side
24  the things that are affecting Daryl Meadows: The
25  muscles; the sweat glands; the hair follicles; and the

Page 47

1   peripheral arteries; and these nerves that travel back
2   to the sympathetic ganglion, which is represented there
3   in the middle, where you see those C's --
4   Q.  Okay.
5   A.  -- and then they go from the ganglion, into
6   the spinal cord, and on up into the brain.
7   Q.  Okay. All right. Thank you, Doctor.
8       And do -- do the nerves that are
9   affecting Daryl, the sympathetic nerves, do they travel
10  from that L2 area, down the blood veins, into the thigh
11  area?
12  A.  Yes.
13  Q.  Is that why you do a block at the L2?
14  A.  Yes.
15  Q.  That's all I have, Doctor.
16          EXAMINATION
17  BY MR. MARTIN:
18  Q.  Dr. Schade, my name is Shannon Martin. I
19  represent Schlumberger. How are you today?
20  A.  Nice to meet you, Shannon.
21  Q.  Nice to see you.
22      I'll follow up on some of the issues
23  raised by Mr. Colbert.
24      Do you have a copy of the report that
25  you used during your last deposition?

Page 48

1   A.  The expert opinion?
2   Q.  Yeah, your actual original report that was
3   sitting in front of you at your expert deposition in
4   February.
5   A.  I believe the answer is yes. I mean, I
6   brought those same records.
7   Q.  Did you -- while you were being deposed, did
8   you write on that report at all while I was deposing
9   you?
10  A.  I wrote down one number.
11  Q.  And what was that?
12  A.  Physical therapy, 5,000.
13  Q.  Okay. Do you have a copy of that report on
14  which you wrote that item during your last deposition?
15  A.  I don't understand the question.
16  Q.  Do you have a copy of that report? Do you
17  have a copy of what you just told me you wrote on at
18  your last deposition?
19  A.  It's right here in front of me.
20  Q.  Okay. Can I take a look at that, please?
21  A.  Certainly.
22  Q.  Is that your handwriting, number 6PT 5,000?
23  A.  Yes.
24  Q.  When did you write number 6PT?
25  A.  You'd have to refer to the video transcript.

**DIGITAL COURT REPORTING & VIDEO**
**866-721-0972**