Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY COPORATION, a foreign corporation,<br><br>　　　　　　　　　　Defendant. | Case No. 3:05-cv-00032-TMB<br><br>**DECLARATION OF**<br>**JENNIFER A. HECK** |

I, Jennifer A. Heck, declare as follows:

1. I am employed by Lane Powell LLC, counsel for defendant. I am the paralegal assigned to the above-captioned case and I have personal knowledge of all statements made herein.

2. I contacted John Haley, who is in charge of video conferencing for the U.S. District Court of Alaska. He advised me regarding the requirements to present in the courtroom the testimony of Grant Owen and Jim Wood from Oklahoma by contemporaneous video transmission.

3. Mr. Haley advised that video conferencing can only occur if the feed coming in is through a static IP address. Once that requirement is checked off, then a test between sites will occur. If that is successful, then we can be certain that there will not be any technical difficulties.

4. TKO Video Communications will provide a static IP address for the U.S. District Court to directly connect to.

4. TKO Video Communications can accommodate secure video conferencing through conference rooms located in Oklahoma City or Tulsa, Oklahoma.

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

5.  Based on Mr. Wood's physical address, it would take him one hour to travel to Tulsa, Oklahoma, from his home in Miami, Oklahoma to testify live via video conference feed. Thus, I reserved a conference room in Tulsa for Mr. Wood's testimony.

6.  Based on Mr. Owen's physical address, it would take him a little over an hour to travel to Oklahoma City, Oklahoma, from Ardmore, Oklahoma, to testify live via video conference feed. Thus, I reserved a conference room in Oklahoma City for Mr. Owen's testimony.

7.  The reservations have been made for a date and time to be determined between October 10 and 17, 2006, due to the pending motions. Once the motions regarding contemporaneous video transmission have been ruled on, I will be able to provide a date and time certain reservation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 4th day of September, 2006.

_____
Jennifer A. Heck

I certify that on September 4, 2006, a copy of the foregoing was served by ECF on:

Robert A. Sparks  sparkslawoffice@yahoo.com

and by mail on:
Mark Colbert, Esq.

  s/Brewster H. Jamieson
115223.0018/156453.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

**Declaration of Jennifer A. Heck**
*Daryl Meadows v. Schlumberger Technology Corporation* (Case No. 3:05-cv-00032-TMB)    Page 2 of 2