Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS,<br><br>               Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY COPORATION, a foreign corporation,<br><br>               Defendant. | Case No. 3:05-cv-00032-TMB<br><br>**ERRATA RE<br>MISSING EXHIBIT** |

      Defendant, by and through counsel, files this errata to submit Exhibit A to Defendant's Response to Objections to Defendant's Deposition Designations (Docket No. 92). This Exhibit A was not available at the time of filing due to the fact co-counsel Shannon Martin is one hour ahead of Alaska and had left the office before the exhibit could be obtained from him. There was only one person in this office who had received the correspondence (by email), but she was out of the office on Friday.

      DATED this 5th day of September, 2006.

                            LANE POWELL LLC
                            Attorneys for Defendant


                            By  s/ Brewster H. Jamieson
                              301 West Northern Lights Boulevard, Suite 301
                              Anchorage, Alaska 99503-2648
                              Telephone: 907-277-9511
                              Facsimile: 907-276-2631
                              Email: jamiesonb@lanepowell.com
                              ASBA No. 8411122

I certify that on September 5, 2006, a copy of the foregoing was served by ECF on:

Robert A. Sparks  sparkslawoffice@yahoo.com

and by mail on: Mark Colbert, Esq.

 s/Brewster H. Jamieson

115223.0018/156466.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631