

# GRACE·HOLLIS
Lowe Hanson & Schaeffer LLP

August 25, 2006

One Ridgegate
Suite 215
Temecula, CA 92590
951.676.3445 voice
951.676.9294 fax

Michael J. Grace
A Professional Corporation
Also admitted in Nevada

Graham S.P. Hollis
A Professional Corporation

Coleen H. Lowe
Also admitted in Nevada

Kirk D. Hanson
Also admitted in Arizona

James C. Schaeffer

Rebecca F. Cady

Lori J. Guthrie

C. Christopher Brown

Charles A. Mainieri

Jonathan H. Rose

Sabrina Montalvo

Margaret A. Buquid

April C. Ball
A Professional Corporation

Christopher J. Briggs

J. Kevin Mackin

Thomas J. Callaway

Jana K. Fein

Diana C. Boley

Christopher J. Hayes

Diane E. Richard

Christopher J. Nelson

Lupe C. Rodriguez, Jr.

Andres D. Garcia

Traci A. Becerra

Alexander R. Joehnk

Mark Angert

Shannon W. Martin

Kristopher M. Cronin

Monica M. Zepeda
Of Counsel

**VIA FACSIMILE**
Robert A. Sparks, Esq.
1552 Noble Street
Fairbanks, Alaska 99701-6225

Mark H. Colbert, Esq.
Colbert Law Firm
200 Stanley
Post Office Box 2169
Ardmore, Oklahoma 73402

Re: *Meadows v. Schlumberger Technology Corporation*
Case No. A05-0032 CV (JKS)
Our File No. 115223.18

Dear Counsel:

My understanding is that you recently subpoenaed Don Enslow to appear for the first day of trial on October 10, 2006. BPXA informs me that Mr. Enslow will be traveling out of state during trial, and will thus be unavailable to testify live. However, Mr. Enslow will be available to testify in open court through contemporaneous transmission from his out-of-state location on October 10 or 13, 2006.

As you know, Fed. R. Civ. P. 43 (a) requires a showing of good cause to permit presentation of testimony in open court by contemporaneous transmission from a different location. Schlumberger will non-oppose any motion you may choose to file under Civil Rule 43 with respect to Mr. Enslow providing that plaintiff Meadows extends the same courtesy to Schlumberger in connection with its pending motions to allow Jim Wood and Grant Owen to testify in open court by contemporaneous transmission from Oklahoma.

Please let us know how you wish to proceed.

Best regards,

*Shannon W. Martin*

Shannon W. Martin

SWM/swm
Enclosures
cc: Brewster Jamieson/Jennifer Heck (Lane Powell) (via electronic mail)

EXHIBIT __A__
PAGE _1_ OF _9_

Sync transmit result report

P.1

08/25/2006 10:36
27LE10713
TC:60573

| REMOTE STATION | START | TIME | Pages | RESULT | REMARKS |
|---|---|---|---|---|---|
| 19074519385 | 08-25 10:35 | 00:00 23 | 002/002 | OK | |
| 15802261907 | 08-25 10:36 | 00:00 27 | 002/002 | OK | |

REMARKS   TMR:Timer, POL:Poll, TRN:Turn around, 2IN:2in1 Tx, ORG:Original size set, DPG:Book Tx
FME:Frame erase Tx, MIX:Mixed original, CALL:Manual-Com, KRDS:KRDS, FWD:FORWARD
FLP:Flip Side 2, SP:Special Original
FCODE:Fcode, MBX:Confidential, BUL:Bulletin, RLY:Relay, RTX:Re-Tx, PC:PC-FAX
S-OK:Stop communication, Busy:Busy, Cont.:Continue, No ans:No answer
M-full:Memory full, PW-OFF:Power switch OFF, TEL:Rx from TEL



GRACE HOLLIS
Lowe Hanson & Schaeffer LLP

Attorneys at Law
A Limited Liability
Partnership Including
Professional Corporations

One Ridgegate
Suite 215
Temecula, CA 92590
951.676.3445 voice
951.676.9294 fax

www.gracehollis.com

### FAX COVER SHEET

| To | Robert A. Sparks, Esq.<br>Mark H. Colbert, Esq. |
|---|---|
| Fax Number | (907) 451-9385<br>(580) 226-1907 |
| From | Shannon W. Martin |
| Re | Meadows v. Schlumberger Technology Corp. |
| Date | August 25, 2006 |
| Page(s) | 2 |

**Comments:**

If you do not receive the appropriate number of pages, or if there is a problem, please call Dora Diaz at (951) 676-3445.

NOTICE - THIS TRANSMITTAL IS DIRECTED ONLY TO THE ABOVE-NAMED ADDRESSEE. IT IS NOT TO BE READ BY ANYONE ELSE. ITS CONTENTS MAY BE PROTECTED FROM DISCLOSURE BY LAW AS PRIVILEGED OR CONFIDENTIAL. THE USE OF TELECOPIER TRANSMISSION DOES NOT WAIVE THIS PROTECTION.

EXHIBIT __A__
PAGE __2__ OF __9__

**Biggerstaff, Nanci**

| | |
|---|---|
| **From:** | Shannon Martin [smartin@gracehollis.com] |
| **Sent:** | Friday, August 25, 2006 2:48 PM |
| **To:** | Robert Sparks |
| **Subject:** | RE: Meadows v. SLB |

Thanks Bob, your letter was crystal clear. Have a great weekend.

Regards,
Shannon W. Martin
Attorney

Grace Hollis Lowe Hanson & Schaeffer LLP One Ridgegate, Suite 215 Temecula, CA 92591
951.676.3445 main
951.587.8610 direct
951.676.9294 fax
www.gracehollis.com
Notice: This transmittal is directed only to the above named addressee or addressees. It is not to be read by anyone else. Its contents may be protected from disclosure by law as privileged or confidential. The use of e-mail, internet, intranet, telecopier or other electronic transmission does not waive or intend to waive this or any other protection which may be available pursuant to California or Federal law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient or recipients is prohibited. Illegal interception of this communication is a violation of 11 U.S.C. § 2511. Nothing in this message is to be interpreted as a digital or electronic signature that may be used to authenticate a contract or other legal document. If you received this transmission in error, please contact the sender, delete the material from any computer and permanently discard any printed or duplicate version of the material. Thank you for your cooperation.


-----Original Message-----
From: Robert Sparks [mailto:sparkslawoffice@yahoo.com]
Sent: Friday, August 25, 2006 3:43 PM
To: Shannon Martin
Subject: Re: Meadows v. SLB

Read my letter again.

--- Shannon Martin <smartin@gracehollis.com> wrote:

> Mr. Sparks
>
>
>
> Regarding your response to my letter concerning Don Enslow's
> availability for trial (attached), I have no idea where you are coming
> from.  BPXA is not a party to this case and until the subpoena was
> issued, plaintiff did not notify BPXA concerning (the continued) trial
> dates, nor of its intention to call Mr. Enslow to testify live at
> trial.  It would seem clear to me that if Mr. Enslow was such an

1

EXHIBIT _A_
PAGE _3_ OF _9_

> important witness to your case that you would have videotaped his
> deposition, as was done with the other 30b6 deponents. That being
> said, BPXA counsel has asked me to communicate Mr. Enslow's travel
> plans to you, and I have done this. As stated in my earlier letter,
> Mr. Enslow is available to testify in open court through
> contemporaneous transmission from his out-of-state location.
>
>
>
> Please let us know how you wish to proceed.
> Defendant's offer to non-oppose any motion for contemporaneous
> transmission of Don Enslow's testimony remains open on condition that
> plaintiff is willing to extend Schlumberger the same courtesy with
> respect to Jim Wood and Grant Owen.
>
>
>
>
>
>
> Shannon W. Martin
>
> Attorney
>
>
>
> Grace Hollis Lowe Hanson & Schaeffer LLP
>
> One Ridgegate, Suite 215
>
> Temecula, CA 92591
>
> 951.676.3445 main
>
> 951.587.8610 direct
>
> 951.676.9294 fax
>
> www.gracehollis.com <http://www.gracehollis.com/>
>
> Notice: This transmittal is directed only to the above named addressee
> or addressees. It is not to be read by anyone else. Its contents may
> be protected from disclosure by law as privileged or confidential. The
> use of e-mail, internet, intranet, telecopier or other electronic
> transmission does not waive or intend to waive this or any other
> protection which may be available pursuant to California or Federal
> law. Any review, retransmission, dissemination or other use of, or
> taking of any action in reliance upon, this information by persons or
> entities other than the intended recipient or recipients is
> prohibited.
> Illegal interception of this communication is a violation of 11 U.S.C.
> § 2511. Nothing in this message is to be interpreted as a digital or

> electronic signature that may be used to authenticate a contract or
> other legal document. If you received this transmission in error,
> please contact the sender, delete the material from any computer and
> permanently discard any printed or duplicate version of the material.
> Thank you for your cooperation.
>
>
>
>
>
>


Robert A. Sparks
The Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska 99701
(907) 451-0875
(907) 451-9385 fax
sparkslawoffice@yahoo.com



# GRACE·HOLLIS
Lowe Hanson & Schaeffer LLP

**Attorneys at Law**
A Limited Liability
Partnership Including
Professional Corporations

One Ridgegate
Suite 215
Temecula, CA 92590
951.676.3445 voice
951.676.9294 fax

www.gracehollis.com

Michael J. Grace
A Professional Corporation
Also admitted in Nevada

Graham S.P. Hollis
A Professional Corporation

Coleen H. Lowe
Also admitted in Nevada

Kirk D. Hanson
Also admitted in Arizona

James C. Schaeffer

Rebecca F. Cady

Lori J. Guthrie

C. Christopher Brown

Charles A. Mainieri

Jonathan H. Rose

Sabrina Montalvo

Margaret A. Buquid

April C. Ball
A Professional Corporation

Christopher J. Briggs

J. Kevin Mackin

Thomas J. Callaway

Jana K. Fein

Diana C. Boley

Christopher J. Hayes

Diane E. Richard

Christopher J. Nelson

Lupe C. Rodriguez, Jr.

Andres D. Garcia

Traci A. Becerra

Alexander R. Joehnk

Mark Angert

Shannon W. Martin

Kristopher M. Cronin

Monica M. Zepeda
Of Counsel

August 28, 2006

**VIA FACSIMILE**
Robert A. Sparks, Esq.
1552 Noble Street
Fairbanks, Alaska 99701-6225

Mark H. Colbert, Esq.
Colbert Law Firm
200 Stanley
Post Office Box 2169
Ardmore, Oklahoma 73402

Re:   *Meadows v. Schlumberger Technology Corporation*
      Case No. A05-0032 CV (JKS)
      Our File No. 115223.18

Dear Counsel:

We received additional information from BPXA this morning regarding Don Enslow's availability for trial. Mr. Enslow will be in Atlanta between October 9 through 15 attending technical committee meetings presented by the National Fire Protection Association. As specified in earlier letters, Mr. Enslow is available to testify in open court by contemporaneous transmission from Atlanta on October 10 and 13.

Alternatively, Mr. Enslow will be returning to Anchorage on Sunday, October 15, and thus, he would be available to testify in person during the second week of trial. If you would prefer to have Mr. Enslow appear in person at trial, Schlumberger would stipulate to allow Mr. Enslow to testify out of order and during defendant's case in chief.

Please let us know as soon as possible how you wish to proceed. I remain hopeful that we can work together towards minimizing inconvenience to Mr. Enslow.

Best regards,

Shannon W. Martin

SWM/swm
cc:  Brewster Jamieson/Jennifer Heck (Lane Powell) (via electronic mail)

EXHIBIT  A
PAGE  6  OF  9

San Diego County   Riverside County   Orange County   Ventura County   Central Coast   Central Valley   Arizona   Nevada

Sync transmit result report

P.1

08/28/2006 12:19
27LE10713
TC:60672

| REMOTE STATION | START | TIME | Pages | RESULT | REMARKS |
|---|---|---|---|---|---|
| 19074519385 | 08-28 12:05 | 00:00 30 | 002/002 | OK | |
| 15802261907 | 08-28 12:19 | 00:00 30 | 002/002 | OK | |

REMARKS   TMR:Timer, POL:Poll, TRN:Turn around, 2IN:2in1 Tx, ORG:Original size set, DPG:Book Tx
FME:Frame erase Tx, MIX:Mixed original, CALL:Manual-Com, KRDS:KRDS, FWD:FORWARD
FLP:Flip Side 2, SP:Special Original
FCODE:Fcode, MBX:Confidential, BUL:Bulletin, RLY:Relay, RTX:Re-Tx, PC:PC-FAX
S-OK:Stop communication, Busy:Busy, Cont.:Continue, No ans:No answer
M-full:Memory full, PW-OFF:Power switch OFF, TEL:Rx from TEL



GRACEHOLLIS
Lowe Hanson & Schaeffer LLP

Attorneys at Law
A Limited Liability
Partnership Including
Professional Corporations

One Ridgegate
Suite 215
Temecula, CA 92590
951.676.3445 voice
951.676.9294 fax

www.gracehollis.com

**FAX COVER SHEET**

| To | Robert A. Sparks, Esq.<br>Mark H. Colbert, Esq. |
|---|---|
| Fax Number | (907) 451-9385<br>(580) 226-1907 |
| From | Shannon W. Martin |
| Re | Meadows v. Schlumberger Technology Corp. |
| Date | August 28, 2006 |
| Page(s) | 2 |

**Comments:**

If you do not receive the appropriate number of pages, or if there is a problem, please call Dora Diaz at (951) 676-3445.

NOTICE – THIS TRANSMITTAL IS DIRECTED ONLY TO THE ABOVE-NAMED ADDRESSEE. IT IS NOT TO BE READ BY ANYONE ELSE. ITS CONTENTS MAY BE PROTECTED FROM DISCLOSURE BY LAW AS PRIVILEGED OR CONFIDENTIAL. THE USE OF TELECOPIER TRANSMISSION DOES NOT WAIVE THIS PROTECTION.

EXHIBIT _A_
PAGE _7_ OF _9_

LAW OFFICES
# ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

August 28, 2006

Shannon Martin
Grace Hollis
One Ridgegate
Suite 215
Temecula, CA 92590

Re: Meadows v. Schlumberger technology Corp.

Dear Mr. Martin:

    Please send me more information regarding the meetings that Mr. Enslow is scheduled to attend in Atlanta, Georgia, on October 9 - 15. I can find no listing in the schedule for technical committees of the National Fire Protection Association for any scheduled committee meetings for October 9 - 15.

    If Mr. Enlsow currently has a ticket to attend this event, please send me a complete copy of the ticket.

    Please let me know if you have any questions.

Sincerely,

THE LAW OFFICE OF ROBERT A. SPARKS

Robert A. Sparks

EXHIBIT _A_
PAGE _8_ OF _9_

**Biggerstaff, Nanci**

| | |
|---|---|
| **From:** | Robert Sparks [sparkslawoffice@yahoo.com] |
| **Sent:** | Thursday, August 31, 2006 2:42 PM |
| **To:** | Shannon Martin |
| **Subject:** | Re: Meadows v. SLB |

Dear Mr. Martin: After considering this matter and confering with Mr. Colbert, we have decided that Mr. Enslow needs to be available to testify on October 10,
11 or possibly the 12th, depending on the pace of the trial and the time required to select the jury and to make opening statements. It is more likely that Mr.
Enslow would be needed on October 11, but it if difficult to accurately predict at this time. I am sorry that this makes it impossible for Mr. Enslow to attend the meeting in Atlanta, but trials are inconvenient for everyone. Please let me know if you have any questions.


Robert A. Sparks
The Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska 99701
(907) 451-0875
(907) 451-9385 fax
sparkslawoffice@yahoo.com