*Daryl Meadows v. Schlumberger Technology Corporation*
Case No. 3:05-CV-00032-TMB

**TABLE OF EXHIBIT**
to
Defendant's Motion to Strike Plaintiff's Amended
Witness List and to Quash Subpoena re Dave Hendrick

| Description | Exhibit |
|---|---|
| Defendant's Supplemental Disclosure Statement, dated November 29, 2005 | A |
| Mr. Sparks' Letter to Mr. Martin, dated August 25, 2006 | B |
| Mr. Martin's Letter to Messrs. Sparks and Colburn, dated August 25, 2006 | C |
| Mr. Sparks' Letter to Mr. Martin, dated August 30, 2006, with Subpoena for Dave Hendricks's Trial Testimony Witness Fee Check | D |
| Copy of Envelope returning Subpoena and Witness Fee Check to Mr. Sparks | E |
| Mr. Sparks' Email to Mr. Martin, dated August 10, 2006 | F |
| Mr. Martin's Letter to Messrs. Sparks and Colburn, dated August 15, 2006 | G |
| Mr. Martin's Letter to Messrs. Sparks and Colburn, dated August 25, 2006 | H |
| Mr. Sparks' Letter to Mr. Martin, dated August 25, 2006 | I |
| Mr. Sparks' Letter to Mr. Martin, dated August 28, 2006 | J |
| Mr. Martin's Email to Mr. Sparks, dated August 28, 2006, with Meeting Attendance Form for Don Enslow | K |
| Mr. Martin's Letter to Messrs. Sparks and Colburn, dated August 28, 2006 | L |
| Mr. Sparks' Email to Mr. Martin, dated August 31, 2006 | M |