Shannon W. Martin, ASBA 0105028
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: martins@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS,<br><br>Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY COPORATION, a foreign corporation,<br><br>Defendant. | Case No. A05-0032 CV (JKS)<br><br>**DEFENDANT'S SUPPLEMENTAL DISCLOSURE STATEMENT** |

Defendants, by and through counsel, make the following supplemental disclosures pursuant to Civil Rule 26(e).

**A.  Potential Witnesses:**

1. Enslow, Don
   BP Exploration (Alaska), Inc.
   Endicott Island AK Production Facility
   PO Box 196612, MB 3-3
   Anchorage, AK 99519-6612
   907-564-5495
   enslowda.bp.com

   Mr. Enslow is a BPXA HES Manager and was a member of the accident investigation team.

2. Germany Bice, Ruth
   BP Exploration (Alaska), Inc.
   PO Box 196612
   Anchorage, AK 99519-6612

   Ms. Germacy-Bice is the Greater Prudhoe Bay Operations Manager and was a member of the accident investigation team.

EXHIBIT A
PAGE 1 OF 3

3. Haynes, John
   Nabors Alaska Drilling, Inc.
   2525 C Street, Suite 200
   Anchorage, Alaska 99503-2639

   Mr. Haynes is a Nabors' HES Manager was a member of the accident investigation team.

4. Hendrick, Dave
   Schlumberger Technology Corporation
   C/o Lane Powell LLC
   301 W. Northern Lights Blvd., Suite 301
   Anchorage AK 99501
   907-277-9511

   Mr. Hendrick is a member of the Schlumberger accident investigation team.

5. Lawrie, Graeme            **(Attorney-Client Privilege)**
   Schlumberger Technology Corporation
   C/o Lane Powell LLC
   301 W. Northern Lights Blvd., Suite 301
   Anchorage AK 99501
   907-277-9511

   Mr. Lawrie is the Schlumberger HES Manager and oversaw the accident investigation.

6. Lister, Rick
   19620 Driftwood Bay
   Eagle River AK 99577-8820
   907-694-7734

   Mr. Lister is a former Schlumberger employee on duty at time of incident.

7. Lott, James
   2745 Watergate Way
   Kenai AK 99611

   Mr. Lott is a former Vetco Gray employee on duty at time of incident.

8. McBride, Gary
   BP Exploration (Alaska), Inc.
   PO Box 196612
   Anchorage, AK 99519-6612

   Mr. McBride was a member of the BPXA accident investigation team.

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

**Defendant's Supplemental Disclosures**
*Daryl Meadows v. Schlumberger Technology Corporation* (Case No. A05-0032 CV (JKS))   Page 2 of 3

EXHIBIT __A__
PAGE __2__ OF __3__

9. Pitzer, MD Neil L.              (Expert)
   Rehabilitation Associates of Colorado
   125 E. Hampton Avenue
   Englewood CO 80110
   303-788-9297

   Dr. Pitzer is a medical expert that performed an IME on plaintiff and will issue an expert report re same.

10. Tilbury, Robert
    13521 Baywind Drive
    Anchorage AK 99516

    Mr. Tilbury is a former Schlumberger supervisor on duty at time of accident.

11. Williams, Herb              (Expert)
    HSE Consultant
    RigSafe, Inc.
    9050 Rocky Cove Drive
    Anchorage, Alaska 99507-4907
    (907) 344-7163

    Mr. Williams is a safety expert and will testify re safety practices applicable to incident herein.

DATED this 29th day of November, 2005.

LANE POWELL LLC
Attorneys for Defendant

By _____
Shannon W. Martin, ASBA 0105028

I certify that on November 29, 2005, a copy of the foregoing was served by mail on:
a fax

Robert A. Sparks, Esq.
1552 Noble Street
Fairbanks, Alaska 99701-6225

_____
Jennifer A. Heck
115223.0018/148257.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Defendant's Supplemental Disclosures**
*Daryl Meadows v. Schlumberger Technology Corporation* (Case No. A05-0032 CV (JKS))    Page 3 of 3

EXHIBIT  A
PAGE  3  OF  3