LAW OFFICES

# ROBERT A. SPARKS

ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

August 25, 2006

Shannon W. Martin
Grace Hollis
One Ridgegate
Suite 215
Temecula, CA 92590

Re: Meadows v. Schlumberger Technology Corp.

Dear Mr. Martin:

    I would like to schedule your deposition to explore the authenticity of Plaintiff's Exhibit 118, since your office provided it to the Plaintiff. I would be able to conduct this deposition next week, please let me know what day would be available for you.

    Please let me know immediately if I should file a motion with the court in this regard.

    Please let me know if you have any questions.

Sincerely,

THE LAW OFFICE OF ROBERT A. SPARKS

Robert A. Sparks

EXHIBIT B
PAGE 1 OF 1