

# GRACEHOLLIS
Lowe Hanson & Schaeffer LLP

August 25, 2006

Attorneys at Law
A Limited Liability
Partnership Including
Professional Corporations

One Ridgegate
Suite 215
Temecula, CA 92590
951.676.3445 voice
951.676.9294 fax

www.gracehollis.com

Michael J. Grace
A Professional Corporation
Also admitted in Nevada

Graham S.P. Hollis
A Professional Corporation

Coleen H. Lowe
Also admitted in Nevada

Kirk D. Hanson
Also admitted in Arizona

James C. Schaeffer

Rebecca F. Cady

Lori J. Guthrie

C. Christopher Brown

Charles A. Mainieri

Jonathan H. Rose

Sabrina Montalvo

Margaret A. Buquid

April C. Ball
A Professional Corporation

Christopher J. Briggs

J. Kevin Mackin

Thomas J. Callaway

Jana K. Fein

Diana C. Boley

Christopher J. Hayes

Diane E. Richard

Christopher J. Nelson

Lupe C. Rodriguez, Jr.

Andres D. Garcia

Traci A. Becerra

Alexander R. Joehnk

Mark Angert

Shannon W. Martin

Kristopher M. Cronin

Monica M. Zepeda
Of Counsel

**VIA FACSIMILE**
Robert A. Sparks, Esq.
1552 Noble Street
Fairbanks, Alaska 99701-6225

Mark H. Colbert, Esq.
Colbert Law Firm
200 Stanley
Post Office Box 2169
Ardmore, Oklahoma 73402

Re:   *Meadows v. Schlumberger Technology Corporation*
      Case No. A05-0032 CV (JKS)
      Our File No. 115223.18

Dear Counsel:

Regarding Mr. Sparks' letter dated August 25, 2006, requesting to take my deposition, file a motion with the Court.

Best regards,

Shannon W. Martin

SWM/swm
cc: Brewster Jamieson/Jennifer Heck (Lane Powell) (via electronic mail)

EXHIBIT  C
PAGE  1  OF  1

San Diego County       Riverside County     Orange County      Ventura County     Central Coast      Central Valley      Arizona            Nevada
619.692.0800           951.676.3445         714.668.5125       805.604.7180       805.786.0800       559.740.0800        480.812.8248       702.765.0800