LAW OFFICES

# ROBERT A. SPARKS

ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

August 30, 2006

Brewster Jameson
Lane Powell LLC
301 W. Northern Lights Blvd
Suite #301
Anchorage, AK 995013-2648

Re: Meadows v. Schlumberger technology Corp.

Dear Mr. Jameson:

    Enclosed please find the Subpoena and Witness fee check to Dave Hendricks. Because your address was listed on your witness list, we expect you to see that this subpoena is received by Mr. Hendricks.

    Please let me know as soon as possible if you will be unable to accept service for Mr. Hendricks.

Sincerely,

THE LAW OFFICE OF ROBERT A. SPARKS

Robert A. Sparks

Enclosure: Subpoena + Witness fee check #21775
cc:cs

EXHIBIT D
PAGE 1 OF 3

AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court

DISTRICT OF ALASKA

DARYL MEADOWS,

V.

SCHLUMBERGER TECHNOLOGY CORPORATION,

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: A05-0032

TO: Dave Hendricks
C/O Defendants Attorney's Lane Powell LLC
301 W. Northern Lights Blvd.
Anchorage, Alaska 99501

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Court<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | 1 |
| | DATE AND TIME |
| | 10/10/06 @ 9:30 AM |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney for Plaintiff | 8-30-2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Robert A. Sparks; 1552 Noble Street; Fairbanks, Alaska 99701
(907) 451-0875

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

EXHIBIT O
PAGE 2 OF 3

**ROBERT A. SPARKS**
ATTORNEY AT LAW
OFFICE ACCOUNT
1552 NOBLE  (907) 451-0875
FAIRBANKS, ALASKA 99701

DENALI STATE BANK
FAIRBANKS, ALASKA 99701
59-92-1252

21775

8/30/2006

PAY TO THE ORDER OF  Dave Hendricks          $ **40.00

Forty Only************************************************************  DOLLARS

ROBERT A. SPARKS

MEMO

ROBERT A. SPARKS                                    21775
ATTORNEY AT LAW
      Dave Hendricks                    8/30/2006
      Witnessfee/Meadows                              40.00

Denali office                                         40.00

EXHIBIT  D
PAGE  3  OF  3