## Heck, Jennifer

**From:** Heck, Jennifer
**Sent:** Thursday, September 07, 2006 9:01 AM
**To:** Heck, Jennifer
**Subject:** Meadows v. Schlumberger


-----Original Message-----
From: Robert Sparks [mailto:sparkslawoffice@yahoo.com]
Sent: Thursday, August 10, 2006 6:18 PM
To: Shannon Martin
Subject: Re: FW: Meadows v. Schlumberger

I believe that the deadline for taking depositions in this case ended with the close of discovery. I have forwarded your message to Mr. Colbert for a second
opinion. I will let you know what his response is.


rote:

> Mr. Sparks, fyi below. I am running into the same problem with Grant
> Owen, your client's former supervisor with Fenix. Thus, I will
> probably wish to perpetuate his trial testimony in the near future.
> Mr. Owen lives in Oklahoma. I will follow up with a letter to you and
> Mr. Colbert.
>
>
>
> Thanks.
>
>
>
>
> _____
>
> From: Shannon Martin
> Sent: Thursday, August 10, 2006 2:17 PM
> To: 'aklorentzen@acsalaska.net'
> Cc: Heck, Jennifer
> Subject: Meadows v. Schlumberger
>
>
>
> Dear Mrs. Lorentzen,
>
>
>
> Thank you for taking the time to speak with me this afternoon
> regarding scheduling your husband's trial testimony in this case. You
> advised me that you and your husband will be departing Stirling on

1

EXHIBIT  F
PAGE  1  OF  3

> October 8, 2006, and traveling to Virginia, and will not be returning
> to Alaska for 3 weeks.  Therefore, I would like to perpetuate Mr.
> Lorentzen's trial testimony during the week of October 2, 2006, in
> Anchorage.
> You advised me that your husband is on the Slope this week and that
> you will speak with him regarding his availability during the week of
> October 2.
>
>
>
> Thank you again.
>
>
>
> Best regards,
>
>
>
> Shannon W. Martin
>
> Attorney
>
>
>
> Grace Hollis Lowe Hanson & Schaeffer LLP
>
> One Ridgegate, Suite 215
>
> Temecula, CA 92591
>
> 951.676.3445 main
>
> 951.587.8610 direct
>
> 951.676.9294 fax
>
> www.gracehollis.com <http://www.gracehollis.com/>
>
> Notice: This transmittal is directed only to the above named addressee
> or addressees. It is not to be read by anyone else. Its contents may
> be protected from disclosure by law as privileged or confidential. The
> use of e-mail, internet, intranet, telecopier or other electronic
> transmission does not waive or intend to waive this or any other
> protection which may be available pursuant to California or Federal
> law. Any review, retransmission, dissemination or other use of, or
> taking of any action in reliance upon, this information by persons or
> entities other than the intended recipient or recipients is
> prohibited.
> Illegal interception of this communication is a violation of 11 U.S.C.
> § 2511. Nothing in this message is to be interpreted as a digital or
> electronic signature that may be used to authenticate a contract or

EXHIBIT __F__
PAGE __2__ OF __3__

```
> other legal document. If you received this transmission in error,
> please contact the sender, delete the material from any computer and
> permanently discard any printed or duplicate version of the material.
> Thank you for your cooperation.
>
>
>
>
>
>
```

Robert A. Sparks
The Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska 99701
(907) 451-0875
(907) 451-9385 fax
sparkslawoffice@yahoo.com