# GRACE·HOLLIS
### Lowe Hanson & Schaeffer LLP

August 15, 2006

Attorneys at Law
A Limited Liability
Partnership Including
Professional Corporations

One Ridgegate
Suite 215
Temecula, CA 92590
951.676.3445 voice
951.676.9294 fax

www.gracehollis.com

Michael J. Grace
A Professional Corporation
Also admitted in Nevada

Graham S.P. Hollis
A Professional Corporation

Coleen H. Lowe
Also admitted in Nevada

Kirk D. Hanson
Also admitted in Arizona

James C. Schaeffer

Rebecca F. Cady

Lori J. Guthrie

C. Christopher Brown

Charles A. Mainieri

Jonathan H. Rose

Sabrina Montalvo

Margaret A. Buquid

April C. Ball
A Professional Corporation

Christopher J. Briggs

J. Kevin Mackin

Thomas J. Callaway

Jana K. Fein

Diana C. Boley

Christopher J. Hayes

Diane E. Richard

Christopher J. Nelson

Lupe C. Rodriguez, Jr.

Andres D. Garcia

Traci A. Becerra

Alexander R. Joehnk

Mark Angert

Shannon W. Martin

Monica M. Zepeda
Of Counsel

Robert A. Sparks, Esq.
1552 Noble Street
Fairbanks, Alaska 99701-6225

Mark H. Colbert, Esq.
Colbert Law Firm
200 Stanley
Post Office Box 2169
Ardmore, Oklahoma 73402

    Re:    *Meadows v. Schlumberger Technology Corporation*
              Case No. A05-0032 CV (JKS)
              Our File No. 115223.18

Dear Counsel:

        Schlumberger would like to procure the trial testimony of Mr. Meadows' former supervisor with Fenix, Grant Owen. Mr. Owen recently advised me that he will be unable to travel to Anchorage to testify at trial, though I had previously understood that he would be available to testify live. Therefore, we will be filing a motion to permit presentation of Mr. Owen's testimony in open court by contemporaneous video transmission from Oklahoma. In the alternative, we will be asking the court to allow us to perpetuate Mr. Owen's testimony by videotape prior to trial.

        Please let me know if you are willing to non-oppose this motion.

        Best regards,

Shannon W. Martin

SWM/swm

cc: Brewster Jamieson (via electronic mail)

EXHIBIT 6
PAGE 1 OF 1

San Diego County    Riverside County    Orange County    Ventura County    Central Coast    Central Valley    Arizona    Nevada