**Biggerstaff, Nanci**

| | |
|---|---|
| **From:** | Shannon Martin [smartin@gracehollis.com] |
| **Sent:** | Thursday, September 07, 2006 10:16 AM |
| **To:** | Biggerstaff, Nanci |
| **Subject:** | FW: Meadows v. SLB |
| **Attachments:** | AV4519.PDF |



AV4519.PDF (95 KB)

<<AV4519.PDF>>

-----Original Message-----
From: Shannon Martin
Sent: Monday, August 28, 2006 3:28 PM
To: 'Robert Sparks'
Subject: Meadows v. SLB

Mr. Sparks, as reqeusted please find event info for Mr. Enslow's mtgs in Atlanta.

1

EXHIBIT  K
PAGE  1  OF  2

# MEETING ATTENDANCE FORM

Technical Committee Gaseous Fire Extinguishing Systems

ROC Meeting

October 11-12, 2006

__X__ (Yes)   I plan to attend

_____ (No)   I am unable to attend

I will arrive on (date): _Tuesday, October 10_

Where Staying: _Hilton Atlanta Airport_  # of nights __2__

Print Name: _Don Enslow_

Please return or by September 12, 2006:

    Carol Sances
    NFPA
    1 Batterymarch Park
    Quincy, MA  02269-9101
    Tel# 617-984-7951
    FAX 617-984-7110
    Email csances@nfpa.org