## Heck, Jennifer

| | |
|---|---|
| **From:** | Heck, Jennifer |
| **Sent:** | Wednesday, September 06, 2006 4:14 PM |
| **To:** | Heck, Jennifer |
| **Subject:** | FW: Meadows v. SLB |
| **Importance:** | High |

-----Original Message-----
From: Robert Sparks [mailto:sparkslawoffice@yahoo.com]
Sent: Thursday, August 31, 2006 3:42 PM
To: Shannon Martin
Subject: Re: Meadows v. SLB

Dear Mr. Martin: After considering this matter and confering with Mr. Colbert, we have decided that Mr. Enslow needs to be available to testify on October 10,
11 or possibly the 12th, depending on the pace of the trial and the time required to select the jury and to make opening statements. It is more likely that Mr.
Enslow would be needed on October 11, but it if difficult to accurately predict at this time. I am sorry that this makes it impossible for Mr. Enslow to attend the meeting in Atlanta, but trials are inconvenient for everyone. Please let me know if you have any questions.


Robert A. Sparks
The Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska 99701
(907) 451-0875
(907) 451-9385 fax
sparkslawoffice@yahoo.com

EXHIBIT ___M___
PAGE _1_ OF _1_