Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS,<br><br>             Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY COPORATION, a foreign corporation,<br><br>             Defendant. | Case No. 3:05-cv-00032-TMB<br><br>**PROPOSED<br>ORDER** |

THIS COURT, having considered Defendant's Motion to Strike Plaintiff's Amended Witness List and to Quash Subpoena re Dave Hendrick, as well as all responses thereto and applicable law;

IT IS HEREBY ORDERED that defendant's motion is GRANTED as follows:

1. Plaintiff's Amended Final Witness List is stricken from the record; and,

2. Plaintiff shall not be entitled to call Dave Hendrick to testify at trial; and,

3. Plaintiff's subpoena for Dave Hendrick to testify at trial is hereby quashed.

DATED this ____ day of September/October, 2006.

                                                Timothy M. Burgess
                                              United States District Court Judge

I certify that on September 7, 2006, a copy
of the foregoing was served by ECF on:

Robert A. Sparks  sparkslawoffice@yahoo.com

and by mail on: Mark Colbert, Esq.

  s/Brewster H. Jamieson
115223.0018/156482.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631