Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS,<br><br>                                     Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY COPORATION, a foreign corporation,<br><br>                                     Defendant. | Case No. 3:05-cv-00032-TMB<br><br>**QUALIFIED JOINDER TO REQUEST FOR ORAL ARGUMENT RE PLAINTIFF'S SECOND MOTION *IN LIMINE*** |

Defendant, by and through counsel, joins in with Plaintiff's Meadows' Request for Oral Argument Regarding Plaintiff's Second Motion *in Limine* (Docket No. 91). Defendant further requests that the oral argument on this issue be scheduled to coincide with the scheduled final pre-trial conference at 9 a.m. on September 29, 2006 (Docket No. 50). Defense counsel Shannon W. Martin is flying up from California for the pre-trial conference, and respectfully requests that oral argument be set to coincide with that conference.

DATED this 7th day of September, 2006.

LANE POWELL LLC
Attorneys for Defendant

By  s/ Brewster H. Jamieson
   Brewster H. Jamieson, ASBA No. 8411122
   301 West Northern Lights Boulevard, Suite 301
   Anchorage, Alaska 99503-2648
   Telephone: 907-277-9511
   Facsimile: 907-276-2631
   Email: jamiesonb@lanepowell.com

I certify that on September 7, 2006, a copy of the foregoing was served by ECF on:

Robert A. Sparks  sparkslawoffice@yahoo.com

and by mail on: Mark Colbert, Esq.

  s/Brewster H. Jamieson
115223.0018/156492.1