RECEIVED
SEP 14 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS,<br><br>Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY CORPORATION, a foreign corporation,<br><br>Defendant. | Case No. 3:05-cv-00032-TMB<br><br>**LIMITED ENTRY OF APPEARANCE** |

    Gregory L. Youngmun of BP Exploration (Alaska), Inc. ("BPXA") Law Department, enters his special appearance on behalf of BP Exploration (Alaska) Inc. ("BPXA") for the purpose of filing BPXA's motion to permit presentation of witness (Don Enslow's) testimony in open court by contemporaneous transmission from Atlanta; the reply to any opposition, and to attend any hearing in connection with BPXA's motion. BPXA requests copies of all pleadings, correspondence, and other documents be served upon him at 900 East Benson Boulevard, MB13-5 Anchorage, Alaska. The telephone number relating to its motion is (907) 564-4106. The facsimile number is (907) 564-4031.

    DATED this 14th day of September, 2006.

By _____
Gregory L. Youngmun, ASBA No. 8310160
BP Exploration (Alaska), Inc., Law Department

BP EXPLORATION (ALASKA) INC.
900 East Benson Blvd.
Anchorage, Alaska 99508
(907) 564-4106 / Facsimile (907) 564-4031

I certify that on September 14, 2006, a copy of the foregoing was served by Linda S. Mowrer by mail and hand on:

Robert A. Sparks, Esq. (mail)
Mark Colbert, Esq. (mail)
Shannon Martin, Esq. (hand)
Brewster Jamieson, Esq. (hand)

Linda S. Mowrer