

## GRACE-HOLLIS
Lowe Hanson & Schaeffer LLP

August 25, 2006

One Ridgegate
Suite 215
Temecula, CA 92590
951.676.3445 voice
951.676.9294 fax

Michael J. Grace
A Professional Corporation
Also admitted in Nevada

Graham S.P. Hollis
A Professional Corporation

Coleen H. Lowe
Also admitted in Nevada

Kirk D. Hanson
Also admitted in Arizona

James C. Schaeffer

Rebecca F. Cady

Lori J. Guthrie

C. Christopher Brown

Charles A. Mainieri

Jonathan H. Rose

Sabrina Montalvo

Margaret A. Buquid

April C. Ball
A Professional Corporation

Christopher J. Briggs

J. Kevin Mackin

Thomas J. Callaway

Jana K. Fein

Diana C. Boley

Christopher J. Hayes

Diane E. Richard

Christopher J. Nelson

Lupe C. Rodriguez, Jr.

Andres D. Garcia

Traci A. Becerra

Alexander R. Joehnk

Mark Angert

Shannon W. Martin

Kristopher M. Cronin

Monica M. Zepeda
Of Counsel

**VIA FACSIMILE**
Robert A. Sparks, Esq.
1552 Noble Street
Fairbanks, Alaska 99701-6225

Mark H. Colbert, Esq.
Colbert Law Firm
200 Stanley
Post Office Box 2169
Ardmore, Oklahoma 73402

   Re:  *Meadows v. Schlumberger Technology Corporation*
      Case No. A05-0032 CV (JKS)
      Our File No. 115223.18

Dear Counsel:

  My understanding is that you recently subpoenaed Don Enslow to appear for the first day of trial on October 10, 2006. BPXA informs me that Mr. Enslow will be traveling out of state during trial, and will thus be unavailable to testify live. However, Mr. Enslow will be available to testify in open court through contemporaneous transmission from his out-of-state location on October 10 or 13, 2006.

  As you know, Fed. R. Civ. P. 43 (a) requires a showing of good cause to permit presentation of testimony in open court by contemporaneous transmission from a different location. Schlumberger will non-oppose any motion you may choose to file under Civil Rule 43 with respect to Mr. Enslow providing that plaintiff Meadows extends the same courtesy to Schlumberger in connection with its pending motions to allow Jim Wood and Grant Owen to testify in open court by contemporaneous transmission from Oklahoma.

  Please let us know how you wish to proceed.

            Best regards,

            Shannon W. Martin

SWM/swm
Enclosures
cc: Brewster Jamieson/Jennifer Heck (Lane Powell) (via electronic mail)

                EXHIBIT   A
                PAGE  /  OF  /