Aug 25 2006 9:59AM    Sparks Law Office    (907) 451-9385    p.1

LAW OFFICES

# ROBERT A. SPARKS

ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

August 25, 2006

Shannon W. Martin
Grace Hollis
One Ridgegate
Suite 215
Temecula, CA 92590

Re: Meadows v. Schlumberger Technology Corp.

Dear Mr. Martin:

    Thank you for your letter dated August 25, 2006, regarding the trial subpoena served on Don Enslow. It is surprising to me that Mr. Enslow did not expect to be present in Anchorage, where I understand he lives and works, to testify at the trial, since he was designated by BP to testify on its behalf at the 30(b)(6) deposition of BP in this case.

    Trials are frequently inconvenient for parties and the persons who are called upon to be witnesses. Neither you nor BP ever provided Plaintiff Meadows with any advance notice that Mr. Enslow would be unavailable at the time of trial in this matter.

    While it would be rash of me to speculate that Mr. Enslow was planning on being out of town to avoid testifying at the trial scheduled in this case, the fact that you alone represented both BP and Defendant Schlumberger at the second day of Mr. Enslow's testimony at BP's 30(b)(6) deposition certainly suggests that he has a connection with the Defendant that would cause a reasonable person to be suspicious as to the reason Mr. Enslow planned to be out of town at the time of this trial.

    Plaintiff Meadows expects Mr. Enslow to comply with his trial subpoena and we are willing to cooperate in any manner necessary to avoid any unnecessary inconvenience to Mr. Enslow. It would simply not be sufficient for an important witness such as Mr. Enslow to not attend the trial and testify live, which is why he has been served with a subpoena to appear and testify.

EXHIBIT   B
PAGE  1  OF  2

Mr. Martin Letter
August 25, 2006
page 2 of 2

    Please let me know if you have any questions.

                        Sincerely,
        THE LAW OFFICE OF ROBERT A. SPARKS

                    Robert A. Sparks

EXHIBIT  B
PAGE  2  OF  2