LAW OFFICES

# ROBERT A. SPARKS

ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

August 28, 2006

Shannon Martin
Grace Hollis
One Ridgegate
Suite 215
Temecula, CA 92590

Re: Meadows v. Schlumberger technology Corp.

Dear Mr. Martin:

    Please send me more information regarding the meetings that Mr. Enslow is scheduled to attend in Atlanta, Georgia, on October 9 - 15. I can find no listing in the schedule for technical committees of the National Fire Protection Association for any scheduled committee meetings for October 9 - 15.

    If Mr. Enlsow currently has a ticket to attend this event, please send me a complete copy of the ticket.

    Please let me know if you have any questions.

Sincerely,

THE LAW OFFICE OF ROBERT A. SPARKS

Robert A. Sparks

EXHIBIT C
PAGE 1 OF 1