**Biggerstaff, Nanci**

| | |
|---|---|
| **From:** | Shannon Martin [smartin@gracehollis.com] |
| **Sent:** | Thursday, September 07, 2006 10:16 AM |
| **To:** | Biggerstaff, Nanci |
| **Subject:** | FW: Meadows v. SLB |

**Attachments:**        AV4519.PDF



AV4519.PDF (95
KB)
                    <<AV4519.PDF>>

-----Original Message-----
From: Shannon Martin
Sent: Monday, August 28, 2006 3:28 PM
To: 'Robert Sparks'
Subject: Meadows v. SLB

Mr. Sparks, as requested please find event info for Mr. Enslow's mtgs in
Atlanta.

EXHIBIT ___D___
PAGE__/__ OF _2_

1

# MEETING ATTENDANCE FORM

## Technical Committee Gaseous Fire Extinguishing Systems

## ROC Meeting

## October 11-12, 2006

_____X_____ (Yes)   I plan to attend

_____ (No)   I am unable to attend

I will arrive on (date): _Tuesday, October 10_

Where Staying: _HILTON ATLANTA AIRPORT_   # of nights ___2___

Print Name: _DON ENSLOW_

Please return or by September 12, 2006:

> Carol Sances
> NFPA
> 1 Batterymarch Park
> Quincy, MA  02269-9101
> Tel# 617-984-7951
> FAX 617-984-7110
> Email csances@nfpa.org

EXHIBIT ___D___
PAGE __2__ OF __2__