

**GRACE·HOLLIS**
Lowe Hanson & Schaeffer LLP

August 28, 2006

Attorneys at Law
A Limited Liability
Partnership Including
Professional Corporations

One Ridgegate
Suite 215
Temecula, CA 92590
951.676.3445 voice
951.676.9294 fax

www.gracehollis.com

Michael J. Grace
A Professional Corporation
Also admitted in Nevada

Graham S.P. Hollis
A Professional Corporation

Coleen H. Lowe
Also admitted in Nevada

Kirk D. Hanson
Also admitted in Arizona

James C. Schaeffer

Rebecca F. Cady

Lori J. Guthrie

C. Christopher Brown

Charles A. Mainieri

Jonathan H. Rose

Sabrina Montalvo

Margaret A. Buquid

April C. Ball
A Professional Corporation

Christopher J. Briggs

J. Kevin Mackin

Thomas J. Callaway

Jana K. Fein

Diana C. Boley

Christopher J. Hayes

Diane E. Richard

Christopher J. Nelson

Lupe C. Rodriguez, Jr.

Andres D. Garcia

Traci A. Becerra

Alexander R. Joehnk

Mark Angert

Shannon W. Martin

Kristopher M. Cronin

Monica M. Zepeda
Of Counsel

**VIA FACSIMILE**
Robert A. Sparks, Esq.
1552 Noble Street
Fairbanks, Alaska 99701-6225

Mark H. Colbert, Esq.
Colbert Law Firm
200 Stanley
Post Office Box 2169
Ardmore, Oklahoma 73402

      Re:    *Meadows v. Schlumberger Technology Corporation*
               Case No. A05-0032 CV (JKS)
               Our File No. 115223.18

Dear Counsel:

      We received additional information from BPXA this morning regarding Don Enslow's availability for trial. Mr. Enslow will be in Atlanta between October 9 through 15 attending technical committee meetings presented by the National Fire Protection Association. As specified in earlier letters, Mr. Enslow is available to testify in open court by contemporaneous transmission from Atlanta on October 10 and 13.

      Alternatively, Mr. Enslow will be returning to Anchorage on Sunday, October 15, and thus, he would be available to testify in person during the second week of trial. If you would prefer to have Mr. Enslow appear in person at trial, Schlumberger would stipulate to allow Mr. Enslow to testify out of order and during defendant's case in chief.

      Please let us know as soon as possible how you wish to proceed. I remain hopeful that we can work together towards minimizing inconvenience to Mr. Enslow.

Best regards,

*[signature]*

Shannon W. Martin

SWM/swm
cc: Brewster Jamieson/Jennifer Heck (Lane Powell) (via electronic mail)

EXHIBIT   E
PAGE  1  OF  1

San Diego County    Riverside County    Orange County    Ventura County    Central Coast    Central Valley    Arizona    Nevada
619.692.0800        951.676.3445        714.668.5125     805.604.7180     805.786.0800    559.740.0800    480.812.8248    702.765.0800