RECEIVED
SEP 14 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY<br>CORPORATION, a foreign corporation,<br><br>　　　　　　　　　Defendant. | Case No. 3:05-cv-00032-TMB<br><br>PROPOSED<br>**ORDER** |

BP Exploration (Alaska), Inc., having moved pursuant to FRCP 43(a) for an order allowing the testimony of Don Enslow to be presented in open court at trial by contemporaneous transmission from Atlanta, Georgia; and the Court having considered the briefing and being fully advised in the premises;

IT IS ORDERED that the motion is GRANTED. Mr. Enslow's testimony may be presented at trial by contemporaneous video transmission. If it is not possible to arrange video transmission.

DATED this _____ day of September/October, 2006.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

I certify that on September _14_, 2006, a copy of the
foregoing was served by Linda S. Mowrer by mail and hand on:

Robert A. Sparks, Esq. (mail)
Mark Colbert, Esq. (mail)
Shannon Martin, Esq. (hand)
Brewster Jamieson, Esq. (hand)

*Linda S. Mowrer*

BP EXPLORATION (ALASKA) INC.
900 East Benson Blvd.
Anchorage, Alaska 99508
(907) 564-4106 / Facsimile (907) 564-4031