RECEIVED
SEP 14 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

DARYL MEADOWS,

Plaintiff,

v.

SCHLUMBERGER TECHNOLOGY
CORPORATION, a foreign corporation,

Defendant.

Case No. 3:05-cv-00032-TMB

**DECLARATION OF DON ENSLOW**

I, Don Enslow, declare as follows:

1.    I have personal knowledge of all items stated in this declaration. This declaration is being submitted in connection with BP Exploration (Alaska), Inc.'s ("BPXA") Motion to Permit Presentation of Witness (Don Enslow's) Testimony in Open Court by Contemporaneous Video Transmission from Atlanta, or, In the Alternative, to Allow Mr. Enslow's Trial Testimony to be Captured by Videotape Deposition Prior to Trial.

2.    I am currently employed by BPXA as Senior Safety Consultant.    I reside in Anchorage, Alaska.

3.    Plaintiff's counsel has stated that he wants me to testify at trial on October 10, 11 or 12, 2006, and has subpoenaed me to appear at trial. However, from October 9 through October 12, 2006, I will be in Atlanta, Georgia, attending a meeting of the National Fire Protection Association (NFPA) Technical Committee for Gaseous Fire Extinguishing Systems (GFE). An itinerary showing the dates of my travel is attached to this declaration.

4.    I am a member of the NFPA Technical Committee for GFE, which is very important for BPXA in Alaska. The committee is responsible for the NFPA 12 (Standard on Carbon Dioxide Extinguishing Systems), NFPA 12 A (Standard on Halon 1301 Extinguishing Systems), and NFPA 2001 (Clean Agent Extinguishing Systems). In Alaska, BPXA has one of the largest volumes of

**BP EXPLORATION (ALASKA) INC.**
900 East Benson Blvd.
Anchorage, Alaska 99508
(907) 564-4106 / Facsimile (907) 564-4031

Halon 1301 Fire Extinguishing Systems in service in the United States. It is therefore very important to BPXA and my job that I attend this meeting.

5.    The GFE Technical Committee meeting was announced on August 17, 2006, before plaintiff served me with the subpoena. Attached hereto is the announcement of the meeting. In addition, I set my travel plans to attend the meeting before I was served with the subpoena. Because of my pre-arranged travel for the Technical Committee meeting, I will be in Atlanta on October 10, 11 and 12 when plaintiff wants me to testify. Thus, it will not be possible for me to personally appear in court in Anchorage on those dates.

6.    BPXA designated me its corporate representative for purposes of a Rule 30(b)(6) deposition noticed and conducted by the plaintiff on August 30, 2005. This deposition was not videotaped. Schlumberger has not asked me to testify in this case. Plaintiff has not kept me, or to my knowledge, BPXA, apprised of the trial date in this matter. The subpoena served by the plaintiff in late August 2006 was my first notice of the October trial date.

7.    I am willing and able to testify in open court at trial in this case by contemporaneous video or audio transmission from Atlanta at a mutually agreed time and place. In the alternative, I am also willing and able to have my videotaped deposition taken in Anchorage prior to trial, again at a mutually agreed time and place.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED at Anchorage, Alaska, this _14_ day of September, 2006.

I certify that on September _14_, 2006, a copy of the
foregoing was served by Linda S. Mowrer by mail and hand on:

Robert A. Sparks, Esq. (mail)
Mark Colbert, Esq. (mail)
Shannon Martin, Esq. (hand)
Brewster Jamieson, Esq. (hand)

*Linda S. Mowrer*

DON ENSLOW

**BP EXPLORATION (ALASKA) INC.**
900 East Benson Blvd.
Anchorage, Alaska 99508
(907) 564-4106 / Facsimile (907) 564-4031

**Declaration of Don Enslow**
*Daryl Meadows v. Schlumberger Technology Corporation* **(Case No. 3:05-cv-00032-TMB)**                    **Page 2 of 2**