Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile:  907-276-2631
Email:   jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS,<br><br>                    Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY COPORATION, a foreign corporation,<br><br>                    Defendant. | Case No. 3:05-cv-00032-TMB<br><br>**DEFENDANT'S NONOPPOSITION TO BP EXPLORATION'S MOTION RE DON ENSLOW'S TRIAL TESTIMONY** |

Defendant, by and through counsel, does not object to BP Exploration's Motion to Permit Presentation of Witness (Don Enslow's) Testimony in Open Court by Contemporaneous Transmission From Atlanta; or, in the Alternative, to Allow Mr. Enslow's Trial Testimony to be Captured by Videotape Deposition Prior to Trial (Docket No. 104).

DATED this 15th day of September, 2006.

LANE POWELL LLC
Attorneys for Defendant

By  s/ Brewster H. Jamieson
    Brewster H. Jamieson, ASBA No. 8411122
    301 West Northern Lights Boulevard, Suite 301
    Anchorage, Alaska 99503-2648
    Telephone: 907-277-9511
    Facsimile:  907-276-2631
    Email:  jamiesonb@lanepowell.com

I certify that on September 15, 2006, a copy of the foregoing was served by ECF on:

Robert A. Sparks  sparkslawoffice@yahoo.com

and by mail on:
Mark Colbert, Esq.

  s/Brewster H. Jamieson
115223.0018/156607.1