Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska  99701
Phone:  (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARYL MEADOWS ) | |
| ) | |
| Plaintiff, ) | Case No. A05-0032 CIV |
| ) | |
| vs. ) | |
| ) | |
| SCHLUMBERGER TECHNOLOGY ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |

ORDER DENYING DEFENDANT'S MOTION
TO STRIKE PLAINTIFF'S AMENDED WITNESS LIST AND
TO QUASH SUBPOENA RE DAVE HENDRICK

Defendant Schlumberger Technology Corporation, by and through its attorneys, having moved to strike Plaintiff Meadows Amended Witness List and to Quash Subpoena re Dave Hendrick, the Court having considered all relevant matters;

IT IS HEREBY ORDERED THAT Defendant' Motion to Strike Plaintiff's Amended Witness List is hereby Denied;

IT IS HEREBY FURTHER ORDERED THAT Plaintiff's service of a subpoena on Defendant's attorney's office, which was the only

address given to Plaintiff by Defendant for Dave Hendrick, is sufficient service of process to require Mr. Hendrick to appear for trial in this case.

_____          _____
     Date                              Timothy Burgess
                                       U.S. District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of September, 2006, a copy of forgoing was served by E-Mail on:
Shannon W. Martin
Grace Hollis

Brewster Jamieson
Lane Powell LLC

and by regular mail to:
Mark Colbert, Esq

By: /s/ Robert A. Sparks

_____

Meadows v. Schlumberger
page 2