MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Daryl Meadows v. Schlumberger Technology Corporation*
Case No. 3:05-cv-0032 TMB

By:        THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

BP Exploration (Alaska), Inc. has filed a motion to permit the presentation of witness Don Enslow's testimony by contemporaneous transmission from Atlanta or to allow Mr. Enslow's trial testimony to be captured by a videotaped deposition prior to trial. (Docket No. 104). Defendant Schlumberger Technology Corporation filed a non-opposition to BP Exploration (Alaska), Inc.'s motion. (Docket No. 106). Any opposition to the motion from Plaintiff Daryl Meadows is currently due on October 2, 2006. In order to resolve this matter in advance of trial, the Court orders Plaintiff to file any opposition to the motion no later than September 27, 2006. BP Exploration (Alaska), Inc. will have until October 2, 2006 to file any reply.

**IT IS HEREBY ORDERED:**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.