Dave Hendrick / Schlumberger ) Interview Notes

Nabors 33E Valve
Incident Review Team                    10/17/05
Ram — 4' to 6'
Lance Vaughn & Mike Dinger    659-3565

- 9:30  Arrive Island
- 10:45 BP offered legal counsel / Declined - Bartz
- 11:15 Incident Scene
    (James Lott) Vetco/Gray
- Called to Rig — Suspect master leaking  6:00pm
- Monitored w/ gauge   100 psi
- Gauge on wing —
- Flange needle valve closed & capped
- Did not cycle SSV / verified it was closed
- Did not know SLB was working on BOPs
- Day 14 of Hitch / 10 hrs. sleep
- Driller told him not to touch the swab
- Bill Hanwa Arrod motorman in cellar

1300 Timeline — Tilbury — Vaughn — Wood

- Listen/Soles — James check in with them?
- Flow to surface after pulling HRC
- SLB to operate tree valves
- Who operates Bleed?
- Was Bleed valve open? Who closed
- High in $CO_2$ — well

Date: 8-29-5  EX#: 11
Witness: Enslow
WILLIAM P. RICE    810 N Street
R&R Court Reporters, Inc.   Anchorage, Alaska

BPXA 00180
Meadows v. Schlumberger

LISTER

Just came on Tower — 5:45
Ask Jimmy if everything was Bled Down
Never worked on BOPs — Read Document
Not aware Vetco Gray was servicing
Was at Crew meeting for BOP Rollout.
* Crew meeting for change out was informal.

* Unfamiliar — Bleed Down Through Rig
  Manifold — Several Touched SSV.+
* McBride — SPOC During well work
  VS/ Rig — Wells Company Rep.
* Training — No Hands on But Intensive Pressure Control
* ~~Flagging or Tagging Po~~
* Tree off & Not Serviced


Who stabbed Lub. Back onto ~~Wellhead~~ BOPs?
Where did Pressure Gauge Go?

Improvement  Bleeding Gas to Atmosphere/Relying
on Smell to Detect gas.

Flagging or Tagging Position of Valves

Dave / Forklift op. / Bill / Aaron

Wasn't aware SCB was working on BOPs
→ Forklift observation
5:00  Dave - Darrell & SCB Hand
Sitting on choke - Jim Soles waiting
to open swab ??
                        James Greasing
Bill opened master ~~Jim~~ Darrell closed
* Bleeding to atmosphere no odor of gas
Pre Tower meeting no mention of problems

Improve - Communication before servicing tree.
Aaron
        Pre job with crew before tasks
G.R. - Getting injured off rig took to long
Paths out RIG.

(Tilbury)

Took Gauge off BOP Due to low pressure
Leak. Moved Gauge to cellar

Noticed SCB parts (BOP) & Pallet with Banding
Questions ~~weather~~ right Rams are in place
Lister Prying with Bar - couldn't get
a good bite - Tilbury - pry Bar / Handed By Right hand
Both Listera BOP Prying when pressure Release.
Lower Valve was Closed
~~Did~~ No one checked position of Lower BOP Valve
1st Time using New Hydraulic BOPs -
Did not verify correct Rams before the Job

BPXA 00182
Meadows v. Schlumberger