

# COLBERT LAW FIRM

580-226-1911
580-226-1907 Fax

*800-540-5529*

MARK COLBERT
JOHN COLBERT
OF COUNSEL
STEVE COLBERT *

* Also admitted in Texas

November 28, 2005

Exh. F

C.M. Schade, M.D., Ph.D., P.E., PA.
Center for Pain Control
2692 W. Walnut Street, Suite 105
Garland, TX 75042

VIA FACSIMILE
(972) 494-5224

Δ π EXHIBIT F
Deponent Schade
Date 3/30/06 Rptr. LG
WWW.DEPOBOOK.COM

RE: *Daryl Meadows vs. Schlumberger Technology Corporation*
*U.S. District Court for Alaska*
*A05-032-CV*

Dear Dr. Schade:

Per our representation of Daryl in the above referenced action which resulted from an explosion on **October 16, 2003**, this letter guarantees payment of the above referenced account from the settlement funds obtained in this action.

We appreciate your attention in this matter and if you have any questions, please contact me.

Yours truly,

COLBERT LAW OFFICES

Mark H. Colbert

MHC/ssd

200 STANLEY ♦ P.O. BOX 2169 ♦ ARDMORE, OKLAHOMA 73402