Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
Email:        jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS,<br><br>                              Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY COPORATION, a foreign corporation,<br><br>                              Defendant. | Case No. 3:05-cv-00032-TMB<br><br>**DEFENDANT'S PROPOSED JURY INSTRUCTIONS AND SPECIAL VERDICT FORM** |

Defendants, by and through counsel, hereby file their proposed jury instructions and special verdict form as attached.

    A.    JOINT INSTRUCTIONS (the parties have stipulated to these instructions):

Alaska Pattern Jury Instructions:

| | |
|---|---|
| 1.07 | 3.03A |
| 1.08 | 3.06 |
| 2.01 | 20.01A |
| 2.02 | 20.02A |
| 2.04 | 20.02B |
| 2.05 | 20.03 |
| 2.06 | 20.04 |
| 2.08 | 20.05 |
| 2.10 | 20.06 |
| 2.14 | 20.07M |
| 3.01 | |

  B. SEPARATE INSTRUCTIONS (plaintiff has objected to some or all of these instructions; Schlumberger is seeking to separately admit these instructions):

  1. Special instruction: AS 09.17.080, Order dated 10/3
  2. Alaska Pattern Jury Instructions
  1.01
  1.10
  1A.06E
  2.20
  2.26
  2.30
  20.10
  3.09D (Special Verdict Form)
  3. 9th Circuit Model Form Instructions:

| | |
|---|---|
| 1.1 | 1.13 |
| 1.2 | 2.1 |
| 1.3 | 2.2 |
| 1.4 | 3.2 |
| 1.5 | 3.3 |
| 1.6 | 3.5 |
| 1.7 | 3.9 |
| 1.9 | 3.10 |
| 1.10 | 5.1 |
| 1.11 | 7.3 |
| 1.12 | |

  DATED this 22nd day of September, 2006.

I certify that on September 22, 2006, a copy of the foregoing was served by ECF on:

Robert A. Sparks  sparkslawoffice@yahoo.com

and by mail on:
Mark Colbert, Esq.

 s/Brewster H. Jamieson
115223.0018/156713.1

LANE POWELL LLC
Attorneys for Defendant


By s/ Brewster H. Jamieson
 Brewster H. Jamieson, ASBA No. 8411122
 301 West Northern Lights Boulevard, Suite 301
 Anchorage, Alaska 99503-2648
 Telephone: 907-277-9511
 Facsimile:  907-276-2631
 Email:  jamiesonb@lanepowell.com