Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
Email:        jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS,<br><br>                            Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY COPORATION, a foreign corporation,<br><br>                            Defendant. | Case No. 3:05-cv-00032-TMB<br><br>**DEFENDANT'S PROPOSED *VOIR DIRE* QUESTIONS** |

Defendants, by and through counsel, hereby file their proposed *Voir Dire* questions as attached.

DATED this 22nd day of September, 2006.

I certify that on September 22, 2006, a copy of the foregoing was served by ECF on:

Robert A. Sparks  sparkslawoffice@yahoo.com

and by mail on:
Mark Colbert, Esq.

 s/Brewster H. Jamieson
115223.0018/156721.1

LANE POWELL LLC
Attorneys for Defendant


By s/ Brewster H. Jamieson
    Brewster H. Jamieson, ASBA No. 8411122
    301 West Northern Lights Boulevard, Suite 301
    Anchorage, Alaska 99503-2648
    Telephone: 907-277-9511
    Facsimile:  907-276-2631
    Email:  jamiesonb@lanepowell.com