## JUROR QUESTIONNAIRE

1.   **Name:** _____     **Juror No.** _____

2.   Gender:                                          Male          Female
     *(CIRCLE ONE)*

3.   Age: _____

4.   Do you **rent, own,** or have some **other** arrangement for living accommodations? __
     _____
     _____

5.(a). How long have you lived in Alaska? _____
       _____

  (b). How long have you lived in Anchorage?_____
       _____

6.   How many times have you moved in the last 10 years?_____
     _____

7.(a). Occupation and job duties_____
       _____
       _____
       _____

8. (b). Do you work or have you previously worked in the oil and gas industry, or for any
        oilfield related servicing company?                YES_____NO_____
        If YES, please describe employer and
        responsibilities:_____
        _____
        _____
        _____
        _____

(b).  Employer name(s)_____

_____

_____

_____

_____

(c).  Length of time employed by each such employer? _____

9.(a).  If not employed, how are you supported? _____

_____

_____

_____

_____

(b).  If retired, what was your occupation and employer?_____

_____

_____

_____

_____

10.(a)  How many jobs have you held in the last 10 years? _____

_____

_____

_____

_____

(b).  Have you ever served in the military?          YES_____NO_____

If YES, please describe dates, service branch and locations where stationed:_____

_____

_____

_____

_____

11.  Highest level of education:_____

_____

_____

115223.0018/156721.1

_____

_____

12.    Field of study, or special expertise: _____

_____

_____

_____

_____

13.    What is your current marital status?

_____Single

_____Married

_____Divorced

_____Divorced, but remarried

_____Widowed

14. If you have ever been married, what is (was) you spouse's occupation and who is their employer?  **[If you have never been married, please write N/A for not applicable.]**

_____

_____

_____

_____

_____

(a).  Does your current spouse, or do any former spouses, work in the oil and gas industry, or for any oilfield related servicing company?

(b).  Has your current spouse, or have any former spouses, ever worked in the oil and gas industry, or for any oilfield related servicing company?

15. Please list the names, ages, and occupation of your children and/or stepchildren.  **[If you have no children, please write N/A for not applicable.]** _____

_____

_____

_____

_____

(a). Do any of your children and/or stepchildren work in the oil and gas industry, or for any oilfield related servicing company?


 (b) Has any of your children and/or stepchildren ever worked in the oil and gas industry, or for any oilfield related servicing company?

16(a).  Have you ever belonged to any labor unions, and if so, please list? _____

_____

_____

_____

_____


 (b).  Have you held any positions of leadership in any such union (e.g., union steward)?

_____

_____

_____

_____


17.(a). Please list any other organization, clubs, groups, or other affiliations: _____

_____

_____

_____


 (b).  Have you held any positions of leadership in these organizations? _____

_____

_____

_____


18.    Favorite leisure time activities _____

_____

_____

_____

_____


19.    Magazines or newspapers you regularly read: _____

_____

4

_____

_____

20.    Have you or has anyone that you know experienced any emotional or health
       related trauma within the past ten years?  (Example:  Death in the family; lost job;
       diagnosis of cancer; etc...)

       YES_____NO_____

       IF YES, please describe: _____

       _____

       _____

       _____

       _____

       _____

       _____

21.    Have you or has anyone close to you ever been diagnosed with or treated for
       fibromyalgia, complex regional pain syndrome (CRPS), reflex sympathetic
       dystrophy (RSD), anxiety, or depression?

       YES_____NO_____

       IF YES, please identify the individual, and the diagnosis, or treatment: _____

       _____

       _____

       _____

       _____

       _____

       _____

22.    Have you ever served on a jury? YES_____NO_____

       IF YES, did you serve on a criminal or civil trial(s): **[Circle one]**

       **Criminal        Civil        I have served on both criminal and civil.**

       IF YES, did the jury deliberate and reach a verdict?    YES_____NO_____

       IF YES, did you agree with the verdict?    YES_____NO_____

       IF YES, did you serve as the foreperson?        YES_____NO_____

5

23.    What are your feelings about the jury system? _____

_____

_____

_____

_____

_____


24.    Have you worked with any of the special interest group lobbies directed at the jury system?

YES_____NO_____


25.    In general, what are your feelings about lawsuits asking for money damages? _____

_____

_____

_____

_____

_____


26.    If you or a loved one were harmed by someone, would you file a lawsuit?

YES_____NO_____

Please explain why or why not: _____

_____

_____

_____

_____


27.    Have you or has someone close to you ever filed suit, been sued or been a witness in a lawsuit?

YES_____NO_____

IF YES, please describe: _____

_____

_____

_____

_____

_____

_____

_____

_____

28.    Have you ever wanted to file a lawsuit but did not or could not for some reason?

YES_____NO_____

IF YES, please describe: _____

_____

_____

_____

_____

_____

_____

29.    Do you have any negative opinions or feelings toward any of the following:

Lawyers                                         YES_____NO_____

Law Enforcement                                 YES_____NO_____

Medical or mental health professionals          YES_____NO_____

Court System                                    YES_____NO_____

The U.S. Military                               YES_____NO_____

The oil and gas industry                        YES_____NO_____

Oilfield related servicing companies            YES_____NO_____

Oil and gas exploration and production companies YES_____NO_____

Out-of-state residents                          YES_____NO_____

IF YES to any of the above, please describe: _____

_____

_____

_____

_____

_____

_____

30.    Have you ever had a bad experience with a lawyer?    YES_____NO_____

IF YES, please describe: _____

_____

7

_____
_____
_____
_____
_____
_____

31.  Do you believe you or a close family member or friend have ever been sued in a civil lawsuit?

YES_____NO_____

IF YES, please describe: _____

_____
_____
_____
_____
_____
_____
_____

32.  Are you or is anyone that you know disabled?

YES_____NO_____

IF YES, please describe the nature of the disability: _____

_____
_____
_____
_____

33.  Have you or has anyone that you know been disqualified from a job because of a disability?

YES_____NO_____

IF YES, please describe the type of job(s) you were disqualified from and the basis for your belief: _____

_____
_____
_____
_____

8

34. Have you ever filed a grievance, law suit or other claim or otherwise felt strong disagreement  against an employer?

YES_____NO_____

IF YES, please describe: _____

_____
_____
_____
_____

35. Have you or has anyone close to you ever been cheated, or been the victim of fraud, in a business deal?

YES_____NO_____

IF YES, please describe: _____

_____
_____
_____
_____

36. Do you believe that it is important to tell the truth? YES_____NO_____

Please explain why or why not:

_____
_____
_____

37. How do you feel about current gas prices?

_____
_____
_____

38. Do you believe that oil companies are to blame for higher gas prices?

YES_____NO_____

IF YES, please explain why: _____

_____
_____
_____
_____

9

39. This case involves a dispute between Daryl Meadows and Schlumberger Technology Corporation.  Have you heard or read anything about this lawsuit?

YES_____NO_____

IF YES, what have you read or heard?: _____

_____

_____

_____

_____

40.  Do you or does anyone that you know have any education, training or experience in the following areas?  **[Check "Yes" or "No" for each item]**

      a)  Oil and gas industry                          YES_____NO_____

      b)  Health, environmental, and workplace safety   YES_____NO_____

      c)  Providing medical services               YES_____NO_____

      d)  Engineering                               YES_____NO_____

      e)  Law or the legal system                 YES_____NO_____

      f)  Law enforcement                      YES_____NO_____

      g) Military                                  YES_____NO_____

IF YES to any, please briefly identify the person, name of the company and describe you/their experience: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

41.  Is there any reason why you could not serve as a fair and impartial juror in a lawsuit involving a dispute between an allegedly injured oilfield worker and an oilfield related services company?

YES_____NO_____

42.  Is there anything that you feel is important for the parties to know about you?

YES_____NO_____

IF YES, please describe: _____

_____

_____

_____

_____

_____

43.  Do you know anyone on this jury panel?

YES_____NO_____

If so, who?:_____

_____

_____

_____

11

44. The following is a list of the attorneys, law firms, parties, and witnesses in this lawsuit.  Please check any of the following that you have heard of, know, worked for, or been treated by.

| NAME | HEARD OF | KNOW | WORKED FOR/TREATED BY |
|---|---|---|---|
| Daryl Meadows | | | |
| Schlumberger Technology Corporation | | | |
| Schlumberger Oilfield Services | | | |
| Nabors Alaska Drilling, Inc. | | | |
| Nabors Industries | | | |
| BP Exploration Alaska, Inc. | | | |
| British Petroleum | | | |
| Vetco Gray | | | |
| Don Enslow | | | |
| Dave Hendrick | | | |
| Graeme Lawrie | | | |
| Robert Tilbury | | | |
| Jim Wood | | | |
| Kenny Lewis | | | |
| James Lott | | | |
| Rick Lister | | | |
| John Haynes | | | |
| Herb Williams | | | |
| Sherri Hall, P.T. | | | |
| Dr. Neil Pitzer | | | |
| Grant Owen | | | |
| Scott Crowe | | | |
| Ruth Germany Bice | | | |
| Dr. Carl Noe | | | |
| Dr. Lewis Frazier | | | |
| Dr. C.M. Schade | | | |
| Margaret Kelsay | | | |
| Donald Jackson | | | |
| Jeff Hoppert | | | |

115223.0018/156721.1

Jody Hoppert

Jackie Davis

Shannon Martin

Jennifer Heck

Brewster Jamieson

Lane Powell LLC

Grace Hollis Lowe
Hanson &
Schaeffer LLP

Robert Sparks

Law Offices of
Robert Sparks

Mark Colbert

Colbert Law Firm

Marion Meadows

Ron Downing

Winston Services

45. If you checked any box in response to Question No. 44, please provide explanation as specified below:

(a). How did you hear of this person or entity?_____

_____

_____

_____

(b). How you know this person or entity?_____

_____

_____

_____

(c) When did you work for this person or entity, including time period employed and nature of employment?_____

_____

_____

_____

13

(d) When did you treat with this medical provider, including circumstances of
treatment? _____

_____

_____

_____


Signature_____

Date  _____