Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska  99701
Phone:  (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARYL MEADOWS           )<br>                         )<br>     Plaintiff,        )<br>                         )<br>   vs.                   )<br>                         )<br>SCHLUMBERGER TECHNOLOGY  )<br>CORPORATION              )<br>                         )<br>     Defendant.          )<br>_____) | Case No. A05-0032 CIV |

## **PLAINTIFF MEADOWS' JURY INSTRUCTIONS**

Plaintiff Daryl Meadows, by and through his attorney, Robert A. Sparks, hereby provides this Court with Plaintiff Meadows proposed jury instructions: Alaska Pattern Civil Jury Instructions Nos. 1.03, 1.07, 1.08, 1.13 2.01, 2.2, 2.04, 2.05, 2.06, 2.08, 2.10, 2.13, 2.14, 2.17, 3.01, 3.03A, 3.06, 3.07, 3.09D, 20.01A, 20.02A, 20.02B, 20.03, 20.04, 20.05, 20.06, 20.07M, 20.13.  It is believed that Defendant does not object to any of these instructions.

Defendant objects to Plaintiff Meadows' proposed 30(b)(6) deposition instruction, instruction 30B, which is filed herewith.

Meadows v. Schlumberger
page 1

Defendant's proposed special verdict form is objected to because it confuses the concepts of mitigation of damages and contributory negligence.  Plaintiff has no objection to many of the 9th Circuit pattern instructions proposed by Defendant, however, Defendant's attorney failed to note on many of its instructions whether they were pattern instructions or not and Plaintiff's attorney was forced to spend many hours comparing the exact text of Defendant's proposed instructions to the 9th Circuit pattern instructions and the Alaska Pattern Civil Jury Instructions.

DATED this 22nd day of September, 2006, at Fairbanks, Alaska.

THE LAW OFFICE OF ROBERT A. SPARKS

/s/ Robert A. Sparks
Robert A. Sparks
Attorney for Plaintiff
1552 Noble Street
Fairbanks, Alaska 99701
(907) 451-0875
Fax: (907) 451-9385
E-mail: sparkslawoffice@yahoo.com
Membership No.: 8611139

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, 2006, a copy of forgoing was served by E-Mail on:

Shannon W. Martin
Grace Hollis

Brewster Jamieson
Lane Powell LLC

and by regular mail to:


Meadows v. Schlumberger
page 2

```
Mark Colbert, Esq

By: /s/ Robert A. Sparks
```

_____

Meadows v. Schlumberger
page 3