Jury Instruction 30B(amended)

    A 30(b)(6) deposition is the sworn testimony of a corporation taken before trial.  The corporation is required to produce a representative at the 30(b)(6) deposition that is the most knowledgeable on the topics specified in the deposition notice.  The corporation's designated witness is placed under oath to tell the truth and lawyers for each party may ask questions.  The questions and answers are recorded.

    The deposition of Defendant Schlumberger, which was taken on October November 21, 2006, is about to be presented to you.  Deposition testimony is entitled to the same consideration and is to be judged, insofar as possible, in the same way as if the witness had been present to testify.

9th Cir Instruction No. 2.6 (modified); FRCP 30(b)(6)