Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska  99701
Phone:  (907) 451-0875

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


| | | |
|---|---|---|
| DARYL MEADOWS | ) | |
| | ) | |
| Plaintiff, | ) | Case No. A05-0032 CIV |
| | ) | |
| vs. | ) | |
| | ) | |
| SCHLUMBERGER TECHNOLOGY | ) | |
| CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### PLAINTIFF MEADOWS' PROPOSED VOIR DIRE QUESTIONS

Plaintiff Daryl Meadows, by and through his attorney, Robert A. Sparks, hereby provides this Court with Plaintiff Meadows proposed voir dire.

DATED this 22nd day of September, 2006, at Fairbanks, Alaska.

THE LAW OFFICE OF ROBERT A. SPARKS
/s/ Robert A. Sparks
Robert A. Sparks
Attorney for Plaintiff
1552 Noble Street
Fairbanks, Alaska 99701
(907) 451-0875
Fax: (907) 451-9385
E-mail: sparkslawoffice@yahoo.com
Membership No.: 8611139

Meadows v. Schlumberger
page 1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 22nd day of September, 2006,  a copy of forgoing
was served by E-Mail on:

Shannon W. Martin
Grace Hollis

Brewster Jamieson
Lane Powell LLC

and by regular mail to:

Mark Colbert, Esq

By: <u>/s/ Robert A. Sparks</u>

<u>                    </u>