Plaintiff Meadows Proposed Voir Dire Questions

1.  Did any members of the jury panel know one another before assembling for this jury panel? If so, in what way?

2.  Have you ever served previously as a member of a trial jury? If so, when and in which court? Was it on a civil or criminal case? Were you allowed to reach a verdict? What was the outcome of the trial? Have you ever served as a foreperson on a jury? Was there anything about your experience on a jury that would make it difficult for you to sit on this jury?

3.  Has anyone here ever studied the law, paralegal studies or ever been a judicial officer or attorney?

Questions designed to elicit bias against parties:

4.  has anyone in your household ever worked for the Schlumberger Technology Corporation or any related company? If so, in what position? How long did they work in that position? Why did they leave that position?

5.  Has anyone in your household ever worked for BP Alaska or any related company? If so, in what position? How long did they work in that position? Why did they leave that position?

6.  Has anyone in your household ever worked for Nabors Drilling or any related company? If so, in what position? How long did they work in that position? Why did they leave that position?

7.  Has anyone in your household ever worked for Vetco-Gray or any related company? If so, in what position? How long did they work in that position? Why did they leave that position?

8.  Has anyone in your household ever worked for an oil field services company. If so, in what position? How long did they work in that position? Why did they leave that position?\

9.  Has anyone in your household ever worked on the Trans-Alaska Oil Pipeline or on the North Slope. If so, who did they work for? What was their position? How long did they work in that position? Why did they leave that position?

10.  Does anyone know the Plaintiff Daryl Meadows?

11.  Does anyone know Marion Meadows, Plaintiff Meadows wife?

12.  Does anyone know any of the Defendant's proposed witnesses?

13.  Does anyone know any of the Plaintiff's proposed witnesses?

14.  Is anyone currently or previously actively involved in promoting the opening of ANWR, building an Alaska Natural Gas Pipeline or changing the oil taxes for the oil industry?  If so, please explain which of these activities that you have been involved in and the degree of your involvement.

15.  Is anyone currently or previously active in lobbying the state legislature on oil or gas issues or has worked for an oil company or oil field service company as a lobbyist?  If so, please explain which of these activities that you have been active in and the degree of your involvement.

16.   Does anyone know the Defendant's attorneys, Brewster Jamieson, from Anchorage, Alaska or Shannon Martin, formerly of Anchorage, Alaska and now from Temecula, California?

17.   Does anyone know the Plaintiff's attorneys, Robert Sparks from Fairbanks, Alaska or Mark Colbert from Ardmore, Oklahoma.

18.   Have you, a close friend or relative, ever had a bad experience of any sort with a person who was originally from outside of Alaska that may affect your ability to be a fair and impartial juror in this case?

<u>Questions designed to reveal bias Against Personal Injury, Damage and Emotional Distress Claims:</u>

19.   Have you read anything in the press or seen anything on television criticizing jury verdicts in personal injury cases?  What is your thinking as a result of what you have read or heard?

20.   Do you hold any strong opinions or beliefs about personal injury lawyers, trial lawyers or personal injury claims? What are your opinions of personal injury lawyers?  What are your opinions of trial lawyers? What are your opinions of personal injury claims?

21.   Does anyone think that there are too many lawsuits being filed.  If so, why do feel that way?  How long have you felt this way.  Does anyone else agree with this juror?

22.   Does anyone have such strong feelings about lawsuits that you feel that you would be unable to be an impartial juror in this case?

23.   In the event you find in favor of the Plaintiff, are you prepared to award the full amount of damages the law allows, even if it seems like a lot of money to you?

24. Do you believe that it is wrong or somehow improper for an injured person to make a claim in court for money damages

25. Does anyone believe that people should not be able to sue to recover damages for pain and suffering? If so, what are your concerns?

26. Does anyone believe that damages for Pain and Suffering or Emotional Distress should not be allowed in lawsuits for personal injuries. If so, what are your concerns?

27. Does anyone have the belief or strongly held feeling that when bad things happen to someone that they are retribution for earlier sins or wrongs? If so, what beliefs or feelings do you have?

28. Have you or a member of your family been the subject of a lawsuit that you believed was frivolous? If so, please explain

29. The burden of proof in this case is a preponderance of the evidence. This means that Plaintiff can win the case by showing that something is more likely true than not true, does anyone have any problem deciding this case on this basis.

30. Another way of describing the plaintiff's burden of proof by a preponderance of the evidence is that plaintiff wins if she has 51% of the evidence on an issue, does anyone have any problem with deciding the case on this basis.

31. This is a case filed by the Plaintiff Daryl Meadows against Defendant Schlumberger seeking compensation for personal injuries that were caused at Northstar Island resulting from an unexpected ejection of a piece of Schlumberger equipment under pressure. Have you heard of similar cases before? Have you formed an opinion about such cases? If so, what is that opinion?

32. This case concerns events which occurred at Northstar Island during October 2003. Have any of you heard anything about this case before today? If so, how did you hear about it? Did you form any opinion about this case? Do you believe that your ability to serve impartially as a juror in this case has been affected by what you have heard or read about this case?

33. Have you, a member of your family or a close friend, ever been employed in a position where you were a safety manager or were responsible for safety issues? If so, please tell us about it? Are you aware of any safety problems that actually happened at that business?

34. Have you, a close friend or relative, ever been alleged to

have been responsible for a serious safety problem at work or otherwise? If so, when did this occur, where did this occur, what was the allegation, and what was the outcome?

35. Are you, or have you recently been, an employee of any person or company that has been charged with serious safety violations any court or government agency? Would anything about that experience affect your ability to be a fair and impartial juror in a case involving claims of failure to take reasonable safety precautions by Defendant Schlumberger in this case?

36. Do you believe that you have ever been injured by a unaddressed safety problem at work or in a public place. If so, please describe the circumstances. Did you file a complaint with any government agency about the incident? If so, what was the result? Would anything about that experience affect your ability to be a fair and impartial juror in a case involving claims of a safety violations?

<u>Questions designed to reveal bias safety issues</u>

37. Have you, a close friend or relative, ever had a bad experience of any sort of safety issues that may affect your ability to be a fair and impartial juror in this case? If so, what experience did you or they have. Why do you believe that may affect your ability to be a fair and impartial juror in this case.

38. Do you have any problem requiring an employer to comply with safety policies that apply to its workplace? If so, please explain.

39. Do you believe that employees always complain too much about safety issues? If so, please explain what your experience has been and why you believe that employees complain too much about safety issues?

40. Are you opposed to contractors having to comply with safety policies required by a landowner where the contractor is working? If so, why are you opposed to a contractor having to comply with a landowners' safety policy?

41. Do you think that employers are forced to do too much to comply with safety policies for their employees. Why do you feel this way.

42. Do you feel that an company who is hired to perform specialized work should be responsible for the safety of its own equipment being used by its own employees?

43.   What social, civic, fraternal, or political organizations are you a member of?

44.   Do you regularly listen to any radio talk program? If so, who is the host of that program?

45.   If you have to choose between believing a witness who is a manager or supervisor against believing a witness who is not, and you have no other criteria on which to judge, which witness would you be more likely to believe?

46.   Is anyone concerned that they would face harassment or ridicule at work or in the community if they returned a substantial verdict in this case for the Plaintiff?  If so, why do you feel that you would face harassment or ridicule?

Questions designed to reveal bias against Out of State Experts:

47.   There will be testimony in this case from medical doctors, have you or any member of your family had an experience with a medical doctor that would make it difficult for you to give this evidence fair consideration?

48.   There will be testimony in this case from medical professionals from Colorado and Texas, is there anything about a doctor or medical professional coming from another city or state to testify in this case that would make it difficult for you to give their testimony fair consideration?