Shannon W. Martin, ASBA 0105028
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: martins@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS,<br><br>                    Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY COPORATION, a foreign corporation,<br><br>                    Defendant. | Case No. A05-0032 CV (JKS)<br><br>**DOCUMENTS PRODUCED BY BPXA PURSUANT TO PLAINTIFF'S 30(b)(6) DEPOSITION NOTICE AND RECORDS SUBPOENA** |

BP Exploration (Alaska) Inc. ("BPXA"), by and through counsel, Lane Powell LLC, hereby produces the attached documents (BPXA 00001 to BPXA 00275) in response to the plaintiff's 30(b)(6) Deposition Notice and records subpoena.

DATED this 25th day of August, 2005.

LANE POWELL LLC
Attorneys for Defendant

By _____
Shannon W. Martin, ASBA 0105028

I certify that on August, 2005, a copy of the foregoing was served by Fedex on:

Robert A. Sparks, Esq.
1552 Noble Street
Fairbanks, Alaska 99701-6225

_____
Jennifer A. Heck