```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF ALASKA

 3   DARYL MEADOWS,                )
                                    )
 4                   Plaintiff,     )
                                    )
 5       vs.                        )
                                    )
 6   SCHLUMBERGER TECHNOLOGY        )
     CORPORATION,                   )
 7                                  )
                     Defendant.     )
 8   _____)
     Case No. A05-032-CV
 9
                           VOLUME I
10
          30(b)(6) DEPOSITION OF BRITISH PETROLEUM (ALASKA)
11                         DON A. ENSLOW

12   APPEARANCES:

13      FOR THE PLAINTIFF:        MR. ROBERT A. SPARKS
                                  Law Office of Robert A. Sparks
14                                1552 Noble Street
                                  Fairbanks, Alaska 99701
15                                (907) 451-0875

16      FOR THE DEFENDANT:        MR. SHANNON W. MARTIN
                                  Lane Powell PC
17                                Attorneys at Law
                                  301 West Northern Lights Blvd.
18                                Suite 301
                                  Anchorage, Alaska 99503
19                                (907) 264-3318

20      FOR THE WITNESS:          MR. GREGORY L. YOUNGMUN
                                  DeLisio Moran Geraghty & Zobel
21                                Attorneys at Law
                                  943 West Sixth Avenue
22                                Anchorage, Alaska 99501
                                  (907) 279-9574

23

24

25
```



PLAINTIFF'S EXHIBIT
CASE NO. A05-0032 CV
EXHIBIT NO. 153 (TMB)

R & R COURT REPORTERS

810 N STREET
(907) 277-0572/Fax 274-8982

ANCHORAGE, ALASKA 99501

6

1  A      Yes, I provided it to my legal staff.
2  Q      A complete copy of the file?
3  A      Yes.
4  Q      And how many pages is in that file, do you know?
5  A      I don't know offhand.
6              MR. SPARKS:  Well, I think since we're entitled
7  to the documents and -- and I'm not sure that he's -- that he's
8  referring to the same documents that were produced I'd like to
9  have the witness' copies of the documents produced.  Do you
10 guys have a problem with that?
11             MR. MARTIN:  This is -- the copy that was
12 produced is the witness' copy.
13             MR. SPARKS:  Were documents taken out of that
14 that were retained for privileged purposes?  I need -- if the
15 witness reviewed a complete copy of the file prior to their
16 deposition I think I'm entitled to a complete copy of the file
17 that he reviewed.
18             MR. MARTIN:  He's -- he's reviewed the
19 documents that he said were in his file and those are the
20 documents that were turned over to us.  There's been no
21 documents withheld as privileged.
22             MR. SPARKS:  Okay.
23 Q      (By Mr. Sparks)  Have you had any meetings with anybody
24         prior to your deposition today about the incident?
25 A      Yes, I have.

```
 1  Q      Okay.  And it says the -- a rig hand handed him a pry
 2         bar that he used to pull the second plate?  At the
 3         bottom of the statement.
 4  A      Right.
 5  Q      That's all the questions I have about that.  Do you
 6         recall if somebody made a statement that in -- made a
 7         statement that by failing to release the pressure on
 8         the wireline valve that the Schlumberger crew had
 9         almost killed the Nabors' employees?
10  A      I don't remember that statement.
11             MR. SPARKS:  Let's go off the record for a
12  second.
13         (Off record)
14                              (Deposition Exhibit 11 marked)
15         (On record)
16  Q      (By Mr. Sparks)  Do you know anything about this
17         exhibit?
18  A      Again it's more interview notes.
19  Q      Who would be the person that would have the most
20         information about this interview?
21  A      I'm not sure if Dave Hendrick (ph) with Schlumberger
22         was interviewing and taking notes or if he was being
23         interviewed.
24  Q      Well, who was in charge of the -- the investigation was
25         done by BP, wasn't it?
```

126

| | | |
|---|---|---|
| 1 | A | Correct. |
| 2 | Q | What's Dave Hendrick's position with Schlumberger, do |
| 3 | | you know? |
| 4 | A | He is the -- he was the wells safety coach which was |
| 5 | | identified in some of those action items prior.  But I |
| 6 | | believe he has a new position now. |
| 7 | Q | Look at page 2 in that? |
| 8 | A | (Witness complies) |
| 9 | Q | It says Lister (ph) just came on tower approximately |
| 10 | | 5:45, asked Jimmy if everything was bled down, |
| 11 | | (indiscernible) worked on BOPs, read document, not |
| 12 | | aware Vetco-Gray was servicing.  Was at crew meeting |
| 13 | | for BOP roll out, crew meeting for change out was |
| 14 | | informal.  Do you know anything about those notes? |
| 15 | A | It's just what Mr. Lister described as the events there |
| 16 | | and when he came on -- came on his shift at 5:45. |
| 17 | Q | So we need to talk to Mr. McBride to see if these were |
| 18 | | his notes and if this weren't his notes, we'd have to |
| 19 | | talk to maybe Dave Hendrick (ph) to find out if those |
| 20 | | are his notes 'cause you don't know? |
| 21 | A | Correct.  Would -- being as Dave's name is on the top, |
| 22 | | I'm -- my guess, but I don't know, would be that it -- |
| 23 | | they're his notes. |
| 24 | Q | Why don't you look at the last page? |
| 25 | A | (Witness complies) |

127

1  Q      Do you know whose notes those are?
2  A      I don't.
3  Q      What's the reference about a forklift operator?
4  A      The drilling rig has a forklift operator, an individual
5         that does that, usually does several different jobs.
6  Q      Is this just -- do you know if Dave was the forklift
7         operator?
8  A      I don't remember.
9  A      Who are -- who's Bill and Aaron, do you know?
10 A      I don't.
11 Q      (Indiscernible) you can't tell me if Tilbury made the
12        statements at the bottom of page 00182?
13 A      Those -- those look consistent with the -- the
14        interview that wou- -- he was involved in, the
15        statements that he made.
16 Q      But you don't know who made those notes?
17 A      No.
18              MR. SPARKS:  Why don't you mark that as the
19 next exhibit?
20                        (Deposition Exhibit 12 marked)
21 Q      (By Mr. Sparks)  Do you know who took this statement
22        that's marked as Exhibit 12?
23 A      I believe this was written by -- I don't.  In some
24        cases there were some individuals that wrote their own
25        synopsis of what they thought happened and turned it