Dave Kendrick / Schlumberger   Interview Notes

Nabors 33E Valve
Incident Review Team                    10/17/05

Ram — 4' to 6'
Lance Vaughn & Mike Dinger    659-3565

- 9:30 Arrive Island
- 10:45 BP offered legal counsel / Declined - Bartz
- 11:15 Incident Scene
  (James Lott) Vetco/Gray
- Called to Rig — Suspect Master Leaking 6:00pm
- Monitored w/ gauge 100 psi
- Gauge on wing —
- Flange needle valve closed & capped
- Did not cycle SSV / Verified it was closed
- Did not know SLB was working on BOPs
- Day 14 of Hitch / 10 Hrs. Sleep
- Driller told him not to touch the swab
- Bill Hansen Arrod Motorman in cellar

1300 Timeline — Tilbury — Vaughn — Wood

- Listen/Soles — James check in with them?
- Flow to surface after pulling HRC
- SLB to operate tree valves
- Who operates Bleed?
- Was Bleed valve open? Who closed
- High in CO₂ — well

PLAINTIFF'S EXHIBIT
CASE NO. A05-0032 CV (TMB)
EXHIBIT NO. 118 Id

BPXA 00180
Meadows v Schlumberger

"Ex. 11"