6

1   Some people say my questions are rambling and unfocused
2   and hard to answer. If there's any point where you
3   don't understand a question or if you didn't hear an
4   entire question, I want you to stop me and ask me to
5   repeat the question or to explain the question so that
6   you can understand it. Can you do that for me?
7       A. Thank you. That would be fine.
8       Q. You're not under the influence of any
9   medication today, are you?
10      A. No.
11      Q. And where do you usually -- where do you work
12  at currently?
13      A. I'm based in Stavanger, Norway, Risabergveien
14  3 and I work there for Schlumberger.
15      Q. How long have you been in Norway?
16      A. Just about 13 months now.
17      Q. Where did you work prior to that?
18      A. I was based in Anchorage, Alaska. Gambell
19  Street.
20      Q. How long did you work in Anchorage for?
21      A. Three years, two months.
22      Q. How many times have you been back to the
23  United States since you've been in Norway?
24      A. Three times.
25      Q. Does that include this trip?

7

1       A. It does indeed, yes.
2       Q. How long have you been in the United States
3   for on this trip?
4       A. Since Thursday night.
5       Q. Last Thursday?
6       A. Yeah. That's right. For four nights, yeah.
7       Q. Did you have other business in the United
8   States besides this deposition that you came for?
9       A. No. No, sir.
10      Q. Have you reviewed any documents to prepare
11  for your deposition?
12      A. Yes, sir. The papers.
13      Q. What documents have you reviewed?
14      A. I reviewed the draft BP reports, the final
15  Nabors/BP report, some statements given by our own
16  employees, Schlumberger employees. And some, some
17  notes that were taken by my employee, David Hendricks.
18      Q. What was your area of responsibility at the
19  time that this incident occurred on, let's see, I think
20  it was October 16th, 2003?
21      A. Yes, sir. I was the quality, health, safety,
22  environment manager for Schlumberger based in Alaska,
23  so responsible for our operations in the State of
24  Alaska.
25      Q. Was any disciplinary action taken against any

8

1   Schlumberger employee as a result of this incident?
2       A. Yes, sir, I believe it was.
3       Q. And who was disciplinary action taken
4   against?
5       A. I believe disciplinary action was taken
6   against Mr. Lister.
7       Q. And what was -- why was he disciplined?
8       A. I believe that he had a history of some
9   issues with Schlumberger and that he was released as a
10  result of this incident.
11      Q. What do you mean, history of issues?
12      A. I'm not actually party to some of the other
13  things that he did. I wasn't party to the disciplinary
14  process. But I know that he was released not just as a
15  result of this one incident, but of other issues that
16  the wireline manager considered that he had been
17  involved in, so...
18      Q. Were there other incidents that involved
19  injuries?
20      A. No, sir. I don't think it was like that. I
21  think it was more related to provision of services.
22      Q. Did he make mistakes?
23      A. I can't honestly tell you, to be honest with
24  you. I'm not familiar with any of the other issues
25  that -- it occurred before I got to Alaska. And I

9

1   wasn't party to the disciplinary process.
2           MR. SPARKS: You know, I think this is
3   another copy of that, Mr. Martin.
4       Q. (By Mr. Sparks) We have this marked as
5   Exhibit 1 to your deposition. Have you seen that
6   before?
7       A. This is the final report. Yes, I'm familiar
8   with this, yeah.
9           MR. SPARKS: I'm sorry. This one is
10  yours. This one's mine. Sorry about that.
11      Q. (By Mr. Sparks) And how was the report
12  prepared? Was there an investigation?
13      A. There was indeed, sir, yes.
14      Q. And who did the investigation?
15      A. It was a team of people who were brought
16  together under the direction of BP. Included members
17  of the BP team on the North Slope. Included
18  representatives from Nabors Drilling and some
19  representatives from Schlumberger Oilfield
20  Technologies.
21      Q. Was it a joint investigation by those
22  parties?
23      A. Yes, sir.
24      Q. And is this report the joint report from the
25  parties' investigation?

3 (Pages 6 to 9)

Meadows v. Schlumberger                    11/21/05                    Graeme Lawrie

10

1    A. Yes, sir. I believe this was the final
2  report that was produced by the investigation team.
3    Q. Is there anything in that report that you do
4  not believe is accurate?
5    A. No, sir. There's some issues that I was
6  party to, discussions, but there's nothing that's
7  written here that I would disagree with.
8    Q. Are there any conclusions that are reached in
9  that report that you don't agree with?
10    A. I don't believe so. I think there's one or
11  two things in here that perhaps just the language
12  that's used is a little bit ambiguous, but in the main,
13  you know, the discussions that I had with the people
14  involved, I was content with the findings that were
15  made.
16    Q. Do you think the cause of this incident was
17  the failure of the Schlumberger employees to do a stem
18  test before they attempted to remove the rams?
19    A. No, sir.
20    Q. Why not?
21    A. I think the stem tests wouldn't actually have
22  necessarily changed anything in what subsequently
23  happened. I think what the stem test might have done
24  was to have identified at an earlier stage the fact
25  that there was an issue, but it wouldn't have actually

11

1  changed anything that subsequently happened. So I
2  don't think it was a causal factor, no.
3    Q. So what is a stem test?
4    A. A stem test is a standard equipment
5  maintenance test. It's a test that Schlumberger would
6  perform on their equipment prior to setting up
7  operations. Sometimes a stem test's conducted in our
8  shop, but it would be performed before the operations
9  started.
10    Q. What's entailed in a stem test?
11    A. I'm not actually familiar with the
12  different -- there's a stem test for all of the
13  different pieces of equipment that we have. Not just
14  in our wireline segment but in every other segment as
15  well. I don't have a technical background. I haven't
16  worked in any of these segments, so I'm not familiar
17  with the actual procedures involved in a stem test.
18    Q. Well, what's your background?
19    A. I'm a health, safety, environment
20  specialist. I worked for eleven years for the UK
21  Health and Safety government regulator as a state
22  prosecutor, and enforced health and safety legislation
23  in places of work, various industries.
24    Q. So you were an attorney in the UK?
25    A. I prosecuted my own cases in the Magistrates

12

1  Court, the lower court.
2    Q. So did you have a law degree?
3    A. No, sir. Under the UK legislation inspectors
4  of factories, as I was at the time, we have a warrant
5  and we had a legal training to enable us to take cases
6  in the lower court. We had no right of audience in a
7  crime court. That would have been a requirement for a
8  barrister in the UK, someone who had a law degree.
9    Our cases were limited to acting on behalf of
10  the UK government's Health and Safety Executive, and so
11  part of our duties were to initiate legal proceedings
12  in these cases.
13    Q. Did you cross-examine witnesses?
14    A. Yes, sir.
15    Q. Make closing arguments?
16    A. Yes, sir.
17    Q. Was it just judge trials or jury trials?
18    A. Both. Mainly, most of the cases were held in
19  front of a bench of magistrates, typically three
20  magistrates. From time to time there would be jury
21  trials but not very, not very often.
22    Q. So what did you do before you did eleven
23  years as a prosecutor for the UK government?
24    A. Yeah, I worked as a seismic engineer for an
25  exploration company called Horizon Exploration and

13

1  worked as a land surveyor for that company for about 18
2  months. And that was what I did immediately after I
3  graduated, before I went to join the Health and Safety
4  Executive.
5    Q. And what educational training do you have?
6    A. I did the UK's high school qualifications,
7  higher level and ordinary level qualifications. I then
8  did a bachelor of science degree at Glasgow University
9  in sort of a maths/physics based subject called
10  topographic science and completed a second class honors
11  degree. I then did a postgraduate diploma at the
12  University of Aston in Birmingham in law, occupational
13  health, and safety technology.
14    Q. What was your degree — did you earn a degree
15  in your postgraduate study?
16    A. Yes, sir.
17    Q. What was your degree?
18    A. It was called just a, in UK terms a
19  postgraduate diploma in, I believe it was occupational
20  health and safety.
21    Q. Do you know whether that's the equivalent of
22  a master's or a PhD?
23    A. It's less than a master's. It would be a
24  step below master's.
25    Q. So in your postgraduate program did you study

4  (Pages 10 to 13)