Investigation Report

Northstar Well 29 Wireline Valve Incident

October 16, 2003

**IR No. 651141**

**Investigation Initiated:**
October 17, 2003







## Executive Summary

A Schlumberger wireline crew had been requested to perform operations on Nabors Rig 33E at Northstar. After completing two runs in the hole, the crew began to redress the rams in the wireline valve on the rig floor. As the crew was disassembling the valve, one of the ram assemblies was ejected from the valve body due to pressure in the wireline valve and lubricator assembly.    The ram assembly struck two Nabors employees and came to rest in front of the driller's console. One of Nabors employees suffered contusions and abrasions to both legs, while the other suffered a contusion to the left foot.  A Schlumberger employee was also struck by a slide-lok retainer plate resulting in contusions to the right leg and a strain to the left knee. The Nabors employees were transported to the Prudhoe Bay Medical Clinic via helicopter, and subsequently released with work restrictions. The Schlumberger employee was treated on site and given full release, returning to work with no restrictions.

# Table of Contents

**INTRODUCTION**
Methodology

Terms of Reference

Findings

**INCIDENT DESCRIPTION AND RESPONSE**
Sequence of Events

Incident Description

Incident Response

**FINDINGS & ACTIONS**

Action Items

**APPENDICES:**
Photo 1

Photo 2

Photo 3

Rig Floor Diagram

HIPO Report

Schlumberger Wireline Valve Technical Specification

# INTRODUCTION

## Methodology

The purpose of this report is to document the findings, causes, recommendations and action items identified during the investigation. The team utilized Root Cause Analysis investigative techniques and the Comprehensive List of Causes methodology to identify immediate and system cause(s) of the incident prior to developing recommendations.

## Terms of Reference

Three contract workers were injured 6:30 pm Thursday, October 16, 2003, while performing well workover activities at BP's Northstar field. The injuries are not serious (bruising, no broken bones).

☐ Two of the workers, employed by Nabors Alaska, were transported from Northstar Island to Prudhoe Bay medical facilities for further evaluation and will remain there overnight. A third injured worker employed by Schlumberger was treated by medical personnel and remained on the Northstar site.

☐ The incident occurred when workers were preparing to perform wireline operations on well NS-29. *As part of the work preparation, pressure control equipment was being changed out when a cover plate discharged under pressure, striking the workers.)*

## The investigation team consisted of the following members:

Team Leader:
Ruth Germany-Bice - GPB Operations Manager

Members:
Don Enslow - Root Cause specialist
Gary McBride - GPB Well Operations Team Leader
Julie Arin - Northstar HSE Advisor
John Haynes - Nabors HSE Manager
Jeff Kilfoyle - Drilling HSE and Investigation Facilitator
Eric Bartz - Schlumberger Field Service Manager
Dave Hendrick - Schlumberger HSE

The team was assisted by:
Juan Carlos Yepez - Schlumberger Field Service Manager
Jim Croak - Northstar Safety Advisor
Chris Page - Nabors Rig 33E Toolpusher

The Terms of Reference of the inquiry were to:
1. Determine the root cause of the incident
2. Make recommendations to prevent recurrence
3. Determine the effectiveness of the response

The investigation team convened on October 17th, 2003, and completed their investigation October, 20, 2003.

## Findings

**Critical factor –1**
**The lubricator/wireline valve assembly created an unobvious hazard.**
### Immediate Causes
- 2-5 Improper use of tools equipment or materials (bleed valve closed)
- 3-1 Lack of knowledge of hazards present
- 3-7 Disabled guards or warning devices (gauge re-located below swab valve)
- 4-1 Decision to proceed without first evaluating hazards
- 5-9 Master and swab valves leaking

### System Causes
- 3-1 Decision to proceed without first evaluating hazards
- 4-1 Preoccupation with problems
- 7-2 Training materials not fresh in mind
- 8-4 Worksite/job created hazards
- 8-5 MOC completed by Schlumberger, but not reviewed by BP

**Critical factor –2**
**Contractor crew disassembled the wireline valve assembly while pressure was present.**
### Immediate Causes
- 1-11 Did not follow step by step procedure to confirm zero energy state  ~~Training~~
- 3-4 Servicing of Energized Equipment

### System Causes
- 4-7 Extreme judgment /decision demands
- 6-5 No prior hands on training

**Critical factor –3**
**The Schlumberger crew did not conduct stem test as required by BP and SLB policy**
### Immediate Causes
- 1-10 Shortcuts
- 4-1 Decision to proceed without first evaluating hazards
### System Causes
- 11-1 Little planning of work
- 14-4 Little enforcement of policies/standards/procedures

**The safety risk for this incident is high**

## Incident Description and Response

### Sequence of Events

| Date | Time | Event |
|---|---|---|
| 10-16-03 | 0730 | Make Up Lubricator with Wireline Valve- Conduct Body test |
| | 1532 | SLB Out of the hole RHC Plug body -- Master Valve Closed |
| | 1600-1615 | Rig opens master valve and Pumps 10 bbls to determine if tubing X annulus communication is present, master valve is closed |
| | 1700 | SLB reports "air" coming out of lubricator bleed Driller is Notified |
| | 1710 | Driller closes swab valve --communicates with BP Rig Co Rep |
| | 1715 | Disconnect lubricator and changed tool string to bailer |
| | 1720 | Lubricator reconnected |
| | 1730 | Lubricator disconnected to verify ram blocks, and reconnected  |
| | | BP Rig Co Rep informed of need to change ram blocks from Electric-Line use to those for Slickline use. |
| | | BP Rig Co Rep called West Dock for helicopter to transport proper blocks |
| | 1745 | Driller returned from dinner, motorman monitoring pressure on tubing and annulus |
| | | Driller called BP Rig Co Rep concerning leaking master valve |
| | | Driller contacted Vetco Gray to service tree |
| | 1750 | Schlumberger crew change |
| | 1755 | Schlumberger crew begins to redress Wireline Valve while SLB Supervisor leaves to get wrenches; crew on floor removes slide-lok retainer plate bolts |
| | 1815 | Vetco Gray checks in with rig floor. Schlumberger Supervisor returns to rig floor with wrenches. Schlumberger Supervisor uses box end wrench to pry out one of the slide-lok retainer plates. |
| | 1830 | Vetco Gray closes actuated master valve (SSV) and begins bleeding pressure off through the choke. Drop in pressure recorded on driller's log. Schlumberger Supervisor moves to other side of Wireline valve and attempts to remove second slid-lok retainer plate free. Rig hand offers a 5-foot pry bar, which is used to free the retainer |

| Date | Time | Event |
|------|------|-------|
| 10-16-03 | 1835 | Ram body is released under pressure, striking employees. Those in the Rig "doghouse" and in the cellar hear the release, Rig hand notifies driller who calls Toolpusher for assistance |
| | | Toolpusher goes to Medical Clinic and notifies PA, Security notified, 3 MRT members in dining hall, PA met by rig hand and brought to rig floor |
| | 1845 | MRT response with 6 personnel |

## Incident Description

On October 16, 2003 Nabors Rig 33E was in the process of conducting work-over operations on well NS-29. The Schlumberger crew already on the island reported to the Drilling Rig and prepared to rig up on the well. A pre-job safety meeting was held with the rig crew at 0700 hrs. A discussion was held concerning location of the wireline valve (photo 1), and it was determined that it would be placed above the rig floor. The lubricator and wireline valve were assembled on the tree, and a body test performed. The first run in the hole to retrieve the packer setting Ball and Rod was completed with zero wellhead pressure. A second run was made to recover an RHC plug body from the well. Pressure was observed when the RHC plug body was unseated from the profile and the well began to flow. A total of 9 barrels of fluid was returned from the well before the flow ceased. The wireline tool string was brought to surface, and the master valve on the tree was closed. The master valve was opened and the rig pumped 10 barrels of fluid into the well in order to verify communication between the tubing and annulus, after which the master valve was again closed. The slickline crew attempted to bleed the lubricator and recognized that the Master Valve was leaking by slightly. The driller then went to the cellar and closed the swab valve on the tree. The remaining pressure immediately bled to zero psi and no further bleeding was required. The lubricator was disconnected to remove the RHC plug body and a bailer was installed in preparation for bailing fill from the top of the Inflatable Bridge Plug. It had been determined that the inflatable bridge plug had been leaking, and needed to be recovered from the well. The lubricator was then re-connected in preparation for running into the well.

While returning to the rig floor at 1815 hrs., the Schlumberger Supervisor noticed additional parts on the shipping pallet that had been used to ship the Wireline Valve from the Schlumberger Shop in Deadhorse to Northstar. Further inspection of these parts led him to question whether the wireline valve in use was dressed with inserts designed for Slickline service, or those for Electric Line service. In order to verify the type of inserts, the lubricator was disconnected and the inserts verified as electric-line, and then the lubricator was re-connected. The Schlumberger Supervisor began making arrangements to obtain the correct ram blocks and have them transported to the West Dock Heliport for transport to Northstar on the last scheduled helicopter flight for the day. Simultaneously, the driller contacted the BP Company Rig Rep to report the leaking master valve. The driller then contacted the Vetco Gray Wellhead Technician and requested that he report to the rig and service the master valve.

The Schlumberger crew began preparations for changing the inserts while the Schlumberger Supervisor left the floor to gather the necessary tools and equipment. The balance of the Slickline crew began disassembly by removing the locking bolts on the slide-lok retainer plates that hold the ram assembly in the valve body.

At approximately the same time, the Vetco Gray Technician reported to the rig, contacted the rig floor and began work to service the master valve. (Photo 2). The Schlumberger Supervisor returned to the rig floor with the equipment and began

assisting with the disassembly; he attempted to remove one of the slide-lok retainer plates and found resistance. A ½" box end wrench was used to pry the plate free. The Supervisor proceeded to the opposite side of the wireline valve and attempted to pry the second locking plate with the box end wrench with no success. A valve bar was then used to move the plate farther out of the assembly. A rig hand observing the activity, handed the supervisor a 5-foot pry bar that was used to continue the operation. The wireline valves and lubricator began to turn due to the prying process, and one of the Nabors roughnecks bent down to hold the assembly steady. As the locking plate became unseated, the ram body assembly (photo 3) was ejected from the valve body. The ram assembly struck two floor hands while a retainer plate struck one of the Schlumberger employees in the leg (Fig 1)

Personnel in the cellar and the doghouse heard the release of pressure and responded to the downed employees. ERT was immediately contacted and rescue operations began. The Northstar Response Team evacuated the two Nabors employees from the rig, and onto a helicopter for transport to the PBOC Medical Clinic. The Schlumberger employee suffered a strained left knee and contusions to the right leg and was treated at the Northstar clinic before being released to return to work without restrictions. One of the Nabors employees suffered a contusion to the right thigh and knee and minor abrasions to the left knee. The second employee suffered a contusion to the left foot. Both Nabors employees were placed on restricted duty.

Subsequent to the incident it was confirmed that the master valve was leaking. Further testing revealed a slow leak in the swab valve (130 psi in 20 minutes), which allowed wellhead pressure to enter the lubricator. Interviews with the Toolpusher and Schlumberger Supervisor confirmed that the bleed valve at the wireline valve was closed leading to ineffective energy isolation prior to disassembly of the wireline valve.

## Incident Response Log

| Time | Event |
|------|-------|
| 1835 | Medical response called to Rig |
| 1842 | Confirmed with Island PA need for medical assistance flight: contacted West Dock to have helicopter respond to Northstar Island |
|  | Repeated from Rig of 2 medical emergencies, asked for leg splint from Medic office, confirmed 2 trauma victims. |
| 1907 | CMT Duty officer notified |
|  | Patient 1- foot injury |
|  | Patient 2- Leg fracture |
| 1925 | Safety transporting leg injury across pad |
| 1940 | Helicopter departed Northstar |
|  | 3rd individual treated for bruises |

## Incident Response Critique

A critique of the emergency response to the incident was conducted October 17th at 1630.

What Went Well
- Good support from Nabors personnel, the path to the rig floor is a puzzle, Nabors personnel met the medic and showed him the way, and helped get the patients out
- There was good coordination from response team
- Personnel quickly assumed Field Management Team and Response Team Roles. Transport was arranged quickly, potential need for further transportation to Anchorage was considered
- Orderly response, no rushing or panic
- Helicopter was at West Dock, good response time to Island
- West Dock logistics group provided great coordination for the team
- Good equipment available, in good condition

What Needs Improvement
- Initial call did not come into control room, so no "all call" was made
- Description on radio – do not cause panic
- Familiarization with the rig was minimal
- Crowd of people on rig floor, too many people, need "crowd control"
- Not all Medical Response Team members have radios, consider pagers
- Identification of second and third injured employees was delayed
- Need to encourage continued response training
- Lack of scribe using identified forms.
- Stokes litter barely fit in helicopter, not all spine boards will fit.

# Northstar Wireline Valve Incident Findings and Actions

**Critical factor –1**
**The lubricator/wireline valve assembly created an unobvious hazard.**
### Immediate Causes
- 2-5 Improper use of tools equipment or materials (bleed valve closed)
- 3-1 Lack of knowledge of hazards present
- 3-7 Disabled guards or warning devices (gauge re-located below swab valve)
- 4-1 Decision to proceed without first evaluating hazards
- 5-9 Master and swab valves leaking
### System Causes
- 3-1 Decision to proceed without first evaluating hazards
- 4-1 Preoccupation with problems
- 7-2 Training materials not fresh in mind
- 8-4 Worksite/job created hazards
- 8-5 MOC completed by Schlumberger, but not reviewed by BP

**Critical factor –2**
**Contractor crew disassembled the wireline valve assembly while pressure was present.**
### Immediate Causes
- 1-11 Did not follow step by step procedure to confirm zero energy state
- 3-4 Servicing of Energized Equipment
### System Causes
- 4-7 Extreme judgment /decision demands
- 6-5 No prior hands on training

**Critical factor –3**
**The Schlumberger crew did not conduct stem test as required by BP and SLB policy**
### Immediate Causes
- 1-10 Shortcuts
- 4-1 Decision to proceed without first evaluating hazards
### System Causes
- 11-1 Little planning of work
- 14-4 Little enforcement of policies/standards/procedures

**The safety risk for this incident is high**

## ACTIONS TO PREVENT RECURRENCE:

**BP Northstar Island**

1. On Northstar Island review the Roles and Responsibilities of the BP Northstar Ops Manager, Drilling Supervisor and Nabors Tool Pusher and Driller to ensure roles are clear with respect to the conduct of all well operations and associated hazard assessments.

   Responsible - Northstar Delivery Manager
   Target Completion Date: November 15, 2003

2. Review the coverage of existing Northstar Island processes for Authorization to Proceed (ATP), Permits to work, and Job Hazard Analysis (JHA) used in Drilling, Well Operations, and Production Operations to ensure all work activities included.

   Responsible - Northstar Operations Manager
   Target Completion Date: December 1, 2003

3. Review Incident Response Critique and take action to improve communications and rig familiarization.

   Responsible - Northstar Operations Manager
   Target Completion Date: December 30, 2003

**BP Slope-Wide**

4. Conduct a review of current energy isolation requirements in the BP Alaska Safety Handbook (ASH), Eight Golden Rules and Global Drilling Guidelines and ensure that current field well work procedures and practices adequately address energy isolation requirements.

   Responsible - Well Operations Supervisor
   Target Completion Date: December 15, 2003

5. Communicate the expectation that workers should stop a job and conduct a hazard assessment if abnormal conditions occur through dissemination of this incident in safety meetings and in inclusion in BP Hazard Recognition and ASA training.

   Responsible - Northstar Delivery Manager
   Target Completion Date: December 30, 2003

6. Conduct a review of BP field drilling and well operations that involve multiple contractors to ensure that the job site HSE interfaces and accountabilities are clearly defined.

   Responsible - BP Drilling and Wells Manager
   Target Completion Date: January 30, 2003

## Schlumberger

7. Complete the implementation of 24-hour staffing and management enhancements for North Slope Schlumberger slickline unit operations.

   Responsible - Schlumberger Wireline Manager
   Target Completion Date: December 31, 2003

8. Conduct hands-on training for Schlumberger slickline and wireline crews for use and service of Hydraulic Wireline Valve.

   Responsible - Schlumberger Wireline Ops Manager
   Target Completion Date: December 1, 2003

9. Review and update Schlumberger Management of Change evaluation prior to use of Hydraulic Wireline Valves in the field.

   Responsible - Schlumberger Wireline Ops Manager
   Target Completion date: November 15, 2003

10. Conduct refresher training for all Schlumberger field staff on pressure control procedures.

    Responsible - Schlumberger Wireline Ops Manager
    Target Completion Date: December 30, 2003

11. Conduct an audit of field operations for Schlumberger wireline and Electric line operations to evaluate compliance with existing Schlumberger pressure control policy documents.

    Responsible - Schlumberger Wireline Ops Manager
    Target Completion Date: December 30, 2003



**0730**
Make up lubricator and Wireline Valve on rig floor
Body Test Conducted

**1200 hrs - Nabors Crew change**
1532 hrs Pull out of hole with RHC plug body (run # 2)
Master Valve was closed

**1600-1615 hrs**
Checked for communicaiton open for Master Pumped 10 bbls
Closed Master

**1700 hrs**
SLB reports air coming out of Wireline
Lubricator Bleed Notified Driller

**1710**
Driller Closed swab
Communication with Co Rig Rep
Leak apparently stopped
Bleeder Open

**1715**
Unstabbed Lubricator
changed toolstring to bailer

**1830**
Vetco Gray bleeding off tubing pressure
Drop in pressure per Drillers log
Swab valve closed when VG got there
Closed actuator valve while pressure was getting low.

**1815**
Vetco Gray checks in w/ rig floor and begins preparations to service master valve

Supervisor moves to the other side of WLV and attempts to pry out retainer plate, rig hand provides 5 foot bar, which is used to pry the plate free

**SLB**
Supervisor returns to rig floor with wrenches. Uses box end wrench to pry out one side with box wrench

**1755**
SLB begins to Redress Wireline Valve
SLB Supv leaves for Wrenches for WLV
SLB pulls retainer bolts

**SLB Crew Change**
Verbal Hand-over

**1745**
Driller returned from dinner Motor hand monitoring pressure on tubing & annulus
Driller called Co Rig Rep re: Leaking valve
Contacted Vetco Gray

**1730**
Lubricator unstabbed
Verify Ram Blocks
Re-Stab lubricator
Report to Co Rig Rep the need for change from e-line to slickline
Rig Team Leader called WD for proper blocks

**1720 hrs**
Lubricator Reconnect

Rig Hand Notifies Driller, Driller, Calls Tool Pusher

Pusher goes to Clinic to notify PA. Security notified 3 MRT members in dining hall. PA met by rig hand and brought to rig floor

MRT response initiated, 6 MRT members, 1 MRT monitoring radios 42 minutes from helo at WD to MCC

No gas smelled, no gas alarm, no indication of failure from gas system, no liquid released



**Northstar Well 29 Wireline Valve Incident**
IR No. 651141

14

## Photographs



Wireline Valve

Incident

Photo 1- Rig Floor Post

15



Wireline
Lubricator

Swab
Valve

Companion
Valve

Hydraulic Master
Valve (SSV)

Master
Valve

Wing
Valve

Photo 2- Wellhead Tree

17



Photo 3 – Ram Assembly

Fig 1- Rig Floor Diagram Showing Positions of People and path of ram assembly travel (red arrow)

Northstar Well 29 Wireline Valve Incident
IR No. 651141

## REFERENCES

Hi-Potential Incident Report – One Pager
BOP Slide- Lok Operations Document
N33E WLV Incident Critique
Northstar Event Log
**IR # 651141**

| High Potential Incident Report | | | |
|---|---|---|---|
| **Performance Unit:** | Alaska – Consolidated Team | | |
| **Date of Event:** | 10/16/03 | **Time of Event:** | 18:35 |
| **Site/ Location:** | Northstar Island – Alaska | | |
| **Exact Location:** | Rig floor (Nabors 33E) Northstar island well NS-29 | | |
| **IR Report No.:** | 2003-IR-651141 | | |
| **Brief Description:** | Trapped pressure in a wireline lubricator BOP bonnet was released, propelling bonnet 4 feet striking employees in the legs and feet. Medical evaluation confirms no bone fractures, further evaluation is in progress. | | |
| **Additional Details:** | No. of Injuries 3                No. of Fatalities, 0 Description: Foot and leg injuries to three workers in immediate area. | | |
| **BP** | None | | None |
| **Contractors** | 2- Nabors, 1- Schlumberger | | None |
| **Actual Injury Details:** | Three employees injured: (1) Bruised leg. (2) Bruised foot (3) contusion. (Severity of all injuries still being evaluated.) | | |
| **Potential Loss:** | Incident had the potential for a fatality or multiple serious injuries. | | |
| **Immediate Cause:** | Release of pressure while removing BOP bonnet | | |
| **External Agencies/ News Media Involved:** | OSHA injury notification – Courtesy notifications are being made to Alaska Oil & Gas Commission and related state and federal agencies. | | |
| **Damage/ Loss Details:** | Minor damage to wire line Lubricator and BOP. | | |
| **Action Taken:** | Worksite secured. Investigation led by non-asset personnel is in progress | | |
| **Contact Name and Phone Number for Queries or Further Details Later:** | Tom Gray  (907) 564 5334 – Delivery Unit Manager Cell Phone (907) 632-2041 | | |



**NATIONAL OILWELL**     S l i d e - L o k   I I   B l o w o u t   P r e v e n t e r s



Bowen Twin Slide-Lok II Blowout Preventer

## Bowen Slide-Lok II
## Blowout Preventers

The Bowen Slide-Lok II Blowout Preventer has all the benefits of the original Slide-Lok, but it is 50 percent lighter. The Slide-Lok II is the product of 30 years experience in wireline BOP manufacturing. It provides protection against blowouts during wireline operations. The low profile, compact Slide-Lok II is rated for 5,000 and 10,000 psi working pressure and is available for $H_2S$ and standard service.

**Features**

- Lightweight, forged steel body
- Low profile
- Slide-Lok design for easy maintenance
- Keyless ram bore provides easy ram inversion for grease injection between rams
- New block-style equalizer valve
- $H_2S$ or standard service
- Sturdy ram position indicators
- 5,000 to 10,000 psi working pressure
- Convenient handle storage
- 2½" to 3' I.D. available

*The Slide-Lok II Blowout preventer is also available in a manual 5,000 psi working pressure version.*

*See page 14 for union size and information.*

## Bowen Twin Slide-Lok II BOPs:
## 5,000 psi and Up
### Working Pressure

| Type \ ID | 2½ | 3 |
|---|---|---|
| Standard | 154825 | 154826 |
| | – | – |
| $H_2S$ | 154825 | 154827 |
| | – | – |

### 10,000 Working Pressure

| Type \ ID | 2½ | 3 |
|---|---|---|
| Standard | 153721 | 154828 |
| | – | – |
| $H_2S$ | 153222 | 154829 |
| | – | – |

*Optional: Multi-Valve Manifold Assembly part number 154239/005.*

7

## <u>SINGLE SLIDE-LOK BOP IS THE SAME AS TWIN ONE, EXCEPT ONLY ONE RAM SETS</u>

## CONSTRUCTION:

The body of the Bowen Slide-Lok Blowout Preventer and all other parts are manufactured from alloy steel and heat treated under N.A.C.E. Specifications covering $H_2S$ (Hydrogen Sulfide) service. This means that most of the parts are relatively soft, which makes them easily damaged if not handled with proper care. The body of this Blowout Preventer is the most expensive part of the assembly. Care should be taken to prevent any unnecessary abuse to the body.

Standard seals are a Nitrile (Buna N) compound with a high resistance to petroleum and hydrocarbon fluids. Nitrile temperature range to +275°F.

Optional seals are available for cold temperature to −65°F, high temperature to +450°F and for other special applications.

Optional coatings for wear and corrosion resistance are also available upon request.

## OPERATION:

Bowen Preventers can be operated by means of a Bowen Hydraulic Hand Pump, Bowen Air Actuated Hand Pump or the customer's hydraulic system. The Bowen Hydraulic Hand Pump and Air Actuated Hand Pump are equipped with the necessary valves, gauges, hoses, fittings and couplings needed to attach and operate the Blowout Preventer.

**NOTE: Prior to operation, inspect Blowout Preventer to assure that it is in good working order, and assembled with the correct line or tubing size rams for operation. When checking a Multiple Stack Blowout Preventer, be sure to check the location of the sets of rams to assure that each type of ram is positioned in the correct stack order required for operation.**

To check operation, connect hydraulic pump system to actuators.

**NOTE: Hydraulic hose ends used with Bowen Hydraulic Blowout Preventers should always be kept clean. Any dirt or grit allowed into the Blowout Preventer (or hand pump) could cause damage. If a hose end becomes dirty, clean thoroughly by washing with solvent and dry. Use only clean hydraulic fluid.**

**IMPORTANT: Always purge hydraulics of air before operation.**

Install piece of test rod, sized to correspond with ram, in center bore. Close rams and apply 100-200 PSI hydraulic pressure. Inspect riser bore to assure closure.



TWIN SLIDE-LOK BLOWOUT PREVENTER

− 2 −

Blowout Preventer, or by use of the relief (bleed-off) valve on the Blowout Preventer. These relief valves are available as optional equipment for all Bowen Blowout Preventers. They will effectively bleed off any light fluid accumulation as well as pressure, and are recommended in all cases where the Blowout Preventer is to be used with lubricator equipment located above the Blowout Preventer. Never operate rams before pressure has been equalized. Allow ample time for pressure to equalize after opening equalizer valve.

When moving or lifting the Blowout Preventer, only use the two eyebolts on the top of the Body or a lifting bail threaded to the top connection of the Body. **CAUTION: Do not lift the Preventer by the Slide-Lok Plates; doing so will cause severe damage to the Preventer and is unsafe. Likewise, it is not recommended to lift on the Actuator Bodies.**

## MAINTENANCE

**CAUTION: When field service is required, take special care in keeping parts clean and dry. Protect parts to prevent any nicks or scratches from occurring on seal surfaces.**

Under normal operation of this Blowout Preventer, it is not necessary to completely redress after each job, but certain routine service is required. After each job, the following steps should be taken to lengthen the life of the Preventer and to keep it operating properly and safely.

Remove the Slide-Lok plates by pulling back the spring loaded Slide-Lok plate retainer pin. **NOTE: Only remove Lok Plates for each actuator body removed.** Removal of the plates may be difficult, because while under pressure the Actuator Body has set back against the plates. If this is the case, gently tap the end of the Piston lock moving the Actuator Body into the Preventer Body, then remove the plates.

ACTUATOR BODY REMOVAL — With Hydraulics connected, place a 2" O.D. pipe through riser bore. Pump rams closed. The rams closing on the pipe will cause the actuator bodies to be pushed out. BE CAREFUL NOT TO PUMP ACTUATOR OUT TO FAR.

Place a rod or screwdriver between actuator body and main body and pump rams open. Disconnect hydraulics, remove rod or screwdriver, and lift out actuator body with rams.

When removing the Actuator Bodies, take care to support each Actuator Body as it is withdrawn from the Body. The rams will be removed with the Actuator Body. Supporting the weight of the Actuator Body will keep the ram from binding while it is being withdrawn.

Remove ram from stem. Wipe excessive well deposits off the rams. Replace any worn seals and set aside.

**NOTE: It is important that during this entire procedure, the rams rest on a soft material to prevent damage.**

**NOTE: Due to high corrosive well fluids, improper maintenance can cause ram and ram bore damage. Flush out center and ram bores after each job.**

With a pressure tip on an air hose, blow out ram and riser bores and outside of Preventer. **EYE PROTECTION SHOULD BE WORN DURING THIS OPERATION!**

With a homemade swab (broom handle with shop rags taped to one end), grease riser bore. Using your hand, grease the ram bores thoroughly. Also, grease seal area on Actuator Body and Slide-Lok plate when reassembling unit.

## PROBLEM SOLVING

**NOTE: When field service is required, take special care in keeping parts clean and dry. Protect parts to prevent any nicks or scratches from occurring on seal surfaces. If more information is needed, refer to Disassembly Procedures.**

A. RAMS WILL NOT MOVE:
　1.　Check hydraulic supply system.
　　(a) Check to see that hydraulic hoses are properly connected to Preventer.
　　(b) If hydraulic hoses are reversed, rams will operate in reverse. If the control valve in the hydraulic system is set to close, the ram will open; or, if already open, they will not move. To correct, reverse hoses at Preventer Body.
　　(c) Check oil level in hand pump or supply system.
　　(d) Check quick-disconnects to see if, when connected, they are allowing the oil to pass. A spare male half of the Quick Coupling will have to be inserted into the female half to unseat check valve.
　　(e) Oil volume is also critical. Check to see that all fittings have at least the same size inside diameter as the quick disconnect couplings furnished from Bowen Tools, Inc. When using a hand pump with a small reservoir, it may be necessary to refill reservoir several times.
　　(f) Piston I.D. or O.D. o-ring leaking, replace o-rings.

B. RAMS WILL NOT SEAL:
　1.　Check hydraulic supply system.
　　(a) Use the same procedure as "Rams Will Not Move", above.
　　(b) Make sure pressure being applied to hydraulic system is enough to overcome friction drag on ram mechanism and well pressure on piston area of stem.

— 4 —