Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska  99701
Phone:  (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARYL MEADOWS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SCHLUMBERGER TECHNOLOGY<br>CORPORATION,<br><br>　　　　Defendant. | Case No.: A05-032-CV<br><br>**NOTICE OF<br>30(b)(6)<br>VIDEO DEPOSITION** |

**PLEASE TAKE NOTICE** that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Daryl Meadows, by his counsel, schedules the 30(b)(6) deposition of **Defendant, Schlumberger Technology Corporation**, commencing on **Monday, November 21st, 2005 at 10:00 a.m.** The deposition is scheduled at Dean Moburg & Associates; 1601 5th Ave, Suite 860; Seattle, WA, (206) 622-3110 or other such other time and place as agreed to by counsel. The deposition will continue from day to day until completed, with such adjournments as may be necessary. You are invited to attend and cross-examine.



Dated: October 27th, 2005

_____
Robert A. Sparks, ABA #861139
LAW OFFICE OF ROBERT A. SPARKS
1552 Noble Street
Fairbanks, Alaska 99701
(907) 451-0875
(907) 451-9385 Facsimile

ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

## EXHIBIT A

## DEFINITIONS AND INSTRUCTIONS

"You" or "yours" or "Schlumberger" shall refer to Schlumberger Technology Corporation and shall include, without limitation, any and all employees, consultants, agents and attorneys therefore.

The words "and" and "or," as used herein, shall be construed either conjunctively or disjunctively, as required by the context to bring within the scope of this subpoena any information that might be deemed outside its scope by any other construction.

The term "communication," as used herein, shall mean the transmission, sending and/or receipt of information of any kind by and/or through any means, including but not limited to speech, writings, language, computer electronics of any kind, magnetic tape, video tape, photographs, graphs, symbols, signs, magnetic disks, sound, radio and/or video signal, telephone, teletype, telecommunications, telegram, microfilm, microfiche, photographic film of any type and./or other media of any kind.

The term "document," as used herein, shall mean all material within the scope of Federal Rule of Civil Procedure 34 and each and every writing or record of every type that is or has been in the possession, custody or control of a responding party, or to which a responding party or its counsel has access, including without limitation correspondence, memoranda, stenographic or handwritten notes, drafts, studies, blueprints, journals,

ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

invoices, sales slips, vouchers, production records, service records, warranty records, catalogs, advertisements, bulletins, pamphlets, books, publications, pictures, films, voice or other recordings, maps reports, storage discs or other data records. The phrases "referring or relating to" and "refer or relate to," as used herein, shall mean all information and all facts and/or documents that directly, indirectly or in any other way support, negate, bear upon, touch upon, incorporate, affect, include, pertain to and/or are otherwise connected with the subject matter about which a request is being made.

Except as specifically provided herein, words that impart the singular shall include the plural and vise-versa.

## SUBJECTS OF DEPOSITION

1. Facts and opinions supporting the investigative report titled investigation Report, Northstar Well 29 Wireline Valve Incident, dated October 16, 2003.

2. Safety "Golden Rules"

3. Training Materials referencing Safety Golden Rules

4. Communications regarding Northstar Well 29 Wireline Valve Incident, October 16, 2003.

5. Schlumberger Technology Corporation safety regulations and policies applicable to the incident or referenced in investigation Report,

ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

Northstar Well 29 Wireline Valve Incident, dated October 16, 2003.

### CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been served on counsel of record by U. S. Mail, postage prepaid, properly addressed, on October 27th, 2005.

SHANNON W. MARTIN
Lane Powell, LLC
301 West Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648

Robert A. Sparks

ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385