Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska  99701
Phone:  (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARYL MEADOWS ) | |
| ) | |
| Plaintiff, ) | Case No. A05-0032 CIV |
| ) | |
| vs. ) | |
| ) | |
| SCHLUMBERGER TECHNOLOGY ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |
| _____) | |
| _____) | |

PLAINTIFF MEADOWS' ERRATA TO PLAINTIFF'S TRIAL BRIEF

Plaintiff Daryl Meadows, by and through his attorney, Robert A. Sparks, hereby provides the following errata to Plaintiff's Final Witness List:

Attached hereto is page 50 from Exhibit "D" to Plaintiff's Trial Brief, which is page 50 of the Schlumberger 30(b)(6) deposition.

Attached hereto are pages 16, 17, 18, 42, 43, 52, 84, 88, 89, 92 from Roy Williams deposition, which should have been attached as Exhibit "I" to the Pretrial Memorandum.

Meadows v. Schlumberger
page 1

DATED this 25th day of September, 2006, at Fairbanks, Alaska.

THE LAW OFFICE OF ROBERT A. SPARKS

/s/ Robert A. Sparks
Robert A. Sparks
Attorney for Plaintiff
1552 Noble Street
Fairbanks, Alaska 99701
(907) 451-0875
Fax: (907) 451-9385
E-mail: sparkslawoffice@yahoo.com
Membership No.: 8611139

CERTIFICATE OF SERVICE

I hereby certify that on the 25th[st] day of September, 2006, a copy of forgoing was served by E-Mail on:
Shannon W. Martin
Grace Hollis

Brewster Jamieson
Lane Powell LLC

and by regular mail to:
Mark Colbert, Esq

By: /s/ Robert A. Sparks

_____

Meadows v. Schlumberger
page 2