IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

- - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| DARYL MEADOWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. A05-0032-CV (JKS) |
| | ) |
| SCHLUMBERGER TECHNOLOGY | ) |
| CORPORATION, | ) |
| | ) |
| Defendant. | ) |

- - - - - - - - - - - - - - - - - - - - - - - - - - -

30(b)(6) DEPOSITION OF
SCHLUMBERGER TECHNOLOGY CORPORATION

Videotaped Deposition Upon Oral Examination
of
GRAEME LAWRIE

- - - - - - - - - - - - - - - - - - - - - - - - - - -

10:11 a.m.

November 21, 2005

1601 Fifth Avenue, Suite 860

Seattle, Washington

Sharon K. Langford, CCR        1601 Fifth Ave., Suite 860
Court Reporter                 Seattle, WA  98101

Meadows v. Schlumberger                    11/21/05                    Graeme Lawrie

50

1   biggest concern, that this could have really gone
2   seriously awry if there had been a gas leak or a gas
3   release from one or other party working there. And
4   that the simultaneous operations had come up by
5   accident; it was not intended.
6        And that really was a failure of the
7   management system on the rig. It should never have
8   been allowed to happen. And that was the main cause
9   there, the main concern, when that happened.
10       Q. Well, from the simultaneous operations there
11  was the potential that could have caused a very serious
12  incident, isn't it?
13       A. Yes, sir. Yeah.
14       Q. But the work didn't contribute in any way to
15  the incident where the, where the rams were blown out
16  of the wireline valve in this incident?
17       A. No, sir.
18       Q. And you're saying that the driller should
19  have had a pre-job safety meeting and explained what
20  was going on with Vetco Gray to the employees for
21  Schlumberger, correct?
22       A. I think not just as simple as that, really.
23  I think that that meeting should have really addressed
24  everybody: Vetco Gray, Nabors, Schlumberger, anybody
25  else that happened to be on the floor that day.

51

1   Everybody needed to be included, not just Vetco Gray
2   and Schlumberger. Albeit these were the two companies
3   that were performing operations, but obviously, it
4   impacted everybody else that was present on the rig at
5   the time.
6        Q. And how do you think that would have
7   prevented this accident, this incident?
8        A. I think that there would have been a change
9   in the sequencing. I suspect that what would have
10  happened -- I mean I guess I can't say now because I
11  mean obviously it didn't happen, but it's quite likely
12  that the Schlumberger operations would have been
13  suspended. They probably would have had to come off
14  the well while the Vetco Gray engineer was maintaining
15  the master valve. The Vetco Gray engineer probably
16  would have gone on to secure the master and possibly
17  checked the swab valve before any operations carried
18  on.
19       At that stage, if Schlumberger had had to
20  unstab the lubricator, you know, they would have had to
21  stab on again and then would have had to start from
22  scratch. If they had had concerns, obviously, that the
23  driller was concerned that the master valve was
24  leaking, that would have given Schlumberger much
25  greater cause for concern that perhaps there was gas in

52

1   the area.
2        And so even though they would have left the
3   bleed valve open, the fact that they knew that the
4   master valve was leaking might have caused them to
5   approach the hazard in a different way. Might have
6   done. I don't know.
7        But I mean I think from a procedural point of
8   view, Schlumberger would have left the floor while the
9   master valve was being maintained. And that only when
10  the master valve work had been completed satisfactorily
11  would the Schlumberger employees have been allowed back
12  on the floor.
13       Q. It's possible that the master valve service
14  would have been delayed and Schlumberger would have
15  done the exact same thing they did, isn't it?
16       A. It's certainly feasible, sir. I think
17  generally speaking that calling out Vetco Gray, they
18  would have completed that work first before they --
19  because there was no rush to get the Schlumberger work
20  done.
21       Q. You haven't ever been involved in scheduling
22  that work, have you?
23       A. No, sir.
24       Q. So about the only thing that would have
25  prevented this incident would have been somebody

53

1   double-checking the needle valve, wouldn't it?
2            MR. MARTIN: Objection; misstates prior
3   testimony.
4        A. If there had been a pre-job safety meeting, I
5   think it would have had a significant change in the
6   outcome of this. I think it would have alerted
7   everybody to hazards that they were previously unaware
8   of and then would have prompted concern.
9        Had the -- as I say, without knowing, the
10  Schlumberger employees left the bleed valve open.
11  There was no concern in their minds that there wasn't
12  pressure building up behind that. There was no reason
13  for them to have been concerned about that, because
14  even if pressure had been present, it would have simply
15  bled to atmosphere through the bleed valve.
16       So it's not likely -- it's unlikely they
17  would have wanted to recheck the bleed valve because,
18  as I say, it's never closed. They always leave it
19  open. So there was no advantage to Schlumberger in
20  shutting it. So why would they shut it? You know,
21  they wouldn't have done.
22       That was the concern at the time and why
23  effectively I said it created an unobvious hazard.
24  There was no reason for them to have physically done
25  that. As far as they were concerned, this zero energy