IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DARYL MEADOWS,           )
                         )
         Plaintiff,      )
                         )
vs.                      )
                         )
SCHLUMBERGER TECHNOLOGY  )
CORPORATION,             )
                         )
         Defendant.      )
_____)

Case No. A05-0032 (JKS)

**VIDEOTAPED DEPOSITION OF ROY HERBERT WILLIAMS**

February 23, 2006
9:00 a.m.

Taken at:
Northern Lights Realtime & Reporting, Inc.
545 E. 12th Avenue
Anchorage, Alaska   99501

COPY

Reported by:  Sandra M. Mierop, CRR, CCP

Northern Lights Realtime & Reporting, Inc.
(907) 337-2221

1  that.
2              So, you have no idea whether there
3  was any -- any training or any programs that were
4  given to any of the Schlumberger employees that
5  were involved in this case involving the eight
6  golden rules of safety; is that correct?
7      A.   I have no personal knowledge of -- of
8  those people being given the golden rules of
9  safety.  I don't know.
10     Q.   Okay.  Are you aware of any -- have you
11 reviewed any training records for any
12 Schlumberger employee that was involved in this
13 incident?
14     A.   No.
15     Q.   Have you reviewed any of Schlumberger's
16 health, safety, or environmental policies with
17 regard to this incident?
18     A.   Only as what's produced in the document
19 list that I attached to my report.
20     Q.   Okay.  And what documents did you review
21 as far as Schlumberger's health, safety, and
22 environmental policies?
23     A.   I don't know if I reviewed any with
24 regard to Schlumberger.  I believe they were all
25 Nabors.  That's correct.  They were all Nabors.

```
 1      Q.   And who provided you with the documents
 2  that you reviewed in this case?
 3      A.   Mr. Martin.
 4      Q.   And whose -- is it your understanding
 5  he's the attorney for the Defendant?
 6      A.   Yes.
 7      Q.   And did you ask him for any additional
 8  documents to review?
 9      A.   No, I did not.
10               (Exhibit No. 2 marked.)
11      Q.   (BY MR. SPARKS)  This is a letter that
12  you wrote to Mr. Martin with a copy of your -- I
13  guess your report attached to that?
14      A.   That's correct.
15      Q.   And then there's a list of documents
16  that you reviewed, and then there's your CV?
17      A.   Yes.  That's correct.
18      Q.   What's the -- the BP company man, what's
19  their position with regard to the drilling rig?
20      A.   BP company man is the representative of
21  BP who -- who ensures that the drilling program
22  is carried out by the contractors that -- that
23  drill the well and provide services to the well.
24      Q.   Does the BP company man, to an extent,
25  decide what's going to be done, and then the
```

```
 1   drilling company or the person that's running the
 2   rig decides how the work's going to be done
 3   that's been requested by the BP company man?  Is
 4   that fair to say?
 5        A.   Yes.
 6        Q.   And one issue that you said -- I don't
 7   understand.  You say, so you think that one of
 8   their big issues in this case was proper
 9   management of simultaneous operations?
10        A.   That's correct.
11        Q.   Do you think that management of
12   simultaneous operations on a rig is an important
13   aspect of drilling safety?
14        A.   That's correct.
15        Q.   And did you review any of Schlumberger's
16   regulations or procedures to see whether they had
17   any written procedures for management of
18   simultaneous operations on a drill rig?
19        A.   No, I did not.  And I doubt that they
20   would.
21        Q.   Why do you doubt that they would?
22        A.   They don't have specific SIMOPS detailed
23   for working on a rig specifically.  It would be
24   on a well location or something of that nature.
25   But they would not have one specifically for
```

```
 1              MR. MARTIN:  Object to the form.
 2   The expert is not here to testify to the
 3   credibility of the witnesses.
 4       A.    I don't know.
 5       Q.    (BY MR. SPARKS)  So your lack of
 6   communications opinion is based on the assumption
 7   that Mr. Lott checked in with Mr. Wood at the
 8   drill rig before he started doing his work, isn't
 9   it?
10              MR. MARTIN:  Objection.  Asked and
11   answered.
12       A.    It's based on information that I got out
13   of Lott's statements, and also Jim -- Jim Wood's
14   testimony in his deposition as to communications
15   that he had with him.
16       Q.    (BY MR. SPARKS) Okay.  Did you see
17   Mr. Wood's deposition where he said that Mr. Lott
18   didn't call him before he started doing the work
19   on the rig?
20       A.    I don't recall.  I'd have to look at it
21   again.
22       Q.    Have you looked at this from the
23   standpoint of what the health, safety, and
24   environmental regulations from Nabors required
25   Mr. Wood to do; but you haven't looked at it from
```

1  the standpoint of what Schlumberger health,
2  safety, and environmental regulations required
3  the Schlumberger crew to do, correct?
4      A.   That's correct.
5      Q.   You haven't looked at what the Vetco
6  Gray health, safety, and environmental
7  regulations required them to do either, have you?
8      A.   No.  Only as Nabors is the prime
9  contractor.
10     Q.   So do you think that anytime there's an
11 identification of a leaking valve on a rig that
12 the rig should be shut down until that's --
13 that's been serviced?
14     A.   Yes.  A leaking valve on a wellhead
15 assembly, your primary valves that isolate the
16 well, yes.
17     Q.   Okay.
18     A.   It takes priority.
19     Q.   Do you have any written policy issued by
20 BP, Nabors, or -- or -- well, cancel that.  Are
21 you aware of any written policy by BP that
22 requires a leaking valve on a wellhead assembly
23 to have the rig shut down?
24     A.   That specific, no.  Because normally a
25 rig is not on the well when it has a tree

1   It was back in September, I believe, October,
2   maybe.
3       Q.   Do you have any document -- do you have
4   any records as far as what your engagement in
5   this case was, what you were asked to do?
6       A.   No.  Just to review the case documents
7   that were provided to me, render an opinion.
8       Q.   Other than Mr. Martin, have you received
9   any documents or e-mails from any other entity or
10  person concerning your expert opinion in your
11  expert witness report in this case?
12      A.   No.
13      Q.   Have you received any documents that are
14  not listed or mentioned in your report that
15  you've reviewed in connection with this
16  investigation?
17      A.   No.
18      Q.   Do you have any documents concerning
19  safety policies, guidelines, or procedures of
20  Defendant Schlumberger that are in your
21  possession, custody, or control?
22      A.   No.
23      Q.   So you've never looked at any of those?
24      A.   No.
25      Q.   Do you have any documents concerning

Case 3:05-cv-00032-TMB   Document 119-3   Filed 09/25/2006   Page 8 of 11   84

```
 1   does it?
 2       A.   No, I don't believe so.  It just
 3   addressed the energy isolation issue of the well.
 4       Q.   The bottom it says:  Crew hand had not
 5   been trained on hydraulic rams.
 6            Does that have any significance to
 7   you?
 8       A.   No.
 9       Q.   Did you do any work to determine whether
10   Schlumberger had complied with any of its HSE
11   policies prior to this incident as far as
12   training or -- well, just as far as training of
13   the employees?
14       A.   No.
15       Q.   Do you know if a stem test is required
16   on BOP every seven days or when there's a crew
17   change?
18       A.   For the wireline BOP?
19       Q.   The BOP that was at the rig that was
20   involved in this incident, do you know whether a
21   Schlumberger policy required that there be a stem
22   test completed on that BOP every seven days or
23   when there was a crew change?
24       A.   No.
25       Q.   Why don't we go back to the report?
```

```
 1   determined was the root cause of the incident
 2   on -- that injured Mr. Meadows?
 3        A.   On page 5 here?
 4        Q.   Yeah.
 5        A.   Yes.
 6        Q.   Okay.  So they determined a lubricator
 7   wireline valve assembly created an unobvious
 8   hazard because the bleed valve was closed?
 9             Would you agree with that?
10        A.   I would agree -- I think that -- I would
11   say that the -- that they're not in the right
12   order.  I would say 5-9, "the master and swab
13   valves leaking," was the primary cause of this.
14   In my opinion.
15        Q.   But you haven't looked at what
16   Schlumberger did in this situation, did you,
17   whether they complied with their policies?
18        A.   No.
19        Q.   And that's because you haven't been
20   asked to do that, correct?
21        A.   That's correct.
22        Q.   You haven't been asked to see if BP
23   complied with their HSE policies either, have
24   you?
25        A.   No.
```

1    Q.    You haven't been asked to determine
2    whether Vetco Gray complied with their HSE
3    policies either, have you?
4    A.    No.
5    Q.    Is there anyplace in the investigation
6    report where anybody says -- where it's stated
7    anyplace that the well should have been shut down
8    because there was a leaking valve?  It doesn't,
9    does it?
10   A.    Yeah, it does.
11   Q.    Where at?
12   A.    On page 12, where actions to prevent
13   recurrence, and it says:  Conduct a review --
14   it's item No. 4 -- of current energy isolation
15   requirements in the BP Alaska Safety Handbook.
16   Eight Golden Rules and Global Drilling Guidelines
17   and ensure that current field well work
18   procedures and practices adequately address
19   energy isolation requirements.
20   Q.    That doesn't say that if there's a
21   leaking valve that the well has to be shut down,
22   does it?
23   A.    The global drilling guidelines probably
24   do.  I don't know.
25   Q.    But you didn't bring us a copy of those,

1   first item?
2   A.   Well, it would indicate to me that there
3   was a -- there was a problem with roles and
4   responsibility, just exactly what roles and
5   responsibility they're supposed to fulfill with
6   regard to this type of well work, and that's why
7   they identified the Nabors tool pusher and
8   driller along with the drilling supervisor and
9   Northstar ops manager.
10   Q.   Isn't that something that somebody
11   that's supervising all these people should be
12   looking at, all those roles as it's involved?
13   A.   Yeah, more clearly identify them;
14   because, obviously, those roles and
15   responsibilities need to be defined to those
16   folks.
17   Q.   Well, you haven't looked at the roles
18   and responsibilities of the BP Northstar ops
19   manager, have you?
20   A.   No, I have not.
21   Q.   Have you looked at the -- any
22   requirements -- you haven't looked at any roles
23   and responsibilities of anybody that works for
24   Schlumberger, correct?
25   A.   No.