Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska  99701
Phone:  (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARYL MEADOWS ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SCHLUMBERGER TECHNOLOGY ) <br> CORPORATION ) <br> ) <br> Defendant. ) <br> _____) <br> _____) | Case No. A05-0032 CIV |

PLAINTIFF MEADOWS' ERRATA TO PLAINTIFF'S
FIRST MOTION IN LIMINE (RE-FILED)

  Plaintiff Daryl Meadows, by and through his attorney, Robert A. Sparks, hereby provides the following errata to Plaintiff's First Motion in Limine (re-filed):

  Attached hereto is Robert A. Sparks affidavit, which was originally filed as document no. 35, on February 15, 2006. Somehow, this affidavit was not attached to the Plaintiff's First Motion in Limine, re-filed on August 18, 2006, as document no. 69.  Plaintiff Meadows regrets this error and apologizes to the Court and opposing counsel for this omission.

Meadows v. Schlumberger
page 1

DATED this 26th day of September, 2006, at Fairbanks, Alaska.

THE LAW OFFICE OF ROBERT A. SPARKS

/s/ Robert A. Sparks
Robert A. Sparks
Attorney for Plaintiff
1552 Noble Street
Fairbanks, Alaska 99701
(907) 451-0875
Fax: (907) 451-9385
E-mail: sparkslawoffice@yahoo.com
Membership No.: 8611139

CERTIFICATE OF SERVICE

I hereby certify that on the 26th[st] day of September, 2006, a copy of forgoing was served by E-Mail on:
Shannon W. Martin
Grace Hollis

Brewster Jamieson
Lane Powell LLC

and by regular mail to:
Mark Colbert, Esq

By: /s/ Robert A. Sparks

Meadows v. Schlumberger
page 2