Brewster H. Jamieson, ASBA No. 8411122
Shannon W. Martin, ASBA No. 0105028
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
Email:        jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS,<br><br>                           Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY COPORATION, a foreign corporation,<br><br>                           Defendant. | Case No. 3:05-cv-00032-TMB<br><br>**NOTICE OF INTENT TO USE DEPS** |

Schlumberger Technology Corporation, by and through its counsel of record, and pursuant to Local Rule 39.3(c), hereby gives notice of its intent to use the Digital Evidence Presentation System at the trial in the above-captioned case which is to begin on October 10, 2006, in Courtroom 1, the Honorable Timothy M. Burgess presiding.

DATED this 27th day of September, 2006.

LANE POWELL LLC
Attorneys for Defendant

By  s/ Brewster H. Jamieson
    Brewster H. Jamieson, ASBA No. 8411122
    301 West Northern Lights Boulevard, Suite 301
    Anchorage, Alaska 99503-2648
    Telephone: 907-277-9511
    Facsimile:  907-276-2631
    Email:  jamiesonb@lanepowell.com

I certify that on September 27, 2006, a copy of the foregoing was served by HAND and Exhibit List by E-Mail on:

Robert A. Sparks  sparkslawoffice@yahoo.com

and by mail on:
Mark Colbert, Esq.

 s/Brewster H. Jamieson
115223.0018/156757.1