

# COLBERT LAW FIRM

580-226-1911
580-226-1907 Fax

800-540-5529

MARK COLBERT
JOHN COLBERT
OF COUNSEL
STEVE COLBERT *

* Also admitted in Texas

November 28, 2005

Exh. F

C.M. Schade, M.D., Ph.D., P.E., PA.
Center for Pain Control
2692 W. Walnut Street, Suite 105
Garland, TX 75042

**VIA FACSIMILE**
**(972) 494-5224**

Δ π EXHIBIT F
Deponent Schade
Date 3/30/06  Rptr. LG
WWW.DEPOBOOK.COM

RE:   *Daryl Meadows vs. Schlumberger Technology Corporation*
      *U.S. District Court for Alaska*
      *A05-032-CV*

Dear Dr. Schade:

Per our representation of Daryl in the above referenced action which resulted from an explosion on **October 16, 2003**, this letter guarantees payment of the above referenced account from the settlement funds obtained in this action.

We appreciate your attention in this matter and if you have any questions, please contact me.

Yours truly,

COLBERT LAW OFFICES

Mark H. Colbert

MHC/ssd



DEFENDANT'S EXHIBIT

CASE NO. CV-00032-TMB

EXHIBIT NO. AH

200 STANLEY ♦ P.O. BOX 2169 ♦ ARDMORE, OKLAHOMA 73402



# COLBERT LAW FIRM

580-226-1911
580-226-1907 Fax

MARK COLBERT
JOHN COLBERT
OF COUNSEL
STEVE COLBERT *

* Also admitted in Texas

November 17, 2005

C.M. Schade, M.D., Ph.D., P.E., PA.
Center for pain Control
2692 W. Walnut Street, Suite 105
Garland, TX 75042

    RE:   *Daryl Meadows vs. Schlumberger Technology Corporation*
           *U.S. District Court for Alaska*
           *Case No.: A05-0032 CV(JKS)*

Dear Dr. Schade:

    This will confirm the appointment of Daryl Meadows on Monday, November 21, 2005 at 2:00 p.m. Also, expert reports are due by Wednesday, November 30, and if not possible, we will attempt to get an extension to December 9. As a reminder the Rule 26 Disclosures require a written report prepared and signed by you. The report shall contain the following:

1. A complete statement of all opinions to be expressed and the basis and reasons therefore;
2. The data or other information considered by you in forming the opinions;
3. Any exhibits to be used as a summary of or in support of your opinions;
4. Your qualifications including a list of all publications authored by you within the preceding 10 years;
5. The compensation to be paid to you for the study and testimony;
6. a list of any other cases in which you have testified as an expert at trial or by deposition within the preceding four (4) years.

    We look forward to your examination and report and if in the meantime, you have any questions, please contact me.

                        Sincerely,

                        COLBERT LAW OFFICES

                        Mark H. Colbert

MHC/ssd
cc:    Robert Sparks, Esq.

# CENTER for PAIN CONTROL

**C M SCHADE, MD, PhD, PE, PA**
ABA BOARD CERTIFIED IN PAIN MANAGEMENT
FELLOW OF INTERVENTIONAL PAIN PRACTICE

DIPLOMATE
AMERICAN BOARD OF ANESTHESIOLOGY
AMERICAN BOARD OF PAIN MEDICINE

AMERICAN ACADEMY OF PAIN MANAGEMENT

**J. H. PINOTTI, DC**
PHYSICAL REHABILITAION, CHRONIC PAIN MANAGEMENT

**ROBERT W. BRADLEY, PhD**
CLINICAL PSYCHOLOGIST

**ANNIE ABRAHAM, RN, MSN, FNP**
FAMILY NURSE PRACTITIONER

2692 W. Walnut Street, Suite 105 · Garland, Texas 75042 · (972) 494-2676 · Fax (972) 494-5224

October 18, 2005

Mark Colbert
200 Stanley
P O Box 2169
Ardmore, OK 73402

FAX 580-226-1907
and US Mail

RE: Daryl Meadows vs. Schlumberger Technology Corp.

Dear Mr. Colbert,

I am available to consult with you on this case providing there are no conflicts of interest. My medical malpractice insurance company is:

> GE Medical Protective Insurance Company
> 5814 Reed Road/P.O. Box 15021
> Fort Wayne, IN 46885
> 800-463-3776

If GE Medical Protective Insurance Company is involved in this case then the opposition may claim that this is a conflict of interest. I don't think that this is a conflict of interest but I want you to concur before proceeding.

RETAINER:

All work requires a non-refundable initial retainer in the amount of $2,500.00 (two thousand five hundred dollars). All expenses and the consulting hourly fee shall be drawn from the retainer on a regular basis for such activities as record review, research, out of office appointments (travel is charged portal to portal), telephone consultation, report writing, and preparation for deposition and testimony.

When the deposited retainer fund is exhausted to a balance of $500.00 (five hundred dollars) or less, an additional payment of $2,500.00 (two thousand five hundred dollars) may be required to replenish it. However, any unused portion beyond the original retainer shall be refunded upon conclusion of services (except as noted below).

RE: Daryl Meadows vs. Schlumberger Technology Corp.
Page 2

FEES:

My fees are as follows:

1. Hourly consulting (review of records, medical research, etc.): $400.00 (four hundred dollars) per hour;

2. Travel – Time portal to portal @ $400.00 (four hundred dollars) per hour.

3. Depositions and administrative hearings: $400 (four hundred dollars) per hour, with a (4) four hour minimum if not done in my office, plus expenses (e.g., travel, parking, telephone, meals, lodging, etc);

4. Trials: $400.00 (four hundred dollars) per hour with a four (4) hour minimum plus expenses (e.g., travel, parking, telephone, meals, lodging, etc.).

DEPOSITS FOR DEPOSITIONS, ADMINISTRATIVE HEARINGS, AND TRIALS:

In order to schedule a deposition, administrative hearing, or trial in this matter I require that you furnish my office with a retainer payment to be negotiated based on the estimated time requirement (i.e., a six hour deposition at $ 0.00 per hour totals $2,400.00. This retainer shall be paid at least three (3) weeks in advance of the appearance date. Please try to schedule all depositions at my medical office in Garland, Texas.

All cancellations which are made with less than 72 (seventy-two) hours notice will result in the full retainer being retained as a cancellation fee.

BILLING AND PAYMENT OF SERVICES AND RESPONSIBILITY FOR SAME:

Invoices will be tendered as necessary. A detailed breakdown will be furnished itemizing each charge. Payment of the invoice is expected within 10 (ten) working days.

The payment of all fees and extraordinary expenses is the responsibility of the client(s) notwithstanding the client(s)' relationship with third parties. The payment of all fees and extraordinary expenses is in no way contingent upon the outcome or determination made at any administrative hearing or trial with regard to this matter.

Re: Daryl Meadows vs. Schlumberger Technology Corp.
Page 3

### TERMINATION OF CONTRACT:

Failure to retain a current account shall be deemed sufficient grounds at any point for me, as consultant:

1. To withdraw from consulting with you and/or

2. Not to release any work product created during the course of the consultancy.

Upon your review and acceptance of this retainer agreement, please sign below and return this agreement to my office. If you have any questions, please do not hesitate to contact me.

Sincerely,

*[signature]*

C. M. Schade, M.D., Ph.D.
Board Certified in Pain Management
Board Certified in Anesthesiology
Senior Disability Analyst and Diplomate

CMS/sll

I accept the terms of this agreement.

_____      _____
            Signature                              Date


_____
         (Printed Name)

nd   ure: CV