There is no evidence to support the Defendant's allegation. Defendant's sole support for its allegations are its unreasonable misconstruction of the letter of assurance provided to Dr. Schade by Plaintiff's co-counsel, Mark Colbert, and testimony given by Dr. Schade at his trial deposition regarding the letter of assurance. There is no evidence that Dr. Schade provided any medical services in this case on a contingent basis to anyone. Furthermore, Defendant's attorney did not ask Dr. Schade at his deposition if any medical services were provided in this case on a contingent arrangement, and denied Dr. Schade the opportunity to directly rebut the allegation.

Plaintiff Meadows respectfully requests that the Court grant Plaintiff shortened time on Defendant's Opposition and a hearing and decision on Plaintiff Meadows' 3rd Motion in Limine.

DATED this 27th day of September, 2006, at Fairbanks, Alaska.

THE LAW OFFICE OF ROBERT A. SPARKS

/s/ Robert A. Sparks
Robert A. Sparks
Attorney for Plaintiff
1552 Noble Street
Fairbanks, Alaska 99701
(907) 451-0875
Fax: (907) 451-9385
E-mail: sparkslawoffice@yahoo.com
Membership No.: 8611139