Robert A. Sparks, Esq.
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska   99701
907-451-0875

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

DARYL MEADOWS,                              )
                                            )
        Plaintiff,                          )
                                            )
    vs.                                     )
                                            )
SCHLUMBERGER TECHNOLOGY                     )
CORPORATION, a foreign corporation,         )
                                            )
        Defendant.                          )
_____)
Case No. A05-0032 CV (TMB)

## ORDER GRANTING PLAINTIFF'S MOTION FOR SHORTENED TIME REGARDING PLAINTIFF'S 3RD MOTION IN LIMINE

Plaintiff Daryl Meadows, having moved this Court pursuant to L.R. 7.2(c) for shortened time regarding Defendant's Opposition, hearing and decision of Plaintiff Meadows' 3rd Motion in Limine, pertaining to Defendant's allegations that Plaintiff's expert Dr. Schade provided medical services to Plaintiff Meadows on a contingent basis, the Court having considered all relevant matters;

IT IS HEREBY ORDERED THAT PLAINTIFF'S MOTION IS GRANTED and Defendant's Response to Plaintiff's 3rd Motion in Limine is due on or before:_____;

IT IS HEREBY FURTHER ORDERED THAT this matter is set for hearing:_____.