```
_____                    _____
date                                U.S. District Court Judge
```

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of September, 2006, a copy of forgoing was served by E-Mail on:
Shannon W. Martin
Grace Hollis

Brewster Jamieson
Lane Powell LLC

and by regular mail to:
Mark Colbert, Esq

By: /s/ Robert A. Sparks

_____