Robert A. Sparks, Esq.
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska    99701
907-451-0875

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| DARYL MEADOWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SCHLUMBERGER TECHNOLOGY | ) |
| CORPORATION, a foreign corporation, | ) |
| | ) |
| Defendant. | ) |

Case No. A05-0032 CV (TMB)

**ORDER GRANTING PLAINTIFF'S 3RD MOTION IN LIMINE**

Plaintiff Daryl Meadows, having moved this Court in limine to exclude any argument or evidence by Defendant Schlumberger Technology Corporation's attorneys that Dr. Schade provided any medical services to Daryl Meadows on a contingent basis, the Court having considered all relevant matters;

IT IS HEREBY ORDERED THAT: Plaintiff Meadows' Motion In Limine is granted and Defendant Schlumberger and its witnesses and attorneys shall not mention, argue, imply or suggest to the jury in any way that Plaintiff Meadows' expert medical witness Dr. C.M. Schade M.D. performed any medical services in this case on a contingent basis.

Meadows v. Schlumberger
Order 3rd Motion in Limine
page 1

_____          _____
date                              U.S. District Court Judge



CERTIFICATE OF SERVICE

I hereby certify that on the 27th[st] day of September, 2006, a copy of forgoing was served by E-Mail on:
Shannon W. Martin
Grace Hollis

Brewster Jamieson
Lane Powell LLC

and by regular mail to:
Mark Colbert, Esq

By: /s/ Robert A. Sparks

_____



Meadows v. Schlumberger
Order 3rd Motion in Limine
page 2