Robert A. Sparks, Esq.
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska    99701
907-451-0875

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| DARYL MEADOWS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SCHLUMBERGER TECHNOLOGY | ) |
| CORPORATION, a foreign corporation, | ) |
| | ) |
|     Defendant. | ) |

Case No. A05-0032 CV (TMB)

## AFFIDAVIT OF ROBERT SPARKS IN SUPPORT OF PLAINTIFF'S 3rd MOTION IN LIMINE AND FOR SHORTENED TIME

Robert A. Sparks, being duly sworn, upon oath states as follows:

1. I am the attorney of record for Plaintiff Daryl Meadows in the above-captioned matter.

2. It is my understanding that Dr. C.M. Schade is being paid by my co-counsel Mark Colbert for any time that Dr. Schade spends providing any expert witness services in this case.

3. Other than the letter of assurance, it is my understanding that Mr. Meadows is personally responsible for the billings for Dr. Schade's medical treatment, unless they

Affidavit of Robert Sparks in Support of
Plaintiff's Motion in Limine
Page 1

are paid by Mr. Meadow's workers compensation carrier.  The worker's compensation carrier has contested or disputed the billings for services provided to Mr. Meadows by Dr. Schade, because it claims that Mr. Meadows changed doctors without required authorization.

    4.  I have asked Defendant's attorney, Shannon Martin, for the factual basis exists for Defendant's allegation that Dr. Schade has provided any medical services to Plaintiff Meadows on a contingent basis.  The only evidence that Mr. Martin was able to specify was the testimony at page 69 of Dr. Schade's deposition in this case and the letter of assurance attached to Defendant's trial brief.

    5.  Shortened time is necessary, because Defendant has recently raised this issue, the Pre-trial Conference is scheduled for Friday, September 29, 2006, in this case and the issue needs to be decided prior to trial.

    6.  I have corresponded via e-mail with Defendant's attorney, Shannon Martin, and Mr. Martin has indicated that Defendant believes that the letter of assurance and testimony by Dr. Schade support Defendant's allegations.  I informed Mr. Martin that Plaintiff Meadows intended to file a Motion in Limine with the Court on this issue if Defendant did not change its position.  Defendant has not indicated that it has any intent to change its position on this issue.

Affidavit of Robert Sparks in Support of
Plaintiff's Motion in Limine
Page 2

END OF AFFIDAVIT.

DATED this 27th day of September, 2006, at Fairbanks, Alaska.

_____
Robert A. Sparks

SUBSCRIBED AND SWORN TO before me this 27th day of September, 2006.

_____
Notary Public in and for Alaska
My Commission Expires:_____

Affidavit of Robert Sparks in Support of
Plaintiff's Motion in Limine
Page 3