Robert A. Sparks, Esq.
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska    99701
907-451-0875

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| DARYL MEADOWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SCHLUMBERGER TECHNOLOGY | ) |
| CORPORATION, a foreign corporation, | ) |
| | ) |
| Defendant. | ) |

Case No. A05-0032 CV (TMB)

### MOTION FOR SHORTENED TIME ON PLAINTIFF'S 3RD MOTION IN LIMINE RE: DEFENDANT'S CONTINGENT MEDICAL ALLEGATIONS

Plaintiff Meadows, by and through his attorney, Robert A. Sparks, hereby moves this Court pursuant to L.R. 7.2(c) for a decision and hearing on shortened time on Plaintiff Meadows' 3rd Motion in Limine regarding the Defendant's spurious allegation that Plaintiff Meadows' expert medical witness, Dr. C.M. Schade, provided any medical services in this case on a contingent basis. Defendant's allegation was made recently and Plaintiff Meadows would be irreparably harmed if this issue is not resolved prior to trial.  Plaintiff Meadows requests that the Court consider this Motion at the Pretrial Conference scheduled in this case on September 29, 2006.

There is no evidence to support the Defendant's allegation. Defendant's sole support for its allegations are its unreasonable misconstruction of the letter of assurance provided to Dr. Schade by Plaintiff's co-counsel, Mark Colbert, and testimony given by Dr. Schade at his trial deposition regarding the letter of assurance. There is no evidence that Dr. Schade provided any medical services in this case on a contingent basis to anyone. Furthermore, Defendant's attorney did not ask Dr. Schade at his deposition if any medical services were provided in this case on a contingent arrangement, and denied Dr. Schade the opportunity to directly rebut the allegation.

Plaintiff Meadows respectfully requests that the Court grant Plaintiff shortened time on Defendant's Opposition and a hearing and decision on Plaintiff Meadows' 3rd Motion in Limine.

DATED this 27th day of September, 2006, at Fairbanks, Alaska.

THE LAW OFFICE OF ROBERT A. SPARKS

/s/ Robert A. Sparks
Robert A. Sparks
Attorney for Plaintiff
1552 Noble Street
Fairbanks, Alaska 99701
(907) 451-0875
Fax: (907) 451-9385
E-mail: sparkslawoffice@yahoo.com
Membership No.: 8611139

CERTIFICATE OF SERVICE

I hereby certify that on the 27th[st] day of September, 2006,  a copy of forgoing was served by E-Mail on:
Shannon W. Martin
Grace Hollis

Brewster Jamieson
Lane Powell LLC

and by regular mail to:
Mark Colbert, Esq

By: /s/ Robert A. Sparks

_____

Plaintiff Meadows'
Motion for Shortened Time
Page 3