END OF AFFIDAVIT.

DATED this 26th day of September, 2006, at Fairbanks, Alaska.

_____
Robert A. Sparks

SUBSCRIBED AND SWORN TO before me this 28th day of September, 2006.



_____
Notary Public in and for Alaska
My Commission Expires: 10/31/08

Affidavit of Robert Sparks in Support of
Plaintiff's Motion in Limine
Page 3