

Press the print button on your browser.
Click here to return to the previous page.

## E-6.01 Contingent Physician Fees

If a physician's fee for medical service is contingent on the successful outcome of a claim, such as a malpractice or worker's compensation claim, there is the ever-present danger that the physician may become less of a healer and more of an advocate or partisan in the proceedings. Accordingly, a physician's fee for medical services should be based on the value of the service provided by the physician to the patient and not on the uncertain outcome of a contingency that does not in any way relate to the value of the medical service.

A physician's fee should not be made contingent on the successful outcome of medical treatment. Such arrangements are unethical because they imply that successful outcomes from treatment are guaranteed, thus creating unrealistic expectations of medicine and false promises to consumers. (VI)

Issued prior to April 1977; Updated June 1994.

Last updated: Sep 19, 2005
Content provided by: Ethics

Privacy Statement | Advertise with us
Copyright 1995-2005 American Medical Association. All rights reserved.

**EXHIBIT A**
**PAGE 1 OF 1**