C.M. SCHADE, M.D. - March 30, 2006

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF ALASKA
 3    DARYL MEADOWS,              )(
                                  )(
 4         Plaintiff,             )(
                                  )(
 5    VS                          )( CASE NO.: A05-032-CV
                                  )(
 6    SCHLUMBERGER TECHNOLOGY     )(
      CORPORATION,                )(
 7                                )(
           Defendant.             )(
 8
 9
10
          VIDEOTAPED ORAL DEPOSITION OF C.M. SCHADE, M.D.
11
                        MARCH 30, 2006
12
13
14
15       VIDEOTAPED ORAL DEPOSITION OF C.M. SCHADE, M.D.,
16    produced as a witness at the instance of the Plaintiff,
17    and duly sworn, was taken in the above-styled and
18    above-numbered cause on the 30th day of March, 2006,
19    from 2:47 p.m. to 6:44 p.m., before Lisa J. Gretarsson,
20    CSR in and for the state of Texas, reported by machine
21    shorthand, at the offices of Center for Pain Control,
22    2692 W. Walnut Street, Suite 105, located in the city
23    of Garland, state of Texas, pursuant to the Federal
24    Rules of Civil Procedure and the provisions stated on
25    the record.
```

1   MRI -- the arthroscopic surgery, that we've talked
2   about, by Dr. Montgomery in November of '94, but no
3   other treatment, per se, before coming to see you;
4   isn't that right?
5       A.   I'm not trying to be argumentative, but he
6   was given prescriptions.  He did, you know, have
7   treatment plans laid out by his doctors, as reflected
8   in the medical records.
9       Q.   Okay.  Treatment plans laid out by his
10  doctors for which we have no records to show whether he
11  followed through or not, do we?
12      A.   No.
13      Q.   November 28th, 2005, Mr. Colbert wrote you a
14  letter, which we'll mark as Exhibit F.
15              (Exhibit Number F marked.)
16  BY MR. MARTIN:
17      Q.   And here is your copy, just to refer to.
18           The letter says, Dr. Schade, per our
19  representation of Daryl in the above-referenced action,
20  which resulted from an explosion on October 16th, '03,
21  this letter guarantees payment of the above-referenced
22  account from the settlement funds obtained in this
23  action.
24           Did you obtain this letter?
25      A.   Yes.

1    Q.    Is that your understanding, is that you're
2    guaranteed payment for anything you do in the way of
3    treatment?
4    A.    Provided there's sufficient funds to pay for
5    it.
6    Q.    The next page in that Exhibit E is another
7    letter to you from Mr. Colbert, and it indicates --
8    there's actually -- I have three of the same letter.
9    I'll just take two of those out.  Obviously the one is
10   the only one I'm interested in.  And that sets forth
11   the items required under Rule 26 that should be
12   included in your report; is that right?
13   A.    Yes.
14   Q.    And then the last item in that Exhibit shows
15   what your fees are.  Do you see that?  It's on your
16   three-page -- it looks like a three-page agreement
17   regarding retention of your services.
18   A.    I see that.
19   Q.    On page 2, your hourly rate is $400 an hour
20   for consulting and review of records, $400 an hour for
21   travel to trials, $400 an hour with a four-hour
22   minimum; is that right?
23   A.    Yes.
24   Q.    You're an expert in this case, correct?
25   A.    Yes.