Shannon W. Martin, ASBA 0105028
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
Email:        martins@lanepowell.com
Attorneys for Defendant

Due 7-17-05
FILE COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS,<br><br>                                Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY COPORATION, a foreign corporation,<br><br>                              Defendant. | Case No. A05-0032 CV (JKS)<br><br>**FIRST DISCOVERY REQUESTS TO PLAINTIFF** |

COME NOW defendants, by and through counsel, and pursuant to Rules 33 and 34 of Alaska R. Civ. P., to request that plaintiff in this matter answer, in writing, within thirty (30) days (plus 3 if mailed) of the date of service hereof, the following requests for production and interrogatories.

Please be advised that plaintiff is under a continuing obligation for the supplementation of the answers to these discovery requests based on newly acquired information.

### INSTRUCTIONS

INTERROGATORIES:

The interrogatories set forth below are served upon you in accordance with Rules 26 and 33 of the Alaska R. Civ. P.  Each interrogatory must be answered separately and in the fullest detail possible, under oath, in the spaces provided, using additional sheets as needed.

If any interrogatory is objected to, the reasons for the objection must be stated.  If the objection is made to part of an interrogatory, the part objected to must be specified.

EXHIBIT D
PAGE 1 OF 5

REQUEST FOR PRODUCTION NO. 5: Please produce all written statements made by any person concerning the Accident, or the damages you sustained as a result thereof.

RESPONSE TO REQUEST FOR PRODUCTION NO. 5:

REQUEST FOR PRODUCTION NO. 6: Please produce any document which in any way pertains to any expert you expect or intend to call as a witness at trial.

RESPONSE TO REQUEST FOR PRODUCTION NO. 6:

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

First Discovery Requests to Plaintiff
*Daryl Meadows v. Schlumberger Technology Corporation* (Case No. A05-0032 CV (JKS))   Page 19 of 22

EXHIBIT D
PAGE 2 OF 5

REQUEST FOR PRODUCTION NO. 7: Please produce all notes, memoranda, photographs, diagrams, drawings, or other tangibles which in any way relate to the Accident or plaintiff's damage claims.

RESPONSE TO REQUEST FOR PRODUCTION NO. 7:

REQUEST FOR PRODUCTION NO. 8: Please produce a complete copy of all correspondence to, or received from, any experts in this matter.

RESPONSE TO REQUEST FOR PRODUCTION NO. 8:

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

First Discovery Requests to Plaintiff
*Daryl Meadows v. Schlumberger Technology Corporation* (Case No. A05-0032 CV (JKS))   Page 20 of 22

EXHIBIT D
PAGE 3 OF 5

REQUEST FOR PRODUCTION NO. 9: Please complete all appropriate sections and sign and produce the attached Authorization for Release of Medical Records, Authorization for Release of Employment Records, Authorization for Release of Unemployment Records, Authorization for Release of Workers' Compensation Records, Authorization for Release of Educational Records, Authorization for Release of Social Security Records, Authorization for Release of Driving Records, Release for Criminal Records, and Request for Copy of the Tax Form.

RESPONSE TO REQUEST FOR PRODUCTION NO. 9:

DATED this 14th day of June, 2005.

LANE POWELL LLC
Attorneys for Defendant

By _____
Shannon W. Martin, ASBA 0105028

I certify that on June 14, 2005, a copy of the foregoing was served by mail on:

Robert A. Sparks, Esq.
1552 Noble Street
Fairbanks, Alaska 99701-6225

_____
Jennifer A. Heck

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

First Discovery Requests to Plaintiff
*Daryl Meadows v. Schlumberger Technology Corporation* (Case No. A05-0032 CV (JKS))   Page 21 of 22

EXHIBIT D
PAGE 4 OF 5

## VERIFICATION

STATE OF ALASKA  
                                  ) ss.  
THIRD JUDICIAL DISTRICT

    I, DARYL MEADOWS, being first duly sworn, state that I have read the answers to the foregoing interrogatories and that these answers are true, correct, and complete to the best of my knowledge.

    DATED this ____ day of July, 2005.

_____

    SUBSCRIBED AND SWORN to before me this ___ day of July, 2005, at _____, _____.

Notary Public for _____  
My commission expires:_____

**LANE POWELL LLC**  
301 West Northern Lights Boulevard, Suite 301  
Anchorage, Alaska 99503-2648  
Telephone 907.277.9511 Facsimile 907.276.2631

**EXHIBIT D**  
**PAGE 5 OF 5**