# CENTER for PAIN CONTROL

**C M SCHADE, MD, PhD, PE, PA**
ABA BOARD CERTIFIED IN PAIN MANAGEMENT
FELLOW OF INTERVENTIONAL PAIN PRACTICE

DIPLOMATE
AMERICAN BOARD OF ANESTHESIOLOGY
AMERICAN BOARD OF PAIN MEDICINE

AMERICAN ACADEMY OF PAIN MANAGEMENT

**NANCY TAMAYO, DC, DBD**
DIRECTOR OF BUSINESS DEVELOPMENT

**ROBERT W. BRADLEY, PhD**
CLINICAL PSYCHOLOGIST

**J. H. PINOTTI, DC**
PHYSICAL REHABILITATION, CHRONIC PAIN MANAGEMENT

**ANNIE ABRAHAM, RN, MSN, FNP**
FAMILY NURSE PRACTITIONER

2692 W. Walnut Street, Suite 105 · Garland, Texas 75042 · (972) 494-2676 · Fax (972) 494-5224


PLAINTIFF'S EXHIBIT 15

C. M. Schade, M.D., Ph.D., P.E.
Curriculum Vitae
March 29, 2006
Page 1

1. EDUCATION:

| | |
|---|---|
| B.S. Electrical Engineering and Computer Science University of California at Berkley | 1968 |
| M.S. Electrical Engineering Stanford University | 1969 |
| Ph.D. Electrical Engineering Stanford University | 1971 |
| Ph.D. Computer Science (Minor) Stanford University | 1971 |
| P.E. Registered Professional Engineer | 1974 |
| M.D. University of Miami School of Medicine, Miami, Florida | 1976 |
| Internship—Internal Medicine David Grant USAF Medical Center, Travis AFB, California | 1976-1977 |
| Residency—Anesthesiology Wilford Hall USAF Medical Center, Lackland AFB, Texas | 1977-1979 |
| Diplomate | |
| American Board of Anesthesiology | 1980 |
| American Academy of Pain Management | 1989 |
| American Board of Pain Medicine | 1994 |
| (Formerly: Fellow, American College of Pain Medicine) | |
| Certificate of Added Qualifications in Pain Management American Board of Anesthesiology | 1994 & 2004 |
| Senior Disability Analyst and Diplomate American Board Disability Analysts | 1996 |
| Fellow of Interventional Pain Practice | 2004 |
| Certified in Controlled Substance Management | 2005 |
| Certified in Coding, Compliance and Practice Management | 2005 |
| American Board of Interventional Pain Physicians-Board Eligible | 2005 |

EXHIBIT E
PAGE 1 OF 6

C. M. Schade, M.D., Ph.D., P.E.
Curriculum Vitae
March 29, 2006
Page 2

2. PROFESSIONAL POSITIONS:

| Position | Dates |
|---|---|
| Digital Systems Engineer, Berkeley Scientific Laboratories | 1965-1966 |
| Assistant Research Engineer, Hewlett-Packard Laboratories | 1965-1966 |
| Digital Systems Engineering, Hewlett-Packard Company, Microwave Systems Group | 1968-1969 |
| Instructor of Electrical Engineering, Stanford University | 1969-1971 |
| Associate Professor of Electrical Engineering, U. S. Air Force Academy | 1971-1974 |
| United States Air Force, Lieutenant Colonel, MC, FS | 1971-1981 |
| Member, Board of Directors, Rocky Mountain Bioengineering Society | 1971-1986 |
| Professional Engineer, State of Colorado Registration No. 12908 | 1974-present |
| Technical Director of the Intensive Care Laboratory, Wilford Hall USAF Medical Center | 1977-1981 |
| Licensed to practice medicine in the: | |
|     State of Texas | 1978-present |
|     State of Nevada | 1978-present |
| Schade Anesthesiology Associates (dba) | 1979-1981 |
| Teaching Staff (part time), Wilford Hall USAF Medical Center | 1979-1981 |
| Medical Research Officer, USAF School of Aerospace Medicine | 1979-1981 |
| Anesthesia Consultants (dba) | 1981-1988 |
| Chairman, Emergency Room Committee, Charter Suburban Hospital | 1981-1983 |
| Member, Executive Committee, Charter Suburban Hospital | 1981-1984 |
| Director, Department of Anesthesiology, Charter Suburban Hospital | 1981-1988 |
| Vice Chief of Staff, Charter Suburban Hospital | 1983-1984 |
| Member, Board of Directors, Charter Suburban Hospital | 1983-1984 |
| Medical Director, Department of Physical Therapy, Charter Suburban Hospital | 1986-1988 |
| Medical Director, Advanced Orthopedic Services | 1987-1988 |
| Medical Director, Center for Pain Control | 1981-present |
| Faculty, International Spine Injection Society | 1992-1994 |
| Member, Medical Executive Committee, Garland Community Hospital | 1992-2001 |
| Member, Board of Trustees, Garland Community Hospital | 1993-2000 |
| Chairman, Quality Management Committee, Garland Community Hospital | 1994-1995 |
| Medical Director, Positive Pain Management | 1995-1998 |
| Faculty, Current Concept in Pain Management | 1995-1997 |
| Chief of Staff--Elect, Garland Community Hospital | 1996-1997 |
| Chairman, Board of Directors, Patient Advocates of Texas | 1996-present |
| Chief of Staff, Garland Community Hospital | 1998-1999 |
| President-Elect, Texas Pain Society | 1998-2000 |
| Member TMA House of Delegates | 2000-present |
| President, Texas Pain Society | 2000-2002 |
| Director Emeritus, Texas Pain Society | 2002-present |
| President, Alacrity Management, LLC | 2001-present |
| Member, Board of Directors, Leland Medical Plaza | 2002-present |
| Chairman, Board of Directors, Vista Hospital of Dallas | 2004-present |

C. M. Schade, M.D., Ph.D., P.E.
Curriculum Vitae
March 29, 2006
Page 3

3. RECENT PROFESSIONAL MEETINGS AND REVIEW COURSES:

| Meeting | Year |
|---|---|
| Texas Health Resources Acute & Post op Pain Management, Dallas, Texas | 2001 |
| University of North Texas – The Impact of Previous Addiction on Opioid Therapy, Forth Worth, Texas | 2001 |
| 18th Annual Pain Symposium - Lubbock, Texas | 2001 |
| University of North Texas Health Science Center – Migraine Headaches, Fort Worth, Texas | 2001 |
| TMA Summit 2001 – Pain Medicine & Managing Uncertainty, Dallas, Texas | 2001 |
| Texas Health Resources Acute & Post-Op Pain Management, Dallas, Texas | 2001 |
| Texas Health Resources 2nd Annual Pain Management Symposium, Dallas, Texas | 2001 |
| Bio terrorism and Anthrax - Garland, Texas | 2001 |
| Psychopharmacological Advances in the Treatment of Depression and Anxiety, Dallas, Texas | 2002 |
| 5th Annual Update in Pain Management - Dallas, Texas | 2002 |
| TEXMED02 Pain Management – Dallas, Texas | 2002 |
| The University of Texas Southwestern Medical Center at Dallas, Myth vs. Truth about Opioid Prescribing | 2002 |
| 19th Annual Pain Symposium – Lubbock, Texas | 2002 |
| ISIS 10th Annual Scientific Meeting - Austin, Texas | 2002 |
| TMA Coping w/ Stress of Malpractice Litigation - Garland, Texas | 2002 |
| TMA Winter Conference, Austin, Texas | 2003 |
| TEXMED 2003 Pain Management, San Antonio, Texas | 2003 |
| Texas Academy of Physicians "Remission Innovation: The Norepinephrine Factor" Dallas, Texas | 2003 |
| 22nd Annual Scientific Meeting/Pre-conference Events, American Pain Society, Chicago, IL | 2003 |
| 20th Annual Pain Symposium-Lubbock, Texas | 2003 |
| Clinical Advancements to improve efficacy for chronic pain, Minneapolis, MN | 2003 |
| TMA Coping with Stress of Malpractice Litigation-Garland, Texas | 2003 |
| Optimizing response in treatment experienced HIV infected patients, Foundation for better health—Dallas, Texas | 2003 |
| Use of Bureprenorphine in the management of opioid dependence, Dallas, Texas | 2004 |
| TMA Physician stress/burnout by P.A. Cook, MD | 2004 |
| TMA 2004 Winter Conference, Austin, Texas | 2004 |
| Texas Spine Society's 16 Annual Meeting-Austin, Texas | 2004 |
| TEXMED 2004 Pain Medicine, Austin, Texas | 2004 |
| 21st Annual Pain Symposium Lubbock, Texas | 2004 |
| BioChallenger-Diagnosis & treatment of Biological Exposure, The Virtual Lecture Hall | 2005 |
| TEXMED 2005 Pain Medicine, Dallas, TX | 2005 |
| ASIPP Competency Certification Review Course in Coding Compliance and Practice Mgmt, Washington, DC | 2005 |
| TMA Winter Conference, Austin, TX | 2006 |

EXHIBIT E
PAGE 3 OF 6

C. M. Schade, M.D., Ph.D., P.E.
Curriculum Vitae
March 29, 2006
Page 4

4. MEMBERSHIP ON HOSPITAL STAFFS:

| | |
|---|---|
| David Grant USAF Medical Center, Travis AFB, California | 1976-1977 |
| Wilford Hall USAF Medical Center, Lackland AFB, Texas | 1977-1981 |
| Medina Memorial Hospital, Hondo, Texas | 1979-1981 |
| Medical Center Hospital, Conroe, Texas | 1979-1981 |
| Frio Hospital, Pearsall, Texas | 1979-1981 |
| Charter Suburban Hospital, Mesquite, Texas | 1981-1989 |
| Leland Medical Plaza formerly known as Garland Community Hospital, Garland, Texas | 1982-2003 |
| Garland Memorial Hospital, Garland, Texas | 1989-1993 |
| Medical Center at Terrell, Terrell, Texas | 2001-2004 |
| Baylor Medical Center, Garland, Texas | 2001-present |
| Richardson Regional Medical Center, Richardson, Texas | 2003-present |
| Vista Hospital of Dallas, Garland, Texas | 2003-present |
| The Spine Hospital, San Antonio, Texas | 2005-present |

5. REFERENCES:

Furnished upon request

6. HONORS AND PROFESSIONAL MEMBERSHIPS:

Graduated with "Highest Honors" at the University of California at Berkeley
Graduated number one in my class of Electrical Engineers at the University of California at Berkeley
Phi Kappa Psi Fraternity
Phi Beta Kappa
Tau Beta Pi (Vice President, 1968)
American Medical Association
Texas Medical Association
Dallas County Medical Society
American Academy of Pain Management
International Spinal Injection Society
Texas Medical Foundation, Lifetime member
American Academy of Pain Medicine
American Pain Society
Texas Pain Society
American Society of Addiction Medicine
American Neuromodulation Society, Inc.
National Forum of Independent Pain Clinicians
Association of Pain Management Anesthesiologists
American Society of Interventional Pain Physicians
American Board of Pain Medicine
Honorary Member, Texas Spine Society
World Institute of Pain
2004 Healthcare Education Hero of the Year Award

7. FELLOWSHIPS:

| | |
|---|---|
| Air Force Institute of Technology Postdoctoral (36-13) Program, University of Miami School of Medicine | 1974-76 |
| National Science Foundation Fellow, Stanford University | 1969-71 |
| Tau Beta Pi Fellow, Stanford University | 1968-69 |
| Stanford Fellow, Stanford University | 1968-69 |
| President's Undergraduate Fellow, University of California at Berkeley | 1967-68 |

*C. M. Schade, M.D., Ph.D., P.E.*
*Curriculum Vitae*
*March 29, 2006*
Page 5

8.  PUBLICATIONS:

    Super Stim – Treating Chronic Neck Pain, MD News, 2005

    Spinal Cord Stimulation – Best Practices – Reducing Common Complications, Medtronic DVD, 2005 & submitted for publication, co-author

    Review Article, COADMINISTRATION OF AN OPIOID AGONIST AND ANTAGONIST FOR PAIN CONTROL, 2005 World Institute of Pain, Pain Practice, Volume 5, Issue, 2005 11-17 – co-author

    FLUROSCOPIC SAFETY, Worldwide Pain Conference
    San Francisco, CA, July 2000

    Active Electrode Screening for Low Back Pain, Worldwide Pain Conference
    San Francisco, CA, July 2000

    Guidelines for Implantation of a Percutaneous Spinal Cord Stimulator, 1993.

    "Women's G Tolerance," <u>Aviation Space Environmental Medicine</u>, 57: 745-53, 1986, co-author.

    "Women's + $G_z$ Tolerance," In: Preprints of the Aerospace Medical Association Annual Scientific Meeting, Washington, D.C., Aerospace Medical Association, 982:24-5, co-author.

    "Nitrous Oxide-Oxygen Sedation: USAF Dental Guideline," Aeromedical Review, USAF School of Aerospace Medicine, Brooks AFB, Texas, November, 1981, co-author.

    "Processing of the Leg Volume Data Obtained on the MO92 Skylab Missions," Instrumentation Laboratory Report, Department of Electrical Engineering, United States Air Force Academy, Colorado, 1974, co-author.

    "Manuals for Medical Instrumentation," Instrument Society of American Draft Standard, 1973, co-author.

    "The Adaptive Control of Therapeutic Procedures," Research Animals in Medicine, National Heart and Lung Institute, DHEW Publication No. (NIH) 72-333, 1973, co-author.

    "Optimal Regulation of Physiological Systems via Real Time Adaptive Model Synthesis," (TRNo.6792-2), Stanford Electronics Laboratories, Stanford, California, 1971.

    "Introduction to Heuristics of Invention and Discovery," SU-DMS-70-T-14, Stanford University, 1969, co-author.

    "ADAC-An Automatic System for Measuring Hall Effect in Semiconductors," Hewlett-Packard Journal, November 1966, co-author.

    First Interim Technical Report, "Solid State Image Intensifier Panels," DA-44-009-AMC-1250 (T), U. S. Army, Fort Belvoir, Virginia, 1966, co-author.

C. M. Schade, M.D., Ph.D., P.E.
Curriculum Vitae
March 29, 2006
Page 6

9.   PATENTS:

I filed for a Photon Amplifier patent in 1966, and it was patented December 23, 1969, as #3,486,028. This invention relates to an electronic circuit for amplifying an incident photon signal by taking advantage of the non-linear unidirectional conductivity characteristics of an electroluminescent diode.

In March 1970, Dr. E. E. Loebner and I disclosed an invention relating to a coding for multi-digit number indicating scales for use with time, angular, or linear measuring and/or recording devices.

In October 1993, I filed patent application number 08/453,570 for a surgical x-ray instrument for use in doing cervical discograms. Patent 5531737 was issued on July 2, 1996 for this instrument, which increases safety to the operating physician as well as the patient.