Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS,<br><br>       Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY COPORATION, a foreign corporation,<br><br>       Defendant. | Case No. 3:05-cv-00032-TMB<br><br>**PROPOSED ORDER DENYING<br>PLAINTIFF'S THIRD MOTION *IN LIMINE*** |

THIS COURT, having considered Plaintiff's Third Motion *in Limine* Re: Allegations of Contingent Medical Services (Docket No. 126), as well as all responses thereto and applicable law;

IT IS HEREBY ORDERED that plaintiff's third motion *in limine* is DENIED.

DATED this ____ day of October, 2006.

               Timothy M. Burgess
               United States District Court Judge

I certify that on September 28, 2006, a copy of the foregoing was served by ECF on:

Robert A. Sparks  sparkslawoffice@yahoo.com

and by mail on:
Mark Colbert, Esq.

 s/Shannon W. Martin
115223.0018/156803.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631