Robert A. Sparks, Esq.
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska    99701
907-451-0875

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| DARYL MEADOWS,<br><br>       Plaintiff,<br><br>  vs.<br><br>SCHLUMBERGER TECHNOLOGY<br>CORPORATION, a foreign corporation,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. A05-0032 CV (TMB)

**AFFIDAVIT OF ROBERT SPARKS
IN SUPPORT OF PLAINTIFF'S
3rd MOTION IN LIMINE AND FOR SHORTENED TIME**

Robert A. Sparks, being duly sworn, upon oath states as follows:

1.   I am the attorney of record for Plaintiff Daryl Meadows in the above-captioned matter.

2.   It is my understanding that Dr. C.M. Schade is being paid by my co-counsel Mark Colbert for any time that Dr. Schade spends providing any expert witness services in this case.

3.   Other than the letter of assurance, it is my understanding that Mr. Meadows is personally responsible for the billings for Dr. Schade's medical treatment, unless they

Affidavit of Robert Sparks in Support of
Plaintiff's Motion in Limine
Page 1

are paid by Mr. Meadow's workers compensation carrier.   The
worker's compensation carrier has contested or disputed the
billings for services provided to Mr. Meadows by Dr. Schade,
because it claims that Mr. Meadows changed doctors without
required authorization.

4.   I have asked Defendant's attorney, Shannon Martin, for
the factual basis exists for Defendant's allegation that Dr.
Schade has provided any medical services to Plaintiff Meadows
on a contingent basis.   The only evidence that Mr. Martin was
able to specify was the testimony at page 69 of Dr. Schade's
deposition in this case and the letter of assurance attached to
Defendant's trial brief.

5.   Shortened time is necessary, because Defendant has
recently raised this issue, the Pre-trial Conference is
scheduled for Friday, September 29, 2006, in this case and the
issue needs to be decided prior to trial.

6.   I have corresponded via e-mail with Defendant's
attorney, Shannon Martin, and Mr. Martin has indicated that
Defendant believes that the letter of assurance and testimony
by Dr. Schade support Defendant's allegations.   I informed Mr.
Martin that Plaintiff Meadows intended to file a Motion in
Limine with the Court on this issue if Defendant did not change
its position.   Defendant has not indicated that it has any
intent to change its position on this issue.

Affidavit of Robert Sparks in Support of
Plaintiff's Motion in Limine
Page 2

END OF AFFIDAVIT.

DATED this 28th day of September, 2006, at Fairbanks,

Alaska.



_____
Robert A. Sparks

SUBSCRIBED AND SWORN TO before me this 28th day of

September, 2006.

NOTARY PUBLIC
BRITNY M. WARREN
STATE OF ALASKA

_____
Notary Public in and for Alaska
My Commission Expires: 10/31/08

Affidavit of Robert Sparks in Support of
Plaintiff's Motion in Limine
Page 3

CERTIFICATE OF SERVICE

I hereby certify that on the 28th[st] day of September, 2006,  a copy of forgoing was served by E-Mail on:
Shannon W. Martin
Grace Hollis

Brewster Jamieson
Lane Powell LLC

Gregory L. Youngmun
BP Exploration (Alaska) Inc.

and by regular mail to:
Mark Colbert, Esq

By: /s/ Robert A. Sparks