Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS,<br><br>       Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY COPORATION, a foreign corporation,<br><br>       Defendant. | Case No. 3:05-cv-00032-TMB<br><br>**DEFENDANT'S ERRATA<br>RE DOCKET 131** |

  Defendant, by and through counsel, submits herewith the Table of Contents for its exhibits in support of Defendant's Opposition to Plaintiff's Third Motion *in Limine* Re: Allegations of Contingent Medical Services (Docket No. 131).

  Defendant's counsel apologizes for the oversight.

  DATED this 29th day of September, 2006.

               LANE POWELL LLC
               Attorneys for Defendant


               By  s/ Brewster H. Jamieson
                 Brewster H. Jamieson, ASBA No. 8411122
                 301 West Northern Lights Boulevard, Suite 301
                 Anchorage, Alaska 99503-2648
                 Telephone: 907-277-9511
                 Facsimile: 907-276-2631
                 Email: jamiesonb@lanepowell.com

I certify that on September 29, 2006, a copy
of the foregoing was served by ECF on:

Robert A. Sparks  sparkslawoffice@yahoo.com

and by mail on:
Mark Colbert, Esq.

 s/Brewster H. Jamieson
115223.0018/156806.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631