*Daryl Meadows v. Schlumberger Technology Corporation*
Case No. 3:05-CV-00032-TMB

**TABLE OF EXHIBIT**
to
Defendant's Opposition Plaintiff's Third Motion *in Limine*
Re: Allegations of Contingent Medical Services

| Description | Exhibit |
|---|---|
| AMA Professional Guideline re Contingent Physician Fees | A |
| Mr. Colbert's Letter to Dr. Schade, dated November 28, 2005 | B |
| Excerpt of the Deposition of Dr. Schade, conducted March 30, 2006 | C |
| Defendant's First Discovery Requests to Plaintiff | D |
| Curriculum Vitæ of Dr. Schade | E |