```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

 DARYL MEADOWS   vs.  SCHLUMBERGER TECHNOLOGY

BEFORE THE HONORABLE TIMOTHY M. BURGESS  CASE NO. 3:05-cv-00032-TMB

DEPUTY CLERK/RECORDER: Patty Demeter

APPEARANCES:    PLAINTIFF: Mark Colbert, Robert Sparks

                DEFENDANT: Brewster Jamieson, Shannon Martin

PROCEEDINGS: HEARING ON SECOND MOTION IN LIMINE (DKT 70) / FINAL PRETRIAL CONFERENCE (Held 9/29/06)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:05 p.m. Court Convened.

Court Denied Dkt #61, Motion Rule 43 Testimony of J. Wood.

Court Denied in part and Granted in part Dkt #62, the motion Rule 43 Testimony of G. Owens.

Court Denied Dkt #69, First Motion in Limine.

Court Denied in part, Dkt #70, Second Motion in Limine. Part of the motion at Dkt #70 remains under advisement as stated.

Defendant's  Motion to strike at Dkt #99 is withdrawn.

At 10:17 a.m. Court Recessed.

At 10:33 a.m. Court Reconvened.

Court and counsel heard re: pretrial issues and trial schedule.

Court to issue a written final pretrial order.

Counsel shall file a joint status report on or before Wednesday, October 4, 2006.

Final Pretrial Conference is set for Friday, October 6, 2006, at 10:00 a.m.  Out of town counsel may appear telephonically.

Jury Trial shall begin October 10, 2006, at  8:30 a.m. with counsel, and the jury to follow.


At 11:10 a.m. Court Adjourned.



DATE: 9/29/06          DEPUTY CLERK'S INITIALS: pld