Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS,<br><br>                    Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY COPORATION, a foreign corporation,<br><br>                    Defendant. | Case No. 3:05-CV-00032-TMB<br><br>NOTICE TO COURT<br>RE: DON ENSLOW'S TESTIMONY |

COMES NOW defendant, by and through counsel, and hereby notifies this Court that the parties have conferred and agree to allow Mr. Don Enslow to testify out of order on Monday, October 16, 2006. Thus, the current pending motion at Docket No. 104 is hereby moot.

DATED this 2nd day of October, 2006.

LANE POWELL LLC
Attorneys for Defendant

I certify that on October 2nd, 2006, a copy of the foregoing was served by ECF on:

Robert A. Sparks  sparkslawoffice@yahoo.com

and by mail on:
Mark Colbert, Esq.

 s/Brewster H. Jamieson
115223.0018/156853.1

By s/ Brewster H. Jamieson
   Brewster H. Jamieson, ASBA No. 8411122
   301 West Northern Lights Boulevard, Suite 301
   Anchorage, Alaska 99503-2648
   Telephone: 907-277-9511
   Facsimile: 907-276-2631
   Email: jamiesonb@lanepowell.com