### MINUTES OF THE UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

*Daryl Meadows v. Schlumberger Technology Corporation*
Case No. 3:05-cv-0032 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

At the pre-trial conference on Friday, September 29, 2006, the Court instructed the parties to meet to discuss additional issues which require attention prior to trial. Specifically, the Court asked the parties to resolve, to the extent possible, any remaining disputes over exhibits, witnesses and deposition testimony and to update the Court on their progress by October 4, 2006. The following information will assist the Court in resolving any outstanding disagreements prior to the start of trial.

With respect to their exhibits, the parties are to provide the Court with an updated list of all of their exhibits, indicating which exhibits the parties have agreed upon, and which exhibits are still subject to objections which the court must rule upon. Please use the form attached to this order for that list.

At the pre-trial conference, there was some confusion about which witnesses were to be called by the parties, and whether their testimony would be presented live or solely through their deposition testimony. The Court requests clarification on this issue for trial planning purposes. The parties should also inform the Court what, if any, issues relating to witness testimony remain to be resolved by the Court in advance of trial.

The parties were also instructed to confer and attempt to narrow any disputes regarding the presentation of video depositions. They raised several concerns about the presentation of video deposition testimony in light of outstanding objections. It also appeared that a number of these issues can be resolved by further discussion between the parties. Therefore, the parties will inform the court what issues, if any, remain for the Court to resolve in regard to the proposed deposition testimony.

During the pre-trial conference, it appeared that many of the issues raised in the motions in limine were no longer disputed. The parties were instructed to meet to attempt to resolve any remaining disputed issues raised in their motions in limine. The parties will inform the Court what issues relating to their motions in limine remain to be resolved by the Court.

Finally, the Court has also instructed the parties to provide a *joint statement* of the case to be read at the start to the jury to assist them in understanding the nature of this case. The parties may draw from the joint statement of uncontested facts and the statement of issues already on file with this Court.

**IT IS HEREBY ORDERED:**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:   October 3, 2006

Exhibit 1: Form Exhibit List

**UNITED STATES DISTRICT COURT,**
District of Alaska
**Exhibit List**

**[Plaintiff] v. [Defendant]**

**Case Number:**

| Presiding Judge | | | | | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|---|---|---|---|
| Trial Date(s) | | | | | Court Reporter | Courtroom Deputy |
| Plf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|  |  |  |  |  |  |  |

---

[1] Include a notation as to the location of any exhibit not held with the case file or not available because of size.