```
                         Exhibit List
                   Plaintiff Meadows' Reply
     to Defendant Schlumberger's Opposition to Plaintiff Meadows
                      3rd Motion in Limine


Exhibit        Description
No.

C.             Dr. Schade Deposition excerpt, pages 41- 44, 57 - 60.

D.             Notice of Doctor's Lien

E.             Texas Medical Code

               Daryl Meadows Affidavit dated October 3, 2006
```