**C.M. SCHADE, M.D. - March 30, 2006**

Page 41

1 know what to do, and that's Dr. Noe.
2  Q. Okay.
3  A. Dr. Noe again, who is a board-certified
4 pain-medicine doctor, on May 17th, 2004, He has had
5 some symptoms of reflex sympathetic dystrophy.
6   There's the independent medical
7 evaluation done on 2-18-2005 by Dr. M. Lewis Fraiser,
8 Jr., M.D. Physical exam, quote: There are multiple
9 areas of redness and ecchymosis along the anterior and
10 lateral aspect of his thigh, knee and calf. He has
11 hypereseshia (phonetic) to light touch throughout the
12 right lower extremity. He states historically he will
13 have times when his leg feels warm and then will
14 shortly thereafter be quite cold compared to his left.
15  Q. Okay. And again, does that go to criteria
16 three?
17  A. Yes, it does.
18  Q. Okay. What about criteria four? What is
19 that?
20  A. Criteria four says, "This diagnosis is
21 excluded by the existence of conditions that would
22 otherwise account for the degree of pain and
23 dysfunction."
24  Q. Okay. Did you test him for conditions that
25 would otherwise account for this problem he's had since

Page 42

1 October 16th, 2003?
2  A. Yes, I did.
3  Q. Okay. How did you do that? How did you
4 exclude other conditions?
5  A. By doing an MRI scan, a CT scan, bone scan,
6 and EMG nerve conduction velocity studies, in addition
7 to a bone scan, yeah.
8  Q. Okay. And you were searching for other
9 reasons with those scans that would account for his
10 pain?
11  A. Yes.
12  Q. Okay. And did any of those account for the
13 pain in other -- for other reasons?
14  A. No.
15  Q. Okay. And those, I believe, are Exhibits 43,
16 x-ray report of right femur; 44, MRI report; 45, CT
17 report; 46, CT report; 47, electromyography nerve
18 conduction; and then 48, bone scan?
19  A. That's correct.
20  Q. All right. What's your prognosis, Doctor,
21 for Daryl Meadows, as we sit here today? And what is a
22 prognosis, please?
23  A. Prognosis is a medical estimate of future
24 condition of the patient. His prognosis is good with
25 spinal-cord stimulation; it is poor without it.

Page 43

1  Q. Okay. Why would you say it would be poor
2 without it?
3  A. Complex regional pain syndrome, at this point
4 in the disease, is not going to spontaneously go away.
5 A significant percentage progresses and travels and
6 spreads.
7  Q. Has he had some spreading of it?
8  A. I believe so.
9  Q. Okay. Is that based on medical certainty,
10 more probably than not?
11  A. Yes, it is.
12  Q. Does this treatment that you're giving him,
13 this stimulation or this -- this treatment you're going
14 to give him here in a few weeks, is that -- is that
15 designed to stop the spread?
16  A. Yes.
17  Q. Okay. And -- okay. What do you estimate the
18 cost of his future medical to be? Let me ask you this,
19 Doctor. Has this type of injury -- does it make
20 people's limbs draw up to where they can't use them?
21  A. It can.
22  Q. Okay. All right. And does this same type of
23 thing sometimes attack your arms?
24  A. It can spread to the arms, yes.
25  Q. And can it make your arms draw up where you

Page 44

1 can't use them?
2  A. Yes.
3  Q. Okay. What would you estimate the cost of
4 his future treatment to be?
5  A. Referring to my medical expert opinion
6 report, I broke it into several categories.
7   One is pain management, physician office
8 visits. And depending on how far out you want to
9 project this, I said three years to life, and that can
10 range from $4500 for three years out to, like, 5200 --
11 $52,500 at age 70.
12  Q. Okay.
13  A. Medications, pharmacotherapy, anywhere from
14 three years to life. Estimating his medications at
15 three years would be 18,000, age 70 would be 210,000.
16  Q. Okay. And how much per month on that?
17  A. About $500 a month.
18  Q. All right. Okay. Thank you. And what else?
19  A. Spinal-cord stimulation, trial and permanent,
20 estimating $60,000.
21  Q. Okay. That's what you're going to do in a
22 few weeks?
23  A. Yes.
24  Q. All right. And what else?
25  A. There's a small chance -- in the literature

C.M. SCHADE, M.D. - March 30, 2006

**57**

1    MR. COLBERT: Plaintiff moves to
2 introduce Exhibit Number 15. Let me show you what
3 we've got here, to save time: Twenty-four through
4 30 -- he said he didn't have the Wal-Marts -- 32, 33,
5 39 through 48; this is -- 49 is treatment records,
6 Plaintiff's 49, which are treatment records ...
7    MR. MARTIN: Hold on a sec. Are those
8 all-inclusive? Because I don't know they start all at
9 the beginning.
10    MR. COLBERT: Is that Number 25?
11    MR. MARTIN: Yeah, see -- okay. Here is
12 November 21st.
13    MR. COLBERT: Oh. Oh. Did he jumble
14 those? I've got the full packet before he jumbled
15 them.
16    MR. MARTIN: If we could have them in
17 chronological order, that would be --
18    MR. COLBERT: I think I've got them in
19 chronological order. This is treatment records,
20 Plaintiff's Number 49. Well -- oh, these are backwards
21 but they're chronological. January 23rd -- oh, no.
22 There's November 21st.
23    MR. MARTIN: Yeah. I see November 21st
24 in there. Why don't we --
25    MR. COLBERT: Those are identical,

**58**

1 yeah -- no -- yeah, January 23rd.
2    MR. MARTIN: Why don't we just do this.
3 Why don't we stipulate to the -- to the -- to the total
4 number of consult records that are --
5    MR. COLBERT: He's testified that these
6 are his -- all his treatment records.
7    MR. MARTIN: If there's one that comes
8 up that's not in there, we can just put it in.
9    MR. COLBERT: Okay. That's Plaintiff's
10 Number 49. All right.
11    I don't think I went to 50 through 59.
12 Forget those. And 65 is the medical summary. 80
13 through --
14    MR. MARTIN: Again, on 65, defense is
15 just making it known for the record that we don't
16 stipulate to Dr. Schade's records as a treating
17 physician. And we want to make it clear that he's an
18 expert doctor.
19    MR. COLBERT: On the medical summary?
20    MR. MARTIN: Yes.
21    MR. COLBERT: Okay. Number 65 is the
22 medical summary setting forth the amount of bills; 80,
23 medical bills of Oklahoma Sports, Robert F. Hines; 81,
24 medical bills of Ardmore Physical Therapy; 82, medical
25 bills of orthopedic specialists, James Montgomery; 83,

**59**

1 Mercy Memorial Hospital bills; 84 -- he said Wal-Mart
2 Pharmacy wasn't in there; 85, medical bills of Carl
3 Noe, M.D.; 86, medical bills of Baylor University
4 Medical Center; 87, medical bills of Lewis Fraizer,
5 Jr., M.D.; 88 medical bills of rehabilitation
6 associates, Neil Pitzer, M.D.; 89, medical bills of
7 C.M. Schade, M.D.; 90, medical bills of Vista Hospital
8 of Dallas; 91, medical bills of Preferred Imaging of
9 Garland; 92, medical bills of Michael Schade, M.D.; 93,
10 medical bills of Baylor Medical Center at Garland; 94,
11 medical bills of Pinnacle Anesthesia Consultants; 95,
12 medical bills of Care First.
13    Out of those, I want to introduce
14 everything regarding 80 through 95 except medical bills
15 of Lewis Fraizer -- those aren't treatment -- and
16 medical bills of Neil Pitzer. Those are not treatment
17 we incurred.
18    MR. MARTIN: And it's our position that
19 89 is not treatment either.
20    MR. COLBERT: Okay. That's all I have.
21    (Recess taken 4:19 to 4:34)
22    THE VIDEOGRAPHER: This is the beginning
23 of tape number two in the deposition of C.M. Schade,
24 M.D. We're back on the record at 4:34.
25 BY MR. MARTIN:

**60**

1    Q. And, Dr. Schade, we went off record and I was
2 handed a group of documents. These are consult records
3 which I already had. I'd like to mark that as
4 Exhibit B.
5    (Exhibit Number B marked.)
6 BY MR. MARTIN:
7    Q. Are you -- are you --
8    THE COURT REPORTER: Hold on.
9 BY MR. MARTIN:
10    Q. Are you telling me that these are the
11 physical therapy records that you referred to before we
12 went off the record?
13    A. Yes.
14    Q. Okay. And within five minutes of the time
15 that we last went off record, I asked you, Doctor, can
16 you point me to one record, in this entire table of
17 records, to show that Mr. Meadows has received any
18 physical therapy outside of the treatment he received
19 between January 15th and January 28th, '04, and you
20 said no. Do you wish to change that answer now?
21    A. I wish to clarify the answer.
22    Q. Clarify it, please.
23    A. I was referring to treatment done other than
24 by myself or my clinic.
25    Q. Okay. So the treatment that you've referred