Daryl Meadows  DOB: 23.Jan.1970 (36)
Consent forms 21.Nov.2005

## NOTICE OF DOCTOR'S LIEN

I do hereby authorize C.M. Schade, M.D., P.A., dba Center for Pain Control, to furnish my attorney with a copy of my medical records. There is a one-time charge for copies of medical records and then your attorney will receive updated records as they are generated at no additional charge.

I hereby authorize and direct my attorney to pay directly to C. M. Schade, M.D., P.A., such sums as may be due and owing him for medical service rendered me both by reason of this accident and by reason of any other bills that are due his office and to withhold such sums from any settlement, judgment, recovery, or payment after deducting his attorneys fees and expenses. And I hereby further assign an interest in my cause of action against the responsible party to said doctor against any and all proceeds from my settlement, judgment, or recovery which may be paid to you, my attorney, or myself, as the result of the injuries for which I have been treated or injuries in connection therewith.

I agree never to rescind this document and that a rescission will not be honored by my attorney.

I fully understand that I am directly and fully responsible to said doctor for all of the medical bills submitted by him for services rendered to me and that this agreement is made solely for said doctor's additional protection and in consideration of his awaiting payment. And I further understand that such payment is not contingent on any settlement, judgment, or recovery by which I may eventually recover said fee.

I understand that as a show of good faith on my part a monthly payment will be expected on my account in the amount of $_____ for office services and an amount equal to 10% of any hospital procedures due at the time the services are rendered to me.

11-21-05
Date                              Patient's Signature

The undersigned being the attorney of record for the above patient does hereby agree to observe all the terms of the above and agrees to withhold such sums from any settlement, judgment, or recovery as may be necessary to adequately protect C. M. Schade, M.D., P.A., after deducting attorney's fees and expenses.

Date:_____        Attorney Signature:_____