Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska 99701
Phone: (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARYL MEADOWS | )<br>) |
| Plaintiff, | ) Case No.: A05-032-CV<br>) |
| vs. | ) **AFFIDAVIT OF DARYL MEADOWS**<br>) |
| SCHLUMBERGER TECHNOLOGY<br>CORPORATION and BP EXPLORATION<br>(ALASKA), INC. | )<br>)<br>) |
| Defendants. | )<br>) |

Affiant, Daryl Meadows, after having been first duly sworn deposes and states as follows:

1. The information provided herein is true and correct.

2. During the period of my treatment with Dr. Schade, I have understood that I will be personally responsible to Dr. Schade and any other providers related to my treatment through Dr. Schade in the event my worker's compensation and/or the Defendant in this lawsuit, fail to pay the bills.

**FURTHER AFFIANT SAYETH NOT.**

_____
DARYL MEADOWS

STATE OF OKLAHOMA )
                  )
COUNTY OF Marshall )

Subscribed, acknowledged and sworn to before me this 3rd day of October, 2006.

[Notary Seal: SHAWNA S. DUNN, Notary Public in and for the State of Oklahoma, Commission #05009925, My Commission expires 7/26/200_]

_____
Notary Public