Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska  99701
Phone:  (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARYL MEADOWS ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SCHLUMBERGER TECHNOLOGY ) <br> CORPORATION ) <br> ) <br> Defendant. ) <br> _____ ) <br> _____ ) | Case No. A05-0032 CIV |

NOTICE TO THE COURT REGARDING JAMES LOTT TRIAL SUBPOENA

Plaintiff Daryl Meadows, by and through his counsel of record, Robert A. Sparks, the Law Office of Robert A. Sparks, hereby provides notice to the Court that the parties have stipulated to use the James Lott video-deposition taken earlier in this case at trial and Mr. Lott has been released from his trial subpoenas by both parties.

Meadows v. Schlumberger
page 1

DATED this 4th day of October, 2006, at Fairbanks, Alaska.

THE LAW OFFICE OF ROBERT A. SPARKS

/s/ Robert A. Sparks
Robert A. Sparks
Attorney for Plaintiff
1552 Noble Street
Fairbanks, Alaska 99701
(907) 451-0875
Fax: (907) 451-9385
E-mail: sparkslawoffice@yahoo.com
Membership No.: 8611139

CERTIFICATE OF SERVICE

I hereby certify that on the _15th day of October, 2006, a copy of forgoing was served by E-Mail on:

Shannon W. Martin
Grace Hollis

Brewster Jamieson
Lane Powell LLC

Gregory Youngmun
BP Alaska

and by regular mail to:
Mark Colbert, Esq

By: /s/ Robert A. Sparks

Meadows v. Schlumberger
page 2