Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska  99701
Phone:  (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

DARYL MEADOWS                          )
                                       )
        Plaintiff,                     )    Case No. A05-0032 CIV
                                       )
   vs.                                 )
                                       )
SCHLUMBERGER TECHNOLOGY                )
CORPORATION                            )
                                       )
        Defendant.                     )
_____)
_____)

JOINT NOTICE TO THE COURT REGARDING PENDING TRIAL ISSUES

Comes now Plaintiff Daryl Meadows, by and through his attorney, Robert A. Sparks, and provides the following joint report from Plaintiff and Defendant regarding remaining trial issues:

1.  Plaintiff's objections to testimony by Defendant's medical expert Dr. Neil Pitzer regarding Plaintiff's medical symptoms of cold hands and cold feet and the allegation that Plaintiff sustained a broken leg years ago.

2.  Plaintiff's objections to testimony by Defendant's

Meadows v. Schlumberger
page 1

expert Herb Williams.

3. Defendant's argument that Plaintiff's medical expert and treating physician Dr. C.M. Schade entered into an allegedly unethical contingent medical fee agreement.

4. Defendant's hearsay objections to Plaintiff's exhibit 118. Defendant has withdrawn its authenticity objection to this exhibit.

5. Defendant's objections to Plaintiff's proposed 30(b)(6) deposition jury instruction and Plaintiff's request to use the Defendant's 30(b)(6) deposition testimony for impeachment of Defendant's witnesses.

6. Plaintiff has withdrawn his objections to Defendant's exhibits X and BH.

7. The parties have resolved all objections to video-deposition testimony to be played in this case.

DATED this 4th day of October, 2006, at Fairbanks, Alaska.

THE LAW OFFICE OF ROBERT A. SPARKS

/s/ Robert A. Sparks
Robert A. Sparks
Attorney for Plaintiff
1552 Noble Street
Fairbanks, Alaska 99701
(907) 451-0875
Fax: (907) 451-9385
E-mail: sparkslawoffice@yahoo.com
Membership No.: 8611139

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2006, a copy of forgoing was served by E-Mail on:

Shannon W. Martin
Grace Hollis

Brewster Jamieson
Lane Powell LLC

Gregory Youngmun
BP Alaska

and by regular mail to:
Mark Colbert, Esq

By: /s/ Robert A. Sparks
_____

Meadows v. Schlumberger
page 3