**UNITED STATES DISTRICT COURT**
**District of Alaska**
**Exhibit List**

**Daryl Meadows v. Schlumberger Technology Corporation**

**Case No. 05-0032 (TMB)**

---

**Presiding Judge:**       **Plaintiff's Attorney:**       **Defendant's Attorney:**
**Timothy M. Burgess**     **Robert A. Sparks**            **Shannon Martin,**

---

**Trial Dates**            **Court Reporter**              **Courtroom Deputy**

---

| Plf Ex. | Def. Ex. | Bate No. | offered | admitted | DESCRIPTION | Limitations on use |
|---------|----------|----------|---------|----------|-------------|--------------------|
| 1 | | | | | Deposition of Ruth G. Bice | |
| 2 | | | | | Videotape of deposition of Ruth G. Bice | |

| 3 | | | | x | Investigation Report, Northstar Well 29, Wireline Valve Incident, October 16, 2003, IR No. 651141, Investigation Initiated October 17, 2004 corresponding Exhibit 1 to deposition of Ruth Germany Bice of August 4, 2005 | |
| 4 | | 0005 -27 | | | Investigation Report, Nabors 33E, Wireline Valve Incident, October 16, 2003, IR No. 651141, Investigation Initiated October 17, 2004 corresponding Exhibit 1 to deposition of Ruth Germany Bice of August 4, 2005 | |
| 5 | | | | | Deposition of Jim Wood dated October 24, 2005 | |
| 6 | | | | | Video Tape Deposition of Jim Wood dated October 24, 2005 | |
| 7 | | BPXA 0238 - | | | Jim Wood's written account of incident on October 16, 2003 corresponding Exhibit A to deposition of Jim Wood of October 24, 2005 | |

| | | | | | |
|---|---|---|---|---|---|
| 8 | | 10-11 bpxa 0009-10 | | x | Incident Description and Response corresponding Exhibit B to deposition of Jim Wood of October 24, 2005 | |
| 9 | | | | x | Health Safety, Environmental and Operation (HSEO) Meetings corresponding Exhibit C to deposition of Jim Wood of October 24, 2005 | |
| 10 | | | | x | Hazard Assessment and Elimination or Mitigation corresponding Exhibit D to deposition of Jim Wood of October 24, 2005 | |
| 11 | | bpxa 152, 130 | | | James Lott's written account of incident on October 16, 2003 corresponding Exhibit E to deposition of Jim Wood of October 24, 2005 | |
| 12 | | | | | Deposition of Neil L. Pitzer, M.D. | |
| 13 | | | | | Deposition of C.M. Schade, M.D. dated March 30, 2006 | |
| 14 | | | | | Video tape of deposition of C.M. Schade dated March 30, 2006 | |

| 15 | | | | | Curriculum Vitae of C.M. Schade, M.D. | |
|----|---|---|---|---|---|---|
| 16 | | | | | Deposition of Margaret Kelsay dates March 27, 2006 | |
| 17 | | | | | Video tape of deposition of Margaret Kelsay dated March 27, 2006 | |
| 18 | | | | | Curriculum Vitae of Margaret Kelsay | |
| 19 | | | | x | Retraining Option Summaries of Margaret Kelsay | |
| 20 | | | | | Deposition of Donald Jackson, CPA of March 29, 2006 | |
| 21 | | | | | Video tape of deposition of Donald Jackson, CPA of March 29, 2006 | |
| 22 | | | | | Curriculum Vitae of Donald Jackson, CPA | |
| 23 | | | | | Economic Valuation Report | |
| 24 | | | | x | Illustration of sympathetic nerves by C.M. Schade, M.D. | |
| 25 | | | | x | CRPS-1 (Reflex Sympathetic Dystrophy) Criteria | |

| 26 | | | | | Medical Summary referenced in report of November 26, 2005 of C.M. Schade, M.D. | |
| 27 | | | | x | BP Medical Record of injury referenced in report of November 26, 2005 of C.M. Schade, M.D. | |
| 28 | | 1018 | | x | Oklahoma Sports/Robert F. Hines, M.D. medical records referenced in report of November 26, 2005 of C.M. Schade, M.D. | |
| 29 | | 1052 1056 1057 298 299 | | x | Ardmore Physical Therapy notes referenced in report of November 26, 2005 of C.M. Schade, M.D. | |

| 30 | | 1014<br>1016<br>946<br>948<br>984<br>973<br>976<br>980<br>979<br>963<br>982<br>1003<br>1004<br>962<br>1005<br>1006<br>999<br>1001<br>1002 | | x | Orthopedic Specialists,<br>PLL/James B. Montgomery, M.D.<br>medical records referenced in<br>report of November 26, 2005 of<br>C.M. Schade, M.D. | |
| 31 | | | | x | Wal-Mart Pharmacy drug<br>information sheets referenced<br>in report of November 26, 2005<br>of C.M. Schade, M.D. | |
| 32 | | | | x | Right Knee MRI report 02-16-04<br>referenced in report of<br>November 26, 2005 of C.M.<br>Schade, M.D. | |

| 33 | | 819<br>825<br>837<br>818<br>834<br>876<br>839<br>816<br>838<br>875<br>886<br>887<br>888<br>889<br>884<br>885<br>862<br>815<br>835<br>861<br>844<br>860<br>847<br>857<br>873<br>859<br>872<br>858<br>853<br>854<br>890<br>817 | | x | Carl Noe, MD medical records referenced in report of November 26, 2005 of C.M. Schade, M.D.<br><br><br>bates No. continued:<br>836, 869, 918, 919,895, 897, 902, 920, 921, 922, 923, 927, 928, 924, 925, 916, 917, 913, 911, 903, 904, 905, 906, 907, 894, 892, 891, | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | | 235 236 | | x | Metro Crest Orthopedics, M. Lewis Frazier, Jr., MD billing records referenced in report of November 26, 2005 of C.M. Schade, M.D. | |
| 35 | | | | x | 06/29/2004-Independent Medical Evaluation report done by M. Lewis Frazier, Jr., MD attached to report of November 26, 2005 of C.M. Schade, M.D. | |
| 36 | | | | x | 02/18/2005-Independent Medical Evaluation report done by M. Lewis Frazier, Jr., MD attached to report of November 26, 2005 of C.M. Schade, M.D. | |
| 37 | | | | x | Functional Capacity Evaluation summary report dated 09/13/2005 referenced in report of November 26, 2005 of C.M. Schade, M.D. | |
| 38 | | | | | 09/13/2005 02/18/2005- Independent Medical Evaluation report done by Neil L. Pitzer, M.D. referenced in report of November 26, 2005 of C.M. Schade, M.D. | |

| 39 | | | | x | An Updated Interdisciplinary Clinic Pathway for CRPS: Report of an Expert Panel by Michael D. Stanton-Hicks, MD, et al. Attached to report of November 26, 2005 of C.M. Schade, M.D. | |
| 40 | | | | x | Mechanism -Based Treatment for Complex Regional Pain Syndrome: Back to Basics by Craig T. Hartrick, M.D. attached to report of November 26, 2005 of C.M. Schade, M.D. Complex Regional Pain Syndrome (CRPS): Survey of Current Practices by Allen W. Burton, MD, et al. | |
| 41 | | | | | Medical Report of January 17, 2006 by C.M. Schade    Report of Psychological Evaluation attached to the Medical Report of January 17, 2006 by C.M. Schade | |
| 42 | | | | x | Report of Psychological Evaluation attached to the Medical Report of January 17, 2006 by C.M. Schade | |

| 43 | | | | x | X-Ray Report of Right Femur attached to Medical Report of January 17, 2006 by C.M. Schade, M.D. | |
| 44 | | | | x | MRI Report Right Femur attached to Medical Report of January 17, 2006 by C.M. Schade, M.D. | |
| 45 | | | | x | CT Report Right Femur attached to Medical Report of January 17, 2006 by C.M. Schade, M.D. | |
| 46 | | | | x | CT Report Right Femur attached to Medical Report of January 17, 2006 by C.M. Schade, M.D. | |
| 47 | | | | x | Electromyography Nerve Conduction Report attached to Medical Report of January 17, 2006 by C.M. Schade, M.D. | |
| 48 | | | | x | Bone Scan Report attached to Medical Record of January 17, 2006 by C.M. Schade, M.D. | |
| 49 | | | | | Treatment records of C.M. Schade, M.D. | |
| 50 | | 920-923 | | x | Baylor Center for Pain Management Records dated 4/28/04; | |

| 51 | | 927-928 | | x | Baylor Center for Pain Management Records dated 4/28/04; | |
| 52 | | 926 | | x | Baylor Center for Pain Management initial evaluation physical therapy notes dated 04-28-04; | |
| 53 | | | | x | Baylor Pain Center dated 03/27/04 | |
| 54 | | | | x | Dr. Hines records dated 01/22/04; | |
| 55 | | | | x | Dr. Hines Records dated 05-17-04; | |
| 56 | | | | x | Operative Report of Dr. Montgomery dated 11/08/04; | |
| 57 | | | | x | Dr. Noe's records dated 04/06/04; | |
| 58 | | | | x | Dr. Noe's records dated 05/17/04; | |
| 59 | | | | x | Dr. Noe's operative report dated 09/09/04; | |
| 60 | | | | x | Dr. Frazier's Initial Consult for IME evaluation dated 06/29/04; and | |

| 61 | 246 – 248 268 | | x | Dr. Frazier's IME evaluation of right knee dated 02/18/05. | |
| 62 | | | x | Baylor Center for Pain Management Sedation Record dated 09/09/04 | |
| 63 | | | | Deposition of Sherri Hall | |
| 64 | | | x | Medical records and bills of Ardmore Physical Therapy, corresponding Exhibit A to deposition of Sherri Hall of November 8, 2005 | |
| 65 | | | | Medical Summary | |
| 66 | | | x | Medical records of BP Medical | |
| 67 | | | x | Medical records of Robert F. Hines, M.D. | |
| 68 | 157 298 299 1052 | | x | Medical records of Ardmore Physical Therapy | |

| 69 | | 946<br>948<br>973<br>976<br>979<br>963<br>982<br>1003<br>1004<br>962<br>1005<br>1006<br>999<br>1001<br>1002 | | x | Medical records of James B. Montgomery, M.D. | |
| 70 | | | | x | Medical records of Mercy Memorial Hospital | |

| 71 | | 819<br>825<br>837<br>818<br>834<br>876<br>839<br>816<br>838<br>875<br>886<br>887<br>888<br>889<br>884<br>885<br>862<br>815<br>835<br>861<br>844<br>860<br>847<br>857<br>873<br>859<br>872<br>858<br>853<br>854<br>890<br>817<br><br>817 | | x | Medical records of Carl E. Noe, M.D.<br><br>Bates No. continued:<br><br>836, 869, | |

| | | | | | |
|---|---|---|---|---|---|
| 72 | | 919<br>895<br>897<br>902<br>920<br>921<br>922<br>923<br>927<br>928<br>924<br>925<br>916<br>917<br>913<br>911<br>903<br>904<br>905<br>906<br>907<br>894<br>893<br>892<br>891 | | x | Medical records of Baylor University Medical Center |
| 73 | | 236<br>246<br>247<br>248<br>268 | | x | Medical records of M. Lewis Frazier, Jr., M.D. |
| 74 | | | | | Medical records of Neil L. Pitzer, M.D. |

| 75 | | | | x | Medical records of HealthOne Clinic Services, Ginny Haight, OTR | |
| 76 | | | | x | Medical records of Vista Hospital of Dallas | |
| 77 | | | | x | Medical records of Preferred Imaging of Garland | |
| 78 | | | | x | Medical records of Mike Shah, M.D., P.A. | |
| 79 | | | | x | Medical records of Baylor Medical Center at Garland | |
| 80 | | | | x | Medical bills of Oklahoma Sports/Robert F. Hines, M.D. | |
| 81 | | | | x | Medical bills of Ardmore Physical Therapy | |
| 82 | | | | x | Medical bills of Orthopedic Specialists, PLLC/James B. Montgomery, M.D. | |
| 83 | | | | x | Medical bills of Mercy Memorial Hospital | |
| 84 | | | | x | Medical bills of Wal-Mart Pharmacy | |
| 85 | | | | x | Medical bills of Carl E. Noe, M.D. | |
| 86 | | | | x | Medical bills of Baylor University Medical Center | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 87 | | | | x | Medical bills of M. Lewis Frazier, Jr., M.D. | |
| 88 | | | | x | Medical records of Care First, Inc. | |
| 89 | | | | | Medical bills of C.M. Schade, M.D., P.A. | |
| 90 | | | | | Medical bills of Vista Hospital of Dallas | |
| 91 | | | | | Medical bills of Preferred Imaging of Garland | |
| 92 | | | | | Medical bills of Mike Shah, M.D., P.A. | |
| 93 | | | | | Medical bills of Baylor Medical Center at Garland | |
| 94 | | | | | Medical bills of Pinnacle Anesthesia Consultants | |
| 95 | | | | | Medical bills of Care First | |
| 96 | | | | x | Summary of Lost Future Wages | |
| 97 | | | | x | Summary of Future Medical Costs | |
| 98 | 1156 – 1188 | | | | Medical bills of Access Mediquip, LLC | |
| 99 | | | | x | Valero Employment Application Records | |
| 100 | | | | | Medical bills of Gaven, P.A | |

| 101 | | | | x | Medical bills of Steele Drug | |
|---|---|---|---|---|---|---|
| 102 | | | | | Photographs of surgical scars 2 days after surgery | |
| 103 | | | | | Photographs of surgical scars 2 days after surgery | |
| 104 | | | | | Photographs of surgical scars 2 days after surgery | |
| 105 | | | | | Photographs of surgical scars 3 days after surgery | |
| 106 | | | | | Photographs of surgical scars 3 days after surgery | |
| 107 | | | | | Photographs of surgical scars 4 days after surgery | |
| 108 | | | | | Photographs of surgical scars 4 days after surgery | |
| 109 | | | | | Photographs of surgical scars 4 days after surgery | |

| | | | | | |
|---|---|---|---|---|---|
| 110 | | | | Photographs of surgical scars 5 days after surgery | |
| 111 | | | | Photographs of surgical scars 5 days after surgery | |
| 112 | | | | Photographs of surgical scars 5 days after surgery | |
| 113 | | | | Photographs of surgical scars 7 days after surgery | |
| 114 | | | | Photographs of surgical scars 7 days after surgery | |
| 115 | | | | Photographs of surgical scars 7 days after surgery | |
| 116 | | | | Photographs of surgical scars 7 days after surgery | |
| 117 | | | | Current Medical Summary | |
| 118 | BPXa 180 | | | Interview Notes of Dave Hendricks | |
| 119 | BPXa 122 | | x | drawing of rig piping | |

| 120 | | | | | Responses to Plaintiff's 1st Discovery Requests | |
| 121 | | | | | Defendant's Discovery Responses | |
| 122 | | | | | withdrawn | |
| 123 | | | | | Responses to Plaintiff's 2nd Discovery Requests | |
| 124 | | | | | Notice of 30 (b)(6) Deposition (Schlumberger) 10-20-05 | |
| 125 | | | | | Notice of 30 (b)(6) Deposition (Schlumberger) 11-21-05 | |
| 126 | | | | | Defendant's 3rd Supplemental Responses to Plaintiff's 1st Discovery Requests | |
| 127 | | | | | Defendant's 1st Supplemental Responses to Plaintiff's 2nd Discovery Requests | |
| 128 | | | | x | Nabors Alaska Drilling Book 11-03 | |
| 129 | | | | | Letter w/ Amended Williams Subpoena | |
| 130 | | 1365 -1367 | | | RigSafe Ltr to Lane Powell 9/28/00 | |
| 131 | | 51-55 | | x | Schlumberger QHSE statement | |
| 132 | | | | | RigSafe invoices | |
| 133 | | 1376 1380 | | | RigSafe letters to Shannon Martin | |
| 134 | | | | | withdrawn | |
| 135 | | 49 50 | | x | email from Douglas with statement | |

| 136 | | | | Defendant's 4th Supp. Resp. D.R. | |
| 137 | bpxa 212 – 214 | | x | email and terms of reference for investigation | |
| 138 | | | | Defendant's 2nd Supp. Responses D.R. | |
| 139 | | | x | BP Safety Bulletin | |
| 140 | 29 –37 | | x | Incident Report 2003–IR–651141 | |
| 141 | 409 | | x | Risk Assessment Record | |
| 142 | 04 | | x | BP Medical Report | |
| 143 | 02 | | x | Nabor's supervisor's report | |
| 144 | 183 – 189 | | | Notes | |
| 145 | BPXA 117 – 124 | | | notes | |
| 146 | 128 – 132 | | | McBrides' Notes | |
| 147 | BPXA 202 – 198 | | | John Haynes Notes | |
| 148 | BPXA 137 – 153 | | | Employee Statements | |
| 149 | | | | withdrawn | |
| 150 | | | | RSD medical illustration | |

| | | | | | |
|---|---|---|---|---|---|
| 151 | | | | | 30 (b)(6) Videotape Deposition of Nabors Drilling, Johnie N. Haynes | |
| 152 | | | | | Videotape Deposition of Robert C. Tilbury | |
| 153 | | | | | 30 (b)(6) Deposition of British Petroleum (Alaska) Don A. Enslow Vol. I + II | |
| 154 | | | | | 30 (b)(6) Deposition of Schlumberger Technology Corporation | |
| 155 | | | | | Videotaped Deposition of James Craig Lott | |
| 156 | | | | | Videotaped Deposition of Roy Herbert Williams | |
| 157 | | | | | Video tape of 30 (b)(6) Deposition of Nabors Drilling, Johnie N. Haynes | |
| 158 | | | | | Video tape of Deposition of Robert Tilbury | |
| 159 | | | | | Video tape of Deposition of James Craig Lott | |
| 160 | | | | | Video tape of Deposition of Roy Herbert Williams | |
| 161 | | | | | | |

DATED this 4th day of October, 2006, at Fairbanks, Alaska.

THE LAW OFFICE OF ROBERT A. SPARKS

/s/ Robert A. Sparks
Robert A. Sparks
Attorney for Plaintiff

1552 Noble Street
Fairbanks, Alaska 99701
907-451-0875
Fax 907-451-9385
E-mail: sparkslawoffice@yahoo.com
Membership No.: 8611139

CERTIFICATE OF SERVICE

I hereby certify that a true copy
of the above document was served
via email on:
Shannon Martin

Brewster Jamieson
Lane Powell

Gregory Youngmun
BP Alaska

and via regular mail on: Mark Colbert
this 4th day of October, 2006.
LAW OFFICE OF ROBERT A. SPARKS
/s/Robert A. Sparks