Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile:  907-276-2631
Email:       jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS,<br><br>                             Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY COPORATION, a foreign corporation,<br><br>                             Defendant. | Case No. 3:05-cv-00032-TMB<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that the parties have reached a settlement of the above-captioned matter.  Closing documents will be filed in due course.

The trial should be removed from the Court's calendar.

DATED this 5th day of October, 2006.

                    LANE POWELL LLC
                    Attorneys for Defendant


                    By s/ Brewster H. Jamieson
                       Brewster H. Jamieson, ASBA No. 8411122
                       301 West Northern Lights Boulevard, Suite 301
                       Anchorage, Alaska 99503-2648
                       Telephone: 907-277-9511
                       Facsimile:  907-276-2631
                       Email:  jamiesonb@lanepowell.com

I certify that on October 5, 2006, a copy of the foregoing was served by ECF on:

Robert A. Sparks  sparkslawoffice@yahoo.com

and by mail on:  Mark Colbert, Esq.

  s/Brewster H. Jamieson
115223.0018/156905.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631