Robert A. Sparks
Law Office of Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska  99701
Phone:  (907) 451-0875

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARYL MEADOWS ) | |
| ) | |
| Plaintiff, ) | Case No. A05-0032 CIV |
| ) | |
| vs. ) | |
| ) | |
| SCHLUMBERGER TECHNOLOGY ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |
| _____) | |
| _____) | |

PLAINTIFF MEADOWS' STATUS REPORT

Plaintiff Daryl Meadows, by and through his counsel of record, Robert A. Sparks, the Law Office of Robert A. Sparks, files this Status Report pursuant to the Order entered as document No. 143, on October 5, 2006, requiring the parties to the above-captioned matter to either file appropriate closing documents or a status report by October 6, 2006.  Defendants' attorneys provided Plaintiff Meadows' attorneys with a draft release late last week.  Plaintiff Meadows is in the process of reviewing the release and the draft release may require certain

Meadows v. Schlumberger
page 1

changes to conform to the terms of the parties' settlement agreement in this case.  Plaintiff Meadows respectfully requests that the Court allow the parties two (2) additional weeks within which to submit the closing documents for this case, until November 20, 2006.

DATED this 6th day of November, 2006, at Fairbanks, Alaska.

THE LAW OFFICE OF ROBERT A. SPARKS

/s/ Robert A. Sparks
Robert A. Sparks
Attorney for Plaintiff
1552 Noble Street
Fairbanks, Alaska 99701
(907) 451-0875
Fax: (907) 451-9385
E-mail: sparkslawoffice@yahoo.com
Membership No.: 8611139

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November, 2006,  a copy of forgoing was served by E-Mail on:
Shannon W. Martin
Grace Hollis

Gregory Youngmun
BP Exploration (Alaska)

Brewster Jamieson
Lane Powell LLC

and by regular mail to:
Mark Colbert, Esq

By: /s/ Robert A. Sparks

---

Meadows v. Schlumberger
page 2