Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email:    jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARYL MEADOWS,<br><br>                              Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY COPORATION, a foreign corporation,<br><br>                              Defendant. | Case No. 3:05-cv-00032-TMB<br><br>**STIPULATION FOR**<br>**<u>DISMISSAL WITH PREJUDICE</u>** |

COME NOW, the parties, by and through their respective counsel, pursuant to Rule 41(a)(1)(ii) of the Fed. R. Civ. P., and stipulate that this action may be dismissed with prejudice, with each of the parties to bear their own costs and attorney's fees. In accordance with Rule 41(a)(1)(i), such dismissal shall be effective upon filing of this stipulation and without further order of court.

LAW OFFICES OF ROBERT A. SPARKS
Attorney for Plaintiff

Dated: November 21, 2006

By   /s/ Robert A. Sparks (with consent)
    Robert A. Sparks
    1552 Nobel Street
    Fairbanks, Alaska 99701-6225
    Tel:   907-451-0875
    Fax:   907-451-9385
    Email: sparkslawoffice@yahoo.com
    ASBA No. 8611139

|  |  |
|---|---|
|  | LANE POWELL LLC<br>Attorneys for Defendant |
| Dated:  November 21, 2006 | By  s/ Brewster H. Jamieson<br>Brewster H. Jamieson<br>301 West Northern Lights Boulevard, Suite 301<br>Anchorage, Alaska 99503-2648<br>Tel:    907-277-9511<br>Fax:   907-276-2631<br>Email: jamiesonb@lanepowell.com<br>ASBA No. 8411122 |

115223.0018/157408.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone  907.277.9511   Facsimile  907.276.2631